**STATE OF CALIFORNIA**
**CERTIFICATION OF VITAL RECORD**

# COUNTY OF SAN BERNARDINO
SAN BERNARDINO, CALIFORNIA

**CERTIFICATE OF DEATH**
STATE OF CALIFORNIA

STATE FILE NUMBER — 3201536012685
LOCAL REGISTRATION NUMBER

| Field | Value |
|---|---|
| 1. NAME OF DECEDENT – FIRST | NATHANAEL |
| 2. MIDDLE | HARRIS |
| 3. LAST | PICKETT II |
| AKA | NATE |
| 4. DATE OF BIRTH | 07/03/1986 |
| 5. AGE | 29 |
| 6. SEX | M |
| 9. BIRTH STATE | CA |
| 10. SOCIAL SECURITY NUMBER | 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 |
| 11. EVER IN U.S. ARMED FORCES? | NO |
| 12. MARITAL STATUS | NEVER MARRIED |
| 7. DATE OF DEATH | 11/19/2015 |
| 8. HOUR | 2127 |
| 13. EDUCATION | HS GRADUATE |
| 14/15. HISPANIC | NO |
| 16. RACE | BLACK |
| 17. USUAL OCCUPATION | STOCKER |
| 18. KIND OF BUSINESS | GROCERY |
| 19. YEARS IN OCCUPATION | 2 |
| 20. DECEDENT'S RESIDENCE | 112 E. MAIN ST |
| 21. CITY | BARSTOW |
| 22. COUNTY | SAN BERNARDINO |
| 23. ZIP | 92311 |
| 24. YEARS IN COUNTY | 0 |
| 25. STATE | CA |
| 26. INFORMANT | DOMINIC ARCHIBALD, MOTHER |
| 27. MAILING ADDRESS | 1984 NW 2ND ST # 153, MIAMI, FL 33169 |
| 31. FATHER FIRST | NATHANAEL |
| 32. MIDDLE | HARRIS |
| 33. LAST | PICKETT |
| 34. BIRTH STATE | FL |
| 35. MOTHER FIRST | DOMINIC |
| 36. MIDDLE | DENISE |
| 37. LAST (BIRTH NAME) | ARCHIBALD |
| 38. BIRTH STATE | AL |
| 39. DISPOSITION DATE | 12/15/2015 |
| 40. PLACE OF FINAL DISPOSITION | RES DOMINIC ARCHIBALD, 1984 NW 2ND ST. #153, MIAMI, FL 33169 |
| 41. TYPE OF DISPOSITION | CR/TR/RES |
| 42. SIGNATURE OF EMBALMER | NOT EMBALMED |
| 44. NAME OF FUNERAL ESTABLISHMENT | SOCAL CREMATIONS |
| 45. LICENSE NUMBER | FD 2100 |
| 46. SIGNATURE OF LOCAL REGISTRAR | MAXWELL OHIKHUARE, MD |
| 47. DATE | 12/15/2015 |
| 101. PLACE OF DEATH | BREEZEWAY OF MOTEL |
| 103. IF OTHER THAN HOSPITAL | Other |
| 104. COUNTY | SAN BERNARDINO |
| 105. FACILITY ADDRESS | 112 E. MAIN ST. |
| 106. CITY | BARSTOW |
| 107. CAUSE OF DEATH – IMMEDIATE (A) | GUNSHOT WOUNDS TO CHEST |
| Interval | MINS |
| 108. DEATH REPORTED TO CORONER? | YES — 701508736 |
| 109. BIOPSY PERFORMED? | NO |
| 110. AUTOPSY PERFORMED? | YES |
| 111. USED IN DETERMINING CAUSE? | YES |
| 112. OTHER SIGNIFICANT CONDITIONS | NONE |
| 113. OPERATION PERFORMED | NO |
| 119. MANNER OF DEATH | Homicide |
| 120. INJURED AT WORK? | NO |
| 121. INJURY DATE | 11/19/2015 |
| 122. HOUR | 2107 |
| 123. PLACE OF INJURY | BREEZEWAY OF MOTEL |
| 124. DESCRIBE HOW INJURY OCCURRED | SHOT BY DEPUTY DURING PHYSICAL ALTERCATION. |
| 125. LOCATION OF INJURY | 112 E. MAIN ST., BARSTOW, CA 92311 |
| 126. SIGNATURE OF CORONER | JOSHUA M KAKUSKA |
| 127. DATE | 12/11/2015 |
| 128. TYPE NAME, TITLE | JOSHUA M KAKUSKA, DEPUTY CORONER |

*010001003099847*

CASANBER02

**CERTIFIED COPY OF VITAL RECORD**
STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO

This is a true and exact reproduction of the document officially registered and placed on file in the OFFICE OF THE SAN BERNARDINO ASSESSOR-RECORDER-CLERK.

DATE ISSUED  MAY 20 2016

002134562


BOB DUTTON
ASSESSOR-RECORDER-CLERK



This copy is not valid unless prepared on an engraved border displaying the date, seal and signature of the Assessor-Recorder-Clerk.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE