**LAW OFFICES OF JAMES S. TERRELL**
JAMES S. TERRELL, SB 170409
15411 Anacapa Road
Victorville, CA 92392
Tel. (760) 951-5850

Attorney for Plaintiff DOMINIC ARCHIBALD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC ARCHIBALD, AN INDIVIDUAL AND AS SUCESSOR IN INTEREST TO NATHANAEL H. PICKETT II, DECEASED<br><br>**Plaintiff,**<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO, KYLE HAYDEN WOODS and DOES 1-10, inclusive.<br><br>**Defendants.** | DECLARATION PURUSUANT TO SECTION 377.32 OF THE CALIOFRNIA CODE OF CIVIL PROCEDURE |

I, Dominic Archibald, declares as follows:

1. I am over the age of 18 years. I have personal knowledge of the facts contained in this declaration, and if called as a witness I could and would testify competently to the truth of the facts stated herein.

2. I am the mother of NATHANIEL H. PICKETT, JR., who died on November 19, 2015 in Barstow, California, and am the successor-in-interest.

1

Declaration of Dominic Archibald

3. No proceeding is now pending in California for the decedent's estate. Further, no proceeding for admission of the decedent's estate is pending in any other state court at this time.

4. The declarant is decedent's successor in interest (as defined in Sections 377.11 of the California Code of Civil Procedure) and succeeds to the decedent's interest in the action or proceeding.

5. No other person has a Superior right to commence the action or proceeding or to be substituted for the decedent in the pending action or proceeding.

6. A certified copy of the decedent's death certificate is attached hereto.

7. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on the 20th of May, 2016 in Victorville, California

_____
Dominic Archibald

Declaration of Dominic Archibald

2

LAW OFFICES OF JAMES S. TERRELL
15411 Anacapa Road, Victorville, CA 92392
(760) 951-5850    talktoterrell.com