NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC ARCHIBALD, AN INDIVIDUAL AND AS SUCESSOR IN INTEREST TO NATHANAEL H. PICKETT II, DECEASED.<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO, KYLE HAYDEN WOODS and DOES 1-10, INCLUSIVE.<br><br>Defendants. | U.S.D.C. Case Number: 5:16-cv-01128 AB (SPx)<br><br>*(Assigned to the Honorable District Court Judge André Birotte Jr.)*<br><br>[~~PROPOSED~~] ORDER RE DEFENDANTS COUNTY OF SAN BERNARDINO, KYLE H. WOODS AND WILLIAM KELSEY'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT; OR IN THE ALTERNATIVE, MOTION TO COMPEL JOINDER<br><br>DATE: May 8, 2017<br>TIME: 10:00 a.m.<br>CTRM: 7B<br><br>Action Filed: June 1, 2016 |

The Motion to Dismiss Plaintiff's First Amended Complaint; or in the Alternative, Motion to Compel Joinder came for hearing before this Court on May 8, 2017. Roger A. Colvin, Esq., appeared on behalf of Defendants County of San Bernardino, Kyle H. Woods and William Kelsey; and counsel appearing on behalf of Plaintiff Dominic Archibald. Robert Conaway, counsel for Nathaneal Pickett

1

("Mr. Pickett"), appeared telephonically. After considering the moving, opposition, and reply papers, arguments of counsel, and all other matters presented to the Court, the Court **GRANTS in part and DENIES in part** the motion as follows.

The Court **DENIES** the motion to dismiss because the indispensable party Mr. Pickett can be joined.

The Court **GRANTS** the motion to join Mr. Pickett, as a Plaintiff, to Plaintiff Dominic Archibald's Complaint against Defendants County of San Bernardino, Kyle H. Woods, and William Kelsey. No party disputes that Mr. Pickett is an heir and successor in interest to decedent, his son Nathanael Pickett II, and that under the one action rule and California's statutes governing wrongful death actions (Cal. Code. Civ. Proc. 377.60-62), Mr. Pickett's joinder is required. *See Corder v. Corder*, 41 Cal. 4th 644, 652 (2007) ("While each heir designated in section 377.60 has a personal and separate wrongful death cause of action, the actions are deemed joint, single and indivisible and must be joined together in one suit."). Mr. Pickett is therefore an indispensable party under Fed. R. Civ. Proc. 19(a). No party disagrees with this analysis, no prejudice or other obstacles weigh against joinder, and at oral argument Mr. Pickett's counsel stated that Mr. Pickett was willing to join this case as a Plaintiff. The Court will therefore grant the motion to join Mr. Pickett to Plaintiff's action.

The Court **DENIES** the motion as to the decedent's half-siblings that County seeks to join. Under the applicable California statutes as applied to this case, only decedent's parents have standing to bring survival or wrongful death claims. Decedent's half-siblings are not heirs or successors in interest, so they have no standing so they are not indispensable parties. *See* Cal. Code Civ. Proc. § 377.60, 377.30, 377.10, 377.11; Cal. Probate Code § 6402. The motion is therefore denied as to the half-siblings.

**IT IS HEREBY ORDERED**:

That Nathanael Pickett is **JOINED** in this case as a Plaintiff, to Plaintiff Dominic Archibald's Complaint, which shall be the operative Complaint.

The Clerk of Court is hereby **ORDERED** to serve this Order on Mr. Pickett's counsel Robert Conaway at the following address:

Robert D. Conaway
12127 Mall Blvd.
Ste A-363
Victorville, CA 92392
email: rdconaway@gmail.com

Counsel for Plaintiff Dominic Archibald is also **ORDERED** to serve this order on Mr. Conaway.

**IT IS SO ORDERED.**

Dated: May 8, 2017

_____
Honorable André Birotte Jr.
United States District Court Judge
Central District of California