Roger A. Colvin, Esq. (SBN 068773)
Vincent C. Ewing, Esq. (SBN 177708)
Email: rcolvin@agclawfirm.com
Alvarez-Glasman & Colvin
Attorneys at Law
13181 Crossroads Parkway North, Suite 400 – West Tower
City of Industry, CA 91746
Telephone: (562) 699-5500 / Facsimile: (562) 692-2244
Attorneys for Defendants, County of San Bernardino,
Kyle Hayden Woods and William Kelsey

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC ARCHIBALD AND NATHANAEL PICKETT, I, AS INDIVIDUALS AND AS SUCCESSOR IN INTEREST TO NATHANAEL H. PICKETT II, DECEASED.<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO, KYLE HAYDEN WOODS, WILLIAM KELSEY, and DOES 2-10, INCLUSIVE<br><br>Defendants. | U.S.D.C. Case Number: 5:16-cv-01128 AB (SPx)<br><br>(*Assigned to the Honorable District Court Judge André Birotte Jr.*)<br><br>**DEFENDANTS' WITNESS LIST**<br><br>DATE: February 12, 2018<br>TIME: 11:00 A.M.<br>CTRM: 7B<br><br>TRIAL DATE: March 6, 2018<br>TIME: 11:00 A.M.<br>CTRM: 7B |

TO PLAINTIFFS AND TO THEIR ATTORNEYS OF RECORD:

Defendants County of San Bernardino, Kyle Hayden Woods and William Kelsey submit the following proposed Witness List for trial:

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| *Indicates that witness will be called only if the need arises | | | | |
| 1. Plaintiff Dominic Archibald | Plaintiff's; damages | | 4 hrs. | |



1

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| 2. Plaintiff Nathanael Pickett, I | Plaintiff's damages | | 4 hrs. | |
| 3. San Bernardino Sheriff's Dept., Deputy Kyle Woods | Defendant; incident facts; use of force against decedent | 3 hrs. | | |
| 4. San Bernardino Sheriff's Dept., Volunteer Citizen on Patrol William Kelsey | Defendant; incident facts; use of force against decedent | 2 hrs. | | |
| 5. San Bernardino Sheriff's Dept., Deputy Tommy Dickey | Response to and investigation of incident; incident facts; use of force against decedent | 30 min. | | |
| 6. San Bernardino Sheriff's Dept., Det. Mark Rios* | Response to and investigation of incident; incident facts; use of force against decedent | 15 min. | | |
| 7. San Bernardino Sheriff's Dept., Det. James Williams* | Response to and investigation of incident; incident facts; use of force against decedent | 15 min. | | |
| 8. San Bernardino Sheriff's Dept., Deputy David Johnson* | Response to and investigation of incident; incident facts; use of force against decedent | 15 min. | | |

2

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| 9. San Bernardino Sheriff's Dept., Sgt. Joseph Janowicz* | Response to and investigation of incident; incident facts; use of force against decedent | 15 min. | | |
| 10. San Bernardino Sheriff's Dept., Det. Ryan Smith* | Response to and investigation of incident; incident facts; use of force against decedent | 15 min. | | |
| 11. San Bernardino Sheriff's Dept., Det. Mark Green* | Response to and investigation of incident; incident facts; use of force against decedent | 15 min. | | |
| 12. San Bernardino Sheriff's Dept., Sgt. Jeff Simonton* | Response to and investigation of incident; incident facts; use of force against decedent | 15 min. | | |
| 13. San Bernardino Sheriff's Dept., Det. Chambers* | Response to and investigation of incident; incident facts; use of force against decedent | 15 min. | | |
| 14. San Bernardino Sheriff's Dept., Sgt. Jason Radeliff* | Response to and investigation of incident; incident facts; use of force against decedent | 15 min. | | |

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| 15. San Bernardino Sheriff's Dept., Lt. Mendoza* | Response to and investigation of incident; incident facts; use of force against decedent | 15 min. | | |
| 16. San Bernardino Sheriff's Dept., Deputy Jason Shroeder* | Response to and investigation of incident; incident facts; use of force against decedent | 15 min. | | |
| 17. Deputy Coroner Investigator Joe Hernandez*, San Bernardino Sheriff-Coroner | Nature and extent of decedent's injuries; investigation of incident | 30 min. | | |
| 18. Barstow Police Department Det. Keith Libby* | Response to and investigation of incident; incident facts; use of force against decedent | 1 hr. | | |
| 19. Barstow Police Det. Leo Griego*, Barstow Police Dept., 220 E. Mountain View St. #B, Barstow, CA 92311, (760) 256-2211 | Response to and investigation of incident; incident facts; use of force against decedent | 1 hr. | | |

4

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| 20. Barstow Police Department Detective/Stg. Christopher Kirby* Barstow Police Department 220 E. Mountain View St. #B Barstow, CA 92311, (760) 256-2211 and/or c/o Ferguson Praet & Sherman | Response to and investigation of incident; incident facts; use of force against decedent | 1 hr. | | |
| 21. Barstow Police Department Det. Andrew Reyes* Barstow Police Department 220 E. Mountain View St. #B Barstow, CA 92311 (760) 256-2211 and/or c/o Ferguson Praet & Sherman | Response to and investigation of incident; incident facts; use of force against decedent | 30 min. | | |
| 22. Barstow Police Department Evidence Technician Sabrina Ellis*, Barstow Police Department 220 E. Mountain View St. #B, Barstow, CA 92311 (760) 256-2211 and/or c/o Ferguson Praet & Sherman | Response to and investigation of incident; incident facts; collection of evidence | 30 min. | | |

5

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| 23. Barstow Police Department Senior Evidence Technician Deanna Schooler*, Barstow Police Department 220 E. Mountain View St. #B Barstow, CA 92311 (760) 256-2211 and/or c/o Ferguson Praet & Sherman | Response to and investigation of incident; incident facts; collection of evidence | 30 min. | | |
| 24. Barstow Police Department Officer Mike Cardenas* Barstow Police Department, 220 E. Mountain View St. #B, Barstow, CA 92311, (760) 256-2211 and/or c/o Ferguson Praet & Sherman | Response to and investigation of incident; incident facts; use of force against decedent | 20 min. | | |
| 25. Barstow Police Department Officer Dante Caliboso* Barstow Police Department, 220 E. Mountain View St. #B, Barstow, CA 92311, (760) 256-2211 and/or c/o Ferguson Praet & Sherman | Response to and investigation of incident; incident facts; use of force against decedent | 20 min. | | |

6

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| 26.  Barstow Police Department Sergeant Andrew Ellis*, Barstow Police Department, 220 E Mountain View St. # B, Barstow, CA 92311, (760) 256-2211 and/or c/o Ferguson Praet & Sherman | Response to and investigation of incident; incident facts; use of force against decedent | 20 min. | | |
| 27.  Barstow Police Department Officer Joseph Silva*, Barstow Police Department 220 E. Mountain View St. #B Barstow, CA 92311 (760) 256-2211 and/or c/o Ferguson Praet & Sherman | Response to and investigation of incident; incident facts; use of force against decedent | 15 min. | | |
| 28.  Barstow Police Department Officer Ruben Escalante* Barstow Police Department 220 E. Mountain View St. #B, Barstow, CA 92311 (760) 256-2211 and/or c/o Ferguson Praet & Sherman | Response to and investigation of incident; incident facts; use of force against decedent | 15 min. | | |

7

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| 29. Barstow Police Department Lieutenant Andrew Espinoza, Jr.*, Barstow Police Department 220 E. Mountain View St. # B Barstow, CA 92311 (760) 256-2211 and/or c/o Ferguson Praet & Sherman | Response to and investigation of incident; incident facts; use of force against decedent | 15 min. | | |
| 30. Barstow Police Department Officer Juan Zepeda*, Barstow Police Department 220 E. Mountain View St. # B Barstow, CA 92311 (760) 256-2211 and/or c/o Ferguson Praet & Sherman | Response to and investigation of incident; incident facts; use of force against decedent | 15 min. | | |
| 31. Barstow Police Department Corporal Jose Barrientos*, Barstow Police Department 220 E. Mountain View St. #B Barstow, CA 92311 (760) 256-2211 and/or c/o Ferguson Praet & Sherman | Response to and investigation of incident; incident facts; use of force against decedent | 15 min. | | |

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| 32. Captain Steve Ross*, Barstow Fire Department 861 Barstow Road Barstow, CA 92311 (760) 256-2254 and/or c/o Ferguson Praet & Sherman | Nature and extent of Decedent's injuries; medical response and treatment | 15 min. | | |
| 33. EMT/Paramedic Ken Self*, Barstow Fire Department 861 Barstow Road Barstow, CA 92311 (760) 256-2254 and/or c/o Ferguson Praet & Sherman | Nature and extent of Decedent's injuries; medical response and treatment | 15 min. | | |
| 34. EMT/Paramedic Carlos Topete*, Barstow Fire Department 861 Barstow Road Barstow, CA 92311 (760) 256-2254 and/or c/o Ferguson Praet & Sherman | Nature and extent of Decedent's injuries; medical response and treatment | 15 min. | | |
| 35. EMT Alexander Jacobs*, Barstow Fire Department 861 Barstow Road Barstow, CA 92311 (760) 256-2254 and/or c/o Ferguson Praet & Sherman | Nature and extent of Decedent's injuries; medical response and treatment | 15 min. | | |

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| 36. Travis Espinoza*, Barstow Fire Department 861 Barstow Road Barstow, CA 92311 Tel: (760) 256-2254 and/or c/o Ferguson Praet & Sherman | Nature and extent of Decedent's injuries; medical response and treatment | 15 min. | | |
| 37. Forensic Pathologist Dr. Scott McCormick, County of Riverside Sheriff-Coroner Perris Coroner's Facility 800 S. Redlands Perris, CA 92570 Tel: (951) 443-2300 | Nature and extent of decedent's injuries; cause of death; autopsy | | 1 hr. | |
| 38. Dr. Howard W. Oliver, Autopsy / Post Services, Inc. 5134 Valley Blvd., Los Angeles, CA (800) 288-6779 | Nature and extent of decedent's injuries; cause of death; autopsy | | 1 hr. | |
| 39. James Kennedy Last known address: 31336 Highway 18 Lucerne Valley, CA (442) 235-6284 | Witness; incident facts; use of force against decedent | | 2 hrs. | |

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| 40.  Clarence Robert Chapman, National Justice Consultants, Inc., 1507 7th Street, Suite 350, Santa Monica, CA 90401 (310) 429-2940 | Defense expert; liability and use of force issues | 2 hrs. | | |
| 41.  Marc A. Cohen, M.D., A Professional Corporation, 360 N. Bedford Drive, Suite 317 Beverly Hills, CA 90210 (310) 724-5500 | Defense expert witness; trial opinions re: video footage surveillance | 2 hrs. | | |
| 42.  Parris Ward, Biodynamics Engineering, 1011 Swarthmore Avenue, Suite 1, Pacific Palisades, CA 90272 (310) 454-0924 | Forensic psychologist; decedent's mental health issues and conduct at scene | 2 hrs. | | |
| 43.  Dr. Cory Wilson, Barstow Community Hospital | Injuries to Deputy Woods | 30 min. | | |
| 44.  MaryAnn Savory, NP, Barstow Community Hospital | Injuries to Deputy Woods | 30 min. | | |

11

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| 46.  Dr. Alix Vincent, Barstow Community Hospital | Injuries to Deputy Woods | 30 min. | | |
| 47.  Dr. Robert Reuter, Barstow Community Hospital | Injuries to Deputy Woods | 30 min. | | |
| 48.  Dr. Peilin C. Reed, Barstow Community Hospital | Injuries to Deputy Woods | 30 min. | | |
| 49.  Dr. Matt Hudkins, Barstow Community Hospital | Injuries to Deputy Woods | 30 min. | | |

Dated:  January 22, 2018            ALVAREZ-GLASMAN & COLVIN

/s/ Roger A. Colvin, Esquire
Roger A. Colvin
Attorneys for Defendants
County of San Bernardino, Kyle Hayden Woods and William Kelsey



**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the Central District of California – by using the CM/ECF system on January 22, 2018

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Executed on January 22, 2018, at City of Industry, California.

/s/ Maria Luisa Espinosa