LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (SBN 144074)
E-mail: dalekgalipo@yahoo.com
Hang D. Le (SBN 293450)
E-mail: hlee@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

LAW OFFICE OF JAMES S. TERRELL
James S. Terrell, Esq. (SBN: 170409)
Email: jim@talktoterrell.com
15411 Anacapa Road
Victorville, CA 92392
Tel: (760) 951-5850
Fax: (760) 952-1085

LAW OFFICE OF SHARON J. BRUNNER
Sharon J. Brunner, Esq. (SBN: 229931)
Email: sharonjbrunner@yahoo.com
14393 Park Avenue, Suite 100
Victorville, CA 92392
Tel: (760) 243-9997
Fax: (760) 843-8155

*Attorneys for Plaintiff*:
DOMINIC ARCHIBALD

Roger A. Colvin, Esq. (SBN 068773)
Vincent C. Ewing, Esq. (SBN 177708)
ALVAREZ-GLASMAN & COLVIN
13181 Crossroads Parkway North
Suite 400-West Tower
City of Industry, CA 91746
Telephone: (562) 699-5500
Facsimile: (562) 692-2244
rcolvin@agclawfirm.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOMINIC ARCHIBALD AND NATHANAEL PICKET, I, AS INDIVIDUALS AND AS SUCCESSORS IN INTEREST TO | Case No. 5:16-cv-01128 –AB-SPx<br><br>[*Hon. Andre Birotte, Jr.*] |

1.

| | |
|---|---|
| NATHANAEL H. PICKETT II, DECEASED.<br><br>    Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO, KYLE HAYDEN WOODS, WILLIAM KELSEY, and DOES 2-10, INCLUSIVE,<br><br>    Defendants. | **JOINT EXHIBIT LIST** |

2.

**TO THE HONORABLE COURT AND TO ALL PARTIES HEREIN:**

    **PLEASE TAKE NOTICE THAT** the parties hereby submit their [Proposed] Exhibit List. The parties reserve the right to amend, supplement or revise this list. Respectfully submitted,

DATED: January 22, 2018

                                             LAW OFFICES OF DALE K. GALIPO
                                             LAW OFFICE OF JAMES S. TERRELL
                                             LAW OFFICES OF SHARON J. BRUNNER

                          By:     /s Hang D. Le
                                  Dale K. Galipo
                                  James S. Terrell
                                  Sharon J. Brunner
                                  Hang Le
                                  Attorneys for Plaintiff
                                  DOMINIC ARCHIBALD

DATED: January 22, 2018         ALVAREZ-GLASMAN & COLVIN

                          By:     /s Roger A. Colvin
                                  ROGER A. COLVIN
                                  Attorneys for Defendants
                                  COUNTY OF SAN BERNARDINO, KYLE
                                  WOODS, AND WILLIAM KELSEY

**Plaintiffs' Exhibits**

| Exh. No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 1 | Surveillance Videos of the November 19, 2015 Incident from El Rancho Motel | | | |
| 2 | November 19, 2015 Audio Belt Recording of Incident from Deputy Woods | | | |
| 3 | Transcript of the November 19, 2015 Audio Belt Recording of Incident from Deputy Woods | | | |
| 4 | San Bernardino County Sheriff's Department Officer Involved Shootings Policies (CSB 00379-00384) | | | |
| 5 | San Bernardino County Sheriff's Department Use of Force Policies (CSB 00385-00390) | | | |
| 6 | Relevant portions of P.O.S.T. Learning Domain 20 – Use of Force | | | |
| 7 | Relevant portions of P.O.S.T. Learning Domain 37 – People with Disabilities | | | |
| 8 | Relevant portions of P.O.S.T. Learning Domain 33 – Firearm Retention | | | |
| 9 | Autopsy Report by Dr. Howard Oliver | | | |
| 10 | Riverside County | | | |

| Exh. No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
|  | Coroner Autopsy Report by Dr. Scott McCormick |  |  |  |
| 11 | Photographs of Nathanael Pickett, II at the Scene | FRE 401, 402, 403 |  |  |
| 12 | Photographs of the Scene | FRE 401, 402, 403 |  |  |
| 13 | Aerial Photographs of the Scene |  |  |  |
| 14 | Photographs of Nathanael Pickett, II from Autopsy | FRE 401, 402, 403 |  |  |
| 15 | Photographs of Deputy Kyle Woods taken on November 19, 2015 after the Incident |  |  |  |
| 16 | Photographs of Nathanael Pickett, II and Family | FRE 401, 402, 403 |  |  |
| 17 | Photographs of Nathanael Pickett, II's Funeral | FRE 401, 402, 403; FRCP 26, 37 |  |  |
| 18 | Documents Regarding Funeral & Burial Expenses |  |  |  |
| 19 | Training Records of Kyle Woods |  |  |  |
| 20 | Citizen Volunteer Program Policy Manual |  |  |  |
| 21 | December 17, 2015 Audio Recordings of Kyle Woods Statements given to Detective Libby | FRE 801, 802 |  |  |
| 22 | Transcript of December 17, 2015 Audio Recordings of Kyle Woods Statements given to Detective Libby | FRE 801, 802 |  |  |
| 23 | El Rancho Rental |  |  |  |

| Exh. No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| | Agreement and/or Lease | | | |
| 24 | Detailed History Report | FRE 401, 402, 403 | | |
| 25 | Portions of Video 15-4825 02. | FRE 401, 402, 403 | | |
| 26 | June 6, 2017 Kyle Woods' Work Performance Evaluation | FRE 401, 402, 403; Privacy | | |
| 27 | Photographs of Kyle Woods' Firearm | | | |
| 28 | Photographs of Kyle Woods' hands and face after the incident | | | |
| 29 | Still Photographs of Video Recordings of the Incident | FRE 401, 402, 403 | | |
| 30 | (1) 9/13/14 screenshot of Pandora song liked "Animal I Have Become by Thee Days Grace" by Kyle Hayden Woods on Facebook.com (2) 9/11/14 screenshot of Pandora song liked "The Good Life by Thee Days Grace" by Kyle Hayden Woods on Facebook.com (3) 9/10/14 screenshot of Pandora song liked "Animal I Have Become by Thee Days Grace" by Kyle Hayden Woods on Facebook.com | FRE 401, 402, 403; FRCP 26, 37; Post discovery cut-off disclosure | | |
| 31 | Victor Valley News (VVNG.COM) print-out of 9/14/15 Story "CHP Officer Kicked in the Chest by Combative Suspect" (3PGS) | FRE 401, 402, 403; FRCP 26, 37; Post discovery cut-off disclosure | | |

| Exh. No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 32 | El Rancho Motel Security Camera Footage (CAM11) from 11/19/2015 21:16:31 showing hand shoving Nathaniel Picket down stairs | FRE 401, 402, 403 | | |
| 33 | El Rancho Motel Security Camera Footage (CAM11) from 11/19/2015 21:16:31 showing Kyle Woods approaching Nathaniel Picket as he crashes down cement stairs | FRE 401, 402, 403 | | |
| 34 | El Rancho Motel Security Camera Footage (CAM11) from 11/19/2015 21:16:31 showing Kyle Woods approaching Nathaniel Picket as Nathaniel raises his hands | FRE 401, 402, 403 | | |
| 35 | 10/16/14 screenshot of Kyle Woods posted selfie from Facebook.com | FRE 401, 402, 403; FRCP 26, 37; Post discovery cut-off disclosure | | |
| 36 | 1/21/15 Daily Journal article print-out "New California Laws for 2015" AB 2634: Clarification of remedies under Bane Act | FRE 401, 402, 403; FRCP 26, 37; Post discovery cut-off disclosure | | |
| 37 | 1/16/18 Meta Print-out of preliminary audio file approximate time stamp/markers from audio extracted and | FRE 401, 402, 403; FRCP 26, 37; Post discovery cut-off disclosure | | |

4.

| Exh. No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
|  | analyzed from Defense A/V Sync Video |  |  |  |
| 38 | Use of force manual "Sheriff's Department Manual" (Pages 616-621) | FRE 401, 402, 403; FRCP 26, 37; Post discovery cut-off disclosure |  |  |
| 39 | Witness Video Amy "Amy Witness.MOV" conducted by Private Investigator Cliff Harris (7:55 in length) | FRE 401, 402, 403; FRE 801, 802; FRE 901, 902 |  |  |
| 40 | Witness Video of James Kennedy conducted by Private Investigator Cliff Harris "James Kennedy.MOV" (11:19 in length) | FRE 401, 402, 403; FRE 801, 802; FRE 901, 902 |  |  |
| 41 | Witness Video of Rorel McNeese conducted by Private Investigator Cliff Harris "Rorel McNeese.MOV" (19:42 in length) | FRE 401, 402, 403; FRE 801, 802; FRE 901, 902 |  |  |
| 42 | El Rancho Motel Security Camera System export file name 1~10~11~13.exe | FRE 401, 402, 403; FRCP 26, 37; Post discovery cut-off disclosure; FRE 901, 902 |  |  |
| 43 | El Rancho Motel Security Camera System export file name 13~11~10~1.exe | FRE 401, 402, 403; FRCP 26, 37; Post discovery cut-off disclosure; FRE 901, 902 |  |  |
| 44 | El Rancho Motel Security Camera System export file name 13~11~10~1~002.exe | FRE 401, 402, 403; FRCP 26, 37; Post discovery cut-off disclosure; FRE 901, 902 |  |  |
| 45 | El Rancho Motel Security Camera System export file name | FRE 401, 402, 403; FRCP 26, 37; Post discovery cut-off disclosure; FRE 901, |  |  |

| Exh. No. | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| | 13~11~10~1~003.exe | 902 | | |
| 46 | El Rancho Barstow LLC Rental Agreement and/or Lease for Nathaniel Pickett (1 pg) | | | |
| 47 | El Rancho Motel Exterior Photos taken by Aaron Conaway 6/12/2016 (IMG_1035.JPG - IMG_1055.JPG) | FRE 401, 402, 403; FRCP 26, 37; Post discovery cut-off disclosure; FRE 901, 902 | | |
| 48 | 1/15/18 Audio File EXCERPT from Defense Belt recording A/V Sync video, GONNA SHOOT.mp3 (7 seconds duration) | FRE 401, 402, 403; FRCP 26, 37; Post discovery cut-off disclosure; FRE 901, 902 | | |
| 48-100 | Reserved for Plaintiffs | | | |

**Defendants' Exhibits**

| Exh. No | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 101 | Portions of the San Bernardino District Attorney's Office Report | FRE 401, 402, 403, 801, 802. Irrelevant, unduly prejudicial, hearsay, Information Unknown to the Deputy, Subject to Pending Motion in Limine | | |
| 102 | Deputy Woods' Medical Records related to injuries sustained during incident | FRE 401, 402, 403, 801, 802. Irrelevant, unduly prejudicial, hearsay, lacks foundation | | |
| 103 | Riverside County Autopsy Report | | | |
| 104 | Decedent's Toxicology | FRE 401, 402, 403, 801, | | |

6.

| Exh. No | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| | Reports | 802.  Irrelevant, unduly prejudicial, hearsay, Information Unknown to the Deputy, Subject to Pending Motion in Limine | | |
| 105 | POST Learning Domain #15 "Laws of Arrest" | | | |
| 106 | POST Learning Domain #20 "Use of Force" | | | |
| 107 | POST Learning Domain #33 "Arrest and Control" | | | |
| 108 | POST Learning Domain #37 "People with "Disabilities" | | | |
| 109 | San Bernardino Sheriff's Dept. Taser Policy | | | |
| 110 | X26 Taser Training Manual, Version 15 | | | |
| 111 | El Rancho Motel Surveillance Video | | | |
| 112 | Deputy Wood's Belt Recorder | | | |
| 113 | Deputy Dickey's Belt Recorder | | | |
| 114 | Defendants' Expert Synchronized Audio/Video | | | |
| 115 | Defendants' Expert Video Comparison | FRE 401, 402, 403, 702.  Irrelevant, unduly prejudicial, cumulative, improper expert testimony | | |
| 116 | Defendant's Expert Witness Report "Clarence Chapman" | FRE 401, 402, 403, 801, 802.  Irrelevant, unduly prejudicial, cumulative, hearsay | | |
| 117 | Defendant's Expert Witness Report "Parris Ward" | FRE 401, 402, 403, 801, 802.  Irrelevant, unduly prejudicial, cumulative, | | |

7.

| Exh. No | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
|  |  | hearsay |  |  |
| 118 | Defendant's Expert Report "Dr. Marc Cohen" | FRE 401, 402, 403, 801, 802.  Irrelevant, unduly prejudicial, cumulative, hearsay |  |  |
| 119 | Criminal History of Decedent | FRE 401, 402, 403, 404, 801, 802.  Irrelevant, unduly prejudicial, cumulative, hearsay, improper character evidence, Information Unknown to the Deputy, Subject to Pending Motion in Limine |  |  |
| 120 | Decedent's Arrest Report from the Barstow Police Department | FRE 401, 402, 403, 404, 801, 802.  Irrelevant, unduly prejudicial, cumulative, hearsay, improper character evidence, Information Unknown to the Deputy, Subject to Pending Motion in Limine |  |  |
| 121 | Transcript of Deputy Woods' Belt Recorder prepared by the S. B. District Attorney's Office | FRE 401, 402, 403, 702, 801, 802.  Irrelevant, unduly prejudicial, hearsay, improper expert testimony |  |  |
| 122 | Transcript of Deputy Dickey's Belt Recorder prepared by the S. B. District Attorney's Office | FRE 401, 402, 403, 801, 802.  Irrelevant, unduly prejudicial, hearsay, improper expert testimony |  |  |
| 123 | San Bernardino County Sheriff's Department Officer Involved Shootings Policy |  |  |  |
| 124 | San Bernardino County |  |  |  |

| Exh. No | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| | Sheriff's Department Use of Force Policy | | | |
| 125 | Aerial Photographs of El Rancho Motel | | | |
| 126 | Photographs of Deputy Woods Injuries | FRE 401, 402, 403. Irrelevant, unduly prejudicial, misleading, cumulative. | | |
| 127 | Autopsy Report by Dr. Howard Oliver | | | |

9.