LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (SBN 144074)
E-mail:  dalekgalipo@yahoo.com
Hang Le (SBN 293450)
E-mail: hlee@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA  91367
Tel: (818) 347-3333
Fax: (818) 347-4118

LAW OFFICE OF JAMES S. TERRELL
James S. Terrell, Esq. (SBN: 170409)
Email:  jim@talktoterrell.com
15411 Anacapa Road
Victorville, CA 92392
Tel: (760) 951-5850
Fax: (760) 952-1085

LAW OFFICE OF SHARON J. BRUNNER
Sharon J. Brunner, Esq. (SBN: 229931)
Email: sharonjbrunner@yahoo.com
14393 Park Avenue, Suite 100
Victorville, CA 92392
Tel: (760) 243-9997
Fax: (760) 843-8155

Attorneys for *Plaintiff*
DOMINIC ARCHIBALD

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC ARCHIBALD AND NATHANAEL PICKET, I, AS INDIVIDUALS AND AS SUCESSORS IN INTEREST TO NATHANAEL H. PICKETT II, DECEASED.<br><br>                         Plaintiffs,<br><br>                vs.<br><br>COUNTY OF SAN BERNARDINO, KYLE HAYDEN WOODS, WILLIAM KELSEY, and DOES 2-10, INCLUSIVE,<br>                         Defendants. | Case No. 5:16-cv-01128 –AB-SPx<br><br>[*Honorable* Andre Birotte, Jr.]<br><br>**PROPOSED SPECIAL VERDICT FORMS**<br><br>FPTC: February 12, 2018<br>Trial: March 6, 2018 |

# PLAINTIFF ARCHIBALD'S PROPOSED SPECIAL VERDICT FORM

**QUESTION 1:**  Did Deputy Woods unreasonably detain Nathanael Pickett, II?

YES _____          NO _____

*If you answered "yes" to Question 1, please proceed to Question 2.*

*If you answered "no" to Question 1, please proceed to Question 3.*

**QUESTION 2:**  Was the unreasonable detention a cause of Nathanael Pickett, II's injury, damage, harm, or death?

YES _____          NO _____

*Please proceed to the next question.*

**QUESTION 3:**  Did Deputy Kyle Woods use excessive or unreasonable force against Nathanael Pickett, II?

YES _____          NO _____

*If you answered "yes" to Question 3, please proceed to Question 4.*

*If you answered "no," please proceed to Question 5.*

**QUESTION 4:**  Was Deputy Kyle Woods' use of excessive or unreasonable force a cause of Nathanael Pickett, II's injury, damage, harm, or death?

YES _____          NO _____

*Please proceed to the next question.*

//

//

//

//

**QUESTION 5:** Did Deputy Kyle Woods unreasonably delay Nathanael Pickett, II from obtaining needed medical care?

YES _____          NO _____

*If you answered "yes" to Question 5, please proceed to Question 6.*

*If you answered "no" to Question 5, please proceed to Question 7.*

**QUESTION 6:**  Was the unreasonable delay in obtaining needed medical care a cause of Nathanael Pickett, II's injury, loss, damages, harm, or death?

YES _____          NO _____

*Please proceed to the next question.*

**QUESTION 7:** Was Deputy Kyle Woods deliberately indifferent to the right to have a familial relationship between Plaintiffs Dominic Archibald and Nathanael Pickett, I and their son, Nathanael Pickett, II?

YES _____          NO _____

*Please proceed to the next question.*

**QUESTION 8:** Did Deputy Kyle Woods violate Nathanael Pickett, II's rights under the Bane Act?

*If you answered "yes" to Question 3, you must answer "yes" to Question 8.*

YES _____          NO _____

*Please proceed to the next question.*

**QUESTION 9:**     Did William Kelsey touch Nathanael Pickett, II with the intent to harm him?

YES _____          NO _____

*If you answered "yes" to Question 9, please proceed to Question 10.*

*If you answered "no" to Question 9, please proceed to Question 11.*

**QUESTION 10:**  Was William Kelsey's touching of Nathanael Pickett, II with intent to harm him a cause of Nathanael Pickett, II's injury, damage, harm, or death?

YES _____        NO _____

*Please proceed to the next question.*


**QUESTION 11:**  Was Deputy Kyle Woods negligent?

YES _____        NO _____

*If you answered "yes" to Question 11, please proceed to Question 12.*

*If you answered "no" to Question 11, please proceed to Question 13.*


**QUESTION 12:**  Was Deputy Kyle Woods's negligence a cause of Nathanael Pickett, II's injury, damage, harm, or death?

YES _____        NO _____

*Please proceed to the next question.*


**QUESTION 13:**  Was William Kelsey negligent?

YES _____        NO _____

*If you answered "yes" to Question 13, please proceed to Question 14.*

*If you answered "no" to Question 13, please proceed to Question 15.*

*If you answered "no" to Questions 11 and 13, please proceed to Question 18.*

*If you answered "no" to Questions 1, 3, 5, 7, 8, 9, 11, and 13, please sign and return this form.*

*//*

*//*

*//*

*//*

1    **QUESTION 14:**   Was William Kelsey's negligence a cause of Nathanael

2    Pickett, II's injury, damage, harm, or death?

3                    YES _____          NO _____

4    *Please proceed to the next question.*

5

6    **QUESTION 15:**  Was Nathanael Pickett, II negligent?

7                    YES _____          NO _____

8

9    *If you answered "yes" to Question 14, please proceed to Question 15.   If you*

10   *answered "no" to Question 14, please proceed to Question 16.*

11

12   **QUESTION 16:**   Was Nathanael Pickett, II's negligence a cause of his

13   injury, damage, harm, or death?

14                   YES _____          NO _____

15   *Please proceed to the next question.*

16   **QUESTION 17:**   What percentage of responsibility for Nathanael Pickett,

17   II's death do you assign to the negligent conduct, if any, of the following?

18              Deputy Kyle Woods                  _____%

19              William Kelsey                     _____%

20              Nathanael Pickett, II              _____%

21              TOTAL                                   100 %

22   *Please proceed to the next question.*

23

24   **QUESTION 18:**  What are Nathanael Pickett, II's damages for his loss of

25   enjoyment of life and for his pre-death pain and suffering?

26                   $_____

27   *Please proceed to the next question.*

28

5:16-cv-01128 –AB-SPx
                                        [PROPOSED] SPECIAL VERDICT FORM

**QUESTION 19:** What are Plaintiff Dominic Archibald's damages for past and future loss of Nathanael Pickett, II's love, companionship, comfort, care, assistance, protection, affection, society, and moral support?

Past:        $ _____

Future:      $ _____

Total:       $ _____

*Please proceed to the next question.*

**QUESTION 20:** What are Plaintiff Nathanael Pickett, I's damages for past and future loss of Nathanael Pickett, II's love, companionship, comfort, care, assistance, protection, affection, society, and moral support?

Past:        $ _____

Future:      $ _____

Total:       $ _____

*Please proceed to the next question.*

**QUESTION 21:**   Was the conduct of Deputy Kyle Woods malicious, oppressive or in reckless disregard of Nathanael Pickett, II's rights?

YES _____            NO _____

*Please sign and date this verdict form and return it to the Court.*

Dated: _____          Signed: _____

Jury Foreperson

# DEFENDANTS' PROPOSED SPECIAL VERDICT FORM

**QUESTION 1:**  Did Deputy Woods unreasonably detain Nathanael Pickett, II?

YES _____          NO _____

*If you answered "yes" to Question 1, please proceed to Question 2.*

*If you answered "no" to Question 1, please proceed to Question 3.*

**QUESTION 2:**  Was the unreasonable detention a cause of Nathanael Pickett, II's injury, damage, harm, or death?

YES _____          NO _____

*Please proceed to the next question.*

**QUESTION 3:**  Did Deputy Kyle Woods use excessive or unreasonable force against Nathanael Pickett, II?

YES _____          NO _____

*If you answered "yes" to Question 3, please proceed to Question 4.*

*If you answered "no," please proceed to Question 5.*

**QUESTION 4:**  Was Deputy Kyle Woods' use of excessive or unreasonable force a cause of Nathanael Pickett, II's injury, damage, harm, or death?

YES _____          NO _____

*Please proceed to the next question.*

//

//

//

//

**QUESTION 5:** Did Deputy Kyle Woods unreasonably delay Nathanael Pickett, II from obtaining needed medical care?

YES _____          NO _____

*If you answered "yes" to Question 5, please proceed to Question 6.*

*If you answered "no" to Question 5, please proceed to Question 7.*

**QUESTION 6:**  Was the unreasonable delay in obtaining needed medical care a cause of Nathanael Pickett, II's injury, loss, damages, harm, or death?

YES _____          NO _____

*Please proceed to the next question.*

**QUESTION 7:** Did Deputy Woods act with a purpose to harm Nathanael Pickett, II that was unrelated to a legitimate law enforcement objective?

YES _____          NO _____

*Please proceed to the next question.*

**QUESTION 8:** Did Deputy Kyle Woods intentionally interfere with Nathanael Pickett, II's civil rights by threats, intimidation, or coercion?

YES _____          NO _____

*Please proceed to the next question.*

**QUESTION 9:**     Did William Kelsey touch Nathanael Pickett, II with the intent to harm him?

YES _____          NO _____

*If you answered "yes" to Question 9, please proceed to Question 10.*

*If you answered "no" to Question 9, please proceed to Question 11.*

**QUESTION 10:**  Was William Kelsey's touching of Nathanael Pickett, II with intent to harm him a cause of Nathanael Pickett, II's injury, damage, harm, or death?

YES _____          NO _____

*Please proceed to the next question.*

**QUESTION 11:**  Was Deputy Kyle Woods negligent?

YES _____          NO _____

*If you answered "yes" to Question 11, please proceed to Question 12.*

*If you answered "no" to Question 11, please proceed to Question 13.*

**QUESTION 12:**   Was Deputy Kyle Woods's negligence a cause of Nathanael Pickett, II's death?

YES _____          NO _____

*Please proceed to the next question.*

**QUESTION 13:**  Was William Kelsey negligent?

YES _____          NO _____

*If you answered "yes" to Question 13, please proceed to Question 14.*

*If you answered "no" to Question 13, please proceed to Question 15.*

*If you answered "no" to Questions 11 and 13, please proceed to Question 18.*

*If you answered "no" to Questions 1, 3, 5, 7, 8, 9, 11, and 13, please sign and return this form.*

//

//

//

//

[PROPOSED] SPECIAL VERDICT FORM

**QUESTION 14:**  Was William Kelsey's negligence a cause of Nathanael Pickett, II's injury, damage, harm, or death?

YES _____     NO _____

*Please proceed to the next question.*

**QUESTION 15:**  Was Nathanael Pickett, II negligent?

YES _____     NO _____

*If you answered "yes" to Question 14, please proceed to Question 15.  If you answered "no" to Question 14, please proceed to Question 16.*

**QUESTION 16:**  Was Nathanael Pickett, II's negligence a cause of his injury, damage, harm, or death?

YES _____     NO _____

*Please proceed to the next question.*

**QUESTION 17:**  What percentage of responsibility for Nathanael Pickett, II's death do you assign to the negligent conduct, if any, of the following?

Deputy Kyle Woods                _____%

William Kelsey                   _____%

Nathanael Pickett, II            _____%

TOTAL                            100 %

*Please proceed to the next question.*

**QUESTION 18:**  What are Nathanael Pickett, II's damages for his loss of enjoyment of life and for his pre-death pain and suffering?

$_____

*Please proceed to the next question.*

[PROPOSED] SPECIAL VERDICT FORM

1   **QUESTION 19:** What are Plaintiff Dominic Archibald's damages for past

2   and future loss of Nathanael Pickett, II's love, companionship, comfort, care,

3   assistance, protection, affection, society, and moral support?

4                                    Past:          $ _____

5

6                                    Future:        $ _____

7

8                                    Total:         $ _____

9   *Please proceed to the next question.*

10

11   **QUESTION 20:** What are Plaintiff Nathanael Pickett, I's damages for past

12   and future loss of Nathanael Pickett, II's love, companionship, comfort, care,

13   assistance, protection, affection, society, and moral support?

14                                    Past:          $ _____

15

16                                    Future:        $ _____

17

18                                    Total:         $ _____

19   *Please proceed to the next question.*

20

21   **QUESTION 21:**  Was the conduct of Deputy Kyle Woods malicious,

22   oppressive or in reckless disregard of Nathanael Pickett, II's rights?

23                          YES _____                NO _____

24

25   *Please sign and date this verdict form and return it to the Court.*

26

27   Dated: _____          Signed: _____

28                                            Jury Foreperson

-11-

[PROPOSED] SPECIAL VERDICT FORM

1  **PLAINTIFF ARCHIBALD'S RESPONSE TO DEFENDANTS' PROPOSED**

2  **SPECIAL VERDICT FORM**:

3  　　　Plaintiff objects to Defendants' changes made to Plaintiff's special verdict

4  form. Specifically, Plaintiff objects to Defendant changing the standard for the

5  Fourth Amendment claim. Plaintiff contends that Deputy Woods had time to

6  deliberate before using force on Mr. Pickett. Further, Defendants' question for the

7  Bane Act is confusing and misleading.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  **PLAINTIFF PICKETT'S PROPOSED SPECIAL VERDICT FORM**

2

3  **QUESTION 1:**  Did Deputy Woods unreasonably detain Nathanael Pickett,

4  II?

5                          YES _____          NO _____

6  *If you answered "yes" to Question 1, please proceed to Question 2.*

7  *If you answered "no" to Question 1, please proceed to Question 3.*

8

9  **QUESTION 2:**  Was the unreasonable detention a cause of Nathanael

10 Pickett, II's injury, damage, harm, or death?

11                         YES _____          NO _____

12 *Please proceed to the next question.*

13

14 **QUESTION 3:**  Did Deputy Kyle Woods use excessive or unreasonable

15 force against Nathanael Pickett, II?

16                         YES _____          NO _____

17 *If you answered "yes" to Question 3, please proceed to Question 4.*

18 *If you answered "no," please proceed to Question 5.*

19

20 **QUESTION 4:**  Was Deputy Kyle Woods' use of excessive or unreasonable

21 force a cause of Nathanael Pickett, II's injury, damage, harm, or death?

22                         YES _____          NO _____

23 *Please proceed to the next question.*

24 //

25 //

26 //

27 //

28

1  **QUESTION 5:** Did Deputy Kyle Woods unreasonably delay Nathanael
2  Pickett, II from obtaining needed medical care?

3  YES _____        NO _____

4  *If you answered "yes" to Question 5, please proceed to Question 6.*
5  *If you answered "no" to Question 5, please proceed to Question 7.*

6

7  **QUESTION 6:**  Was the unreasonable delay in obtaining needed medical
8  care a cause of Nathanael Pickett, II's injury, loss, damages, harm, or death?

9  YES _____        NO _____

10 *Please proceed to the next question.*

11

12 **QUESTION 7:** Was Deputy Kyle Woods deliberately indifferent to the right
13 to have a familial relationship between Plaintiffs Dominic Archibald and Nathanael
14 Pickett, I and their son, Nathanael Pickett, II?

15 YES _____        NO _____

16 *Please proceed to the next question.*

17

18 **QUESTION 8:** Did Deputy Kyle Woods violate Nathanael Pickett, II's rights
19 under the Bane Act?

20 *If you answered "yes" to Question 3, you must answer "yes" to Question 8.*

21 YES _____        NO _____

22 *Please proceed to the next question.*

23

24 **QUESTION 9:**      Did William Kelsey touch Nathanael Pickett, II with the
25 intent to harm him?

26 YES _____        NO _____

27 *If you answered "yes" to Question 9, please proceed to Question 10.*
28 *If you answered "no" to Question 9, please proceed to Question 11.*

**QUESTION 10:** Was William Kelsey's touching of Nathanael Pickett, II with intent to harm him a cause of Nathanael Pickett, II's injury, damage, harm, or death?

YES _____        NO _____

*Please proceed to the next question.*


**QUESTION 11:** Was Deputy Kyle Woods negligent?

YES _____        NO _____

*If you answered "yes" to Question 11, please proceed to Question 12.*

*If you answered "no" to Question 11, please proceed to Question 13.*


**QUESTION 12:** Was Deputy Kyle Woods's negligence a cause of Nathanael Pickett, II's injury, damage, harm, or death?

YES _____        NO _____

*Please proceed to the next question.*


**QUESTION 13:** Was William Kelsey negligent?

YES _____        NO _____

*If you answered "yes" to Question 13, please proceed to Question 14.*

*If you answered "no" to Question 13, please proceed to Question 15.*

*If you answered "no" to Questions 11 and 13, please proceed to Question 18.*

*If you answered "no" to Questions 1, 3, 5, 7, 8, 9, 11, and 13, please sign and return this form.*

*//*

*//*

*//*

*//*

5:16-cv-01128 –AB-SPx
[PROPOSED] SPECIAL VERDICT FORM

**QUESTION 14:**   Was William Kelsey's negligence a cause of Nathanael Pickett, II's injury, damage, harm, or death?

YES _____          NO _____

*Please proceed to the next question.*

**QUESTION 15:**  Was Nathanael Pickett, II negligent?

YES _____          NO _____

*If you answered "yes" to Question 14, please proceed to Question 15.  If you answered "no" to Question 14, please proceed to Question 16.*

**QUESTION 16:**   Was Nathanael Pickett, II's negligence a cause of his injury, damage, harm, or death?

YES _____          NO _____

*Please proceed to the next question.*

**QUESTION 17:**   What percentage of responsibility for Nathanael Pickett, II's death do you assign to the negligent conduct, if any, of the following?

Deputy Kyle Woods _____%

William Kelsey _____%

Nathanael Pickett, II _____%

TOTAL 100 %

*Please proceed to the next question.*

**QUESTION 18:**  What are Nathanael Pickett, II's damages for his loss of enjoyment of life and for his pre-death pain and suffering?

$_____

*Please proceed to the next question.*

5:16-cv-01128 –AB-SPx
[PROPOSED] SPECIAL VERDICT FORM

1    **QUESTION 19:** What are Plaintiff Dominic Archibald's damages for past

2  and future loss of Nathanael Pickett, II's love, companionship, comfort, care,

3  assistance, protection, affection, society, and moral support?

4                                    Past:          $ _____

5

6                                    Future:        $ _____

7

8                                    Total:         $ _____

9  *Please proceed to the next question.*

10

11    **QUESTION 20:** What are Plaintiff Nathanael Pickett, I's damages for past

12  and future loss of Nathanael Pickett, II's love, companionship, comfort, care,

13  assistance, protection, affection, society, and moral support?

14                                    Past:          $ _____

15

16                                    Future:        $ _____

17

18                                    Total:         $ _____

19  *Please proceed to the next question.*

20

21    **QUESTION 21:**   Was the conduct of Deputy Kyle Woods malicious,

22  oppressive or in reckless disregard of Nathanael Pickett, II's rights?

23                                    YES _____        NO _____

24

25  *Please sign and date this verdict form and return it to the Court.*

26

27  Dated: _____          Signed: _____

28                                                    Jury Foreperson

**QUESTION 22**:

We answer the questions submitted to us as follows:

1. Did KYLE WOODS make threats of violence against NATHANIEL PICKETT II ?

2. Yes_____ No_____

3.  Did KYLE WOOD act violently against NATHANIEL PICKETT II

Yes ____ No_____

If your answer to question 1 or No. 2 is yes, then answer question 4. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

4. Did KYLE WOODS threats cause NATHANIEL PICKETT II's to reasonably believe that if he exercised his right to return to his home, KYLE WOODS would commit violence against him and that KYLE WOODS had the apparent ability to carry out the threat?

5. Yes _____No_____

6. If your answer to question 5 is yes, then answer question 7. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

7. Was KYLE WOODS' conduct a substantial factor in causing harm to NATHANIEL PICKETT II?

8. Yes_____ No_____

9. If your answer to question 8 is yes, then answer question 10. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

9. What are NATHANIEL PICKETT II's damages?

a. Future economic loss $_____

b. Past noneconomic loss, including [physical pain/mental suffering:]

$ _____

1    c. Future noneconomic loss, including [physical pain/mental suffering:]

2    $_____

3    d. TOTAL $ _____

4    10. What amount do you award as punitive damages? $

5    Signed: Presiding Juror

6

7    Dated:   _____        Signed:   _____

8                                  Jury Foreperson

9    **QUESTION 23**:

10   We answer the questions submitted to us as follows:

11   1. Did KYLE WOODS interfere with or attempt to interfere with

12   NATHANIEL PICKETT's right to walk on the walkway leading to his residence by

13   threatening or committing violent acts?

14   Yes _____No_____

15   If your answer to question 1 is yes, then answer question 2.

16   If you answered no, stop here, answer no further questions, and have the

17   presiding juror sign and date this form.

18   2. Did NATHANIEL PICKETT II reasonably believe that if he exercised his

19   right to return to his home by walking on the walkway leading to his residence that

20   KYLE WOODS would commit violence against him?

21   Yes_____ No_____

22   If your answer to question 2 is yes, then answer question 3.

23   If you answered no, stop here, answer no further questions, and have the

24   presiding juror sign and date this form.

25   3. Was KYLE WOODS' conduct a substantial factor in causing harm to

26   NATHANIEL PICKETT II?

27   Yes_____ No_____

28   If your answer to question 3 is yes, then answer question 4.

1    If you answered no, stop here, answer no further questions, and have the

2  presiding juror sign and date this form.

3    4. What are NATHANIEL PICKETT II's damages?

4    [a. Past economic loss

5    [lost earnings $ ]

6    [lost profits $ ]

7    [medical expenses $ ]

8    [other past economic loss $ ]

9    [a. Total Past Economic Damages: $ ]

10    [b. Future economic loss

11    [lost earnings $ ]

12    [lost profits $ ]

13    [medical expenses $ ]

14    [other future economic loss $ ]

15    [b. Total Future Economic Damages: $ ]

16    [c. Past noneconomic loss, including [physical

17    pain/mental suffering:] $ ]

18    [d. Future noneconomic loss, including [physical

19    pain/mental suffering:] $ ]

20    [d. TOTAL $

21    [Answer question 5.

22    5. What amount, if any, do you award as a penalty against KYLE WOODS?

23    Answer question 6.

24    6. What amount do you award as against KYLE WOODS?  As punitive

25  damages

26    _____

27  //

28  //

5:16-cv-01128 –AB-SPx
                                                                    [PROPOSED] SPECIAL VERDICT FORM

**QUESTION 24**

We answer the questions submitted to us as follows:

1. Did COUNTY of SAN BERNARDINO interfere with or attempt to interfere with NATHANIEL PICKETT's right to walk on the walkway leading to his residence by threatening or committing violent acts?

Yes _____No_____

If your answer to question 1 is yes, then answer question 2.

If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

2. Did NATHANIEL PICKETT II reasonably believe that if he exercised his right to return to his home by walking on the walkway leading to his residence that COUNTY of SAN BERNARDINO would commit violence against him?

Yes_____ No_____

If your answer to question 2 is yes, then answer question 3.

If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

3. Was COUNTY of SAN BERNARDINO's conduct a substantial factor in causing harm to NATHANIEL PICKETT II?

Yes_____ No_____

If your answer to question 3 is yes, then answer question 4.

If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

4. What are NATHANIEL PICKETT II's damages?

[a. Past economic loss

[lost earnings $ ]

[lost profits $ ]

[medical expenses $ ]

[other past economic loss $ ]

1   [a. Total Past Economic Damages: $ ]

2   [b. Future economic loss

3   [lost earnings $ ]

4   [lost profits $ ]

5   [medical expenses $ ]

6   [other future economic loss $ ]

7   [b. Total Future Economic Damages: $ ]

8   [c. Past noneconomic loss, including [physical

9   pain/mental suffering:] $ ]

10  [d. Future noneconomic loss, including [physical

11  pain/mental suffering:] $ ]

12  [d. TOTAL $

13  [Answer question 5.

14  5. What amount, if any, do you award as a penalty against COUNTY of SAN

15  BERNARDINO?

16  Answer question 6.

17  6. What amount do you award as against COUNTY of SAN BERNARDINO?

18

19  **QUESTION NO. 25**

20  1. Did WILLIAM KELSEY interfere with or attempt to interfere with

21  NATHANIEL PICKETT's right to walk on the walkway leading to his residence by

22  threatening or committing violent acts?

23  Yes _____No_____

24  If your answer to question 1 is yes, then answer question 2.

25  If you answered no, stop here, answer no further questions, and have the

26  presiding juror sign and date this form.

27

28

2. Did NATHANIEL PICKETT II reasonably believe that if he exercised his right to return to his home by walking on the walkway leading to his residence that WILLIAM KELSEY would commit violence against him?

Yes_____ No_____

If your answer to question 2 is yes, then answer question 3.

If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

3. Was WILLIAM KELSEY's conduct a substantial factor in causing harm to NATHANIEL PICKETT II?

Yes_____ No_____

If your answer to question 3 is yes, then answer question 4.

If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

4. What are NATHANIEL PICKETT II's damages?

[a. Past economic loss

[lost earnings $ ]

[lost profits $ ]

[medical expenses $ ]

[other past economic loss $ ]

[a. Total Past Economic Damages: $ ]

[b. Future economic loss

[lost earnings $ ]

[lost profits $ ]

[medical expenses $ ]

[other future economic loss $ ]

[b. Total Future Economic Damages: $ ]

[c. Past noneconomic loss, including [physical

pain/mental suffering:] $ ]

1       [d. Future noneconomic loss, including [physical

2       pain/mental suffering:] $ ]

3       [d. TOTAL $

4       [Answer question 5.

5       5. What amount, if any, do you award as a penalty against WILLIAM

6   KELSEY?

7       Answer question 6.

8       6. What amount do you award as against WILLIAM KELSEY as punitive

9   damages?

10      $_____

11

12  **PLAINTIFF ARCHIBALD'S RESPONSE TO PLAINTIFF PICKETT'S**

13  **PROPOSED VERDICT FORM**

14      Plaintiff Archibald objects to Plaintiff Pickett's Question Nos. 22-25.

15  Questions 22 and 23 are cumulative of Question 8 and confusingly worded and

16  formatted. Question 24 is inapplicable because the County of San Bernardino is not

17  being sued separately under the Bane Act but rather was named under the concept of

18  vicarious liability. Question 25 is inapplicable because this Court has dismissed Mr.

19  Kelsey from the Bane Act in its January 16, 2018 Order.

20

21  **DEFENDANTS' RESPONSE TO PLAINTIFF PICKETT'S PROPOSED**

22  **VERDICT FORM (SPECIAL JURY INSTRUCTIONS)**

23      Defendants objects to Plaintiff Pickett's proposed verdict form; which he also

24  refers to Special Jury Instructions.  The verdict form and/or special jury instruction

25  are cumulative confusingly worded and formatted. They are also inapplicable to the

26  County of San Bernardino because it is not being sued separately under the Bane

27  Act but rather was named under the concept of vicarious liability. Furthermore, this

28

1   Court has dismissed Mr. Kelsey from the claims under section 1983 and the Bane
2   Act in its January 16, 2018 Order.
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28