1  LAW OFFICES OF DALE K. GALIPO
   Dale K. Galipo (SBN 144074)
2  E-mail: dalekgalipo@yahoo.com
   Hang D. Le (SBN 293450)
3  hlee@galipolaw.com
   21800 Burbank Blvd., Suite 310
4  Woodland Hills, CA 91367
   Tel: (818) 347-3333
   Fax: (818) 347-4118

5  LAW OFFICE OF JAMES S. TERRELL
   James S. Terrell, Esq. (SBN: 170409)
6  Email: jim@talktoterrell.com
   15411 Anacapa Road
7  Victorville, CA 92392
   Tel: (760) 951-5850
8  Fax: (760) 952-1085

9  LAW OFFICE OF SHARON J. BRUNNER
   Sharon J. Brunner, Esq. (SBN: 229931)
   Email: sharonjbrunner@yahoo.com
10 14393 Park Avenue, Suite 100
   Victorville, CA 92392
11 Tel: (760) 243-9997
   Fax: (760) 843-8155

12 *Attorneys for Plaintiff*:
   DOMINIC ARCHIBALD
13

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOMINIC ARCHIBALD AND NATHANAEL PICKETT, I, AS INDIVIDUALS AND AS SUCCESSORS IN INTEREST TO NATHANAEL H. PICKETT II, DECEASED. <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SAN BERNARDINO, KYLE HAYDEN WOODS, WILLIAM KELSEY, and DOES 2-10, INCLUSIVE. <br><br> Defendants. | Case No. 5:16-cv-01128 –AB-SPx <br><br> *Honorable André Birotte Jr.* <br><br> **[PROPOSED] JOINT STATEMENT OF THE CASE** |

1.

**TO THIS HONORABLE COURT**, the parties hereby submit the following competing joint statements.

DATED: February 2, 2018
          LAW OFFICES OF DALE K. GALIPO
          LAW OFFICE OF JAMES S. TERRELL
          LAW OFFICES OF SHARON J. BRUNNER

By:    */s/ Hang D. Le*
     Dale K. Galipo
     James S. Terrell
     Sharon J. Brunner
     Hang Le
     Attorneys for Plaintiff
     DOMINIC ARCHIBALD

DATED: February 2, 2018    LAW OFFICES OF ROBERT D. CONAWAY

By:   not yet approved by Plaintiff Pickett's counsel
     Robert D. Conaway
     Attorneys for Plaintiff
     NATHANAEL PICKETT, I

DATED: February 2, 2018    ALVAREZ-GLASMAN & COLVIN

By:    /s/ Vincent C. Ewing
     ROGER A. COLVIN
     VINCENT C. EWING
     Attorneys for Defendants
     COUNTY OF SAN BERNARDINO, KYLE WOODS, AND WILLIAM KELSEY

## PLAINTIFF ARCHIBALD AND DEFENDANTS' JOINT STATEMENT OF THE CASE

This lawsuit arises out of the death of Nathanael Pickett, II, who died following an encounter with a San Bernardino Sheriff's Deputy and San Bernardino Citizen on Patrol on November 19, 2015. The plaintiffs are Dominic Archibald and Nathanael Pickett, I, who are the parents of Nathanael Pickett, II. The defendants are San Bernardino Sheriff's Deputy Kyle Woods, San Bernardino Citizen on Patrol William Kelsey, and the County of San Bernardino.

The plaintiffs claim that defendant Deputy Woods falsely detained, used unreasonable force, and denied medical care to Nathanael Pickett, II, which caused his injuries and his death. The plaintiffs also claim that defendant William Kelsey participated in the false detention and excessive force against Nathanael Pickett, II. The plaintiffs seek compensatory and punitive damages on behalf of themselves and their son.

Defendants claim their actions were reasonable under the totality of the circumstances.

 <8>

<10>

<12>

<14>
<15>

<17>

<19>

<21>

<23>

<25>

<27>

<29>

<31>

<33>

<35>

<37>

<39>

<41>

<43>

<45>

<47>

<49>

<51>

<53>

<55>

<57>

<59>

<61>

<63>

<65>

<67>

<69>

<71>

<73>

<75>

<77>

<79>

<81>

<83>

<85>

<87>

<89>

<91>

<93>

<95>

<97>

<99>

<101>

<103>

<105>

<107>

<109>

<111>

<113>

<115>

<117>

<119>

<121>

<123>

<125>

<127>

<129>

<131>

<133>

<135>

<137>

<139>

<141>

<143>

<145>

<147>

<149>

<151>

<153>

<155>

<157>

<159>

<161>

<163>

<165>

<167>

<169>

<171>

<173>

<175>

<177>

<179>

<181>

<183>

<185>

<187>

<189>

<191>

<193>

<195>

<197>

<199>

## PLAINTIFF PICKETT'S STATEMENT OF THE CASE

This lawsuit arises out of the death of Nathanael Pickett, II, who died following an encounter with a San Bernardino Sheriff's Deputy and San Bernardino Citizen on Patrol on November 19, 2015. The plaintiffs are Dominic Archibald and Nathanael Pickett, I, who are the parents of Nathanael Pickett, II. The defendants are San Bernardino Sheriff's Deputy Kyle Woods, San Bernardino Citizen on Patrol William Kelsey, and the County of San Bernardino.

The plaintiffs claim that defendant Deputy Woods falsely detained, used unreasonable force, and denied medical care to Nathanael Pickett, II, which caused his injuries and his death. The plaintiffs also claim that defendant William Kelsey participated in the false detention and excessive force against Nathanael Pickett, II. Plaintiff Nathaniel Pickett I also claims there is a race-based targeting problem which acceptable to the County of San Bernardino Sheriff's Department. The plaintiffs seek compensatory and punitive damages on behalf of themselves and their son.

Defendants claim their actions were reasonable under the totality of the circumstances.