# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| Case No.: | ED CV 16-01128-AB (SPx) | Date: | March 6, 2018 |
| Title: | Dominic Archibald v. County of San Bernardino et al | | |

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | Chia Mei Jui/Patricia Cuneo |
|---|---|
| *Deputy Clerk* | *Court Reporter* |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendants: |
|---|---|
| Dale K Galipo<br>Hang Dieu Le<br>Robert Dean Conaway<br>Marcel Sincich | Vincent C Ewing |

___ Day Court Trial    1st Day Jury Trial

- One day trial: √ Begun (1st day); √ Held & Continued; ___ Completed by jury verdict/submitted to court.
- √ The Jury is impaneled and sworn.
- √ Opening statements made by Plaintiffs and Defendants
- √ Witnesses called, sworn and testified.   √ Exhibits Identified   √ Exhibits admitted.
- ___ Plaintiff(s) rest.   ___ Defendant(s) rest.
- ___ Closing arguments made by ___ plaintiff(s) ___ defendant(s).   √ Court instructs jury.
- ___ Bailiff(s) sworn.   ___ Jury retires to deliberate.   ___ Jury resumes deliberations.
- ___ Jury Verdict in favor of ___ plaintiff(s) ___ defendant(s) is read and filed.
- ___ Jury polled.   ___ Polling waived.
- ___ Filed Witness & Exhibit Lists   ___ Filed jury notes.   ___ Filed jury instructions.
- ___ Judgment by Court for ___ plaintiff(s) ___ defendant(s).
- ___ Findings, Conclusions of Law & Judgment to be prepared by ___ plaintiff(s) ___ defendant(s).
- ___ Case submitted.   Briefs to be filed by ___
- ___ Motion to dismiss by ___ is ___ granted. ___ denied. ___ submitted.
- ___ Motion for mistrial by ___ is ___ granted. ___ denied. ___ submitted.
- ___ Motion for Judgment/Directed Verdict by ___ is ___ granted. denied. ___ submitted.
- ___ Settlement reached and placed on the record.
- ___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
- ___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
- ___ Trial subpoenaed documents returned to subpoenaing party.
- √ Case continued to Wednesday, March 7, 2018, at 9:00 am for further trial/further jury deliberation.
- √ The Court instructs the jury with the Opening Jury Instructions.
- ___ Other:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL, DAY 1**

|  | 5 | : | 20 |
|---|---|---|---|
| Initials of Deputy Clerk | CB | | |

cc: