# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| Case No.: | ED CV 16-01128-AB (SPx) | Date: | March 13, 2018 |
| Title: | Dominic Archibald v. County of San Bernardino et al | | |

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | Chia Mei Jui/Patricia Cuneo |
|---|---|
| *Deputy Clerk* | *Court Reporter* |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendants: |
|---|---|
| Dale K Galipo<br>Hang Dieu Le<br>Robert Dean Conaway<br>Marcel Sincich | Vincent C Ewing |

\_\_\_ Day Court Trial      5th Day Jury Trial

\_\_\_ One day trial:   \_\_\_ Begun (1st day);   √ Held & Continued;   \_\_\_ Completed by jury verdict/submitted to court.

\_\_\_ The Jury is impaneled and sworn.

\_\_\_ Opening statements made by Plaintiffs and Defendants

√ Witnesses called, sworn and testified.   √ Exhibits Identified   \_\_\_ Exhibits admitted.

\_\_\_ Plaintiff(s) rest.   \_\_\_ Defendant(s) rest.

√ Closing arguments made by   √ plaintiff(s)   √ defendant(s).   √ Court instructs jury.

√ Bailiff(s) sworn.   √ Jury retires to deliberate.   \_\_\_ Jury resumes deliberations.

√ Jury Verdict in favor of   √ plaintiff(s)   \_\_\_ defendant(s) is read and filed.

\_\_\_ Jury polled.   √ Polling waived.

\_\_\_ Filed Witness & Exhibit Lists   √ Filed jury notes.   √ Filed jury instructions.

\_\_\_ Judgment by Court for   \_\_\_ plaintiff(s)   \_\_\_ defendant(s).

\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by   \_\_\_ plaintiff(s)   \_\_\_ defendant(s).

\_\_\_ Case submitted.   Briefs to be filed by \_\_\_

\_\_\_ Motion to dismiss by \_\_\_ is \_\_\_ granted.   \_\_\_ denied.   \_\_\_ submitted.

\_\_\_ Motion for mistrial by \_\_\_ is \_\_\_ granted.   \_\_\_ denied.   \_\_\_ submitted.

√ Motion for Judgment/Directed Verdict by Plaintiffs and Defendants is \_\_\_ granted.   √ denied.   \_\_\_ submitted.

\_\_\_ Settlement reached and placed on the record.

\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

\_\_\_ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

\_\_\_ Trial subpoenaed documents returned to subpoenaing party.

√ Case continued to   Wednesday, March 14, 2018, at 8:30 am   for further trial/further jury deliberation.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| √ | Jury Note No. 1 is received and discussed in Court outside of the presence of the jury. A written response to Jury Note. No. 1 is provided to the jury. Jury Note No. 2 is received indicating that the jury has reached a verdict. Verdict is read and placed on the record. Phase II of trial commenced. Opening Statements made by Plaintiffs and Defendants. Witness called, sworn and testified. |

                                                                           5 : 15

Initials of Deputy Clerk   CB

cc: