DUPLICATE  ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT
MAR 13 2018
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC ARCHIBALD, et al., | Case No. CV 16-01128-AB (SPx) |
| Plaintiffs, | **SPECIAL VERDICT FORM** |
| v. | |
| COUNTY OF SAN BERNARDINO, et al., | |
| Defendants. | |

1.

WE, THE JURY in the above-entitled action, unanimously find as follows on the questions submitted to us:

**QUESTION 1:** Did Deputy Woods unreasonably detain or arrest Nathanael Pickett, II?

YES ✓      NO ____

*If you answered "yes" to Question 1, please proceed to Question 2.*
*If you answered "no" to Question 1, please proceed to Question 3.*

**QUESTION 2:** Was the unreasonable detention or arrest a cause of Nathanael Pickett, II's injury, damage, harm, or death?

YES ✓      NO ____

*Please proceed to the next question.*

**QUESTION 3:** Did Deputy Woods use excessive or unreasonable force against Nathanael Pickett, II?

YES ✓      NO ____

*If you answered "yes" to Question 3, please proceed to Question 4.*
*If you answered "no," please proceed to Question 5.*

**QUESTION 4:** Was Deputy Woods' use of excessive or unreasonable force a cause of Nathanael Pickett, II's injury, damage, harm, or death?

YES ✓      NO ____

*Please proceed to the next question.*

**QUESTION 5:** Did Deputy Woods unreasonably delay Nathanael Pickett, II from obtaining needed medical care?

YES ✓    NO _____

*If you answered "yes" to Question 5, please proceed to Question 6.*
*If you answered "no" to Question 5, please proceed to Question 7.*

**QUESTION 6:** Was the unreasonable delay in obtaining needed medical care a cause of Nathanael Pickett, II's injury, loss, damages, harm, or death?

YES ✓    NO _____

*Please proceed to the next question.*

**QUESTION 7:** Did Deputy Woods violently cause harm to Nathanael Pickett, II to prevent him from exercising his right not to be unreasonably detained or unreasonably arrested?

YES ✓    NO _____

*Please proceed to the next question.*

**QUESTION 8:** Was Deputy Woods negligent?

YES ✓    NO _____

*If you answered "yes" to Question 8, please proceed to Question 9.*
*If you answered "no" to Question 8, please proceed to Question 13.*
*If you answered "no" to Questions 1, 3, 5, 7, and 8, please sign and return this form.*

3.

**QUESTION 9:** Was Deputy Woods's negligence a cause of Nathanael Pickett, II's death?

YES ✓        NO _____

*Please proceed to the next question.*

**QUESTION 10:** Was Nathanael Pickett, II negligent?

YES _____        NO ✓

*If you answered "yes" to Question 10, please proceed to Question 11.*

*If you answered "no" to Question 10, please proceed to Question 13.*

**QUESTION 11:** Was Nathanael Pickett, II's negligence a cause of his death?

YES _____        NO _____

*Please proceed to the next question.*

**QUESTION 12:** What percentage of responsibility for Nathanael Pickett, II's death do you assign to the negligent conduct, if any, of the following?

| | |
|---|---|
| Deputy Woods | _____ % |
| Nathanael Pickett, II | _____ % |
| TOTAL | 100 % |

//
//
//
//

4.

**QUESTION 13:** Was the conduct of Deputy Woods malicious, oppressive or in reckless disregard of Nathanael Pickett, II's rights?

YES ✓        NO _____

*Please sign and date this verdict form and return it to the Court.*

Dated: 03/13/2018        Signed: /s/ redacted signature

5.