UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC ARCHIBALD, et al., | Case No. CV 16-01128-AB (SPx) |
| Plaintiffs, | **SPECIAL VERDICT FORM – DAMAGES** |
| v. | |
| COUNTY OF SAN BERNARDINO, et al., | |
| Defendants. | |

1.

WE, THE JURY in the above-entitled action, unanimously find as follows on the questions submitted to us:

**QUESTION 1:** What are Nathanael Pickett, II's damages for his loss of enjoyment of life, and for his pre-death pain and suffering?

$ __7 MILLION__

*Please proceed to the next question.*

**QUESTION 2:** What are Plaintiff Dominic Archibald's damages for past and future loss of Nathanael Pickett, II's love, companionship, comfort, care, assistance, protection, affection, society, and moral support?

Past:   $ __2.5 MILLION__

Future: $ __4 MILLION__

Total:  $ __6.5 MILLION__

*Please proceed to the next question.*

**QUESTION 3:** What are Plaintiff Nathanael Pickett, I's damages for past and future loss of Nathanael Pickett, II's love, companionship, comfort, care, assistance, protection, affection, society, and moral support?

Past:   $ __1 MILLION__

Future: $ __1 MILLION__

Total:  $ __2 MILLION__

2.

**QUESTION 4:** What amount of punitive damages, if any, do you award?

        Dominic Archibald:        $ 14 MILLION

        Nathanael Pickett, I:        $ 4 MILLION

*Please sign and date this verdict form and return it to the Court.*

Dated: 03/14/2018    Signed: /S/ redacted signature