# LIST OF EXHIBITS AND WITNESSES

| | | | |
|---|---|---|---|
| **Case Number** | ED CV 16-01128-AB (SPx) | **Title** | Dominic Archibald v. County of San Bernardino et al |
| **Judge** | ANDRÉ BIROTTE JR., United States District Judge | | |
| **Dates of Trial or Hearing** | 3/6/2018; 3/7/2018; 3/8/2018; 3/12/2018; 3/13/2018; 3/14/2018 | | |
| **Court Reporters or Tape No.** | Chia Mei Jui; Patricia Cuneo | | |
| **Deputy Clerks** | Carla Badirian; Patricia Gomez | | |

FILED
CLERK, U.S. DISTRICT COURT
3/14/2018
CENTRAL DISTRICT OF CALIFORNIA
BY: CB DEPUTY

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Dale K Galipo | Vincent C Ewing |
| Hang Dieu Le | |
| Robert Dean Conaway | |
| Marcel Sincich | |
| | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | SEE ATTACHED LISTS | |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DOMINIC ARCHIBALD AND NATHANAEL PICKETT, I, AS INDIVIDUALS AND AS SUCCESSORS IN INTEREST TO NATHANAEL H. PICKETT II, DECEASED.

Plaintiffs,

vs.

COUNTY OF SAN BERNARDINO, KYLE HAYDEN WOODS, WILLIAM KELSEY, and DOES 2-10, INCLUSIVE.

Defendants.

Case No. 5:16-cv-01128 –AB-SPx

**PLAINTIFFS' WITNESS LIST**

| Witness's Name | Date(s) of Testimony |
|---|---|
| Deputy Kyle Woods | 3/6/2018; 3/7/2018 |
| William Kelsey | |
| James Kennedy | |
| Deputy Tommy Dickey | |
| Scott DeFoe | 3/7/2018; 3/8/2018 |
| Roger A. Clark | |
| Howard E. Mattern | |
| M. Scott McCormick | 3/8/2018 |
| Dominic Archibald | 3/8/2018; 3/13/2018; 3/14/2018 |
| Nathanael Pickett, I, | 3/13/2018 |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC ARCHIBALD AND NATHANAEL PICKETT, I, AS INDIVIDUALS AND AS SUCCESSOR IN INTEREST TO NATHANAEL H. PICKETT II, DECEASED.<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO, KYLE HAYDEN WOODS, WILLIAM KELSEY, and DOES 2-10, INCLUSIVE<br><br>Defendants. | U.S.D.C. Case Number: 5:16-cv-01128 AB (SPx)<br><br>DEFENDANTS' WITNESS LIST |

ALVAREZ-GLASMAN & COLVIN
ATTORNEYS AT LAW

| Witness's Name | Date(s) of Testimony |
|---|---|
| 1. Plaintiff Dominic Archibald | |
| 2. Plaintiff Nathanael Pickett, I | |
| 3. San Bernardino Sheriff's Dept., Deputy Kyle Woods | 3/8/2018 |
| 4. San Bernardino Sheriff's Dept., Volunteer Citizen on Patrol William Kelsey | 3/8/2018 |
| 5. San Bernardino Sheriff's Dept., Deputy Tommy Dickey | 3/8/2018 |
| 6. San Bernardino Sheriff's Dept., Det. Mark Rios | |
| 7. San Bernardino Sheriff's Dept., Det. James Williams | |
| 8. San Bernardino Sheriff's Dept., Deputy David Johnson* | |
| 9. San Bernardino Sheriff's Dept., Sgt. Joseph Janowicz | |
| 10. San Bernardino Sheriff's Dept., Det. Ryan Smith | |
| 11. San Bernardino Sheriff's Dept., Det. Mark Green | |
| 12. San Bernardino Sheriff's Dept., Sgt. Jeff Simonton | |
| 13. San Bernardino Sheriff's Dept., Det. Chambers | |
| 14. San Bernardino Sheriff's Dept., Sgt. Jason Radeliff | |
| 15. San Bernardino Sheriff's Dept., Lt. Mendoza | |
| 16. San Bernardino Sheriff's Dept., Deputy Jason Shroeder | |
| 17. Deputy Coroner Investigator Joe Hernandez, San Bernardino Sheriff-Coroner | |


ALVAREZ-GLASMAN & COLVIN
ATTORNEYS AT LAW

| | |
|---|---|
| 18. Barstow Police Department Det. Keith Libby | |
| 19. Barstow Police Det. Leo Griego, Barstow Police Dept | |
| 20. Barstow Police Department Detective/Stg. Christopher Kirby | |
| 21. Barstow Police Department Det. Andrew Reyes | |
| 22. Barstow Police Department Evidence Technician Sabrina Ellis | |
| 23. Barstow Police Department Senior Evidence Technician Deanna Schooler | |
| 24. Barstow Police Department Officer Mike Cardenas | |
| 25. Barstow Police Department Officer Dante Caliboso | |
| 26. Barstow Police Department Sergeant Andrew Ellis | |
| 27. Barstow Police Department Officer Joseph Silva | |
| 28. Barstow Police Department Officer Ruben Escalante | |
| 29. Barstow Police Department Lieutenant Andrew Espinoza, Jr | |
| 30. Barstow Police Department Officer Juan Zepeda | |
| 31. Barstow Police Department Corporal Jose Barrientos | |
| 32. Captain Steve Ross*, Barstow Fire Department | |
| 33. EMT/Paramedic Ken Self | |
| 34. EMT/Paramedic Carlos Topete | |
| 35. EMT Alexander Jacobs | |

ALVAREZ-GLASMAN & COLVIN
ATTORNEYS AT LAW

| | |
|---|---|
| 36. Travis Espinoza | |
| 37. Forensic Pathologist Dr. Scott McCormick | |
| 38. Dr. Howard W. Oliver | |
| 39. James Kennedy | |
| 40. Clarence Robert Chapman | 3/12/2018 |
| 41. Marc A. Cohen, M.D., | |
| 42. Parris Ward, | 3/12/2018 |
| 43. Dr. Cory Wilson | |
| 44. MaryAnn Savory, NP | 3/8/2018 |
| 46. Dr. Alix Vincent, Barstow Community Hospital | |
| 47. Dr. Robert Reuter, Barstow Community Hospital | |
| 48. Dr. Peilin C. Reed, Barstow Community Hospital | |
| 49. Dr. Matt Hudkins, Barstow Community Hospital | |

ALVAREZ-GLASMAN & COLVIN
ATTORNEYS AT LAW

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DOMINIC ARCHIBALD AND NATHANAEL PICKET, I, AS INDIVIDUALS AND AS SUCCESSORS IN INTEREST TO NATHANAEL H. PICKETT II, DECEASED.

Plaintiffs,

vs.

COUNTY OF SAN BERNARDINO, KYLE HAYDEN WOODS, WILLIAM KELSEY, and DOES 2-10, INCLUSIVE,

Defendants.

Case No. 5:16-cv-01128 –AB-SPx

**JOINT EXHIBIT LIST**

**Plaintiffs' Exhibits**

| Exh. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1 | Surveillance Videos of the November 19, 2015 Incident from El Rancho Motel | 3/7/2018 | 3/8/18<br>1A |
| 2 | November 19, 2015 Audio Belt Recording of Incident from Deputy Woods | 3/7/2018 | 3/7/2018 |
| 3 | Transcript of the November 19, 2015 Audio Belt Recording of Incident from Deputy Woods | 3/7/2018 | |
| 4 | San Bernardino County Sheriff's Department Officer Involved Shootings Policies (CSB 00379-00384) | | |
| 5 | San Bernardino County Sheriff's Department Use of Force Policies (CSB 00385-00390) | | |
| 6 | Relevant portions of P.O.S.T. Learning Domain 20 – Use of Force | | |
| 7 | Relevant portions of P.O.S.T. Learning Domain 37 – People with Disabilities | | |
| 8 | Relevant portions of P.O.S.T. Learning Domain 33 – Firearm Retention | | |
| 9 | Autopsy Report by Dr. Howard Oliver | | |
| 10 | Riverside County Coroner Autopsy Report by Dr. Scott McCormick | 3/8/2018 | |
| 11 | Photographs of Nathanael Pickett, II at the Scene | | |
| 12 | Photographs of the Scene | | |
| 13 | Aerial Photographs of the Scene | 3/7/2018<br>Pg. 7 | 3/7/2018<br>Pg. 7 |

| Exh. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 14 | Photographs of Nathanael Pickett, II from Autopsy | 3/8/2018<br>Pgs.:<br>2<br>14<br>15<br>13<br>8<br>9<br>3<br>6<br>7<br>1<br>12<br>18 | 3/8/2018<br>Pgs.:<br>2<br>14<br>15<br>13<br>8<br>9<br>3 (modified)<br>6<br>7<br>1<br>12<br>18 |
| 15 | Photographs of Deputy Kyle Woods taken on November 19, 2015 after the Incident | 3/6/2018<br>Pgs.:<br>1<br>6<br>7<br>8<br>18<br>19<br>3/7/2018<br>Pgs.:<br>12<br>13 | 3/6/2018<br>Pgs.:<br>1<br>6<br>7<br>8<br>18<br>19<br>3/7/2018<br>Pgs.:<br>12<br>13 |

| Exh. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 16 | Photographs of Nathanael Pickett, II and Family | 3/8/2018<br>Pg.:<br>1<br>3/13/2018<br>Pgs.:<br>20<br>48<br>21<br>17<br>10<br>15<br>2<br>36<br>37<br>14<br>45<br>29<br>9<br>5<br>18<br>23<br>19<br>6<br>25<br>43<br>27<br>4<br>42<br>3/14/2018<br>Pgs.:<br>7<br>24<br>51<br>52 | 3/8/2018<br>Pg.:<br>1<br>3/14/2018<br>Pgs.:<br>20<br>48<br>21<br>17<br>10<br>15<br>2<br>36<br>37<br>14<br>45<br>29<br>9<br>5<br>18<br>23<br>19<br>6<br>25<br>43<br>27<br>4<br>42<br>7<br>24<br>51<br>52 |
| 17 | Photographs of Nathanael Pickett, II's Funeral | | |
| 18 | Documents Regarding Funeral & Burial Expenses | | |
| 19 | Training Records of Kyle | | |

| Exh. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | Woods | | |
| 20 | Citizen Volunteer Program Policy Manual | | |
| 21 | December 17, 2015 Audio Recordings of Kyle Woods Statements given to Detective Libby | | |
| 22 | Transcript of December 17, 2015 Audio Recordings of Kyle Woods Statements given to Detective Libby | 3/6/2018<br>Pgs.:<br>2<br>3 | |
| 23 | El Rancho Rental Agreement and/or Lease | | |
| 24 | Detailed History Report | | |
| 25 | Portions of Video 15-4825 02. | | |
| 26 | June 6, 2017 Kyle Woods' Work Performance Evaluation | | |
| 27 | Photographs of Kyle Woods' Firearm | 3/7/2018<br>Pg.:<br>1 | 3/7/2018<br>Pg.:<br>1 |
| 28 | Photographs of Kyle Woods' hands and face after the incident | 3/7/2018<br>Pgs.:<br>1<br>2 | 3/7/2018<br>Pgs.:<br>1<br>2 |
| 29 | Still Photographs of Video Recordings of the Incident | 3/7/2018<br>Pgs.:<br>20<br>26<br>38<br>50<br>55<br>58<br>60 | 3/7/2018<br>Pgs.:<br>20<br>26<br>38<br>50<br>55<br>58<br>60 |

| Exh. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 30 | (1) 9/13/14 screenshot of Pandora song liked "Animal I Have Become by Thee Days Grace" by Kyle Hayden Woods on Facebook.com (2) 9/11/14 screenshot of Pandora song liked "The Good Life by Thee Days Grace" by Kyle Hayden Woods on Facebook.com (3) 9/10/14 screenshot of Pandora song liked "Animal I Have Become by Thee Days Grace" by Kyle Hayden Woods on Facebook.com | | |
| 31 | Victor Valley News (VVNG.COM) print-out of 9/14/15 Story "CHP Officer Kicked in the Chest by Combative Suspect" (3PGS) | | |
| 32 | El Rancho Motel Security Camera Footage (CAM11) from 11/19/2015 21:16:31 showing hand shoving Nathaniel Picket down stairs | | |
| 33 | El Rancho Motel Security Camera Footage (CAM11) from 11/19/2015 21:16:31 showing Kyle Woods approaching Nathaniel Picket as he crashes down cement stairs | | |
| 34 | El Rancho Motel Security Camera Footage (CAM11) from 11/19/2015 21:16:31 showing Kyle Woods approaching Nathaniel Picket as Nathaniel raises his hands | | |
| 35 | 10/16/14 screenshot of Kyle | | |

| Exh. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | Woods posted selfie from Facebook.com | | |
| 36 | 1/21/15 Daily Journal article print-out "New California Laws for 2015" AB 2634: Clarification of remedies under Bane Act | | |
| 37 | 1/16/18 Meta Print-out of preliminary audio file approximate time stamp/markers from audio extracted and analyzed from Defense A/V Sync Video | | |
| 38 | Use of force manual "Sheriff's Department Manual" (Pages 616-621) | | |
| 39 | Witness Video Amy "Amy Witness.MOV" conducted by Private Investigator Cliff Harris (7:55 in length) | | |
| 40 | Witness Video of James Kennedy conducted by Private Investigator Cliff Harris "James Kennedy.MOV" (11:19 in length) | | |
| 41 | Witness Video of Rorel McNeese conducted by Private Investigator Cliff Harris "Rorel McNeese.MOV" (19:42 in length) | | |
| 42 | El Rancho Motel Security Camera System export file name 1~10~11~13.exe | | |
| 43 | El Rancho Motel Security Camera System export file name 13~11~10~1.exe | | |
| 44 | El Rancho Motel Security | | |

| Exh. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | Camera System export file name 13~11~10~1~002.exe | | |
| 45 | El Rancho Motel Security Camera System export file name 13~11~10~1~003.exe | | |
| 46 | El Rancho Barstow LLC Rental Agreement and/or Lease for Nathaniel Pickett (1 pg) | | |
| 47 | El Rancho Motel Exterior Photos taken by Aaron Conaway 6/12/2016 (IMG_1035.JPG - IMG_1055.JPG) | | |
| 48 | 1/15/18 Audio File EXCERPT from Defense Belt recording A/V Sync video, GONNA SHOOT.mp3 (7 seconds duration) | | |
| 48-100 | Reserved for Plaintiffs | | |

**<u>Defendants' Exhibits</u>**

| Exh. No | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 101 | Portions of the San Bernardino District Attorney's Office Report | | |
| 102 | Deputy Woods' Medical Records related to injuries sustained during incident | 3/8/2018 | |
| 103 | Riverside County Autopsy Report | | |
| 104 | Decedent's Toxicology Reports | | |
| 105 | POST Learning Domain #15 "Laws of Arrest" | 3/12/2018 Pgs.: | |

| Exh. No | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | | 2-4<br>4-5 | |
| 106 | POST Learning Domain #20 "Use of Force" | | |
| 107 | POST Learning Domain #33 "Arrest and Control" | | |
| 108 | POST Learning Domain #37 "People with "Disabilities" | | |
| 109 | San Bernardino Sheriff's Dept. Taser Policy | | |
| 110 | X26 Taser Training Manual, Version 15 | | |
| 111 | El Rancho Motel Surveillance Video | | |
| 112 | Deputy Wood's Belt Recorder | | |
| 113 | Deputy Dickey's Belt Recorder | | |
| 114 | Defendants' Expert Synchronized Audio/Video | 3/7/2018 | 3/7/2018 |
| 115 | Defendants' Expert Video Comparison | | |
| 116 | Defendant's Expert Witness Report "Clarence Chapman" | 3/12/2018<br>Pgs.:<br>2<br>5<br>7<br>13 | |
| 117 | Defendant's Expert Witness Report "Parris Ward" | 3/12/2018<br>Pg. 6 | |
| 118 | Defendant's Expert Report "Dr. Marc Cohen" | | |
| 119 | Criminal History of Decedent | | |
| 120 | Decedent's Arrest Report from the Barstow Police Department | | |
| 121 | Transcript of Deputy Woods' | | |

| Exh. No | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | Belt Recorder prepared by the S. B. District Attorney's Office | | |
| 122 | Transcript of Deputy Dickey's Belt Recorder prepared by the S. B. District Attorney's Office | | |
| 123 | San Bernardino County Sheriff's Department Officer Involved Shootings Policy | | |
| 124 | San Bernardino County Sheriff's Department Use of Force Policy | | |
| 125 | Aerial Photographs of El Rancho Motel | | |
| 126 | Photographs of Deputy Woods Injuries | 3/8/2018<br>A<br>B<br>C<br>D | 3/8/2018<br>A<br>B<br>C<br>D |
| 127 | Autopsy Report by Dr. Howard Oliver | | |