**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
E-mail: dalekgalipo@yahoo.com
Hang Le (SBN 293450)
E-mail: hlee@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333, Fax: (818) 347-4118

**LAW OFFICE OF JAMES S. TERRELL**
James S. Terrell, Esq. (SBN: 170409)
Email: jim@talktoterrell.com
15411 Anacapa Road
Victorville, CA 92392
Tel: (760) 951-5850, Fax: (760) 952-1085

**LAW OFFICE OF SHARON J. BRUNNER**
Sharon J. Brunner, Esq. (SBN: 229931)
Email: sharonjbrunner@yahoo.com
14393 Park Avenue, Suite 100
Victorville, CA 92392
Tel: (760) 243-9997, Fax: (760) 843-8155

Attorneys for *Plaintiff* DOMINIC ARCHIBALD

**LAW OFFICE of ROBERT D. CONAWAY**
Robert D. Conaway (SBN 119657)
12127 Mall Blvd 4-363
Victorville, CA 92392
Tel: (760) 503-9010, Fax: (760) 503-901 I
Email: rdconaway@gmail.com

Attorney for *Plaintiff* NATHANAEL PICKETT I

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC ARCHIBALD AND NATHANAEL PICKET, I, AS INDIVIDUALS AND AS SUCCESSORS IN INTEREST TO NATHANAEL H. PICKETT II, DECEASED.<br><br>　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>COUNTY OF SAN BERNARDINO, KYLE HAYDEN WOODS, and DOES 2-10, INCLUSIVE,<br>　　　　　　　Defendants. | Case No. 5:16-cv-01128 –AB-SPx<br><br>*Honorable André Birotte Jr.*<br><br>**NOTICE OF LODGING OF [PROPOSED] JUDGMENT** |

PLEASE TAKE NOTICE that Plaintiffs DOMINIC ARCHIBALD and NATHANAEL PICKETT, I, pursuant to Fed. R. Civ. P. 58 and this Court's orders, hereby lodge their [Proposed] Judgment.

Respectfully Submitted,

DATED: April 4, 2018

           LAW OFFICES OF DALE K. GALIPO
           LAW OFFICE OF JAMES S. TERRELL
           LAW OFFICES OF SHARON J. BRUNNER

           By:    /s/ Hang D. Le

           Dale K. Galipo
           James S. Terrell
           Sharon J. Brunner
           Hang Le
           Attorneys for Plaintiff
           DOMINIC ARCHIBALD

DATED: April 4, 2018    LAW OFFICES OF ROBERT D. CONAWAY

           By:    /s/ Robert D. Conaway

           Robert D. Conaway
           Attorneys for Plaintiff
           NATHANAEL PICKETT, I