**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
E-mail: dalekgalipo@yahoo.com
Hang Le (SBN 293450)
E-mail: hlee@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333, Fax: (818) 347-4118

**LAW OFFICE OF JAMES S. TERRELL**
James S. Terrell, Esq. (SBN: 170409)
Email: jim@talktoterrell.com
15411 Anacapa Road
Victorville, CA 92392
Tel: (760) 951-5850, Fax: (760) 952-1085

**LAW OFFICE OF SHARON J. BRUNNER**
Sharon J. Brunner, Esq. (SBN: 229931)
Email: sharonjbrunner@yahoo.com
14393 Park Avenue, Suite 100
Victorville, CA 92392
Tel: (760) 243-9997, Fax: (760) 843-8155

Attorneys for *Plaintiff* DOMINIC ARCHIBALD

**LAW OFFICE of ROBERT D. CONAWAY**
Robert D. Conaway (SBN 119657)
12127 Mall Blvd 4-363
Victorville, CA 92392
Tel: (760) 503-9010, Fax: (760) 503-901 I
Email: rdconaway@gmail.com

Attorney for *Plaintiff* NATHANAEL PICKETT I

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DOMINIC ARCHIBALD, et al..** | Case No. **5:16-cv-01128 –AB-SPx** |
| PLAINTIFFS, | [*Honorable André Birotte Jr.*] |
| vs. | **[PROPOSED] JUDGMENT** |
| **COUNTY OF SAN BERNARDINO, et al..** | |
| DEFENDANTS. | |

# [PROPOSED] JUDGMENT

This action came regularly for trial on March 6 2018 in Courtroom 7C of the United States District Court, Central District of California, Honorable André Birotte Jr., presiding. Plaintiff Dominic Archibald was represented by attorneys Dale K. Galipo, Hang D. Le, and Marcel F. Sincich of the Law Offices of Dale K. Galipo, James S. Terrell of the Law Office of James S. Terrell, and Sharon J. Brunner of the Law Office of Sharon J. Brunner. Plaintiff Nathanael Pickett, I (aka Nathaniel Pickett, I) was represented by Robert D. Conaway of the Law Office of Robert D. Conaway. Defendants County of San Bernardino and Kyle Woods were represented by Vincent C. Ewing of Alvarez-Glasman & Colvin.

A jury of eight persons was regularly empaneled and sworn. Witnesses were sworn and testified. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the case was submitted to the jury. The jury deliberated and thereafter returned a verdict as follows:

## LIABILITY

**QUESTION 1:** Did Deputy Woods unreasonably detain or arrest Nathanael Pickett, II?

YES ____X____      NO _____

*If you answered "yes" to Question 1, please proceed to Question 2.*
*If you answered "no" to Question 1, please proceed to Question 3.*

**QUESTION 2:** Was the unreasonable detention or arrest a cause of Nathanael Pickett, II's injury, damage, harm, or death?

YES ____X____      NO _____

*Please proceed to the next question.*

**QUESTION 3:** Did Deputy Woods use excessive or unreasonable force against Nathanael Pickett, II?

YES ____X_____        NO _____

*If you answered "yes" to Question 3, please proceed to Question 4.*
*If you answered "no," please proceed to Question 5.*

**QUESTION 4:** Was Deputy Woods' use of excessive or unreasonable force a cause of Nathanael Pickett, II's injury, damage, harm, or death?

YES ____X_____        NO _____

*Please proceed to the next question.*

**QUESTION 5:** Did Deputy Woods unreasonably delay Nathanael Pickett, II from obtaining needed medical care?

YES ___X_____        NO _____

*If you answered "yes" to Question 5, please proceed to Question 6.*
*If you answered "no" to Question 5, please proceed to Question 7.*

**QUESTION 6:** Was the unreasonable delay in obtaining needed medical care a cause of Nathanael Pickett, II's injury, loss, damages, harm, or death?

YES ____X_____        NO _____

*Please proceed to the next question.*

//
//
//
//

[PROPOSED[ JUDGMENT

1  **QUESTION 7:** Did Deputy Woods violently cause harm to Nathanael Pickett, II to
2  prevent him from exercising his right not to be unreasonably detained or
3  unreasonably arrested?
4                              YES ___X_____        NO _____
5
6  *Please proceed to the next question.*
7
8  **QUESTION 8:**  Was Deputy Woods negligent?
9                              YES ____X_____        NO _____
10
11 *If you answered "yes" to Question 8, please proceed to Question 9.*
12 *If you answered "no" to Question 8, please proceed to Question 13.*
13 *If you answered "no" to Questions 1, 3, 5, 7, and 8, please sign and return this*
14 *form.*
15
16 **QUESTION 9:**  Was Deputy Woods's negligence a cause of Nathanael Pickett, II's
17 death?
18                             YES ____X_____        NO _____
19
20 *Please proceed to the next question.*
21
22 **QUESTION 10:**  Was Nathanael Pickett, II negligent?
23                             YES _____        NO ___X_____
24
25 *If you answered "yes" to Question 10, please proceed to Question 11.*
26 *If you answered "no" to Question 10, please proceed to Question 13.*
27 *//*
28 *//*

**QUESTION 11:**  Was Nathanael Pickett, II's negligence a cause of his death?

       YES _____   NO _____

*Please proceed to the next question.*

**QUESTION 12:**  What percentage of responsibility for Nathanael Pickett, II's death do you assign to the negligent conduct, if any, of the following?

    Deputy Woods      _____%

    Nathanael Pickett, II    _____%

    TOTAL         100 %

**QUESTION 13**:   Was the conduct of Deputy Woods malicious, oppressive or in reckless disregard of Nathanael Pickett, II's rights?

       YES ____X_____   NO _____

## DAMAGES

**QUESTION 1:**  What are Nathanael Pickett, II's damages for his loss of enjoyment of life, and for his pre-death pain and suffering?

       $_____7 million_____

*Please proceed to the next question.*

**QUESTION 2:**  What are Plaintiff Dominic Archibald's damages for past and future loss of Nathanael Pickett, II's love, companionship, comfort, care, assistance, protection, affection, society, and moral support?

    Past:  $ _____2.5 million_____

    Future:  $ _____4 million_____

    Total:  $ _____6.5 million_____

*Please proceed to the next question.*

**QUESTION 3:** What are Plaintiff Nathanael Pickett, I's damages for past and future loss of Nathanael Pickett, II's love, companionship, comfort, care, assistance, protection, affection, society, and moral support?

        Past:        $ _____1 million_____

        Future:     $ _____1 million _____

        Total:       $ _____2 million_____

**QUESTION 4**: What amount of punitive damages, if any, do you award?

    Dominic Archibald:     $ _____14 million_____

    Nathanael Pickett, I:     $ _____4 million_____

    IT IS NOW THEREFORE ORDERED, ADJUDGED AND DECREED that final judgment in this action be entered as follows:

    1.    Judgment in the sum of $24,000,000 plus costs, interest and attorneys' fees is entered against Defendants Kyle Woods and the County of San Bernardino in favor of plaintiff Dominic Archibald.

    2.    Judgment in the sum of $9,500,000 plus costs, interest and attorney's fees is entered against Defendants Kyle Woods and the County of San Bernardino in favor of plaintiff Nathanael Pickett, I (aka Nathaniel Pickett, I).

    3.    Plaintiffs request that the Court award treble damages as to the $7,000,000 jury verdict award for Nathanael Pickett, II's damages as part of this judgment pursuant California Civil Code §§ 52, 52.1. *See Bolbol v. City of Daly City*, 654 F. Supp. 2d 1095, 1117 (N.D. Cal. 2010) (citing *Cuviello v. City of*

*Oakland*, 2010 WL 3063199 (N.D. Cal. Aug. 3, 2010); *see also Spinks v. Country of Los Angeles*, 2011 WL 12217540, at *6 (C.D. Cal. Nov. 8, 2011). Judgment of treble damages in the sum of $_____ is entered against Defendants Kyle Woods and the County of San Bernardino in favor of plaintiffs Dominic Archibald and Nathanael Pickett, I (aka Nathaniel Pickett, I).

    4.    The total judgment in favor of plaintiffs is $33,500,000 on the jury verdict, plus treble damages in the amount of $_____, plus costs, interest and attorneys' fees as prevailing parties at trial pursuant to 42 U.S.C. § 1988 and California Civil Code §52.1.

IT IS SO ORDERED.

DATED:

                                                         _____
                                                        HONORABLE ANDRÉ BIROTTE JR.
                                                        U.S. DISTRICT COURT JUDGE