1    UNITED STATES DISTRICT COURT

2    CENTRAL DISTRICT OF CALIFORNIA

3    WESTERN DIVISION

4    THE HONORABLE ANDRÉ BIROTTE JR., JUDGE PRESIDING

5

6    DOMINIC ARCHIBALD AND NATHANAEL          )
     PICKETT I AS INDIVIDUALS AND AS          )
7    SUCCESSOR IN INTEREST TO NATHANAEL       )
     H. PICKETT II, DECEASED,                 )
8                                             )
                        Plaintiffs,           )
9                                             )
                                              )
10          vs.                               )   No. EDCV 16-01128-AB-SP
                                              )
11   COUNTY OF SAN BERNARDINO, et al.,        )
                                              )
12                      Defendants.           )
     _____)

13

14            REPORTER'S TRANSCRIPT OF PROCEEDINGS

15

16                 Los Angeles, California

17

                Tuesday, March 6, 2018, 1:47 P.M.

18

19      Day 1 of Jury Trial, Page 116 through 231, Inclusive

20

21                      PAT CUNEO CSR 1600, CRR-CM
                        Official Reporter
22                      First Street Courthouse
                        350 W. First Street
23                      Room 4311
                        Los Angeles, California 90012-4565
24                      213-894-1782
                        patcuneo1600@gmail.com
25                      www.patcuneo.com

1    APPEARANCES OF COUNSEL:

2    FOR PLAINTIFF ARCHIBALD:

3                              LAW OFFICES OF DALE K. GALIPO
                              BY:   DALE K. GALIPO, ATTORNEY AT LAW
4                              AND   HANG DIEU LE, ATTORNEY AT LAW
                              AND   MARCEL SINCICH, ATTORNEY AT LAW
5                              21800 Burbank Boulevard
                              Suite 310
6                              Woodland Hills, California  91367
                              818-347-3333
7                              dalekgalipo@yahoo.com

8
     FOR PLAINTIFF PICKETT:
9
                              LAW OFFICES OF ROBERT D. CONAWAY
10                             BY:   ROBERT DEAN CONAWAY
                                   ATTORNEY AT LAW
11                             P.O. Box 2655
                              Apple Valley, California  92307
12                             760-503-9010
                              rdconaway@gmail.com
13

14   FOR THE DEFENDANTS:    ALVAREZ-GLASMAN & COLVIN
                              BY:   VINCENT C. EWING, ATTORNEY AT LAW
15                             13181 Crossroads Parkway North
                              Suite 400
16                             City of Industry, California 91746
                              562-699-5500
17                             vewing@agclawfirm.com

18

19

20

21

22

23

24

25

Day 1 of Jury Trial, March 6, 2018, P.M. Session

1                          I N D E X

2  PROCEEDINGS                                           PAGE

3  DISCUSSION RE JURY INSTRUCTIONS                       119

4  PRELIMINARY JURY INSTRUCTIONS BY THE COURT            123

5  OPENING STATEMENT BY MR. GALIPO                       136

6  OPENING STATEMENT BY MR. EWING                        152

7  PLAINTIFFS' CASE-IN-CHIEF                             162

8

9              CHRONOLOGICAL INDEX OF WITNESSES

10

11 **PLAINTIFFS'                                         VOIR**
   **WITNESS              DIRECT CROSS REDIRECT RECROSS DIRE VOL**

12 KYLE WOODS               163                               1

13             ALPHABETICAL INDEX OF WITNESSES

14                                                      **VOIR**
   **WITNESS              DIRECT CROSS REDIRECT RECROSS DIRE VOL**

15 WOODS, KYLE              163                               1

16

17                          EXHIBITS

18

19 **PLAINTIFFS'                      FOR           IN**
   **EXHIBIT     DESCRIPTION     IDENTIFICATION  EVIDENCE  VOL**

20   15-1      Photograph . . . . . . . . . .169        1

21   15-6      Photograph . . . . . . . . . .169        1

22   15-7      Photograph . . . . . . . . . .169        1

23   15-8      Photograph . . . . . . . . . .169        1

24   15-18     Photograph . . . . . . . . . .220        1

25   15-19     Photograph . . . . . . . . . .220        1

1    LOS ANGELES, CALIFORNIA; TUESDAY, MARCH 6, 2018; 1:47 P.M.

2                              -oOo-

3        (The following was held outside the prospective jurors'

4                          presence:)

5              THE CLERK:  All rise.

6              This United States District Court is once again in

7    session.

8              Please be seated.

9              DISCUSSION RE PROPOSED JURY INSTRUCTIONS

10             THE COURT:  All right.  Have the parties had a

11   opportunity to look at the opening jury instructions,

12   Mr. Galipo?

13             MR. GALIPO:  Yes, Your Honor.

14             THE COURT:  Mr. Conaway?

15             MR. CONAWAY:  Yes, I have.

16             THE COURT:  Any objections or concerns other than

17   what was raised earlier?

18             MR. GALIPO:  I think they're fine.  The only thing

19   we noticed -- and I don't think it makes that big of a

20   difference -- but in the claims and offenses in Instruction

21   2 --

22             THE COURT:  Yes.

23             MR. GALIPO:  -- part of our claim, we have an

24   unreasonable detention claim and a negligence claim; and

25   through our fault and not through yours, we just noticed

1    that it just focused on the force case, on the force issues.

2          So at some point whether now or later on when it

3    gets to the jury, we'd just like to say unreasonably

4    detained or --

5          THE COURT:  I'm sorry.  Tell me what lines you're

6    looking at.

7          MR. GALIPO:  14.

8          THE COURT:  All right.

9          MR. GALIPO:  "Plaintiffs allege that Deputy Woods,

10   while working as a sheriff's deputy for the County of San

11   Bernardino, unreasonably detained," comma.

12         THE COURT:  All right.

13         MR. GALIPO:  And then "used excessive and

14   unreasonable force including deadly force," comma.

15         THE COURT:  I'm sorry.  It would say --

16         MR. GALIPO:  It's the same.

17         THE COURT:  You would say "that, while working as

18   a sheriff's deputy for the County of San Bernardino,

19   unreasonably detained," comma, "used excessive and

20   unreasonable," comma?

21         MR. GALIPO:  Comma, "including deadly force,"

22   comma, just the way you have it now but we would just add in

23   "and was negligent against Nathanael Pickett II."

24         THE COURT:  So it would say "including deadly

25   force against Nathanael Pickett and was negligent

1    against" -- okay, I'm sorry.

2          MR. GALIPO:  "And was negligent."  I think as long

3    as we just have the general claims in there, we're good.

4          THE COURT:  All right.  Let's see if we can make

5    that change.  Okay.

6                *(Pause in the proceedings.)*

7          THE COURT:  All right.

8          Mr. Ewing, any other changes or issues that you

9    noted?

10          MR. EWING:  Thank you, Your Honor.

11          I've reviewed the instructions.  No changes and no

12    objections to those changes to the claims on -- Claim No. 2,

13    I believe it was.

14          THE COURT:  All right.  Let's see if we can --

15    because we actually put copies, I think, in the jury chairs

16    already so I don't want to give them bad instructions.

17          Let me see what we can do.  Hold on.

18                *(Pause in the proceedings.)*

19          THE COURT:  Just bear with me, Counsel.  I'm just

20    trying to make these changes and get them printed out to be

21    put in the jury box.

22                *(Court and the clerk conferred.)*

23          THE COURT:  We're making some changes and we just

24    have to reorient the jury and then we'll get the packets and

25    then we'll bring the jury out.  So just bear with us,

1  please.

2                    *(Pause in the proceedings.)*

3          THE COURT:  Counsel, I'm going to propose the

4  language reads as follows.  I'm just trying to work with

5  this here.  Tell me if there is any objection.

6          "The plaintiffs allege that Deputy Woods, while

7  working as a sheriff's deputy for the County of

8  San Bernardino, unreasonably detained, used excessive and

9  unreasonable force against, including deadly force, and was

10  negligent as to Nathanael Pickett II."

11          MR. GALIPO:  No objection.

12          THE COURT:  All right.  Mr. Ewing, any objection?

13          MR. EWING:  No objection.

14                    *(Pause in the proceedings.)*

15          THE COURT:  All right.

16          We have the jury instructions.  I think at this

17  time it would be appropriate to bring in the jury so we can

18  begin the trial.

19                    *(Pause in the proceedings.)*

20          THE CLERK:  All rise for the jury.

21              *(The jurors entered the courtroom.)*

22          THE CLERK:  Please be seated.

23          THE COURT:  All right.

24          Good afternoon, ladies and gentlemen.  I hope you

25  all had a great lunch.  As I promised, we are going to give

1   you some instructions to guide you at the beginning portion

2   of this case.

3          At the conclusion after the evidence has been

4   presented and before the matter is submitted to you, I will

5   provide closing jury instructions.

6          And so my courtroom clerk has provided copies of

7   the instructions that I'm about to read to you and I will

8   begin right now.

9          PRELIMINARY JURY INSTRUCTIONS BY THE COURT

10         THE COURT:  Ladies and gentlemen, you are now the

11   jury in this case.  It is my duty to instruct you on the

12   law.  These instructions are preliminary instructions to

13   help you understand the principles that apply to civil

14   trials and to help you understand the evidence as you listen

15   to it.

16         You'll be allowed to keep a copy of these

17   instructions to refer to throughout the trial.  These

18   instructions are not to be taken home and must remain in the

19   jury room when you leave in the evenings.

20         At the end of the trial, these instructions will

21   be collected and I will give you a final set of

22   instructions.  It is the final set of instructions that will

23   govern your deliberations.

24         It is your duty to find the facts from all the

25   evidence in the case.  To those facts you will apply the law

1    as I give it to you.  You must follow the law as I give it

2    to you whether you agree with it or not and you must not be

3    influenced by any personal likes or dislikes, opinions,

4    prejudices, or sympathy.

5         That means you must decide the case solely on the

6    evidence before you.  You'll recall that you took an oath to

7    do so.

8         Please do not read into these instructions or

9    anything I may say or do that I have an opinion regarding

10   the evidence or what your verdict should be.

11        In following my instructions, you must follow all

12   of them and not single out some and ignore others.  They are

13   all important.

14        To help you follow the evidence, I will give you a

15   brief summary of the position of the parties.

16        This case involves the shooting death of

17   Nathanael Pickett II who was shot and killed by Deputy

18   Kyle Woods of the San Bernardino Sheriff's Department.

19        Plaintiff Dominic Archibald is the mother of

20   Nathanael Pickett II.  Plaintiff Nathanael Pickett I is the

21   father of Nathanael Pickett II.

22        The defendants are the County of San Bernardino

23   and Deputy Kyle Woods.

24        The plaintiffs allege that Deputy Woods, while

25   working as a sheriff's deputy for the County of

1   San Bernardino, unreasonably detained, used excessive and

2   unreasonable force against, including deadly force, and was

3   negligent as to Nathanael Pickett II.

4           The plaintiffs further allege that under state law

5   the County of San Bernardino is vicariously liable for

6   Deputy Woods' use of excessive force and negligence.

7           The plaintiffs are seeking damages as permitted by

8   law for the shooting death of their son and have brought

9   claims under both federal and state law.

10          The defendants deny these claims.

11          When a party has the burden of proof on any claim

12  or affirmative defense by a preponderance of the evidence,

13  it means you must be persuaded by the evidence that a claim

14  or affirmative defense is more probably true than not true.

15          You should base your decision on all of the

16  evidence regardless of which party presented it.

17          You should decide the case as to each party

18  separately.  Unless otherwise stated, the instructions apply

19  to all parties.

20          The evidence you are to consider in deciding what

21  the facts are consist of:

22          1.   The sworn testimony of any witness;

23          2.   The exhibits that are admitted into evidence;

24          3.   Any facts to which the lawyers have agreed;

25  and

1        4.    Any facts that I may instruct you to accept as

2    proved.

3        In reaching your verdict, you may consider only

4    the testimony and exhibits received into evidence.

5        Certain things are not evidence and you may not

6    consider them in deciding what the facts are.  I will list

7    them for you.

8        1.    Arguments and statements by the lawyers are

9    not evidence.  The lawyers are not witnesses.  What they may

10   say in their opening statements, closing arguments, and at

11   other times is intended to help you interpret the evidence

12   but it is not evidence.

13       If the facts as you remember them differ from the

14   way the lawyers have stated them, your memory of them

15   controls.

16       2.    Questions and objections by lawyers are not

17   evidence.  Attorneys have a duty to their clients to object

18   when they believe a question is improper under the rules of

19   evidence.

20       You should not be influenced by the objection or

21   by the Court's ruling on it.

22       3.    Testimony that is excluded or stricken or that

23   you may be instructed to disregard is not evidence and must

24   not be considered.

25       In addition, some evidence may be received only

1    for a limited purpose.  When I instruct you to consider

2    certain evidence only for a limited purpose, you must do so

3    and you may not consider that evidence for any other

4    purpose.

5         4.   Anything you may see or hear when the court is

6    not in session is not evidence.  You are to decide the case

7    solely on the evidence received at trial.

8         The parties have agreed to certain facts that will

9    be read to you.  You must therefore treat these facts as

10   having been proved.  These facts are as follows:

11        1.   Deputy Woods was acting within the course and

12   scope of his employment.

13        2.   Deputy Woods was acting under color of law.

14        3.   Nathanael Pickett II died as a result of the

15   gunshot wounds he sustained.

16        As I mentioned, during the trial some evidence may

17   be admitted only for a limited purpose.  When I instruct you

18   that an item of evidence has been admitted for a limited

19   purpose, you must consider it only for that limited purpose

20   and not for any other purpose.

21        Evidence may be direct or circumstantial.  Direct

22   evidence is direct proof of a fact such as testimony by a

23   witness about what that witness personally saw or heard or

24   did.

25        Circumstantial evidence is proof of one or more

1    facts from which you could find another fact.

2              You should consider both kinds of evidence.   The

3    law makes no distinction between the weight to be given to

4    either direct or circumstantial evidence.   It is for you to

5    decide how much weight to give any evidence.

6              By way of example, if you wake up in the morning

7    and see the sidewalk is wet, you may find from that fact

8    that it rained during the night.

9              However, other evidence such as a turned-on garden

10   hose may provide a different explanation for the presence of

11   water on the sidewalk.

12             Therefore, before you decide that a fact has been

13   proved by circumstantial evidence, you must consider all of

14   the evidence in the light of reason, experience, and common

15   sense.

16             Some witnesses, because of education or

17   experience, are permitted to state opinions and the reasons

18   for those opinions.

19             Opinion testimony should be judged just like any

20   other testimony.   You may accept it or reject it and give it

21   as much weight as you think it deserves considering the

22   witness's education and experience, the reasons given for

23   the opinion, and all the other evidence in the case.

24             There are rules of evidence that control what can

25   be received into evidence.   When a lawyer asks a question or

offers an exhibit into evidence and a lawyer on the other
side thinks that it is not permitted by the rules of
evidence, that lawyer may object.

        If I overrule the objection, the question may be
answered or the exhibit received.  If I sustain the
objection, the question cannot be answered and the exhibit
cannot be received.

        Whenever I sustain an objection to a question, you
must ignore the question and must not guess what the answer
might have been.

        Sometimes I may order that evidence be stricken
from the record and that you disregard or ignore the
evidence.  That means that when you are deciding the case
you must not consider the stricken evidence for any purpose.

        In deciding the facts in this case, you may have
to decide which testimony to believe and which testimony not
to believe.

        You may believe everything a witness says or part
of it or none of it.  In considering the testimony of any
witness, you may take into account:

        1.   The opportunity and ability of the witness to
see or hear or know the things testified to;

        2.   The witness's memory;

        3.   The witness's manner while testifying;

        4.   The witness's interest in the outcome of the

1   case if any;

2        5.   The witness's bias or prejudice if any;

3        6.   Whether other evidence contradicted the

4   witness's testimony;

5        7.   The reasonableness of the witness's testimony

6   in light of all the evidence; and

7        8.   Any other factors that bear on believability.

8        Sometimes a witness may say something that is not

9   consistent with something else he or she said.   Sometimes

10  different witnesses will give different versions of what

11  happened.

12       People often forget things or make mistakes in

13  what they remember.   Also, two people may see the same event

14  but remember it differently.

15       You may consider these differences but do not

16  decide the testimony is untrue just because it differs from

17  other testimony.

18       However, if you decide that a witness has

19  deliberately testified untruthfully about something

20  important, you may choose not to believe anything that

21  witness said.

22       On the other hand, if you think the witness

23  testified untruthfully about some things but told the truth

24  about others, you may accept the part you think is true and

25  ignore the rest.

1          The weight of the evidence as to a fact does not
2   necessarily depend on the number of witnesses who testify.
3   What is important is how believable the witnesses are and
4   how much weight you think their testimony deserves.
5          I urge you to pay close attention to the trial
6   testimony as it is given.  During deliberations you will not
7   have a transcript of the trial testimony.
8          If at any time you cannot see or hear the
9   testimony, evidence, questions, or arguments, let me know so
10  that I can correct the problem.
11         If you wish, you may take notes to help you
12  remember the evidence.  If you do take notes, please keep
13  them to yourself until you go to the jury room to decide the
14  case.
15         Do not let note-taking distract you.  When you
16  leave, your notes should be left in the jury room.  No one
17  will read your notes.  Your notes will be destroyed after
18  the trial.
19         Whether or not you take notes, you should rely on
20  your own memory of the evidence.  Notes are only to assist
21  your memory.  You should not be overly influenced by your
22  notes or those of other jurors.
23         From time to time, it may become necessary for me
24  to talk with the attorneys out of the hearing of the jury
25  either by having a conference at the bench when the jury is

1    present in the courtroom or by calling a recess.

2          Please understand that while you are waiting we

3    are working.   The purpose of these conferences is not to

4    keep relevant information from you but to decide how certain

5    evidence is to be treated under the rules of evidence and to

6    avoid confusion and error.

7          Of course we will do what we can to keep the

8    number and length of these conferences to a minimum.   I may

9    not always grant an attorney's request for a conference.

10          Do not consider my granting or denying a request

11   for a conference as any indication of my opinion of the case

12   or of what your verdict should be.

13          Trials proceed in the following way.

14          First, each side may make an opening statement.

15   The opening statement is not evidence.   It is simply an

16   outline to help you understand what that party expects the

17   evidence will show.   A party is not required to make an

18   opening statement.

19          The plaintiff will then present evidence and

20   counsel for the defendant may cross-examine.   Then the

21   defendant may present evidence and counsel for the plaintiff

22   may cross-examine.

23          After the evidence has been presented, I will

24   instruct you on the law that applies to the case and the

25   attorneys will make closing arguments.

1          After that, you will go to the jury room to

2     deliberate on your verdict.

3          If there is any news media account or commentary

4     about the case or anything to do with it, you must ignore

5     it.  You must not read, watch, or listen to any news media

6     account or commentary about the case or anything to do with

7     it.

8          This case must be decided by you solely and

9     exclusively on the evidence that will be received in this

10    case and on my instruction as to the law that applies.

11         If any juror is exposed to any outside

12    information, please notify me immediately.

13         I will now say a few words about your conduct as

14    jurors.

15         First, keep an open mind throughout the trial and

16    do not decide what your verdict should be until you and your

17    fellow jurors have completed your deliberations at the end

18    of the case.

19         Second, because you must decide this case based

20    only on the evidence received in the case and on my

21    instructions as to the law that applies, you must not be

22    exposed to any other information about the case or to issues

23    it involves during the course of your jury duty.

24         Thus, until the end of the case or unless I tell

25    you otherwise, do not communicate with anyone in any way and

1   do not let anyone else communicate with you in any way about
2   the merits of the case or anything to do with it.

3          This includes discussing the case in person, in
4   writing, by telephone or electronic means, via e-mail, text
5   messaging, or any Internet chatroom, blog, website, or
6   application including but not limited to Facebook, YouTube,
7   Twitter, Instagram, LinkedIn, Snapchat or any other forms of
8   social media.

9          This applies to communicating with your fellow
10  jurors until I give you the case for deliberation and it
11  applies to communicating with everyone else including your
12  family members, your employer, the media or press, and the
13  people involved in the trial.

14         Although you may notify your family and your
15  employer that you have been seated as a juror in this case
16  and how long you expect the trial to last.

17         But if you are asked or approached in any way
18  about your jury service or anything about this case, you
19  must respond that you have been ordered not to discuss the
20  matter and report the contact to the Court.

21         Because you will receive all the evidence and
22  legal instruction you properly may consider to return a
23  verdict, do not read, watch, or listen to any news or media
24  accounts or commentary about the case or anything to do with
25  it.

Although I have no information that there will be news reports about the case, do not do any research such as consulting dictionaries, searching the Internet, or using other reference materials; and do not make any investigation or in any other way try to learn about the case on your own.

Do not visit or view any place discussed in this case and do not use Internet programs or other devices to search for or view any place discussed during the trial.

Also, do not do any research about this case, the law, or the people involved including the parties, the witnesses, or the lawyers until you have been excused as jurors.

If you happen to read or hear anything touching on this case in the media, turn away and report it to me as soon as possible.

Now, these rules protect each party's right to have this case decided only on the evidence that has been presented here in court.

Witnesses here in court take an oath to tell the truth and the accuracy of their testimony is tested through the trial process.

If you do any research or investigation outside the courtroom or gain any information through improper communications, then your verdict may be influenced by inaccurate, incomplete, or misleading information that has

1  not been tested by the trial process.

2       Each of the parties is entitled to a fair trial by

3  an impartial jury and, if you decide the case based on

4  information not presented in court, you will have denied the

5  parties a fair trial.

6       Remember, you have taken an oath to follow the

7  rules and it is very important that you follow these rules.

8       A juror who violates these restrictions

9  jeopardizes the fairness of these proceedings and a mistrial

10  could result that will require the entire trial process to

11  start over.

12       If any juror is exposed to any outside

13  information, please notify the Court immediately.

14       With that, we can begin with our opening

15  statement.  Does the plaintiff wish to make an opening

16  statement at this time?

17       MR. GALIPO:  Yes, Your Honor.

18       THE COURT:  All right.  You may proceed.

19       MR. GALIPO:  Thank you.

20            OPENING STATEMENT BY MR. GALIPO

21       MR. GALIPO:  Good afternoon, everyone.

22       And I'm going to make the opening statements on

23  behalf of the plaintiffs.  I want to let you know a little

24  bit about what the case is about, what the issues are about,

25  some of the witnesses you can expect to testify, some of the

1   exhibits that you may see so, hopefully, it will help you
2   follow along.
3           The incident happened on November 19th, 2015, at
4   about 9:00 o'clock.  It happened in the City of Barstow at
5   El Rancho Motel.  The decedent, Nathanael Pickett II, was
6   living there.  His mother assisted him to get a place to
7   live which was there.
8           You will hear through the evidence that
9   Mr. Pickett had a mental illness.  He was shot and killed.
10  He was unarmed.
11          THE COURT:  Mr. Galipo, can you bring the
12  microphone a little closer --
13          MR. GALIPO:  Sure.
14          THE COURT:  -- just so everyone can hear you.
15  Thank you.
16          MR. GALIPO:  Sorry.
17          He was shot and killed by Deputy Woods.  He was
18  unarmed.  In fact, he was the stopped without having
19  committed any crime at all.
20          Deputy Woods, in fact -- and I have some
21  information about his story because he gave a statement 28
22  days after the incident and also gave a deposition.
23          Deputy Woods will admit that he had no information
24  that Mr. Pickett had committed any crime.  He didn't observe
25  him commit any crime.

According to Deputy Woods, he decided to stop him because Mr. Pickett was walking in a marked crosswalk and looked at him multiple times.  That's how this incident started.

At the end of this incident, Mr. Pickett was shot twice and killed, the shots penetrating his heart, lungs, kidneys, and other major organs.

The parents are here to seek justice for their son.

So what are the issues?  The first issue you're going to be asked to decide is whether or not the detention was reasonable.

You're going to hear from Officer Woods because I'm going to call him as the first witness.  You'll also hear from police practice experts that will talk to you about officer training.

There will be reference to what's called POST standards.  It's an acronym, POST, Peace Officers Standards and Training.  This is what officers have to learn and abide by to become a police officer in the police academy.

You're going to hear the concept of consensual encounter, detention and arrest; and what you're going to learn through the evidence is in order to do a detention, you need reasonable suspicion that someone is committing or has committed a crime.

1          Even then the scope and manner of the detention

2   has to be reasonable.  In order to arrest someone, you need

3   probable cause that they committed a crime.

4          A consensual encounter is when a police officer

5   wants to talk to a citizen without any evidence that the

6   person has committed a crime.

7          In that instance, you will learn through the

8   training that the person has a right not to talk to the

9   officer, has a right to walk away or run away because they

10  haven't done anything that would submit them to a lawful

11  detention.

12         So this case starts with Mr. Pickett, 29 years

13  old, five foot nine, 174 pounds, walking in a marked

14  crosswalk just adjacent to where he lived at the time.

15         Deputy Woods is driving the car.  He has a citizen

16  on patrol with him, a Mr. Kelsey, who was in the front

17  passenger seat.

18         According to Deputy Woods, as Mr. Pickett is

19  crossing the street in the marked crosswalk, Mr. Pickett

20  looks at him multiple times.

21         Deputy Woods claims he looked at him five to ten

22  times in a five-to-ten-second period.  You'll have to decide

23  whether you believe that or not.

24         In any event, Deputy Woods says that is the reason

25  why he decided to stop Mr. Pickett; and if he hadn't looked

1    at him multiple times, according to Deputy Woods, he never

2    would have stopped him.

3            So Deputy Woods makes a U-turn, comes back and

4    sees Mr. Pickett on the El Rancho property where Mr. Pickett

5    lived, in the driveway.

6            Deputy Woods pulls into the driveway.

7    Deputy Woods initially claimed that he observed Mr. Pickett

8    hop the fence or the gate and that was one of the reasons he

9    thought that maybe he didn't live there.

10           He also claims the gate was locked.  It turns out

11   that Mr. Pickett did not hop the gate or the fence and the

12   gate was unlocked.

13           In any event, Deputy Woods approaches him to speak

14   to him.  Rather than walking or running away,

15   Nathanael Pickett stopped to talk to the officer.

16           Now, you'll know what was said between the two

17   because there's a recording of it that you're going to hear

18   during the course of the trial.

19           Also, there are portions of this incident that are

20   caught on video and you're going to see that as well

21   although I'll tell you the video is not of the greatest

22   quality.  It comes from El Rancho.

23           We may make some attempts to zoom in and slow it

24   down for your assistance.

25           In any event, the officer admits this started as a

1  consensual encounter and he's asking Nathanael a group of

2  questions.

3          Are you on probation or parole?

4          No.

5          Do you have any warrants out?

6          No.

7          He asked him if he'd ever been arrested.  He said

8  once a long time ago and the conversation goes on.

9          In general, Nathanael is saying:  Hey, what did

10 you stop me for?  Did I do anything wrong?  Did I do

11 anything wrong?  Multiple times.  Did I do anything wrong?

12         The response is no, no, no.

13         He asked him for his name, his date of birth, he

14 gives it to him.  At some point the officer spells back the

15 name incorrectly and, for whatever reason, Nate didn't

16 correct him on it so they run him in the system and Nate is

17 waiting.

18         But Nate continues to ask the officer:  Can I go?

19 I got to go.  I want to go to my house.  I didn't do

20 anything wrong.  And the conversation continues.

21         The officer claims that he had, at some point

22 although it started as an consensual encounter, there were

23 three reasons why he believed he could detain Nate.

24         Number one, he thought he was under the influence

25 of drugs of a stimulant like methamphetamine because he was

1   twitchy and pacing and he was making these movements.

2           The evidence will be there was no methamphetamine

3   or stimulants in Nate's system at all.

4           In any event, the officer will say he never

5   considered the fact that Nate was mentally ill although

6   officers have specific training on looking for signs and

7   symptoms if someone might be mentally ill because those are

8   the situations where you want to act calmly, don't threaten

9   the person and de-escalate a situation rather than

10  escalating it.

11          The second argument the officer makes is:  Gee, I

12  thought he was maybe trespassing.  The evidence will be Nate

13  lived there.  He wasn't trespassing.

14          The officer will admit that if he doesn't hop the

15  fence, then there was no reason to detain him for

16  trespassing and the evidence will be that Nate never hopped

17  the fence.  The gate was open and he lived there.

18          The third reason is the officer wants to suggest

19  maybe he didn't give the right name.  But you'll hear from

20  the evidence Nate gave his name and birth.

21          In any event, at some point the officer decides to

22  grab Nathanael Pickett.  He didn't tell him he was being

23  detained.  He didn't tell him he was going to arrest him.

24  He just decides to go up and try the grab his arm.

25          Nathanael put his arms up, started running away

1   from the officer.   The reasonable inference is he was
2   afraid.
3          He took a few steps, he fell down.   He fell down
4   over some steps, landed on his side and then turned on his
5   back.
6          Deputy Woods then pulls out his taser.   The taser
7   has a laser beam on it.   He's pointing the taser at
8   Nathanael telling him he's going to tase him.
9          Nathanael is saying what for, you'll hear, or
10  words to that effect.   Then the officer decides to get
11  physical with Nathanael and there's a physical confrontation
12  that ensues.
13         Now, during that confrontation, the officer will
14  admit he punched Nate multiple times including in the face;
15  and there's evidence, and you're going to hear from the
16  medical examiner, of injuries to Nate's face consistent with
17  him being struck multiple times.
18         The officer, Officer Woods, will claim he was
19  struck forcefully in the face by Nate 10 to 20 times and
20  that he'll say is one of the reasons he shot Nate because he
21  thought he was going to be knocked out by Nate.
22         You're going to have to listen to the evidence and
23  decide whether you believe he was punched 10 or 20 times.
24  He describes the punches as full-force punches to his face
25  with his head, the back of his head, being knocked into the

1    cement with these punches, at least 10 to 20 times.

2            You will see photographs of the officer taken

3    about an hour after the incident and I would submit and

4    suggest that the evidence will show that he wasn't even

5    punched in the face once forcefully.

6            There are no lacerations.  There are no bruises.

7    There are no contusions.  No stitches.  No bleeding.  No

8    broken tooth.  No busted lip.  Nothing.

9            What he will say is that his nose was fractured

10   and, according to him, it was fractured straight.  But in

11   any event, you're going to have an opportunity to look at

12   these pictures and decide whether or not the decedent

13   punched this officer 10 or 20 times in the face.

14           Now, during some of this altercation, Kelsey, the

15   citizen on patrol, came to assist; and Kelsey will most

16   likely testify at some point in this case.  Kelsey never saw

17   Nate land any punches on Deputy Woods and he was right

18   there.

19           The second reason the officer gives for shooting

20   Mr. Pickett is that he claims Mr. Pickett tried to grab his

21   gun and now you're going to hear evidence about this.

22           Now, at some point during this struggle the

23   officer takes out his gun and you'll hear it on the audio.

24   He tells Nathanael:  Stop, stop.  Stop, I'm going to shoot

25   you.  I'm going to shoot you.  I'm going to shoot you.

1          And then you hear the shots.  Two shots about a

2     second or two apart.  Both of the shots to Nathanael's

3     chest.

4          You're going to hear evidence from the medical

5     examiner where they entered, what organs they went through,

6     the damage they caused, the time it would have taken Nate to

7     have died, the trajectory of those shots in the body.  Both

8     bullets were recovered from within the body.

9          You're also going to hear from the medical

10    examiner the proximity of the muzzle of that gun to the

11    chest when those shots were sustained.

12         So with respect to the grabbing of the gun, you're

13    going to hear that, number one, Kelsey, who was present,

14    never saw Nate grabbing the officer's gun.

15         Number two, the officer will admit before he

16    pulled his gun out of his holster at no time did Nate try to

17    grab his gun.

18         By the way, the evidence will be the officer had a

19    taser on him, a police baton, pepper spray, and other less

20    lethal options available short of shooting and killing

21    Mr. Pickett.

22         So in addition to it not being seen on the video,

23    the grabbing of the gun, albeit it's not the best quality

24    and Mr. Kelsey never seeing the gun grabbed, at some point

25    after the incident still on the recording after the

1    incident, a fellow officer arrives and asked Deputy Woods

2    words to the effect:  Did he try to grab your gun?

3            Deputy Woods responds --

4            MR. EWING:  Objection.  Misstates the evidence.

5    It will not be a part of the evidence.

6            THE COURT:  Overruled.

7            MR. GALIPO:  Deputy Woods' response?  I don't

8    know.  Deputy Woods will admit he told nobody at the scene

9    and talked to three different officers that Mr. Pickett

10   grabbed or tried to grab his gun.

11           There'll be no DNA, no fingerprints, no gunshot

12   residue, and no injuries on Nate's hands or arms that would

13   be consistent with his hand or arm being in close proximity

14   to the discharge of that firearm.

15           So you're going to have to listen.

16           Now, Deputy Woods gave a statement not that day,

17   not the next day, not that week, 28 days later with an

18   attorney present after consulting with attorneys.

19           And at that time he claimed that Nate tried to

20   grab his gun.  You're going to have to decide whether you

21   believe that or not.

22           In any event, I would submit that the evidence

23   will be even if this incident happened as described by

24   Deputy Woods, it would have been excessive and unreasonable.

25           But there'll be evidence to support that it did

1    not happen as he described.  You're going to hear from

2    police practice experts as I mentioned.  One on behalf of

3    the plaintiff, one on behalf of the defense.

4            Scott DeFoe, ex-LAPD on behalf of the plaintiffs.

5    Clarence Chapman on behalf of the defense.  And they'll talk

6    about POST standards and here's what you're going to hear

7    about with respect to deadly force.

8            You're going to have principles to apply in

9    deciding whether the use of deadly force was excessive or

10   not.

11           Number one, obviously it's the highest level of

12   force you can use.

13           Number two, it's trained and expected it's going

14   to cause death or serious bodily injury.  For that reason it

15   should only be used as the last resort in the direst of

16   circumstances only in immediate defense of life, only a

17   life-threatening situation.

18           Even if someone is being assaultive with a police

19   officer, trying to fight the police officer, you can't shoot

20   him unless it's an immediate defense of life.

21           Also you'll hear through the training that

22   subjective fear is insufficient.  It's not enough for an

23   officer to say:  I thought I was going to black out.  I

24   thought someone might take my gun.  I was afraid for my

25   life.

1          It has to be what an objectively reasonable

2  officer would do and that's what you're going to hear about.

3  In fact, the training is even an overreaction in using

4  deadly force is excessive force and, at a minimum, the

5  evidence will support that this officer overreacted by

6  shooting and killing Nathanael Pickett.

7          Now, that is generally what the case is going to

8  be about.  I'm going to call Deputy Woods first, I'm going

9  to call Scott DeFoe our police practice expert, and then I'm

10  going to call the medical customer to talk about the cause

11  of death.  The manner of death is homicide.  He's going to

12  describe the nature and extent of Nate's injuries.

13          There'll also be some discussion of tactics, how

14  certain things the officer did he should not have done and

15  certain things that he didn't do he should have done.

16          At the end of this case -- okay.  I guess I still

17  have some time.  Is that how much time I have left?  Well,

18  then, I can slow down and give the court reporter a break.

19          So I told you the first issue is whether the

20  detention was unreasonable.  For the reasons I told you, I

21  believe the evidence will support that the detention was

22  unreasonable because there was no reasonable suspicion that

23  he committed a crime and the scope and manner of the

24  detention was unreasonable.

25          The second issue is the arrest.  I believe the

1  defense's position will be at some point that they were
2  going to arrest Mr. Pickett, although they never told him he
3  was under arrest.  To the extent they were attempting to
4  arrest him, I would submit there was no probable cause to
5  arrest him.
6          You'll also hear through the training that if an
7  officer uses unreasonable force against a citizen, any
8  citizen, that citizen has a right to defend themselves.
9          So, for example, if the officer is punching the
10 person in the face, the person has a right to put their
11 hands up to block the blows, et cetera.
12         So keep that in mind when you're listening about
13 this struggle between Mr. Pickett and Deputy Woods.
14         You also will hear a little bit about these
15 less-than-lethal options, when you can use pepper spray,
16 when you can use a taser.
17         You'll hear you can use a taser in two different
18 ways.  You can use it from a distance of seven plus feet
19 where the probes come out and strike the person giving them
20 a five-second jolt of a current.
21         Or you can use it in a drive stun mode which means
22 you can take it out, take the cartridge out, and actually
23 put it up against a person.
24         The reason this is important is because one of the
25 training is that there has to be no other reasonable

1   options.

2           So when you hear about the taser and pepper spray

3   and police baton, you can decide whether you think there

4   were other reasonable options or not.

5           So that's generally what the case is about.

6   Obviously, there will be a lot more details that you're

7   going to hear.

8           At the end of the case, I'm going to ask you for a

9   verdict on behalf of the plaintiffs and against Deputy Woods

10  and the County of San Bernardino finding that the detention

11  was unreasonable, the arrest was without probable cause, the

12  use of force both before the shooting and of course the

13  shooting itself was excessive and unreasonable.

14          It's also interesting to note that even after the

15  shooting Deputy Woods didn't call for medical help for

16  Mr. Pickett.  It was backup officers that finally got there

17  that asked for the help.

18          And there will also be some forensic evidence:

19  Blood, blood on the uniform or not on the uniform, and some

20  of the other forensic and medical evidence that I mentioned.

21          So the rest we'll save for the testimony.  I thank

22  you in advance for your time and attention to this matter.

23          Thank you very much.

24          THE COURT:  All right.  Thank you, Mr. Galipo.

25          Mr. Ewing, do you wish to make an opening

1    statement at this time?

2            MR. EWING:  Yes, Your Honor.  May we approach

3    before I do?

4            THE COURT:  Yes.

5               *(The following was held at the bench:)*

6            THE COURT:  Mr. Ewing.

7            MR. EWING:  I've asked to approach regarding the

8    objection that I made in the opening statement on what the

9    evidence will show.

10           We have the audiotape.  That statement that

11   counsel made to the jury is not on that audiotape at all.

12   It's a very clear audiotape and I would move to have that

13   statement struck from the record.  I think it's misleading

14   and it's false.  It's just not part of the evidence.

15           THE COURT:  I'll let Mr. Galipo respond.  But

16   before he does, I mean, the first notion is opening

17   statements are just that.  It's not evidence.  If the

18   evidence comes out differently in the trial, you can

19   approach him on that.

20           MR. GALIPO:  It's on page 16 of the transcript --

21           MR. EWING:  Which transcript?

22           MR. GALIPO:  Line 21, "Did he grab your gun?"

23   "I don't know."

24           That's where I got it.

25           MR. EWING:  Which transcript is that?

1        THE COURT:  This appears to be a transcript of the

2    deputy.

3        MR. GALIPO:  So maybe there's a dispute as to what

4    it says so you know that's where I got it.

5        THE COURT:  All right.  Fair enough.  Thank you.

6    *(The following was in open court in the jury's presence:)*

7        THE COURT:  All right.

8        Mr. Ewing, you may proceed at this time.

9        MR. EWING:  Thank you, Your Honor.

10           OPENING STATEMENT BY MR. EWING

11       MR. EWING:  Good afternoon.

12       As I mentioned, I'm Vince Ewing.  I represent the

13   County of San Bernardino and defendant Deputy Sheriff

14   Kyle Woods.

15       On November 19, 2015, at approximately 9:00 p.m.,

16   Kyle was on patrol and he was with ride-along Bill Kelsey.

17   Bill is a civilian and they were in the area of the

18   El Rancho Motel which is Main Street, Route 66, and 2nd

19   Avenue.  That area is known for its high crime.  It's -- the

20   El Rancho Motel is known for drug sales and use.

21       So at that time Kyle is parked at a red light with

22   Bill Kelsey in the patrol car and he observes Nate Pickett

23   walking through the intersection looking back at him several

24   times.

25       And Kyle is thinking to himself:  Why is this guy

1    looking at me like this?  And so when Nate gets out of the

2    sightline of Kyle and the ride-along Bill Kelsey, Nate runs.

3    He runs down Main Street.  He hops the fence and he runs

4    across the parking lot of the El Rancho Motel.

5           When the light turns green, Kyle turns left, he

6    drives down the street to 1st Avenue, makes a U-turn and

7    parks in the driveway of the El Rancho Motel where he sees

8    Nate some 25 yards away at an area in the motel parking lot

9    where there's a speed bump.

10          Kyle surmised, I just saw this guy walking slowly

11   through the intersection looking back at me several times.

12   I lost sight of him and now he's 25 yards into the driveway

13   of the El Rancho Motel?  He must have hopped that fence and

14   run.

15          So Kyle decides to make contact with Nate.  It's

16   called a consensual encounter.  You'll learn from the

17   testimony of the experts and from Kyle himself that a

18   consensual encounter is part of the community police

19   process.  You interface with members of the public to find

20   out things about what's going on in the community.

21          If you don't have a specific call to respond to,

22   you interact with people.  So Kyle decided he's going to

23   talk to Nate.  He asked Nate:  Can I talk to you?  Nate says

24   okay.

25          So they engage in a conversation.  It's

1    information gathering.  What's your name?  What's your date

2    of birth?  Where do you live?  Have you been arrested?

3            Nate responds with his name.  Kyle tries to

4    confirm the last spelling of the name.  The correct spelling

5    of the name is P-i-c-k-e-t-t.  Kyle recites back to Nate

6    P-i-g-g-e-t.  Nate confirms that spelling.  Gives the

7    correct date of birth and then Kyle radios that to the

8    dispatch.

9            The dispatch let's Kyle know that there's no

10   match.  So Kyle tries to confirm the spelling of the

11   misspelled name P-i-g-g-e-t several times with Nate.

12           Nate never corrects him.  Nate says:  That's your

13   job.  I gave you my name.  You do your search.

14           So Kyle continues to try to confirm the spelling

15   of that name and he can't find a match.

16           When Kyle encounters Nate, what he observes with

17   Nate is Nate pacing back and forth.  He keeps putting his

18   hands in his pocket.  Kyle asked him to take his hands out

19   of his pockets.  He puts his hands in his pockets again.

20           He has a white coating on his tongue.  He has

21   tremors on is eyelids.  His hands are fidgety.

22           So Kyle, being a trained officer, is saying:  Hmm.

23   I think this person might be under the influence of a drug

24   so I'm going to continue my contact with him and see what

25   other information and evidence I can gather during this

1  consensual encounter.

2        So he comes back and there's no match.  Yet Nate

3  had told Kyle that he had been arrested.  So Kyle, doing his

4  job, he surmises:  Hmm, if this person is arrested and he's

5  giving me this information but there's no match to that

6  information, there's no record of the name that he's given

7  me in the system, maybe he's not telling the truth.

8        During the course of the contact, you'll hear the

9  audio.  At some point Kyle tells him:  Hey, man, I think

10  you're giving me the wrong name.  I think you're lying.  And

11  during the course of this exchange, Kyle makes a decision to

12  detain Nate to further his investigation.

13        In order to detain a person under the training

14  that you'll hear from the experts in this case, both sides,

15  you have to have reasonable suspicion that criminal activity

16  is taking place either in your presence or is about to take

17  place.

18        In this instance the possible criminal activity

19  that Kyle was investigating was being under the influence of

20  the drug based on the signs and symptoms that he observed.

21        Based on his background, training, and experience,

22  trespassing and providing false information to a police

23  officer.

24        So Kyle attempts to arrest Nate and Nate resists.

25  He throws up his arms and he runs.  He sprints.  He takes

1    off really fast.

2            And then Kyle gives chase and he says:  Hey, Nate.

3    Don't do this.  Don't resist.  Stop what you're doing.  And

4    Nate trips over a flight of steps.

5            You'll see the video of Nate literally flying

6    through the air.  He's moving so fast he's flying through

7    the air.  He lands on the ground and the defense position

8    about the evidence about the injuries to his face are as a

9    result of that fall to the ground, not as a result of

10   anything that Kyle did.

11           So Kyle catches up to him because Kyle is chasing

12   after him.  He catches up to him.  He says:  Hey, Nate,

13   stop.  Don't do this.  Don't do this.  And he pulls out his

14   taser and he says:  Stop.  I'm going to tase you.  I'm going

15   to tase you.

16           Then Kyle, based on training and experience,

17   realizes:  I'm too close.  This guy's clothing is too thick

18   for the darts to penetrate his clothing so I'm not going to

19   use my taser, I'm going to put it away and I'm going to try

20   what's called in police -- law enforcement parlance, I'm

21   going to go hands-on.

22           I'm going to use my hands and I'm going to try to

23   turn his body, put his arms behind his back and handcuff him

24   and arrest him.

25           So you'll hear Kyle on the audiotape and in the

1    video saying:  Turn over.  Turn over.  And he's trying to

2    turn Nate's body to put him in handcuffs and Nate continues

3    to resist.

4              Kyle says:  Stop resisting arrest.  Stop resisting

5    arrest.  And Nate continues to resist.

6              During the course of this attempt to arrest Nate,

7    they start fighting.  Kyle's testimony will be that Nate

8    punched him.  So in response, he will use what are known as

9    personal weapons.  It's part of the POST training.  Both

10   experts will testify about that.  You're entitled to use

11   your personal weapons to gain control of a subject.

12             So he starts fighting back.  Now, they're

13   fighting.  They're on the ground in a breezeway of the

14   El Rancho Motel wrestling around and fighting.

15             And at some point during the course of this fight,

16   Nate -- five foot nine, 175 pounds, versus Kyle, six foot

17   one, 150 pounds -- overpowers Kyle.  Gets on top of him and

18   now he's mounted and he's continuing his assault.  He's

19   continuing his assault.

20             And Kyle is saying:  Stop, stop.  He's continuing

21   his assault.  Kyle was defending himself and at some point

22   Kyle feels like he's losing consciousness and so he warns

23   Nate once:  Stop.  I'm going to shoot.

24             Nate continues his assault.  He keeps punching

25   Kyle.  Kyle continues to defend himself.  And mind you,

```
1    ladies and gentlemen, this is all transpiring super quick.

2              You will see it on the video.  You will hear it in

3    the audio.  It transpires very quickly.

4              Second warning:  Stop, I'm going to shoot.  Nate

5    continues his assault.  He continues punching Kyle.  Kyle

6    continues to defend himself.

7              Third warning:  Stop, I'm going to shoot.  At this

8    point Kyle is on his back.  He's aiming his gun at Nate.  He

9    gives him three warnings:  Stop, I'm going to shoot.  Stop,

10   I'm going to shoot.  Stop, I'm going to shoot.

11             And then he shoots and Nate exclaims:  Fuck you,

12   man.

13             And now Kyle is thinking:  I must have missed.  I

14   don't think I hit him.  And Nate is continuing his assault.

15   He's continuing to punch Kyle.  Kyle is continuing to defend

16   himself and he shoots a second time.

17             And the second shot Kyle will tell you, he wanted

18   to make sure that it penetrated so he pushed his pistol up

19   against Nate's chest and he shot a second time.  This is

20   after three warnings and Nate never stopped.  And after the

21   second shot, Nate didn't stop.  He continued punching Kyle

22   and then he stopped.

23             His body fell onto Kyle's body.  Kyle scooted out

24   from underneath him and you'll hear him exclaim:  Fuck.

25             He radios over to support:  Shots fired.  I need
```

1  backup.   And he scoots himself up against the wall away from
2  Nate and he says:   Show me your hands.
3         Within a couple of minutes, the first responding
4  officer Tommy Dickey arrives.   Tommy moves Nate away from
5  Kyle.  He handcuffs Nate.  He checks his pulse.  He radios
6  for medical assistance for Nate and then he goes to Kyle.
7         Kyle is up against the wall.   Kyle couldn't stand.
8  Tommy Dickey will testify that Kyle was going into shock.
9  He was mumbling incoherently and Tommy Dickey disarmed Kyle.
10 Put his gun back into his holster.
11        With respect to the tugging on the weapon, Kyle
12 will tell you what happened because Kyle was there.   Kyle
13 was in the fight and Kyle felt the tug on his weapon.
14        And what Tommy Dickey asked Kyle and you'll hear
15 this on the audiotape is:   Does he have a gun?  Not whether
16 he tugged your weapon.   And Kyle will testify that -- and
17 you'll hear on the audio -- he says:   I don't know.
18        So now after Tommy has called for medical
19 assistance for Nate, Tommy lifts Kyle up who can't stand up.
20 His legs are wobbly, or jelly, because of the fight that he
21 was in.   Kyle is hyperventilating and, as I mentioned, he
22 was going into shock and he walks Kyle back to the patrol
23 car where the medical technicians can treat him.   This is on
24 Main Street.
25        Bill Kelsey will testify that during the fight --

1    this is the civilian ride-along -- he tried to assist Kyle

2    and tried to pull Nate off of Kyle; and when he heard Kyle

3    pull out his gun and give the first warning, Bill walked

4    away so as not to get shot.

5          Then you'll hear from the treating medical

6    professionals at Barstow Community Hospital who will talk to

7    you about the injuries that Kyle sustained.  He sustained a

8    fractured nose.  He had a contusion to his hand and he had a

9    bone bruise to his right hand which was swelling which is

10   depicted in the photographs that you'll see.

11         So you'll hear from a doctor and a nurse who

12   treated Kyle immediately after the injury.

13         Right after the injury when Tommy Dickey is trying

14   to tend to Kyle, Kyle is complaining about pain to his face

15   and pain to his head.  You'll hear that on the audiotape.

16         So what started out as a:  Hmm, this guy looking

17   at me.  Wonder why he's doing this.  Let me go check it out

18   and talk to him and see, a consensual encounter.

19         And, again, you don't have to have a reason for a

20   consensual encounter and Nate Pickett didn't have to talk to

21   Kyle Woods.  In fact, Kyle asked Nate:  Hey, can I pat you

22   down?  And Nate says no and Kyle doesn't pat him down.

23         He just continues to talk to him as Kyle was

24   trained to do and he'll tell you:  I tried to keep the tone

25   low.  I didn't want to escalate this incident.

1      And what happened however is that the contact did

2    escalate.  It escalated to Kyle having reasonable suspicion

3    that Nate had trespassed, that he was under the influence of

4    drugs, and that he had provided false information to a

5    police officer.

6      So that was the cause of detention; and when he

7    tried to detain him, Nate resisted and that gave him

8    probable cause to arrest.

9      Resisting an officer in carrying out his duties

10   gives you probable cause so that's a fourth crime.

11   Trespassing, under the influence, providing false

12   information to a police officer, and now resisting arrest

13   and assault on an officer.

14     But before the assault on the officer, the

15   probable cause was those four that I mentioned and those

16   were the reasons why Kyle tried to arrest Nate.

17     Nate simply could have complied.  He was warned.

18   Nate, don't do this.  Stop, I'm going to shoot.  But he

19   never did.

20     Nate ran when he was on Main Street, Nate ran when

21   he was in the parking lot, and Nate ran from Kyle.

22     After you hear from the medical professionals,

23   you'll hear from police practices expert Clarence Chapman

24   and he will talk about use of force, reasonableness,

25   training, the tools that officers have available to him:

1    The taser, the pepper spray, the handcuffs, the baton, the

2    personal weapons.

3         You'll also hear from the coroner who performed

4    the autopsy and the coroner will testify about the

5    trajectory of the bullets.

6         The bullets came into Nate's body, one at 21

7    inches, one at 24 inches; and they exited at a higher part

8    of his body so in an upward trajectory.  In an upward

9    trajectory.  So it starts lower, it moves back and comes out

10   higher.

11        The defense is confident that after you hear all

12   of the evidence in this case and you consider all of the

13   exhibits that you'll find Deputy Kyle Woods and the County

14   of San Bernardino County not guilty.

15        Thank you.

16        THE COURT:  All right.  Mr. Galipo, do you want to

17   call your first witness?

18        MR. GALIPO:  Yes, I would.  I would like to call

19   Kyle Woods, please.

20        THE COURT:  All right.  Sir, if you would step to

21   the stand, please.

22              PLAINTIFFS' CASE-IN-CHIEF

23        **KYLE WOODS, PLAINTIFFS' WITNESS, SWORN**

24        THE CLERK:  Please raise your right hand.

25        Do you solemnly swear that the testimony you shall

1    give in the cause now before this Court shall be the truth,

2    the whole truth, and nothing but the truth, so help you God?

3              THE WITNESS:  Yes.

4              THE CLERK:  Thank you.

5              Please be seated.  Please state and spell your

6    name for the record.

7              THE WITNESS:  Kyle Woods.  K-y-l-e, W-o-o-d-s.

8              THE COURT:  All right, Mr. Galipo, you may

9    proceed.

10             MR. GALIPO:  Thank you.

11                      **DIRECT EXAMINATION**

12   BY MR. GALIPO:

13   Q.    Good afternoon.

14   A.    Good afternoon.

15   Q.    Have you reviewed the autopsy report in this case?

16   A.    No, I haven't.

17   Q.    Are you aware that neither of the shots exited his

18   body?

19   A.    Yes, I am.

20   Q.    Now, when did you go to the police academy?

21   A.    The year was 2013.

22   Q.    And prior to that you had worked as a cashier at a

23   family business?

24   A.    Yes.

25   Q.    And when did you graduate from the police academy?

1   A.    December of 2013.

2   Q.    And then did you work for sometime in the jails?

3   A.    Yes.

4   Q.    And up to what time was that that you worked in the

5   jails?

6   A.    Approximately to the end and beginning of 2014 and

7   beginning of 2015.

8   Q.    And then was there a field training process that you

9   had to go through?

10  A.    Yes.

11  Q.    And how long did that last?

12  A.    Approximately three to six months.

13  Q.    Okay.   Would it be fair to say that at the time of this

14  incident in November of 2015 you had only been out of field

15  training for four to six months?

16  A.    Yes.

17  Q.    How tall are you?

18  A.    Six-one.

19  Q.    And you weighed about 155 at the time?

20  A.    Yes, approximately.

21  Q.    Would you work out as part of your duties to keep in

22  shape as a police officer?

23  A.    Yes.

24  Q.    What type of exercise or workouts would you do?

25  A.    Running, pushups, situps.

1    Q.    Okay.  You would consider yourself to be in shape; is

2    that fair?

3    A.    Yes.

4    Q.    Now, you did give a statement at some point in this

5    case; correct?

6    A.    Yes.

7    Q.    The statement that you gave, did you give it the day of

8    the incident?

9    A.    No.

10   Q.    The next day?

11   A.    No.

12   Q.    Three days later?

13   A.    No.

14   Q.    A week later?

15   A.    No.

16   Q.    Two weeks later?

17   A.    No.

18   Q.    When did you give your statement?

19   A.    Approximately three or four weeks later.

20   Q.    And who was present for this statement?

21   A.    My attorney, officers from Barstow PD and deputies from

22   the homicide division.

23   Q.    Is it true, sir, that you gave your statement 28 days

24   after this incident on or about December 17th, 2015?

25   A.    I don't recall exactly how many days.

1    Q.    Well, would you agree with this?  Before you left the

2    scene of this incident after the shooting, you never told

3    anyone that Mr. Pickett had tried to grab your gun.

4              Would you agree with that?

5    A.    Yes.

6    Q.    Now, you had a taser on you at the time; is that

7    correct?

8    A.    Yes.

9    Q.    You were aware the taser could be used either in the

10   probe mode when you shoot the darts or in the drive stun

11   mode when you take the cartridge out and press it against

12   someone's body; is that correct?

13   A.    Yes.

14   Q.    In fact, you had used the taser on occasions before the

15   day of this incident; true?

16   A.    Yes.

17   Q.    And at least you thought, generally speaking, it was

18   effective because it gave him a shock?

19   A.    Yes.

20   Q.    And you had your taser on you at the time of this

21   incident; is that correct?

22   A.    Yes.

23   Q.    Are you generally trained that a taser is a

24   less-than-lethal option?

25   A.    Yes.

1    Q.    And pepper spray is a less-than-lethal option?

2    A.    Yes.

3    Q.    Using your baton as an impact weapon is a

4    less-than-lethal option?

5    A.    Yes.

6    Q.    And you had training with respect to the use of deadly

7    force; correct?

8    A.    Yes.

9    Q.    And part of your training was that deadly force is the

10   highest level of force that can be used; isn't that true?

11   A.    Yes, that's correct.

12   Q.    And that you're supposed to show a reverence for human

13   life; isn't that also true?

14   A.    Yes.

15   Q.    In fact, the POST standards that you were taught in the

16   police academy say that deadly force is a last resort only

17   to be used in the direst of circumstances.

18             Is that also correct?

19   A.    Yes.

20   Q.    And only when no other reasonable options or measures

21   are available; is that also correct?

22   A.    Yes.

23   Q.    Now, you're wearing glasses today; correct?

24   A.    Yes.

25   Q.    Were you wearing glasses at the time of this incident?

1    A.    Yes, I was.

2    Q.    You're saying you were punched full force in the face

3    10 to 20 times.  That's what you told me at your deposition;

4    correct?

5    A.    Yes.

6    Q.    Did your glasses ever break, sir?

7    A.    No.

8    Q.    Were photographs taken of you after this incident?

9    A.    Yes.

10   Q.    About how long after this incident were they taken?

11   A.    Sometime later on in the night.

12   Q.    And about an hour later or so?  Was that an

13   approximation?

14   A.    I don't recall how long after.  I know it was later on

15   in the night.

16   Q.    Okay.  Oh, okay.  That's even better.  I want to show

17   you a few photographs.  May I confer with counsel for a

18   moment?

19             THE COURT:  Yes.

20                    *(Counsel conferred.)*

21             MR. GALIPO:  By agreement, Your Honor, we have

22   Exhibit 15-1.

23             THE COURT:  All right.

24             MR. GALIPO:  15-8.  I'm going out of order.  15-6

25   and 15-7.

| | |
|---|---|
| 1 | THE COURT:  I'm sorry.  15-6 and -7 first or -1, |
| 2 | -6, -7, and -8? |
| 3 | MR. GALIPO:  Yeah, you got it. |
| 4 | THE COURT:  So 15-1, 15-6, 15-7, and 15-8 will be |
| 5 | admitted by stipulation. |
| 6 | MR. GALIPO:  Thank you. |
| 7 | *(Exhibit 15-1 received in evidence.)* |
| 8 | *(Exhibit 15-6 received in evidence.)* |
| 9 | (Exhibit *15-7 received in evidence.)* |
| 10 | *(Exhibit 15-8 received in evidence.)* |
| 11 | BY MR. GALIPO: |
| 12 | Q.    So 10 to 20 what you describe as full-force punches to |
| 13 | your face; correct? |
| 14 | A.    Yes. |
| 15 | Q.    And you in your deposition indicate those included to |
| 16 | your forehead, your lips, essentially all over your face; |
| 17 | correct? |
| 18 | A.    Yes. |
| 19 | Q.    You also indicated that the back of your head was |
| 20 | hitting the cement; correct? |
| 21 | A.    Yes. |
| 22 | Q.    All right.  So I'd like to show you by agreement if we |
| 23 | can 15-1. |
| 24 | THE COURT:  All right. |
| 25 | MR. GALIPO:  Oh, is it on the screens? |

1          (The exhibit was displayed on the screen.)

2          THE COURT:   It is now.

3          MR. GALIPO:   Oh, I don't know if the jury --

4          THE COURT:   Are the monitors working for the jury?

5          *(The jurors indicated in the affirmative.)*

6    BY MR. GALIPO:

7    Q.    Okay.  Is that a picture taken of you after this

8    incident?

9    A.    Yes.

10   Q.    And it's your testimony that this was about an hour

11   after the incident?

12   A.    I'm not sure how long after the incident that the

13   photograph was taken.

14   Q.    And it's your testimony, just to make sure I understand

15   it, that you were punched in the face 10 to 20 times with

16   full-force punches?

17   A.    Approximately, yes.

18   Q.    Okay.  Did you have a busted lip?

19   A.    No.

20   Q.    Did you have any teeth knocked out?

21   A.    No.

22   Q.    Any black eyes?

23   A.    No.

24   Q.    Did you need stitches?

25   A.    No.

1    Q.    Any lacerations to your face?

2    A.    No.

3    Q.    Any visible bruises to your face?

4    A.    No, not until the following day.

5    Q.    Well, are there any pictures of that?

6    A.    No, I did not take any pictures.

7    Q.    I see.  And then the back of your head, was there any

8    cuts to the back of your head that you say was being slammed

9    into the cement?

10   A.    Not that I can recall.

11   Q.    In fact, you told me at the time of your deposition

12   that your nose was broken straight.  That's the words you

13   used; correct?

14   A.    Yes, that's correct.

15   Q.    All right.  And just to show a few other photographs,

16   we have 15-6.

17            (The exhibit was displayed on the screen.)

18   BY MR. GALIPO:

19   Q.    Another photograph taken of you?

20   A.    Yes.

21   Q.    15-7.

22            (The exhibit was displayed on the screen.)

23            MR. GALIPO:  Don't see it yet.

24            Here it is.

25   Q.    Another photograph taken of you?

1    A.    Yes.

2    Q.    And 15-8.

3          (The exhibit was displayed on the screen.)

4    BY MR. GALIPO:

5    Q.    Another photograph taken of you?

6    A.    Yes.

7    Q.    Okay.  Thank you for that.

8          Now, so at some point did you take your gun out of

9    your holster?

10   A.    Yes.

11   Q.    And how much time would you say passed from the time

12   you took your gun out of your holster and you fired the

13   first shot at Mr. Pickett?

14   A.    Approximately five to ten seconds.

15   Q.    Okay.  You told me in your deposition about five

16   seconds; correct?

17   A.    I don't recall if that's what I told you exactly but it

18   was approximately five to ten seconds.

19   Q.    Five to ten seconds.

20          Before you took your gun out of your holster, at

21   any time before that, did Mr. Pickett, based on your

22   observations, try to grab your gun or your holster?

23   A.    No.

24   Q.    Did he try to grab your pepper spray?

25   A.    No.

1   Q.    Your taser?

2   A.    No.

3   Q.    Your police baton?

4   A.    No.

5   Q.    Your duty belt?

6   A.    No.

7   Q.    Did he ever verbally threaten to harm you at any time

8   before you pulled your gun out?

9   A.    No.

10  Q.    Let's back up for a moment.  I want to ask you a few

11  questions about your initial contact with Mr. Pickett.

12          Where are you when you first see him?

13  A.    I was sitting in my patrol unit on the corner of 2nd

14  and Main Street.

15  Q.    And I take it you're driving the car?

16  A.    Yes.

17  Q.    And who's in the car with you?

18  A.    Citizen on patrol Bill Kelsey.

19  Q.    Okay.  And when you first saw Mr. Pickett, was he

20  walking in a marked crosswalk?

21  A.    Yes.

22  Q.    And as that intersection, if you're going to cross the

23  street, based on your experience, is someone supposed to

24  cross in the marked crosswalk?

25  A.    Yes.

1  Q.    And he was doing that?

2  A.    Yes.

3  Q.    Did you get any call for service regarding Mr. Pickett;

4  that he had committed any crime?

5  A.    No.

6  Q.    Anybody call the department to your knowledge

7  complaining about him that you had to check this guy out?

8  A.    No.

9  Q.    When you saw him, based on your observations walking in

10 a marked crosswalk, did you think he was committing any

11 crime?

12 A.    No.

13 Q.    I take it you would agree it's no crime to cross in a

14 marked crosswalk; is that fair?

15 A.    Yes.

16 Q.    Had you ever seen him before?

17 A.    No.

18 Q.    Did you know anything about him?

19 A.    No.

20 Q.    Did you feel, when you saw him, you had reasonable

21 suspicion to detain him?

22 A.    No, not at that time.

23         THE COURT:  I'm sorry, Counsel.

24         Deputy, can you make sure -- bring the microphone

25 close to you.  I want to make sure everyone hears you.  All

1    right.   Thank you.

2          I'm sorry.

3          MR. GALIPO:   No problem.

4    Q.    Do you have training with respect to reasonable

5    suspicion?

6    A.    Yes.

7    Q.    What is your training on what that means, reasonable

8    suspicion to detain someone?

9    A.    It is reasonable that a crime has been committed or is

10   going to be committed.

11   Q.    Okay.  Well, I take it when you first saw him you would

12   agree you didn't have any information he committed a crime;

13   is that correct?

14   A.    Yes.

15   Q.    And would it also be correct to say you didn't see him

16   committing a crime as he's walking in the crosswalk?

17   A.    Yes.

18   Q.    Now, is it your testimony that the reason you decided

19   to contact him is because he looked at you five or ten times

20   in a five-to-ten-second period?

21   A.    Yes.   That and it was a high-crime area.

22   Q.    Okay.  So those two facts, because you think it's a

23   high-crime area and because someone looks at you while

24   they're in a marked crosswalk, those are the two reasons you

25   decided to stop him?

1  A.    Yes.   For the -- how fastly he kept looking at me while

2  I was parked there, yes.

3  Q.    Now, have you reviewed your deposition recently?

4  A.    Yes, I have.

5  Q.    And you understood in your deposition you were under

6  oath just as you are now; is that correct?

7  A.    Yes.

8  Q.    And there was a court reporter in your deposition just

9  like we have one in court today?

10 A.    Yes.

11 Q.    In fact, your deposition was videotaped; is that true?

12 A.    Yes.

13 Q.    Now, do you recall telling me in your deposition that

14 Nate looked at you ten to -- strike that -- five to ten

15 times in a five-to-ten-second period?

16 A.    Yes.

17 Q.    Is that truthful?

18 A.    Yes.

19 Q.    And that's what you told me at the time of your

20 deposition; correct?

21 A.    Yes, as far as I recall, that's what I told you.

22        MR. GALIPO:  Well, why don't we make sure.

23        Your Honor, I have a copy of the deposition for

24 the Court and the witness.

25        THE COURT:  All right.  If you can approach,

1  please.

2           MR. GALIPO:   May I hand these to your clerk?

3           THE COURT:   Yes, please.

4                 *(Pause in the proceedings.)*

5           THE COURT:   Thank you.

6  BY MR. GALIPO:

7  Q.   Okay.   Do you have a copy of your deposition in front

8  of you?

9  A.   Yes, I do.

10 Q.   Can you turn to page 57, please.

11 A.   (Witness complies.)

12 Q.   And let me know when you're on that page.

13 A.   I'm there.

14 Q.   And specifically lines 4 through 8, do you see where

15 you indicated:  "As he was walking across my -- in the

16 crosswalk, he looked at me approximately five to ten

17 different times within a five-to-ten-second period."

18           Do you see that response?

19 A.   Yes.

20 Q.   In fact, you told me, I think on the very next page of

21 the deposition, if we turn to page 58, that the reason you

22 decided to contact him is because he looked at you that many

23 times as you've described?

24 A.   Yes.

25 Q.   In fact, you also told me on page 58 that if he had not

1    looked at you, you would not have stopped him.

2         Isn't that what you told me?

3    A.    Yes.

4    Q.    And I guess it was the fact that he looked at you five

5    or ten times in a five-or-ten-second period that made you

6    want to stop him?

7    A.    Yes.

8    Q.    Now, have you reviewed your initial statement that you

9    gave recently?

10   A.    I'm sorry.  Which statement?

11   Q.    Okay.  When your deposition was taken obviously after a

12   lawsuit was filed -- Right? -- I took your deposition?

13   A.    Yes.

14   Q.    Your statement was taken when you had your attorney

15   present about 28 days after the incident; is that fair?

16   A.    Yes.

17   Q.    And I assume you had an opportunity to consult with

18   your attorney before the statement?

19   A.    Yes.

20   Q.    Okay.  And that's when you first, at least on the

21   record, said that Mr. Pickett had grabbed your gun; right?

22   A.    Yes.

23   Q.    Okay.  So I want to reference that statement, the

24   statement that you gave 28 days after the incident.  Have

25   you reviewed that recently?

1   A.    Yes.

2   Q.    Okay.  And I think there are some exhibit books up

3   there but I believe it's Plaintiff's Exhibit 22.  Is there a

4   black exhibit book up there?  If not, we can have someone

5   help you.

6   A.    Yes, there's three of them.

7   Q.    There's three of them.  I don't know if the clerk would

8   be kind enough to get the right one in front of you.  That's

9   a Plaintiff's Exhibit Binder and it has some tabs and if you

10  could try to find Tab 22, please.

11  A.    (Witness complies.)

12  Q.    Do you have that in front of you?

13  A.    Yes.

14  Q.    Okay.  Now, there are page numbers on the bottom right.

15  I think it starts with 19 because it's probably in some

16  other report but do you see the page numbers on the bottom

17  right and on the top?

18  A.    Yes.

19  Q.    Okay.  Can you turn to the second page which is page

20  20, second page of your statement?

21  A.    (Witness complies.)

22  Q.    Do you have that in front of you?

23  A.    Yes.

24  Q.    Now, on the left-hand side -- I take it when you're

25  talking it says "Woods" and when the detective is talking it

1  says "Libby."  Is that correct?

2  A.    Yes.

3  Q.    Was that the name of the detective who took your

4  statement, Detective Libby?

5  A.    Yes.

6  Q.    Okay.  Do you see about four lines down in your second

7  response in your statement at the top of page 20, you say:

8  "When he was walking by me, he kind of looked at me."

9         You see that?

10  A.    Yes.

11  Q.    Don't you think kind of looked at you is a little bit

12  different than someone looking at you five or ten times in a

13  five-to-ten-second period?

14  A.    Yes.

15  Q.    Would you admit, sir, that in your initial statement

16  you said "He kind of looked at me"?

17  A.    Yes.

18  Q.    And then at the time of your deposition, after a

19  lawsuit had been filed, you said he looked at you five or

20  ten times in a five-to-ten-second period.

21         Would you agree with that?

22  A.    Yes.

23  Q.    And you're telling us the reason, the main reason you

24  stopped him and wanted to talk to him is because he looked

25  at you so much; is that correct?

1    A.    Yes.

2    Q.    Now, I take it when you saw him, did he have anything

3    in his hands?

4    A.    No.

5    Q.    Did he appear to have any injuries on him?

6    A.    No.

7    Q.    Did you hear him say anything to you?

8    A.    No.

9    Q.    Would it be fair to say that you recognized him as a

10   young African-American man?

11   A.    I'm sorry.  Could you rephrase the question?

12   Q.    Did you recognize him as African American?

13   A.    Yes.

14   Q.    I mean at some point you put out with a BMA; right?

15   A.    Yes.

16   Q.    What does that stand for?

17   A.    Black male adult.

18   Q.    Okay.  You just did that for purposes of informing

19   Dispatch; correct?

20   A.    Yes.

21   Q.    Okay.  Now, I take it he went out of your view at some

22   point?

23   A.    Yes.

24   Q.    And where was he when he went out of your view as he's

25   walking across this marked crosswalk?

1   A.    He's on the corner of Main and 2nd and he was passing a

2   barbershop when I lost sight of him.

3   Q.    Okay.  How long was he out of your view approximately?

4   A.    Approximately 20 seconds.

5   Q.    Would you agree, sir, that you never saw him running at

6   any time before he went out of your view?

7   A.    Yes.

8   Q.    In fact, when you saw him again, where was he?

9   A.    He was in the driveway of the El Rancho Motel.

10  Q.    Was he running at that time?

11  A.    No.

12  Q.    So you just heard the opening statement from your

13  attorney; correct?

14  A.    Yes.

15  Q.    Would it be correct to say, sir, that at no time before

16  you saw him in the driveway of the El Rancho Motel did you

17  ever see Nate running?  Isn't that true?

18  A.    Yes, I never visually saw him running.

19  Q.    Okay.  Now, do you still have your statement in front

20  of you?

21  A.    Yes, I do.

22  Q.    Would you turn to page 21 which is -- that's the third

23  page of your statement but for whatever reason it has page

24  No. 21; is that correct?

25          THE COURT:  Counsel, just for clarification, at

1    the bottom at least of the exhibit book I have, it's page 3

2    of 22.  That may be an easier way to identify it.

3         MR. GALIPO:  That is.  Thank you.  I'm looking at

4    a copy that's not so marked but thank you, Your Honor,

5    that's helpful.

6    Q.   So are we looking at 3 of 22 at the bottom?

7    A.   Yes.

8    Q.   Now, three lines up from the bottom you're giving --

9    this is part of your narrative response at the time of your

10   statement; correct?

11   A.   Yes.

12   Q.   And you say that -- you're saying "right to be there

13   and then when I saw him hop the fence."

14        Do you see that in your statement?

15   A.   Yes.

16   Q.   Isn't it true, sir, that you never saw Nate hop the

17   fence?

18   A.   Yes.

19   Q.   Isn't it also true that in your statement, at least

20   here, you said that you did see him hop the fence?

21   A.   Yes.

22   Q.   In fact, you thought the gate was locked; correct?

23   A.   Yes.

24   Q.   Because you went up to it and, according to you, you

25   couldn't open it?

1    A.    Yes.

2    Q.    And then you found out later the gate wasn't locked;

3    correct?

4    A.    Yes.

5    Q.    Now, with respect to a consensual encounter, would you

6    agree based on your training that, just by its definition,

7    you don't have any reasonable suspicion to detain someone

8    when you're doing a consensual encounter; would you agree?

9    A.    Yes.

10   Q.    And so if hypothetically, although some people might

11   not feel comfortable with this, if a uniformed police

12   officer walks up to them and says:  Hey, I want to talk to

13   you and it's a consensual encounter, the person could either

14   say nothing or tell the officer:  I don't feel like talking

15   to you.  Isn't that true?

16   A.    Yes.

17   Q.    A person, in fact, based on your training, has a right

18   to walk away?

19   A.    Yes.

20   Q.    In fact, you even told me in your deposition that

21   technically a person has the right to walk away or run away

22   if it's a consensual encounter?

23   A.    Yes.  If it's a consensual encounter, they have a right

24   to walk away.  It's not reasonable for a person to run away.

25   Q.    Well, you might not think it's reasonable, sir, but

1    isn't it true technically, based on your training, that if

2    it's a consensual encounter a person has the right to run

3    away if they want?

4            MR. EWING:   Objection; argumentative, calls for a

5    legal conclusion.

6            THE COURT:   Overruled.

7            THE WITNESS:   Yes, by definition.

8    BY MR. GALIPO:

9    Q.   But in any event, if I understand your testimony, up

10   until the time you saw Nate in the driveway of El Rancho

11   Motel, you did not see him running at all; is that correct?

12   A.   Yes.

13   Q.   And, in fact, Nate didn't walk away or run away at that

14   point but he, at least to some extent, agreed to talk to

15   you?

16   A.   Yes.

17   Q.   He didn't have to do that -- Right? -- because it was a

18   consensual encounter?

19   A.   Yes, that's right.

20   Q.   But he did do it?

21   A.   Yes.

22   Q.   Now, would it be fair to say that you're in the

23   practice of doing consensual encounters on citizens when the

24   nights a little slow?

25   A.   Yes.

1  Q.    And was it a little slow that night?

2  A.    Yes, from what I can recall.

3  Q.    I mean, I take it that's not the first time you've done

4  a consensual encounter on somebody?

5  A.    No, it's not.

6  Q.    And we heard in opening statement one of the reasons

7  you do consensual encounters is to see what's going on in

8  the community, talk to the people?

9  A.    Yes.

10  Q.    So are you in the practice of when you approach someone

11  on a consensual encounter to see what's going on in the

12  community to ask them if they're on probation or parole?

13  A.    Yes.

14  Q.    That's what you do to see what's going on in the

15  community?

16  A.    Yes.

17  Q.    And if they've ever been arrested before?

18  A.    Yes.

19  Q.    And you asked Nate that question and he said:  No, I'm

20  not on probation or parole.   Correct?

21  A.    Yes.

22  Q.    And he said he'd been arrested before; true?

23  A.    Yes.

24  Q.    And you said:  What for?

25         And he said:  I don't remember.  It's been so long

1    ago, or words to that effect.  Isn't that correct?

2    A.    Yes.

3    Q.    Now, when you first started talking to Nate, did you

4    think, when you first started talking to him, that you had

5    reasonable suspicion to detain him?

6    A.    Right in the beginning when I first talking to him, no.

7    Q.    You understand now -- and I think you told me this at

8    the deposition -- he had no methamphetamine or stimulants in

9    his system; correct?

10   A.    Yes.

11   Q.    And one of the reasons you're claiming that you had a

12   right to detain him because you believed he was under the

13   influence of methamphetamine?

14   A.    Yes, he was showing the signs and symptoms.

15   Q.    Well, do you hold yourself out, sir, as an expert in

16   drug recognition?

17   A.    No, not an expert.

18   Q.    Right.  In fact, at least we know now that your

19   assumption, if you had that, was incorrect?

20   A.    Yes.

21   Q.    Okay.  Now, I want to ask you this.  Do you have

22   training or did you have training at the academy with

23   respect to dealing with a citizen who might have a potential

24   mental illness?

25   A.    Yes.

1  Q.    In fact, there's learning domains at the academy;
2  right?
3  A.    Yes.
4  Q.    Different chapters on different subjects?
5  A.    Yes.
6  Q.    Learning Domain 20 deals with the use of force?
7  A.    Yes.
8  Q.    And, in fact, I think you told me at your deposition
9  that you had reviewed some of that, some of the POST
10 learning domains in anticipation of your deposition; true?
11 A.    Yes.
12 Q.    And so when we had that discussion about deadly force
13 being the last resort, direst of circumstances, reverence
14 for human life only in a life-threatening scenario, that
15 comes from the POST learning domain, doesn't it?
16 A.    Yes.
17 Q.    Now, there is a separate POST learning domain on
18 dealing with people with mental illness; isn't there?
19 A.    Yes.
20 Q.    And I believe that's Learning Domain 37.
21 A.    I'm not sure what number it is exactly but, yes,
22 there's a learning domain.
23 Q.    Okay.  Because part of the training is officers should
24 be aware and sensitive that some people they come in contact
25 with could possibly have a mental illness; isn't that true?

1    A.    Yes.

2    Q.    And you're trained to look for certain signs and

3    symptoms that might be consistent with that?

4    A.    Yes.

5    Q.    And, in fact, the training is if you think it's

6    possible someone has a mental illness, that should be taken

7    into consideration in your contact with them?

8    A.    Yes.

9    Q.    And, in fact, some of the things that are taught is to

10   keep it calm, don't escalate the situation; correct?

11   A.    Yes.

12   Q.    Don't threaten them, if you can avoid it, with a weapon

13   or something like that; correct?

14   A.    Yes.

15   Q.    So you saw Nate kind of pacing a little bit when you

16   were talking to him?

17   A.    Yes.

18   Q.    Seemed a little jittery?

19   A.    Yes.

20   Q.    Let me ask you this.  Is it part of your training that

21   someone who's under the influence, for example, of

22   methamphetamine would have dilated pupils?

23   A.    Yes.

24   Q.    Would you agree that you never, at any time you were

25   talking to Nate, saw his pupils dilate?

1   A.    Yes, I never saw his pupils.

2   Q.    You never saw.  So how long do you think you were

3   talking to him for?

4   A.    Approximately five to ten minutes.

5   Q.    And it's your testimony that in five to ten minutes you

6   never saw his pupils.  Is that your testimony?

7   A.    Yes.

8   Q.    Okay.  And you said at some time -- at some point was

9   Nate putting his hand in his pocket?

10  A.    Yes.

11  Q.    And you told him to take it out; right?

12  A.    Yes.

13  Q.    And did he?

14  A.    Yes.

15  Q.    Obviously that would be an act of compliance; correct?

16  A.    Yes.

17  Q.    You describe his hands as being jittery; correct?

18  A.    Yes.

19  Q.    In fact, I think you said, perhaps in your deposition,

20  that he could not control his small --

21                  (Someone sneezed.)

22          MR. GALIPO:  Bless you.

23  Q.    He could not control his small motor functions; is that

24  correct?

25  A.    Yes.

1    Q.    You're talking about his hands; correct?

2    A.    Yes.

3    Q.    And are these -- is this the same hand that you say he

4    can't control his small motor functions that you're saying

5    was trying to grab your gun?

6    A.    Yes.

7    Q.    Okay.  Let me ask you this.  Did you ever consider that

8    Nate might possibly be mentally ill?

9    A.    No, I did not.

10   Q.    That thought never crossed your mind as a law

11   enforcement officer in your contact with him that he might

12   be possibly mentally ill?

13            MR. EWING:  Objection; asked and answered.

14            THE COURT:  Overruled.

15            THE WITNESS:  No.

16   BY MR. GALIPO:

17   Q.    Let me ask you a question about this trespassing issue.

18            Didn't you form the impression at some point

19   during your contact with Nate that he possibly lived at the

20   El Rancho Motel?

21   A.    No.

22   Q.    You don't recall telling me that in your deposition?

23   A.    That I believed he lived there?

24   Q.    That you thought that he possibly lived there.

25   A.    Yes.

1    Q.    Well, that's what I just asked you so let me just

2    straighten it out.

3              During your contact with Nate, did you think that

4    he possibly lived at the El Rancho Motel?

5    A.    Yes.

6    Q.    I mean, part of it is because -- I'm just

7    paraphrasing -- you said:  Where are you going?  And, you

8    know, I'm going to my house, or words to that effect.

9    A.    Yes, words to those effect.

10   Q.    Right.  So are you telling us that you thought he

11   possibly lived there but you were detaining him for

12   trespassing at the place he lived?

13   A.    Yes, because when I asked him if he lived there, he

14   said he did not know.

15   Q.    I see.  And with some of those answers, did you think

16   possibly, sir, that maybe he had some type of mental

17   illness?

18   A.    No.

19   Q.    In fact, didn't you indicate -- and if we look at your

20   statement, page 21 which is 3 of 22, do you still have that

21   in front of you?

22   A.    Yes.

23   Q.    About four lines from the bottom, do you see where you

24   say, "It started making think more if he actually had a

25   right to be there."  You see that?

1    A.    On page 21 of 22?

2    Q.    Yeah.  It says "21" but on the bottom it says "3 of

3    22."  So I think the 3 -- sorry about all the numbering.

4    But you see 3 of 22?

5          And do you see about four or five lines from the

6    bottom the sentence start, "It started making think more if

7    he actually had a right to be there?"

8    A.    Yes.

9    Q.    Okay.  So at some point during your contact with him,

10   would it be fair that you started thinking that he may have

11   had a right to be there?

12   A.    Yes, until I asked him if he lived there.

13   Q.    I see.  And you've already told us that you never

14   actually saw him hop the fence; correct?

15   A.    Yes, that is correct.

16   Q.    Do you still have your deposition in front of you, the

17   other document?

18   A.    Yes, I do.

19   Q.    Can you turn to page 74, please.

20   A.    (Witness complies.)

21   Q.    And looking at lines 12 through 14, would you agree

22   that if he did not hop the fence and live there, he would

23   not be trespassing?

24   A.    Yes.

25   Q.    And isn't one of your reasons why you're claiming you

1  thought he was trespassing because you thought he hopped the
2  fence?
3  A.    Yes, that and the fact when I asked him if he lived
4  there.
5  Q.    Did you ever consider that maybe he didn't want to be
6  hassled by you anymore by telling you specifically where he
7  lived?
8  A.    No.
9  Q.    In fact, didn't you even ask him if he jumped over the
10  fence?
11  A.    Yes.
12  Q.    And he said no; correct?
13  A.    I don't recall what his answer was.
14  Q.    Have you listened to the recording recently of your
15  contact with him?
16  A.    Yes.
17  Q.    You don't recall him saying no to your question?
18  A.    No.  I recall listening and hearing him, when I asked
19  if he hopped the fence, that a few seconds went by and then
20  he said he went through the gate.
21  Q.    Okay.  So did that give you information that the gate
22  was unlocked?
23  A.    Yes.
24  Q.    How did you determine the gate was unlocked?  What it
25  when your citizen on patrol Mr. Kelsey walked through it?

1    A.    No.

2    Q.    How did you become aware that the gate was unlocked?

3    A.    Later on when I was being walked out.

4    Q.    So would it be fair to say, sir, that your assumption

5    that Nate was possibly trespassing was in part based on two

6    false premises, one, that he hopped the gate and, two, that

7    the gate was locked?

8    A.    Yes, and the fact when I asked him whether he lived

9    there or not.

10   Q.    So do you think, sir, that if you ask someone if they

11   live somewhere and they say I don't know, that amounts to

12   trespassing?

13   A.    No.

14   Q.    I mean, trespassing, based on your training, as long as

15   someone has permission to be somewhere, even if they're

16   visiting, that's not trespassing, is it?

17   A.    Yes, that's correct.

18   Q.    I mean, if someone wants to go to a motel and they

19   don't live there permanently, they're not trespassing, are

20   they?

21   A.    Yes, that's correct.

22   Q.    Now, did you ask Nate his name?

23   A.    Yes, I did.

24   Q.    Did he refuse to give you a name?

25   A.    No.

1    Q.    Did he give you his name?

2    A.    Yes, he gave me a name.

3    Q.    He gave you his name, didn't he?

4    A.    No.   At the beginning he gave me the name of Nate

5    Pigget.

6    Q.    Well, isn't that his name, sir?

7    A.    No, his name is Nathanael Pickett.

8    Q.    Did you ask him for his date of birth?

9    A.    Yes.

10   Q.    Did he refuse to give you that?

11   A.    No.

12   Q.    So you asked him his name, he gave you a response.

13   We'll listen to it.   And you asked him his date of birth and

14   he gave you that?

15   A.    Yes.

16   Q.    Now, during this time was he telling you:   What did I

17   do?   Did I do anything wrong?

18   A.    Yes.

19   Q.    How many times do you think he asked you that?   Why did

20   you stop me?   What did I do?   Did I do anything wrong?   How

21   many times would you say he asked you that question?

22   A.    Approximately four to five times.

23   Q.    Four to five times.   In fact, at some point doesn't he

24   say:   I got to go?

25   A.    Yes.

1  Q.   Was he free to go in your mind at that point?

2  A.   No.

3  Q.   Did you tell him he was being detained?

4  A.   No.

5  Q.   In fact -- strike that.

6           At every time he asked you:  Did I do anything

7  wrong?  Your response was no, wasn't it?

8  A.   Yes.

9  Q.   You didn't say:  I think you're under the influence of

10 drugs, did you?

11 A.   No.

12 Q.   You didn't ask him if he was on his -- taking any

13 medication or anything, did you?

14 A.   No.

15 Q.   Now, did Nate ever spell his name for you?

16 A.   No.

17 Q.   You, in fact, later spelled it; right?  And you spelled

18 it with G's rather than a C-K; isn't that right?

19 A.   Yes.

20 Q.   So is that your third reason, sir, for detaining him

21 because he gave you false information?

22 A.   Yes, that was one of them.

23 Q.   That was one of them.

24           Did you think you had probable cause to arrest him

25 at this point?

1   A.    At what point?

2   Q.    Well, at the point that you're asking him where he

3   lives and what his name is and stuff like that?

4   A.    Yes, I believe I had enough probable cause to detain

5   him.

6   Q.    Well, the standard is reasonable suspicion to detain;

7   correct?

8   A.    Yes.

9   Q.    Probable cause applies to an arrest, doesn't it?

10  A.    Yes.

11  Q.    Based on your training?

12  A.    Yes.

13  Q.    So what I'm asking you, sir, did you think you had

14  probable cause to arrest him --

15  A.    Not --

16  Q.    -- at that point?

17  A.    At that point, no.

18  Q.    Right.  Because you had no probable cause he committed

19  any crime; isn't that true?

20  A.    At that time I believed him to be under the influence

21  of methamphetamine.

22  Q.    Sir, did you have any probable cause at that point to

23  arrest him?

24  A.    No.

25  Q.    And in order to have probable cause to arrest someone,

1    you need to have probable cause to believe they committed a
2    crime?
3    A.    Yes.
4    Q.    Did you ever tell him at any time he's under arrest?
5    A.    No.
6    Q.    Did you ever tell him at any time specifically to stop
7    resisting arrest?
8    A.    Yes.
9    Q.    Stop resisting or stop resisting arrest?
10   A.    Stop resisting.
11   Q.    Right.  You heard in the opening statement your
12   attorney referencing you yelling out "Stop resisting
13   arrest."  You would agree you never said that; correct?
14   A.    Correct.  I said "Stop resisting."
15   Q.    Okay.  What did you tell Nate when he asked you if he
16   could leave?
17   A.    I don't recall exactly the words I said but it was to
18   the phrase of no or hold on.
19   Q.    Now, would you agree that you initiated the physical
20   contact between you and Nate?
21   A.    Yes.
22   Q.    And you, in fact, went to grab him; correct?
23   A.    Yes.
24   Q.    So I just want to ask you this.  How long do you think
25   you were with Nate before you went to grab him?

1    A.    Approximately five minutes.

2    Q.    Okay.  At any time during that five minutes before you

3    attempted to grab Nate, did he punch you?

4    A.    No.

5    Q.    Did he attempt to punch you?

6    A.    No.

7    Q.    Did he kick you?

8    A.    No.

9    Q.    Did he attempt to kick you?

10   A.    No.

11   Q.    Did he verbally threaten you in any way?

12   A.    No.

13   Q.    And prior to trying to grab him, did you ever tell him

14   that he was being detained or under arrest?

15   A.    No.

16   Q.    Did you say anything to him immediately before you

17   grabbed him?

18   A.    From what I recall, I told him to turn around.

19   Q.    Turn around.  You didn't even say:  Put your hands

20   behind your back, do you?

21   A.    I don't recall if I told him that or not.

22   Q.    And what you wanted to do at that time, although you

23   didn't tell him so, you wanted him to turn around so you

24   could handcuff him; correct?

25   A.    Yes.

1    Q.    And did you tell him at that point you were going to

2    grab him before you tried to grab him?

3    A.    No.

4    Q.    And you grabbed one of his arms, didn't you?

5    A.    I attempted to, yes.

6    Q.    And he put his hands up, didn't he?

7    A.    Yes, he put his hands up.

8    Q.    And started running away from you?

9    A.    Yes.

10   Q.    And when he was running away from you, I assume he had

11   his back towards you; correct?

12   A.    Yes.

13   Q.    Did you think that he wanted to fight you, sir, when he

14   was running away from you?

15   A.    No.

16   Q.    And then you saw him fall down?

17   A.    Yes.

18   Q.    How would you describe the fall that you observed him

19   have?

20   A.    He tripped over what seemed to be the stairs and kind

21   of flew in the air and landed on his face.

22   Q.    Would you say it was like a light fall, a medium fall,

23   a pretty strong fall?  How would you describe it?

24   A.    It was a pretty strong fall.  You could see his body

25   weight hit the floor pretty hard.

202

1   Q.    I see.  So after he fell, did you ask him if he was

2   okay?

3   A.    No.

4   Q.    Did you ask him if he needed medical attention or if he

5   was hurt?

6   A.    No.

7   Q.    What you do is you pull out your taser and point it at

8   him?

9   A.    Yes.

10  Q.    And that taser has some type of a laser light on it,

11  doesn't it?

12  A.    Yes.

13  Q.    And, in fact, he fell initially on his side but then

14  kind of rolled on his back; is that correct?

15  A.    Yes.

16  Q.    And you're pointing your taser at him with the laser

17  light pointing towards his chest, I take it?

18  A.    Yes.

19  Q.    And is it nighttime?

20  A.    Yes.

21  Q.    About 9 o'clock?

22  A.    Yes.

23  Q.    Dark outside?

24  A.    Yes.

25  Q.    I take it when it's dark outside you can see the laser

1  light?

2  A.    Yes.

3  Q.    Do you have any training as to whether or not you

4  should point your taser light at someone that may

5  potentially have a mental illness?

6  A.    I'm sorry.  Could you rephrase that?

7  Q.    Sure.  Do you have any training as to whether or not

8  you should point your taser with the light towards their

9  chest on someone who has a mental illness possibly?

10 A.    Yes.  It's reasonable that you should not because

11 you're trying to relax someone who has a mental illness.

12 Q.    Right.  I mean, you think based on your training that

13 if someone has a mental issue and you're pointing your taser

14 at them with the laser light pointed to their chest, they

15 could get afraid or scared; right?

16               MR. EWING:  Objection.  Calls for speculation.

17               THE COURT:  Overruled.

18               THE WITNESS:  Yes.

19 BY MR. GALIPO:

20 Q.    In fact, when you threatened that you're going to tase

21 Nate, wasn't his response words to the effect, "What for?"

22 A.    I don't recall what his words were.

23 Q.    Well, how much time do you think passed between the

24 time he ran and had this hard fall you described and you

25 pointing your taser at him and saying you're going to tase

1  him?

2  A.    Approximately five to ten seconds.

3  Q.    Five to ten seconds.  So within five to ten seconds of

4  him having this hard fall, you're pointing your taser at him

5  threatening to tase him?

6  A.    Yes.

7  Q.    And he was on the ground at that point; is that

8  correct?

9  A.    Yes.

10  Q.    And I take it you're standing up?

11  A.    Yes.

12  Q.    Up to this point in time, would you agree that Nate had

13  never tried to attack you?

14  A.    Yes.

15  Q.    Never tried to punch you; true?

16  A.    Yes.

17  Q.    And never verbally threatened you; would you agree?

18  A.    Yes.

19  Q.    Now, how much time would you say passed from the time

20  you're pointing your taser at Nate and the time you fire

21  your first shot just to give us a time reference?

22  A.    Approximately a minute to two minutes.

23  Q.    You think it was that long, a minute to two minutes

24  after you pointed your taser?

25  A.    From what I recall, yes, I believe.

1   Q.    Didn't you get the impression, sir, when you were

2   talking to Nate, that he just wanted to go on his way?

3   A.    Yes.

4   Q.    And you told me that in your deposition; correct?

5   A.    Yes.

6   Q.    Now, at some point you, you punched Nate; correct?

7   A.    Yes.

8   Q.    How many times would you say you punched him?

9   A.    During the complete incident?

10  Q.    Yes.   The entire incident.   What would be your estimate

11  as to how many times you punched Nate?

12  A.    Approximately 15 to 20.

13  Q.    15 to 20 times and are you right-handed or left?

14  A.    Right-handed.

15  Q.    Okay.   And we heard a little bit in opening statement

16  about some injury you had to your right hand?

17  A.    Yes.

18  Q.    What was the nature of the injury to your right hand?

19  A.    I had swelling and the doctor said I had bruised the

20  bone.

21  Q.    Do you think, sir, that might have been caused by the

22  15 or 20 punches you delivered to Nate?

23  A.    Yes.

24  Q.    And with respect to your nose, would it be fair to say,

25  sir, that you don't know when you were struck in the nose

1   specifically?

2   A.    Specifically when he struck me and it broke?

3   Q.    I'm sorry?

4   A.    Specifically when he struck me and my nose actually

5   broke, no, I don't know exactly when that was.

6   Q.    You don't know.

7             Now, regarding the taser, you do have training on

8   the taser; correct?

9   A.    Yes.

10  Q.    And we've already talked about the fact that the taser

11  could be used in two different ways; either with the darts

12  from some distance or the drive stun.

13  A.    Yes.

14  Q.    And how far away where you, would you estimate, from

15  Nate when you were pointing your taser at him?

16  A.    I was standing almost right on top of him.

17  Q.    Okay.  And at least what's recommended is to try to get

18  at least a seven-foot distance if you can; correct?

19  A.    Yes.

20  Q.    Because that allows for the spread of the darts or

21  probes to have a little bit of distance; correct?

22  A.    Yes.

23  Q.    And your understanding of the way the taser works is

24  that the person will get a five-second current essentially

25  of a shock; right?

1    A.    Yes.

2    Q.    Which will cause, in essence, intramuscular

3    incapacitation?

4    A.    Yes.

5    Q.    Okay.  Now, did you ever consider at that point

6    stepping back a few steps from Nate when he's down on the

7    ground, he had already fallen, you've got your taser out,

8    just take a couple steps back to see if you can deescalate

9    the situation?

10   A.    No.

11   Q.    In fact, you at some point decide not to tase him in

12   part because you thought he was too close.  That was part of

13   it; right?

14   A.    Yes.

15   Q.    And you're also -- didn't want to tase him in his

16   front?

17   A.    Yes.

18   Q.    Were you trained, sir, that you cannot tase someone in

19   their front?

20   A.    Yes.  It's recommended not to tase someone in the

21   front.

22   Q.    Well, I guess what I'm wondering is were you trained

23   that you absolutely cannot do it?

24   A.    No.

25   Q.    Now, at some point did you try picking Nate up and

1    putting him on his stomach?

2    A.    Yes, I tried to roll him over on his stomach.

3    Q.    And would it be fair to say that you initiated that

4    physical contact at that time?

5    A.    Yes.

6    Q.    At some point he ended up sitting up and you ended up

7    kneeling behind him; is that correct?

8    A.    Yes.

9    Q.    And then according to you somehow, you're not sure how,

10   Nate was able to get on top of you?

11   A.    Yes.

12   Q.    And would it be correct, sir, you don't know exactly

13   how that happened?

14   A.    Yes, that's correct.

15   Q.    But would you agree that that happened almost

16   immediately after you tried to pick him up to put him on his

17   stomach?

18   A.    Yes.

19   Q.    Now, isn't it actually true, sir, that rather than Nate

20   being on top of you, you guys were more side to side?

21   A.    No.

22   Q.    Don't you see, sir -- you've watched the video, haven't

23   you?

24   A.    Yes.

25   Q.    Don't you see in the video that you appear to be side

1   to side with Nate?

2   A.    During what part of the video?

3   Q.    The last 20 seconds or so at the time you shot him.

4   A.    No, we were side to side because I had scooted out

5   underneath him.

6   Q.    Would you agree with me that when you tried to grab

7   Nate around the waist and pick him up to put him on his

8   stomach you initiated that move?

9   A.    Yes.

10  Q.    Don't you have training as a police officer how to

11  grapple or wrestle with someone if you have to?

12  A.    Yes.

13  Q.    And don't you have training, for example, with respect

14  to using control holds if you need to?

15  A.    Yes.

16  Q.    Did you ever, sir, at any time try to communicate with

17  the citizen on patrol, Mr. Kelsey?

18  A.    Yes.

19  Q.    How did you do that?

20  A.    I yelled out at him.

21  Q.    Okay.  And are you aware that he came the help you?

22  A.    At the time, no.

23  Q.    Well, you yelled out to him, I assume, for help?

24  A.    No, I yelled out for him to tell them where we were at.

25  Q.    Was that before or after the shooting?

1    A.    Before the shooting.

2    Q.    Before the shooting.

3          Now, I want to ask you a few more questions about

4    this -- these punches to the face; and maybe if we could put

5    up again Exhibit 15-1.

6          (The exhibit was displayed on the screen.)

7    BY MR. GALIPO:

8    Q.    Okay.  Now, your estimate is -- the 10 to 20 full-force

9    punches to your face that you're saying occurred, did that

10   happen throughout the incident?

11   A.    Yes.

12   Q.    That's the total number?

13   A.    Approximately, yes.

14   Q.    And is it your testimony that you were getting

15   full-force punched in the face while one of Nate's hands was

16   on your gun?

17   A.    Yes, at one point.

18   Q.    Well, there wasn't much time, was there, between you

19   pulling your gun out and firing the first shot?

20   A.    Yes, that's correct.

21   Q.    And I think you've already told us today that Nate

22   never tried to grab any of your weapons or your gun or your

23   holster before you pulled the gun out.

24   A.    Yes.

25   Q.    So I take it, if his hand ever touched your gun,

1    obviously it would have to have happened after you pulled
2    your gun out?
3    A.    Yes.
4    Q.    And so that's what I'm asking you, sir.  You're saying
5    that you saw Nate's hand on your gun for one to two seconds
6    before you fired your first shot.  Is that your testimony?
7    A.    Yes.
8    Q.    So what I'm asking you, are you saying that Nate was
9    giving you more full-force punches in your face while his
10   hand was touching your gun for one or two seconds?
11   A.    Yes.
12   Q.    Okay.  So you're right-handed; correct?
13   A.    Yes.
14   Q.    So when you pulled your gun out, was it on the right
15   side of your body?
16   A.    Yes.
17   Q.    So which one of Nate's hands was supposedly touching
18   your gun?
19   A.    I don't recall which one of his hands grabbed the gun.
20   Q.    You don't recall which hand?
21   A.    Yes.
22   Q.    Is it possible, sir, that you don't recall which hand
23   because he actually never touched your gun?
24   A.    No.
25   Q.    Now, are you also saying that in between your first

1  shot and your second shot that Nate's hands stayed on your

2  gun?

3  A.    No.

4  Q.    Was his hand on your gun at the time of the second

5  shot?

6  A.    No.

7  Q.    Did you tell me, sir, in your deposition under oath

8  that at the time of the second shot Nate's hand was on your

9  gun?

10  A.    I don't think I recall.  I remember saying that he

11  grabbed my gun before I fired any of the shots.  His hand

12  was on my gun.

13  Q.    Was his hand ever on your gun, sir, after you fired

14  your first shot?

15  A.    No, not that I can recall.

16  Q.    So I want to make sure I understand your testimony.

17  You're saying that you saw his hand on your gun for a total

18  of one to two seconds before you fired your first shot?

19  A.    Yes.

20  Q.    You still have your deposition in front of you?

21  A.    Yes.

22  Q.    Can you turn to page 125.

23  A.    (Witness complies.)

24          MR. GALIPO:  I offer to read -- Your Honor, does

25  the Court have a copy?

1          THE COURT:  I do.

2          MR. GALIPO:  I offer to read lines 14 through 18.

3               *(Pause in the proceedings.)*

4          THE COURT:  All right.  You may proceed.

5          MR. GALIPO:  And for the record this deposition

6     was taken March 1st, 2017.

7          "QUESTION:  And when you fired the second shot,

8     was he still touching your gun?

9          "ANSWER:  Yes, I believe so.

10          "QUESTION:  You believe?

11          "ANSWER:  As far as I could recall, yes, he was."

12               *(End of reading deposition.)*

13    Q.    Do you remember that question and answer at the time of

14    your deposition?

15    A.    Yes.  Now that you have read it.

16    Q.    Well, you just told us, sir, didn't you, that he was

17    not touching your gun at the time of the second shot.  Isn't

18    that what you just told us?

19    A.    Yes.

20          MR. EWING:  Objection.  Misstates the testimony.

21          THE COURT:  Overruled.

22    BY MR. GALIPO:

23    Q.    Where were you aiming on his body when you fired these

24    shots?

25    A.    To his chest.

1  Q.    His chest.  Did you intentionally press the trigger for
2  each shot?
3  A.    Yes.
4  Q.    Did you know, sir, based on your training that if you
5  fired into someone's chest with the gun that you had it was
6  likely to cause death or great bodily injury?
7  A.    Yes.
8  Q.    You knew that at the time?
9  A.    Yes.
10 Q.    What type of gun did you have?
11 A.    A Glock 21.
12 Q.    What caliber?
13 A.    .45.
14 Q.    Is that recognized as a larger caliber round, .45
15 caliber?
16 A.    Compared to?
17 Q.    .22s or 9mms?
18 A.    Yes.  A .45 caliber is larger than a 9 mil or .22.
19 Q.    In fact, do you know what type of bullets or ammunition
20 you had?
21 A.    Yes.
22 Q.    What type?
23 A.    Hollow points.
24 Q.    Right.  And based on your training, sir, are hollow
25 points designed to open up inside the body to cause maximum

1    damage?

2    A.    Yes.

3    Q.    And you knew that at the time?

4    A.    Yes.

5    Q.    Now, is it your testimony, sir, that you were lying on

6    your back when you fired these shots?

7    A.    Yes.

8    Q.    Do you think the video shows you, sir, lying on your

9    back when you were firing these shots?

10   A.    The video is blurry and it skips.

11   Q.    I see.  Well, let me ask you this.  You already told us

12   you were aiming at Mr. Pickett's chest; correct?

13   A.    Yes.

14   Q.    And you're saying he was on -- strike that.

15             How close would you say the barrel of your gun was

16   to Mr. Pickett's chest at the time of the first shot?

17   A.    A few inches away from his chest.

18   Q.    A few inches away.

19             Was the gun in one hand or two?

20   A.    From I recall, it was in my one hand.

21   Q.    Your right hand?

22   A.    Yes.

23   Q.    So what I'm trying to understand, if you're claiming,

24   sir, that Mr. Pickett was touching your gun up to the time

25   of the first shot, where would his hand be if your gun is a

1    couple of inches from his chest?

2    A.    It was on the top of the slide of my gun.

3    Q.    And are you saying, sir, that you saw his hand on the

4    top of the slide after you said you were going to shoot him

5    and after you pointed the barrel of your gun a couple of

6    inches from his chest?

7    A.    Yes.

8    Q.    Isn't it true, sir, that when you fired the first shot,

9    the barrel of your gun was actually pressed to his chest?

10   A.    No.

11   Q.    You ever heard the term "muzzle stamp"?

12   A.    No.

13   Q.    And isn't it true, sir, when you fired the second shot,

14   the muzzle of your gun was also pressed to his chest?

15   A.    The only time my muzzle was pressed against his chest

16   was during the second shot.

17   Q.    Oh, so you're saying, if I understand your testimony

18   correctly, when you fired the second shot, your gun

19   literally is pressed into his chest?

20   A.    Yes.

21   Q.    And for the first shot you're saying it was one to two

22   inches away?

23   A.    It was approximately a few inches away from his chest,

24   yes.

25   Q.    When you say a few inches, I just want to make sure I

1  understand what you're saying.  Are you saying one or two

2  itches?  What are you saying?

3  A.    Approximately two to four.

4  Q.    Two to four inches.

5         Isn't it actually true, sir, that both of your

6  shots the gun was pressed against his chest because there's

7  muzzle stamps for both of the shots as indicated by the

8  medical examiner?

9  A.    No.

10  Q.    And how much time would you say passed between the

11  first shot and the second shot?

12  A.    Approximately two to five seconds.

13  Q.    Sir, isn't there only about one to two seconds between

14  the first shot and the second shot?

15  A.    From what I recall, it was approximately two to five

16  seconds.

17  Q.    Two to five seconds.

18         Have you listened to the recording recently?

19  A.    Yes.

20  Q.    And you believe up to five seconds takes place when you

21  hear the first shot up until the time you hear the second

22  shot?

23  A.    Not up to five seconds.  Approximately two to five

24  seconds.

25  Q.    Did you say anything in that two to five seconds?

1    A.    I don't recall.

2    Q.    You heard Nate say something, didn't you?

3    A.    Yes.

4    Q.    Did you think he might have said something in reaction

5    to being shot in the chest?

6    A.    Yes, he could have.

7                    *(Pause in the proceedings.)*

8    BY MR. GALIPO:

9    Q.    Didn't you tell me, sir, at the time of your deposition

10   that when you fired the first and second shot the muzzle of

11   your gun was two to three feet from Nate's chest?

12   A.    Two to three feet?

13   Q.    Yes, that's my question.

14   A.    No, not two to three feet.  Two to three inches

15   approximately is what I could have said at the deposition.

16   Q.    Can you turn to page 126 of your deposition, please.

17   A.    (Witness complies.)

18             MR. GALIPO:  I offer to read, Your Honor, lines 15

19   through 17, please.

20                    *(Pause in the proceedings.)*

21             MR. GALIPO:  One moment if I may.

22                    *(Pause in the proceedings.)*

23             MR. GALIPO:  I'm going to withdraw that request,

24   Your Honor.

25             THE COURT:  All right.

BY MR. GALIPO:

Q.    Now, was your gun, for either one of the shots, in the area of where his heart would be based on your understanding of the anatomy?

A.    I mean, it was pointed at the upper thoracic.

Q.    Pardon?

A.    It was pointed at the upper thoracic.

Q.    Well, the upper thoracic, let's see if we can be more specific.  You're telling us that the muzzle of your gun was pressed into his chest at the time of the second shot; correct?

A.    Yes.

Q.    Where on his body?  Would it be the left chest over the heart area or where was it?

A.    From what I can recall, it was dead center.

Q.    Dead center.

      So as you were -- strike that.

      MR. GALIPO:  May I confer with counsel for a moment?

      THE COURT:  Absolutely.

            *(Counsel conferred.)*

      MR. GALIPO:  We have by agreement, Your Honor, some photos, I believe, of the deputy's uniform.

      THE COURT:  All right.  What exhibits are those?

      MR. GALIPO:  Exhibit 15 and I specifically want to

1    reference 15-18 and 15-19.

2            THE COURT:  All right.  By stipulation those --

3    are they to be admitted into evidence?

4            MR. GALIPO:  Yes, I would ask them to be admitted,

5    please.

6            THE COURT:  All right.

7            Any objection, Mr. Ewing?

8            MR. EWING:  No.  Thank you, Your Honor.

9            THE COURT:  All right.  So 15-18 and -19 will be

10   admitted.

11           *(Exhibit 15-18 received in evidence.)*

12           *(Exhibit 15-19 received in evidence.)*

13   BY MR. GALIPO:

14   Q.    Do you know, sir, if there were photos of the front of

15   your uniform taken after this incident?

16   A.    Yes.

17   Q.    And looking -- I believe this is 15-18.

18           (The exhibit was displayed on the screen.)

19   BY MR. GALIPO:

20   Q.    Is this a photograph of the front of your uniform?

21   A.    Yes.

22   Q.    And do you know when it was taken in relation to this

23   incident?

24   A.    Later on in the night.

25   Q.    Do you know, sir, if any of your buttons were ripped

1  off your uniform?

2  A.     Not that I can recall.

3  Q.     Any big tears or anything on your uniform?

4  A.     Not that I can recall.

5  Q.     Since you say you were laying down when you shot him in

6  the chest from close range, was there any blood on the front

7  of your uniform?

8  A.     No.

9             MR. GALIPO:   Can we look at Exhibit 15-19.

10            (The exhibit was displayed on the screen.)

11  BY MR. GALIPO:

12  Q.     That's another picture of your uniform; is that

13  correct?

14  A.     Yes.

15  Q.     Okay.   Do you carry a couple of pens on you in your

16  pocket?

17  A.     Yes.

18  Q.     It even looks like the pens were still in place; is

19  that correct?

20  A.     Yes.

21  Q.     Now -- thank you.

22            Your holster was it a Safari Land holster?

23  A.     Yes.

24  Q.     And that has a locking mechanism on it, doesn't it?

25  A.     Yes.

1      MR. GALIPO:  If it's okay with Your Honor, I'll

2    just go to 4:30.  It might be a good breaking time.  It's

3    been a long day for all of us.  Is that okay?

4      THE COURT:  Yes, it is.

5      MR. GALIPO:  I appreciate that.

6    Q.    So the locking mechanism has a hood on it, doesn't it?

7    A.    Yes.

8    Q.    So in order to get the gun out of the holster, what do

9    you need to do?

10   A.    There's a -- you have to push down on the hood and then

11   rotate it forward.

12   Q.    Okay.  Now, at some point you essentially I think told

13   Mr. Pickett words to the effect:  Stop or I'll shoot you or

14   something like that; correct?

15   A.    Yes.

16   Q.    And then you gave him a second and third statement you

17   were going to shoot him?

18   A.    Yes.

19   Q.    What I want to know is the first time you told him you

20   were going to shoot him, where was your gun?  Was it in your

21   holster or was it pointing at his chest?

22   A.    It was pointing at his chest.

23   Q.    Okay.  So is it your testimony that you never told him

24   you were going to shoot him before you took your gun out; is

25   that correct?

223

1    A.    Yes.

2    Q.    So according to your testimony, your gun is already out

3    pointing at Nate's chest when you said something to the

4    effect:   Stop or I'll shoot.

5    A.    Yes.

6    Q.    And whatever the timing is of that, we can hear it on

7    the recording; correct?

8    A.    Yes.

9    Q.    And we may listen to that tomorrow morning but you have

10   listened to it recently?

11   A.    Yes.

12   Q.    And when you repeated and told him you're going to

13   shoot him the second time, was your gun still pointed at his

14   chest?

15   A.    Yes.

16   Q.    And the third time your gun is still pointed at his

17   chest?

18   A.    Yes.

19   Q.    Now, is it your testimony that after you shot Nate

20   twice in the chest and the second time with your gun pressed

21   into the middle of his chest that he continued to punch you

22   in the face?

23   A.    Yes, for a short time after he did.

24   Q.    I see.   And how many punches are you saying he punched

25   you in your face after you shot him twice in the chest?

1    A.    I don't recall.

2    Q.    Well, can you give us an estimate?  Was it two or three

3    or what would be your estimate?

4    A.    I can't give any accurate estimate.  I wasn't counting.

5    Q.    I see.  Well, was it with his right hand or left hand?

6    A.    I don't recall.

7    Q.    Isn't it true, sir, that after you fired two shots into

8    his chest with the second one, by your own admission,

9    pressed to the middle of his chest, you claim that one of

10   the reasons you didn't call for medical assistance is

11   because you didn't know if you had shot him or not?

12   A.    Yes.

13   Q.    Didn't you think maybe in your mind that if you put the

14   barrel of your gun to someone's chest in the middle and

15   pressed the trigger, there's a good chance that the bullet

16   would strike them?

17   A.    Yes.

18   Q.    Did you ever call for medical assistance for Nate?

19   A.    No.

20   Q.    Now, you did get on the radio so I just want to make

21   sure I understand the chronology.  You decide to pull your

22   gun out of your holster; correct?

23   A.    Yes.

24   Q.    And you already told us he didn't touch the gun or your

25   holster in any way before you pulled it out; correct?

1    A.    Yes.

2    Q.    Were you, sir, intending to shoot him before you pulled

3    your gun out of your holster?

4    A.    No.

5    Q.    And you had to release the locking mechanism or the

6    hood on this holster to get the gun out; correct?

7    A.    Yes.

8    Q.    And can you tell us what you did to do that?

9    A.    I pushed down on the thumb break on the hood and it

10   rotated it forward.

11   Q.    You were able to do that; correct?

12   A.    Yes.

13   Q.    And you took your gun out of your holster; correct?

14   A.    Yes.

15   Q.    You were able to do that; correct?

16   A.    Yes.

17   Q.    And you pointed your gun at Nate; correct?

18   A.    Yes.

19   Q.    And you told him words to the effect "Stop or I'll

20   shoot"; correct?

21   A.    Yes.

22   Q.    And you were able to do that?

23   A.    Yes.

24   Q.    And then you told him again "I'm going to shoot you" or

25   words to that effect; correct?

1   A.    Yes.

2   Q.    You were able to do that; correct?

3   A.    Yes.

4   Q.    And you told him a third time you're going to shoot

5   him; correct?

6   A.    Yes.

7   Q.    And you had the gun aimed at his chest; correct?

8   A.    Yes.

9   Q.    And then you intentionally pressed the trigger;

10  correct?

11  A.    Yes.

12  Q.    And then you pushed the gun, according to your

13  testimony, to the center of his chest and fired a second

14  shot; correct?

15  A.    Yes.

16  Q.    Okay.   And after that, you moved your position to get

17  away from Nate; correct?

18  A.    Yes.

19  Q.    And then you used your police radio to call shots

20  fired?

21  A.    Yes.

22  Q.    And then after that, you continued to be on the radio

23  to let people know where you were so backup can arrive?

24  A.    Yes.

25  Q.    And it's your testimony that you did all that while you

1    were blacking out and being knocked out?

2    A.    Yes.

3              MR. GALIPO:  I think this is a good time for a

4    break, Your Honor.

5              THE COURT:  All right, ladies and gentlemen, we're

6    going to take our evening recess.  As I indicated to you

7    during the voir dire process, tomorrow, with your

8    indulgence, we will go from 9:00 to 1:00 p.m. and then

9    adjourn for the day.

10             This is due to my schedule, not any of the lawyers

11   and I'll bring some treats and cookies in the jury room to

12   help tide you along throughout the day.

13             We will likely take one or two breaks during that

14   time period so we can push through till 1:00 and then you'll

15   be done for the day.

16             As I said to you earlier, I will say this every

17   time we break, please do not form or express an opinion

18   about this case until the matter is finally submitted to

19   you.

20             Please don't talk to anyone about this case, don't

21   allow anyone to talk to you about this case, and don't

22   conduct any research of any kind on any subject matter

23   connected with this case.

24             So we'll see all tomorrow at 9:00 o'clock.

25             We can't start until you get here so do your best

```
 1   to get here by 9:00 or before 9:00 so that at 9:00 o'clock
 2   we'll have you in the chairs, the witness will be in the
 3   chair, and we'll continue with testimony.  All right?
 4           Thank you.  Have a good evening.
 5           THE CLERK:  All rise for the jury.
 6               (The jurors exited the courtroom.)
 7      (The following was held outside the jury's presence:)
 8           THE CLERK:  Please be seated.
 9           THE COURT:  All right.  Deputy, you may step down.
10           All right.  So we'll resume tomorrow.  Are there
11   any issues we need to discuss before we adjourn this
12   evening?
13           MR. GALIPO:  I don't think so.  We're going to
14   confer on that video issue --
15           THE COURT:  All right.
16           MR. GALIPO:  -- regarding the slowed-down part.  I
17   did want to share with the Court -- I already shared with
18   counsel -- I had anticipated wrongly that counsel was going
19   to question his witness so I was allotting for an hour or
20   two.
21           So Mr. Scott DeFoe was originally going to come
22   Thursday but I contacted him.  He is able to come tomorrow
23   morning.
24           THE COURT:  All right.
25           MR. GALIPO:  Because we're having problems with
```

1    this Mr. Kennedy, getting him here.

2            THE COURT:  Oh, have you found him?

3            MR. GALIPO:  Oh, he was found but let's just say

4    two things.  Number one, I'm not sure if I could actually

5    get him here and, number two, I'm not sure if I actually

6    want him here.  So we're having that discussion.

7            Be that as it may, I'll finish up with

8    Deputy Woods in the morning and then call Scott DeFoe.  But

9    because of the scheduling I wasn't aware of, the medical

10   examiner is not available the first thing Thursday morning.

11           I think we're going to go 1:00 anyways with that

12   lineup.  We could be just a little bit short of that but I

13   wanted the Court and counsel to know I intend to rest my

14   case on Thursday because I only have a few more witnesses

15   after the medical examiner.

16           And I want to give, you know, counsel an

17   opportunity if I end by, you know, noon on Thursday, that he

18   can line some people up if he'd like.

19           THE COURT:  So, Mr. Ewing, you've been notified so

20   I expect you to have or do what you need to do to the extent

21   you don't have witnesses available, make sure they're

22   available, it sounds like from what Mr. Galipo is saying, at

23   least by Thursday noon or 1:30 in the afternoon.

24           Do you have any issues with any witnesses from the

25   defense side that may pose a conflict with that schedule?

1          MR. EWING:  Thank you, Your Honor.  No.

2          THE COURT:  No.  All right.  Okay.  Great.

3          We're moving along at a much quicker pace then

4     last week's trial which is a good thing, I think, for all

5     involved.

6          All right.  So then I will see you all.  I have

7     lawyers come in a few minutes before 9:00 o'clock.  It

8     doesn't seem like there are any issues.  Get here at 9:00

9     and we'll have Deputy Woods in the witness box and we'll

10    resume testimony.  All right?

11         Have a good evening, everyone.

12         THE CLERK:  All rise.

13         This Court is adjourned.

14         (At 4:33 p.m. proceedings were adjourned.)

15

16

17                         -oOo-

18

19

20

21

22

23

24

25

231

CERTIFICATE

I, PAT CUNEO, CSR 1600, hereby certify that pursuant to Section 753, Title 28, United States Code, the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Date:  March 19, 2018

/s/_____

PAT CUNEO, OFFICIAL REPORTER
CSR NO. 1600

**MR. CONAWAY: [1]** 119/14
**MR. EWING: [15]** 121/9 122/12 146/3 151/1 151/6 151/20 151/24 152/8 152/10 183/5 191/12 203/15 213/19 220/7 229/25
**MR. GALIPO: [51]** 119/12 119/17 119/22 120/6 120/8 120/12 120/15 120/20 121/1 122/10 136/16 136/18 136/20 137/12 137/15 146/6 151/19 151/21 152/2 162/17 163/9 168/20 168/23 169/2 169/5 169/24 170/2 171/22 175/2 176/21 177/1 183/2 190/21 212/23 213/1 213/4 218/17 218/20 218/22 219/17 219/21 219/24 220/3 221/8 221/25 222/4 227/2 228/12 228/15 228/24 229/2
**THE CLERK: [8]** 119/4 122/19 122/21 162/23 163/3 228/4 228/7 230/11
**THE COURT: [66]** 119/9 119/13 119/15 119/21 120/4 120/7 120/11 120/14 120/16 120/23 121/3 121/6 121/13 121/18 121/22 122/2 122/11 122/14 122/22 123/9 136/17 137/10 137/13 146/5 150/23 151/3 151/5 151/14 151/25 152/4 152/6 162/15 162/19 163/7 168/18 168/22 168/25 169/3 169/23 170/1 170/3 174/22 176/24 177/2 177/4 182/24 185/5 191/13 203/16 212/25 213/3 213/20 218/24 219/19 219/23 220/1 220/5 220/8 222/3 227/4 228/8 228/14 228/23 229/1 229/18 230/1
**THE WITNESS: [5]** 163/2 163/6 185/6 191/14 203/17

**-**
**-- okay [1]** 148/16
**-1 [1]** 169/1
**-19 [1]** 220/9
**-6 [1]** 169/2
**-7 [2]** 169/1 169/2
**-8 [1]** 169/2
**-oOo [2]** 119/2 230/17

**.**
**.169 [4]** 118/20 118/21 118/22 118/23
**.22 [1]** 214/18
**.220 [2]** 118/24 118/25
**.22s [1]** 214/17
**.45 [3]** 214/13 214/14 214/18

**/**
**/s [1]** 231/15

**1**
**10 [8]** 143/19 143/23 144/1 144/13 168/3 169/12 170/15 210/8
**116 [1]** 116/19
**119 [1]** 118/3
**12 [1]** 193/21
**123 [1]** 118/4
**125 [1]** 212/22
**126 [1]** 218/16
**13181 [1]** 117/15
**136 [1]** 118/5
**14 [3]** 120/7 193/21 213/2
**15 [5]** 205/12 205/13 205/22 218/18

219/25
**15-1 [4]** 118/20 169/4 169/7 169/23
**15-18 [5]** 116/24 220/1 220/9 220/11 220/17
**15-19 [3]** 118/25 220/1 220/12
**15-6 [6]** 118/21 168/24 169/1 169/4 169/8 171/16
**15-7 [5]** 118/22 168/25 169/4 169/9 171/21
**15-8 [5]** 118/23 168/24 169/4 169/10 172/2
**150 [1]** 157/17
**152 [1]** 118/6
**155 [1]** 164/19
**16 [1]** 151/20
**16-01128-AB-SP [1]** 116/10
**1600 [3]** 116/21 231/3 231/16
**162 [1]** 118/7
**163 [2]** 118/12 118/15
**17 [1]** 218/19
**174 [1]** 139/13
**175 [1]** 117/18
**1782 [1]** 116/24
**17th [1]** 165/24
**18 [6]** 118/24 213/2 220/1 220/9 220/11 220/17
**19 [7]** 118/25 179/15 220/1 220/9 220/12 221/9 231/10
**1:00 [3]** 227/8 227/14 229/11
**1:30 [1]** 229/23
**1:47 [2]** 116/17 119/1
**1st [2]** 153/6 213/6

**2**
**20 [16]** 143/19 143/23 144/1 144/13 168/3 169/12 170/15 179/20 180/7 182/4 188/6 205/12 205/13 205/22 209/3 210/8
**2013 [2]** 163/21 164/1
**2014 [1]** 164/6
**2015 [5]** 137/3 152/15 164/7 164/14 165/24
**2017 [1]** 213/6
**2018 [3]** 116/17 119/1 231/10
**21 [8]** 151/22 162/6 182/22 182/24 192/20 193/1 193/2 214/11
**213-894-1782 [1]** 116/24
**21800 [1]** 117/5
**22 [8]** 179/3 179/10 183/2 183/6 192/20 193/1 193/3 193/4
**231 [1]** 116/19
**24 [1]** 162/7
**25 [2]** 153/8 153/12
**2655 [1]** 117/11
**28 [6]** 137/21 146/17 165/23 178/15 178/24 231/4
**29 [1]** 139/12
**2nd [3]** 152/18 173/13 182/1

**3**
**310 [1]** 117/5
**3333 [1]** 117/6
**350 [1]** 116/22
**37 [1]** 188/20

**4**
**400 [1]** 117/15
**4311 [1]** 116/23

**4565 [1]** 116/23
**436 [1]** 222/2
**4:33 [1]** 230/14

**5**
**5500 [1]** 117/16
**562-699-5500 [1]** 117/16
**57 [1]** 177/10
**58 [2]** 177/21 177/25

**6**
**66 [1]** 152/18

**7**
**74 [1]** 193/19
**753 [1]** 231/4
**760-503-9010 [1]** 117/12

**8**
**818-347-3333 [1]** 117/6

**9**
**90012-4565 [1]** 116/23
**9010 [1]** 117/12
**91367 [1]** 117/6
**91746 [1]** 117/16
**92307 [1]** 117/11
**9:00 [9]** 137/4 152/15 227/8 227/24 228/1 228/1 228/1 230/7 230/8
**9mms [1]** 214/17

**A**
**AB [1]** 116/10
**abide [1]** 138/19
**ability [1]** 129/21
**able [6]** 208/10 225/11 225/15 225/22 226/2 228/22
**about [68]** 123/7 127/23 130/19 130/23 130/24 133/4 133/6 133/13 133/22 134/1 134/18 134/18 134/24 135/2 135/5 135/9 136/24 136/24 136/24 137/4 137/21 138/16 144/3 144/21 145/1 147/6 147/7 148/2 148/8 148/10 149/12 149/14 150/2 150/5 153/20 155/16 156/8 156/8 157/10 160/7 160/14 161/24 162/4 164/19 165/24 168/10 168/12 170/10 172/15 173/11 174/7 174/18 178/15 180/6 188/12 191/1 191/17 192/23 193/3 193/5 202/21 205/16 206/10 210/3 217/13 227/18 227/20 227/21
**above [1]** 231/7
**above-entitled [1]** 231/7
**absolutely [2]** 207/23 219/20
**academy [6]** 138/20 163/20 163/25 167/16 187/22 188/1
**accept [3]** 126/1 128/20 130/24
**according [8]** 138/1 139/18 140/1 144/10 183/24 208/9 223/2 226/12
**account [3]** 129/20 133/3 133/6
**accounts [1]** 134/24
**accuracy [1]** 135/20
**accurate [1]** 224/4
**acronym [1]** 138/18
**across [3]** 153/4 177/15 181/25
**act [2]** 142/8 190/15
**acting [2]** 127/11 127/13
**activity [2]** 155/15 155/18

**A**

actually [12] 121/15 149/22 192/24 193/7 193/14 206/4 208/19 211/23 216/9 217/5 229/4 229/5
add [1] 120/22
addition [2] 126/25 145/22
adjacent [1] 139/14
adjourn [2] 227/9 228/11
adjourned [2] 230/13 230/14
admission [1] 224/8
admit [6] 137/23 142/14 143/14 145/15 146/8 180/15
admits [1] 140/25
admitted [7] 125/23 127/17 127/18 169/5 220/3 220/4 220/10
adult [1] 181/17
advance [1] 150/22
affirmative [3] 125/12 125/14 170/5
afraid [3] 143/2 147/24 203/15
African [2] 181/10 181/12
African-American [1] 181/10
after [46] 123/3 131/17 132/23 133/1 137/22 144/3 145/25 145/25 146/18 150/14 156/12 158/20 158/20 159/18 160/12 160/13 161/22 162/11 165/24 166/2 168/8 168/10 168/14 170/7 170/11 170/12 178/11 178/15 178/24 180/18 202/1 204/24 208/16 209/25 211/1 212/13 216/4 216/5 220/15 223/19 223/23 223/25 224/7 226/16 226/22 229/15
afternoon [6] 122/24 136/21 152/11 163/13 163/14 229/23
again [6] 119/6 154/19 160/19 182/8 210/5 225/24
against [14] 120/23 120/25 121/1 122/9 125/2 149/7 149/23 150/9 158/19 159/1 159/7 166/11 216/15 217/6
agclawfirm.com [1] 117/17
ago [2] 141/8 187/1
agree [17] 124/2 166/1 166/4 174/13 175/12 180/21 182/5 184/6 184/8 189/24 193/21 199/13 199/19 204/12 204/17 208/15 209/6
agreed [3] 125/24 127/8 185/14
agreement [3] 168/21 169/22 219/22
aimed [1] 226/7
aiming [3] 158/8 213/23 215/12
air [3] 156/6 156/7 201/21
al [1] 116/11
albeit [1] 145/23
all [65] 119/5 119/10 120/8 120/12 121/4 121/7 121/14 122/12 122/15 122/20 122/23 122/25 123/24 124/11 124/13 125/15 125/19 128/13 128/23 130/6 134/21 136/18 137/19 142/3 150/24 151/11 152/5 152/7 158/1 162/11 162/12 162/16 162/20 163/8 168/23 169/16 169/22 169/24 171/15 174/25 176/25 185/11 193/3 213/4 218/25 219/24 220/2 220/6 220/9 222/3 226/25 227/5 227/24 228/3 228/5 228/9 228/10 228/15 228/24 230/2 230/4 230/6 230/6 230/10 230/12
allege [4] 120/9 122/6 124/24 125/4
allotting [1] 228/19
allow [1] 227/21

allowed [1] 123/16
allows [1] 206/20
almost [2] 206/16 208/15
along [6] 137/2 152/16 153/2 160/1 227/12 230/3
ALPHABETICAL [1] 118/13
already [9] 121/16 193/13 206/10 207/7 210/21 215/11 223/2 224/24 228/17
also [24] 130/13 135/9 137/22 138/14 140/10 140/19 145/9 147/21 148/13 149/6 149/14 150/14 150/18 162/3 167/13 167/18 167/21 169/19 175/15 177/25 183/19 207/15 211/25 216/14
altercation [1] 144/14
although [8] 134/14 135/1 140/21 141/22 142/5 149/2 184/10 200/22
ALVAREZ [1] 117/14
ALVAREZ-GLASMAN [1] 117/14
always [1] 132/9
am [1] 163/19
American [2] 181/10 181/12
ammunition [1] 214/19
amounts [1] 195/11
anatomy [1] 219/4
ANDRÉ [1] 116/4
Angeles [3] 116/16 116/23 119/1
another [5] 128/1 171/19 171/25 172/5 221/12
answer [3] 129/9 194/13 213/9 213/11 213/13
answered [3] 129/5 129/6 191/13
answers [1] 192/15
anticipated [1] 228/18
anticipation [1] 188/10
any [99] 119/16 121/8 122/5 122/12 124/3 125/11 125/22 125/24 126/1 127/3 127/20 128/5 128/19 129/14 129/19 130/1 130/2 130/7 131/8 132/11 133/3 133/5 133/11 133/11 133/22 133/25 134/1 134/5 134/7 134/17 134/23 135/2 135/4 135/5 135/6 135/8 135/9 135/22 135/23 136/12 136/12 137/19 137/24 137/25 139/5 139/24 140/13 140/25 141/5 142/4 142/21 144/11 144/17 146/22 149/7 170/20 170/22 171/1 171/3 171/5 171/6 171/7 172/21 173/7 174/3 174/4 174/10 175/12 181/5 182/6 184/7 185/9 189/24 197/12 198/19 198/22 199/4 199/6 200/2 200/11 203/3 203/7 209/16 210/22 212/11 220/7 220/25 221/3 221/6 224/4 224/25 227/10 227/22 227/22 227/22 228/11 229/24 229/24 230/8
Anybody [1] 174/6
anymore [1] 194/6
anyone [5] 133/25 134/1 166/3 227/20 227/21
anything [25] 124/9 127/5 130/20 133/4 133/6 134/2 134/18 134/24 135/13 139/10 141/10 141/11 141/11 141/20 156/10 174/18 181/2 181/7 196/17 196/20 197/6 197/13 200/16 217/25 221/3
anyways [1] 229/11
apart [1] 145/2
appear [2] 181/5 208/25

APPEARANCES [1] 117/1
appears [1] 152/9
Apple [1] 117/11
application [1] 134/6
applies [6] 132/24 133/10 133/21 134/9 134/11 198/9
apply [4] 123/13 123/25 125/18 147/8
appreciate [1] 222/5
approach [5] 151/2 151/7 151/19 176/25 186/10
approached [1] 134/17
approaches [1] 140/13
appropriate [1] 122/17
approximately [24] 152/15 164/6 164/12 164/20 165/19 170/17 172/14 172/18 177/16 182/3 182/4 190/4 196/22 200/1 204/2 204/22 205/12 210/13 216/23 217/3 217/12 217/15 217/23 218/15
approximation [1] 168/13
ARCHIBALD [3] 116/6 117/2 124/19
are [71] 122/25 123/10 123/12 123/18 124/12 124/22 125/7 125/20 125/21 125/23 126/5 126/6 126/8 126/9 126/16 127/6 127/10 128/17 128/24 129/13 131/3 131/20 132/2 132/3 134/17 136/24 138/8 138/10 140/19 140/19 141/3 142/7 144/6 144/6 144/7 151/17 154/21 156/8 157/8 159/20 163/17 164/17 166/23 167/21 170/4 171/5 173/12 175/24 176/6 179/2 179/14 183/6 186/10 189/9 191/3 192/7 192/10 195/19 205/13 209/21 211/8 211/25 214/24 216/3 217/1 217/2 219/24 220/3 223/24 228/10 230/8
area [7] 152/17 152/19 153/8 175/21 175/23 219/3 219/14
argument [1] 142/11
argumentative [1] 185/4
arguments [4] 126/8 126/10 131/9 132/25
arm [2] 142/24 146/13
arms [5] 142/25 146/12 155/25 156/23 201/4
around [5] 157/14 200/18 200/19 200/23 209/7
arrest [27] 138/22 139/2 142/23 148/25 149/2 149/3 149/4 149/5 150/11 155/24 156/24 157/4 157/5 157/6 161/8 161/12 161/16 197/24 198/9 198/14 198/23 198/25 199/4 199/7 199/9 199/13 200/14
arrested [6] 141/7 154/2 155/3 155/4 186/17 186/22
arrive [1] 226/23
arrives [2] 146/1 159/4
as [89] 116/6 116/6 120/10 120/17 121/2 121/3 122/4 122/7 122/10 122/25 123/14 124/1 124/1 124/25 125/3 125/7 125/17 126/1 126/13 127/9 127/10 127/14 127/16 127/22 128/9 128/21 128/21 131/1 131/6 132/11 133/10 133/13 133/21 134/15 135/2 135/11 135/14 135/15 138/14 139/18 140/20 140/25 141/22 143/24 146/23 147/17 147/2 147/15 152/3 152/12 156/8 156/9 157/8 159/21 160/4 160/16 160/23 163/22 164/21 164/22 167/3 169/12

**A**

**as... [27]** 173/22 175/16 176/6 176/21
176/21 177/16 177/23 181/9 181/12
181/24 187/15 190/17 191/10 195/14
195/14 203/3 203/7 205/11 209/10
213/11 213/11 214/14 217/7 219/17
227/6 227/16 229/7

**ask [19]** 141/18 150/18 173/10 186/12
187/21 189/20 191/7 191/17 194/9
195/10 195/22 196/8 197/12 199/24
202/1 202/4 210/3 215/11 220/7

**asked [25]** 134/17 138/11 141/7
141/13 146/1 150/17 151/7 153/23
154/18 159/14 160/21 186/19 191/13
192/1 192/13 193/12 194/3 194/18
195/8 196/12 196/13 196/19 196/21
197/6 199/15

**asking [5]** 141/1 198/2 198/13 211/4
211/8

**asks [1]** 128/25

**assault [8]** 157/18 157/19 157/21
157/24 158/5 158/14 161/13 161/14

**assaultive [1]** 147/18

**assist [3]** 131/20 144/15 160/1

**assistance [5]** 140/24 159/6 159/19
224/10 224/18

**assisted [1]** 137/6

**assume [3]** 178/17 201/10 209/23

**assumption [2]** 187/19 195/4

**at [195]**

**attack [1]** 204/13

**attempt [3]** 157/6 200/5 200/9

**attempted [2]** 200/3 201/5

**attempting [1]** 149/3

**attempts [2]** 140/23 155/24

**attention [3]** 131/5 150/22 202/4

**attorney [11]** 117/3 117/4 117/4
117/10 117/14 146/18 165/21 178/14
178/18 182/13 199/12

**attorney's [1]** 132/9

**attorneys [4]** 126/17 131/24 132/25
146/18

**audio [4]** 144/23 155/9 158/3 159/17

**audiotape [6]** 151/10 151/11 151/12
156/25 159/15 160/15

**autopsy [2]** 162/4 163/15

**available [6]** 145/20 161/25 167/21
229/10 229/21 229/22

**Avenue [2]** 152/19 153/6

**avoid [2]** 132/6 189/12

**aware [6]** 163/17 166/9 188/24 195/2
209/21 229/9

**away [27]** 135/14 139/9 139/9 140/14
142/25 153/8 156/19 159/1 159/4 160/4
184/18 184/21 184/21 184/24 184/24
185/3 185/13 185/13 201/8 201/10
201/14 206/14 215/17 215/18 216/22
216/23 226/17

**B**

**back [26]** 140/3 141/14 143/5 143/25
152/23 153/11 154/5 154/17 155/2
156/23 157/12 158/8 159/10 159/22
162/9 169/19 171/7 171/8 173/10
200/20 201/11 202/14 207/6 207/8
215/6 215/9

**background [1]** 155/21

**backup [3]** 150/16 159/1 226/23

**bad [1]** 127/16

**barbershop [1]** 159/2

**barrel [4]** 215/15 216/5 216/9 224/14

**Barstow [3]** 137/4 160/6 165/21

**base [1]** 125/15

**based [18]** 133/19 136/3 155/20
155/21 156/16 172/21 173/23 174/9
184/6 184/17 185/1 195/5 195/14
198/11 203/22 214/4 214/24 219/3

**baton [5]** 145/19 150/3 162/1 167/3
173/3

**be [113]** 119/8 121/20 122/17 122/22
123/16 123/18 123/21 124/2 124/10
125/13 126/20 126/23 126/24 126/25
127/9 127/17 127/21 128/3 128/19
128/25 129/4 129/6 129/7 129/11
131/16 131/17 131/21 132/5 132/12
133/8 133/9 133/16 133/21 135/1
135/24 138/11 138/17 139/2 142/2
142/7 142/12 142/16 143/21 145/18
146/5 146/11 146/13 146/23 146/25
147/15 148/1 148/8 148/13 149/1
149/25 150/6 150/18 152/1 154/23
157/7 163/1 163/5 164/13 165/1 166/9
167/10 167/17 169/4 175/10 175/15
179/8 181/9 182/15 183/2 183/12
185/22 188/24 189/3 189/6 190/15
191/8 191/12 192/25 193/7 193/10
193/11 193/23 194/5 195/4 195/15
198/20 201/20 205/10 205/24 206/11
208/3 208/12 208/25 215/25 219/3
219/8 219/13 220/3 220/4 220/9 222/2
224/3 226/22 227/15 228/2 228/8 229/7
229/12

**beam [1]** 143/7

**bear [3]** 121/19 121/25 130/7

**because [44]** 121/15 128/16 130/16
133/19 134/21 137/21 138/2 138/13
139/9 140/17 141/25 142/7 143/20
148/22 149/24 156/11 159/12 159/20
166/18 175/19 175/22 175/23 177/22
179/15 180/24 183/24 185/17 187/12
188/23 192/6 192/13 194/1 197/21
198/18 203/10 206/20 207/12 209/4
211/23 217/6 224/11 228/25 229/9
229/14

**become [3]** 131/23 138/20 195/2

**been [24]** 123/3 127/10 127/18 128/12
129/10 132/23 134/15 134/19 135/11
135/17 136/1 141/7 146/24 154/2 155/3
164/14 175/9 180/19 186/17 186/22
186/25 205/21 222/3 229/19

**before [37]** 123/4 124/6 128/12 145/15
150/12 151/3 151/16 161/14 163/1
166/1 166/14 172/20 172/21 173/8
174/16 178/18 182/6 182/15 186/17
186/22 199/25 200/2 200/16 201/2
209/25 210/1 210/2 210/23 211/6
212/11 212/18 222/24 224/25 225/2
228/1 228/11 230/7

**begin [3]** 122/18 123/8 136/14

**beginning [5]** 123/1 164/6 164/7 187/6
196/4

**behalf [6]** 136/23 147/2 147/3 147/4
147/5 150/9

**behind [3]** 156/23 200/20 208/7

**being [17]** 142/22 143/17 143/25

**backup [3]** 145/22 146/13 147/18 154/22 155/19
197/8 188/13 190/17 195/3 197/3
200/14 208/20 218/5 227/1

**believability [1]** 130/7

**believable [1]** 131/3

**believe [21]** 121/13 126/18 129/16
129/17 129/19 130/20 139/23 143/23
146/21 148/21 148/25 179/3 188/20
198/4 199/1 204/25 213/9 213/10
217/20 219/23 220/17

**believed [4]** 141/23 187/12 191/23
198/20

**belt [1]** 173/5

**bench [2]** 131/25 151/5

**BERNARDINO [11]** 116/11 120/11
120/18 122/8 124/18 124/22 125/1
125/5 150/10 152/13 162/14

**best [2]** 145/23 227/25

**better [1]** 168/16

**between [9]** 128/3 140/16 149/13
199/20 203/23 210/18 211/25 217/10
217/13

**bias [1]** 130/2

**big [2]** 119/19 221/3

**Bill [7]** 152/16 152/17 152/22 153/2
159/25 160/3 173/18

**Binder [1]** 179/9

**BIROTTE [1]** 116/4

**birth [6]** 141/13 142/20 154/2 154/7
196/8 196/13

**bit [7]** 136/24 149/14 180/11 189/15
205/15 206/21 229/12

**black [4]** 147/23 170/22 179/4 181/17

**blacking [1]** 227/1

**bleeding [1]** 144/7

**Bless [1]** 190/22

**block [1]** 149/11

**blog [1]** 134/5

**blood [3]** 150/19 150/19 221/6

**blows [1]** 149/11

**blurry [1]** 215/10

**BMA [1]** 181/14

**bodily [2]** 147/14 214/6

**body [15]** 145/7 145/8 156/23 157/2
158/23 158/23 162/6 162/8 163/18
166/12 201/24 211/15 213/23 214/25
219/13

**bone [2]** 160/9 205/20

**book [2]** 179/4 183/1

**books [1]** 179/2

**both [9]** 125/9 128/2 145/2 145/7
150/12 155/14 157/9 217/5 217/7

**bottom [8]** 179/14 179/16 183/1 183/6
183/8 192/23 193/2 193/6

**Boulevard [1]** 117/5

**box [3]** 117/11 121/21 230/9

**break [5]** 148/18 168/6 225/9 227/4
227/17

**breaking [1]** 222/2

**breaks [1]** 227/13

**breezeway [1]** 157/13

**brief [1]** 124/15

**bring [5]** 121/25 122/17 137/11 174/24
227/11

**broke [2]** 206/2 206/5

**broken [2]** 144/8 171/12

**brought [1]** 125/8

**bruise [1]** 160/9

**B**

bruised [1] 205/19
bruises [2] 144/6 171/3
bullet [1] 224/15
bullets [4] 145/8 162/5 162/6 214/19
bump [1] 153/9
Burbank [1] 117/5
burden [1] 125/11
business [1] 163/23
busted [2] 144/8 170/18
but [39] 119/20 120/22 126/12 130/14
130/15 130/23 132/4 134/6 134/17
141/18 142/19 144/10 146/25 151/15
155/5 161/14 161/18 163/2 172/17
179/3 179/16 182/3 183/4 184/25
185/9 185/14 185/20 188/21 192/11
193/2 193/4 199/17 202/13 208/15
223/9 228/22 229/3 229/8 229/12
buttons [1] 220/25

**C**

C-K [1] 197/18
caliber [4] 214/12 214/14 214/15
214/18
CALIFORNIA [7] 116/2 116/16 116/23
117/6 117/11 117/16 119/1
call [14] 138/14 148/8 148/9 148/10
150/15 153/21 162/17 162/18 174/3
174/6 224/10 224/18 226/19 229/8
called [4] 138/17 153/16 156/20
159/18
calling [1] 132/1
calls [2] 185/4 203/16
calm [1] 189/10
calmly [1] 142/8
came [3] 144/15 162/6 209/21
can [54] 121/4 121/14 121/17 122/17
128/24 131/10 132/7 136/14 136/25
137/11 137/14 141/18 147/12 148/18
149/15 149/16 149/17 149/18 149/21
149/22 150/3 151/18 153/23 154/25
159/23 160/21 167/10 169/23 171/10
174/24 176/25 177/10 179/4 179/19
186/2 189/12 193/19 202/25 206/18
207/8 212/15 212/22 218/16 219/8
219/15 221/2 221/4 221/9 223/6 224/2
225/8 226/23 227/14 229/18
can't [6] 147/19 154/15 159/19 191/4
224/4 227/25
cannot [5] 129/6 129/7 131/8 207/18
207/23
car [5] 139/15 152/22 159/23 173/15
173/17
carry [1] 221/15
carrying [1] 161/9
cartridge [2] 149/22 166/11
case [55] 118/7 120/1 123/2 123/11
123/25 124/5 124/16 125/7 127/6
128/23 129/13 129/15 130/1 131/14
132/11 132/24 133/4 133/6 133/8
133/10 133/18 133/19 133/20 133/22
133/24 134/2 134/3 134/10 134/15
134/18 134/24 135/2 135/5 135/7 135/9
135/14 135/17 136/3 136/24 139/12
144/16 148/7 148/16 150/5 150/8
155/14 162/12 162/22 163/15 165/5
227/18 227/20 227/21 227/23 229/14

CASE-IN-CHIEF [2] 118/7 162/22
cashier [1] 169/22
catches [2] 156/11 156/12
caught [1] 140/20
cause [3] 139/3 147/14 148/10 149/4
150/11 161/6 161/8 161/10 161/15
163/1 197/24 198/4 198/9 198/14
198/18 198/22 198/25 199/1 207/2
214/6 214/25
caused [2] 145/6 205/21
cement [3] 144/1 169/20 171/9
center [3] 219/15 219/16 226/13
CENTRAL [1] 116/2
certain [7] 126/5 127/2 127/8 132/4
148/14 148/15 189/2
CERTIFICATE [1] 231/1
certify [1] 231/3
cetera [1] 149/11
chair [1] 228/3
chairs [2] 121/15 228/2
chance [1] 224/15
change [1] 121/5
changes [5] 121/8 121/11 121/12
121/20 121/23
Chapman [2] 147/5 161/23
chapters [1] 188/4
chase [1] 156/2
chasing [1] 156/11
chatroom [1] 134/5
check [2] 160/17 174/7
checks [1] 159/5
chest [38] 145/3 145/11 158/19 202/17
203/9 203/14 213/25 214/1 214/5
215/12 215/16 215/17 216/1 216/6
216/9 216/14 216/15 216/19 216/23
217/6 218/5 218/11 219/10 219/13
221/6 222/21 222/22 223/3 223/14
223/17 223/20 223/21 223/25 224/8
224/9 224/14 226/7 226/13
CHIEF [2] 118/7 162/22
choose [1] 130/20
CHRONOLOGICAL [1] 118/9
chronology [1] 224/21
circumstances [3] 147/16 167/17
188/13
circumstantial [4] 127/21 127/25
128/4 128/13
citizen [10] 139/5 139/15 144/15 149/7
149/8 149/8 173/18 187/23 194/25
209/17
citizens [1] 185/23
City [2] 117/16 137/4
civil [1] 123/13
civilian [2] 152/17 160/1
claim [8] 119/23 119/24 119/24 121/12
125/11 125/13 143/18 224/9
claimed [2] 140/7 146/19
claiming [3] 187/11 193/25 215/23
claims [9] 119/20 121/3 121/12 125/9
125/10 139/21 140/10 141/21 144/20
Clarence [2] 147/5 161/23
Clarence Chapman [2] 147/5 161/23
clarification [1] 182/25
clear [1] 151/12
clerk [4] 121/22 123/6 177/2 179/7
clients [1] 126/17
close [7] 131/5 146/13 156/17 174/25
207/12 215/15 221/6

closer [1] 137/12
closing [3] 125/8 126/10 132/25
clothing [2] 156/17 156/18
CM [1] 116/21
coating [1] 154/20
Code [1] 231/4
collected [1] 123/21
color [1] 127/13
COLVIN [1] 117/14
come [5] 149/19 188/24 228/21 228/22
230/7
comes [6] 140/3 140/22 151/18 155/2
162/9 188/15
comfortable [1] 184/11
comma [6] 120/11 120/14 120/19
120/20 120/21 120/22
commentary [3] 133/3 133/6 134/24
commit [1] 137/25
committed [12] 137/19 137/24 138/25
139/3 139/6 148/23 174/4 175/9 175/10
175/12 198/18 199/1
committing [3] 138/24 174/10 175/16
common [1] 128/14
communicate [3] 133/25 134/1 209/16
communicating [2] 134/9 134/11
communications [1] 135/24
community [6] 153/18 153/20 160/6
186/8 186/12 186/15
Compared [1] 214/16
complaining [2] 160/14 174/7
complete [1] 205/9
completed [1] 133/17
compliance [1] 190/15
complied [1] 161/17
complies [6] 177/11 179/11 179/21
193/20 212/23 218/17
CONAWAY [3] 117/9 117/10 119/14
concept [1] 138/21
concerns [1] 119/16
conclusion [2] 123/3 185/5
conduct [2] 133/13 227/22
confer [3] 168/17 219/18 228/14
conference [4] 131/25 132/9 132/11
231/9
conferences [2] 132/3 132/8
conferred [3] 121/22 168/20 219/21
confident [1] 162/11
confirm [3] 154/4 154/10 154/14
confirms [1] 154/6
conflict [1] 229/25
conformance [1] 231/8
confrontation [2] 143/11 143/13
confusion [1] 132/6
connected [1] 227/23
consciousness [1] 157/22
consensual [20] 138/21 139/4 141/1
141/22 153/16 153/18 155/1 160/18
160/20 184/5 184/8 184/13 184/22
184/23 185/2 185/18 185/23 186/4
186/7 186/11
consider [17] 125/20 126/3 126/6
127/1 127/3 127/19 128/2 128/13
129/14 130/15 132/10 134/22 162/12
165/1 191/7 194/5 207/5
consideration [1] 189/7
considered [2] 126/24 142/5
considering [2] 128/21 129/19
consist [1] 125/21

# C

**consistent [4]** 130/9 143/16 146/13 189/3
**consult [1]** 178/17
**consulting [2]** 135/3 146/18
**contact [17]** 134/20 153/15 154/24 155/8 161/1 173/11 175/19 177/22 188/24 189/7 191/11 191/19 192/3 193/9 194/15 199/20 208/4
**contacted [1]** 228/22
**continue [2]** 154/24 228/3
**continued [3]** 158/21 223/21 226/22
**continues [11]** 141/18 141/20 154/14 157/2 157/5 157/24 157/25 158/5 158/5 158/6 160/23
**continuing [6]** 157/18 157/19 157/20 158/14 158/15 158/15
**contradicted [1]** 130/3
**control [6]** 128/24 157/11 190/20 190/23 191/4 209/14
**controls [1]** 126/15
**contusion [1]** 160/8
**contusions [1]** 144/7
**conversation [3]** 141/8 141/20 153/25
**cookies [1]** 227/11
**copies [2]** 121/15 123/6
**copy [5]** 123/16 176/23 177/7 183/4 212/25
**corner [2]** 173/13 182/1
**coroner [2]** 162/3 162/4
**correct [89]** 131/10 141/16 154/4 154/7 165/5 166/7 166/12 166/21 167/7 167/11 167/18 167/21 167/23 168/4 169/13 169/17 169/20 171/13 171/14 172/16 175/13 175/15 176/6 176/20 180/1 180/25 181/19 182/13 182/15 182/24 183/10 183/22 184/3 185/11 186/20 187/1 187/9 189/10 189/13 190/15 190/17 190/24 191/1 193/14 193/15 194/12 195/17 195/21 198/7 199/13 199/14 199/22 200/24 201/11 202/14 204/8 205/4 205/6 206/8 206/18 206/21 208/7 208/12 208/14 210/20 211/12 215/12 219/11 221/13 221/19 222/14 222/25 223/7 224/22 224/25 225/6 225/11 225/13 225/15 225/17 225/20 225/25 226/2 226/5 226/7 226/10 226/14 226/17 231/5
**correctly [1]** 216/18
**corrects [1]** 154/12
**could [23]** 128/1 136/10 141/23 161/17 166/9 179/10 181/11 184/13 188/25 190/20 190/23 199/16 200/24 201/24 203/6 203/15 206/11 210/4 213/11 218/6 218/15 229/4 229/12
**couldn't [2]** 159/7 183/25
**counsel [16]** 117/1 121/19 122/3 132/20 132/21 151/11 168/17 168/20 174/23 182/25 219/18 219/21 228/18 228/18 229/13 229/16
**counting [1]** 224/4
**COUNTY [11]** 116/1 120/10 120/18 122/7 124/22 124/25 125/5 150/10 152/13 162/13 162/14
**couple [5]** 159/3 207/8 216/1 216/5 221/15
**course [9]** 127/11 132/7 133/23

140/18 150/12 155/8 155/11 157/6 197/17
**court [21]** 118/4 119/6 121/22 123/9 127/5 134/20 135/18 135/19 136/4 136/13 148/18 152/6 163/1 176/8 176/9 176/24 212/25 228/17 229/13 230/13
**Court's [1]** 126/21
**Courthouse [1]** 116/22
**courtroom [5]** 122/21 123/6 132/1 135/23 228/6
**crime [19]** 137/19 137/24 137/25 138/25 139/3 139/6 148/23 152/19 161/10 174/4 174/11 174/13 175/9 175/12 175/16 175/21 175/23 198/19 199/2
**criminal [2]** 155/15 155/18
**cross [7]** 118/11 118/14 132/20 132/22 173/22 173/24 174/13
**cross-examine [2]** 132/20 132/22
**crossed [1]** 191/10
**crossing [1]** 139/19
**Crossroads [1]** 117/15
**crosswalk [11]** 138/2 139/14 139/19 173/20 173/24 174/10 174/14 175/16 175/24 177/16 181/25
**CRR [1]** 116/21
**CRR-CM [1]** 116/21
**CSR [3]** 116/21 231/3 231/16
**CUNEO [3]** 116/21 231/3 231/16
**current [2]** 149/20 206/24
**customer [1]** 148/10
**cuts [1]** 171/8

# D

**DALE [2]** 117/3 117/3
**dalekgalipo [1]** 117/7
**damage [2]** 145/6 215/1
**damages [1]** 125/7
**dark [2]** 202/23 202/25
**darts [4]** 156/18 166/10 206/11 206/20
**date [6]** 141/13 154/1 154/7 196/8 196/13 231/10
**day [11]** 116/19 146/16 146/17 165/7 165/10 166/15 171/4 222/3 227/9 227/12 227/15
**days [7]** 137/22 146/17 165/12 165/23 165/25 178/15 178/24
**de [1]** 142/9
**de-escalate [1]** 142/9
**dead [2]** 219/15 219/16
**deadly [12]** 120/14 120/21 120/24 122/9 125/2 147/7 147/9 148/4 167/6 167/9 167/16 188/12
**dealing [2]** 187/23 188/18
**deals [1]** 188/6
**DEAN [1]** 117/10
**death [6]** 124/16 125/8 147/14 148/11 148/11 214/6
**DECEASED [1]** 116/7
**decedent [2]** 137/5 144/12
**December [2]** 164/1 165/24
**decide [21]** 124/5 125/17 127/6 128/5 128/12 129/16 130/16 130/18 131/13 132/4 133/16 133/19 136/3 138/11 139/22 143/23 144/12 146/20 150/3 207/11 224/21
**decided [8]** 133/8 135/17 138/1

139/25 153/22 175/18 175/25 177/22 **decides [4]** 142/21 142/24 143/10 153/15
**deciding [5]** 125/20 126/6 129/13 129/15 147/9
**decision [2]** 125/15 155/11
**deescalate [1]** 207/8
**defend [4]** 149/8 157/25 158/6 158/15
**defendant [3]** 132/20 132/21 152/13
**defendants [4]** 116/12 117/14 124/22 125/10
**defending [1]** 157/21
**defense [9]** 125/12 125/14 147/3 147/5 147/16 147/20 156/7 162/11 229/25
**defense's [1]** 149/1
**definition [2]** 184/6 185/7
**DeFoe [4]** 147/4 148/9 228/21 229/8
**deliberate [1]** 133/2
**deliberately [1]** 130/19
**deliberation [1]** 134/10
**deliberations [3]** 123/23 131/6 133/17
**delivered [1]** 205/22
**denied [1]** 136/4
**deny [1]** 125/10
**denying [1]** 132/10
**department [2]** 124/18 174/6
**depend [1]** 131/2
**depicted [1]** 160/10
**deposition [33]** 137/22 168/3 169/15 171/11 172/15 176/3 176/5 176/8 176/11 176/13 176/20 176/23 177/7 177/21 178/11 178/12 180/18 184/22 187/8 188/8 188/10 190/19 191/22 193/16 205/4 212/7 212/20 213/5 213/12 213/16 218/9 218/15 218/16
**deputies [1]** 165/21
**deputy [44]** 120/9 120/10 120/18 122/6 122/7 124/17 124/23 124/24 124/25 125/6 127/11 127/13 137/17 137/20 137/23 138/1 139/15 139/18 139/21 139/24 140/1 140/3 140/6 140/7 140/13 143/6 144/17 146/1 146/3 146/7 146/8 146/16 146/24 148/8 149/13 150/9 150/15 152/2 152/13 162/13 174/24 228/9 229/8 230/9
**Deputy Woods [28]** 120/9 122/6 124/24 127/11 137/17 137/20 137/23 138/1 139/15 139/18 139/21 139/24 140/1 140/3 140/6 140/7 140/13 143/6 144/17 146/1 146/24 148/8 149/13 150/9 150/15 229/8 230/9
**Deputy Woods' [2]** 125/6 146/7
**deputy's [1]** 219/23
**describe [5]** 148/12 169/12 190/17 201/18 201/23
**described [4]** 146/23 147/1 177/23 203/24
**describes [1]** 143/24
**DESCRIPTION [1]** 118/19
**deserves [2]** 128/21 131/4
**designed [1]** 214/25
**destroyed [1]** 131/17
**details [1]** 150/6
**detain [12]** 141/23 142/15 155/12 155/13 161/7 174/21 175/8 184/7 187/5 187/12 198/4 198/6
**detained [8]** 120/4 120/11 120/19

**D**

**detained... [5]** 122/8 125/1 142/23 197/3 200/14
**detaining [2]** 192/11 197/20
**detective [3]** 179/25 180/3 180/4
**Detective Libby [1]** 180/4
**detention [11]** 119/24 138/11 138/22 138/23 139/1 139/11 148/18 148/21 148/24 150/10 161/6
**determine [1]** 194/24
**devices [1]** 135/7
**Dickey [5]** 159/4 159/8 159/9 159/14 160/13
**dictionaries [1]** 135/3
**did [106]** 127/24 140/11 141/9 141/10 141/10 141/11 145/16 146/2 146/25 148/14 151/22 156/10 161/1 161/19 163/20 163/25 164/2 164/11 165/4 165/7 165/18 168/6 170/18 170/20 170/24 171/6 172/8 172/21 172/24 173/7 174/3 174/10 174/18 174/20 181/2 181/5 181/7 181/12 181/18 182/16 183/20 185/11 185/20 187/3 187/22 190/13 191/7 191/9 192/3 192/14 192/15 193/22 194/5 194/21 194/24 195/2 195/22 195/23 195/24 196/1 196/8 196/10 196/16 196/17 196/19 196/20 196/20 197/3 197/6 197/10 197/13 197/15 197/24 198/13 198/22 199/4 199/6 199/15 200/3 200/5 200/7 200/9 200/11 200/16 200/16 201/1 201/13 202/1 202/4 207/25 209/16 209/19 210/9 212/7 214/1 214/4 214/10 217/25 218/4 223/23 224/18 224/20 225/8 226/25 228/17
**didn't [36]** 137/24 140/9 141/15 141/19 142/19 142/22 142/23 148/15 150/15 158/21 160/20 160/25 175/12 175/15 185/13 185/17 191/18 192/19 194/5 194/9 196/3 197/9 197/12 200/19 200/23 201/4 201/6 205/1 207/15 213/16 218/2 218/9 224/10 224/11 224/13 224/24
**died [2]** 127/14 145/7
**DIEU [1]** 117/4
**differ [1]** 126/13
**difference [1]** 119/20
**differences [1]** 130/15
**different [10]** 128/10 130/10 130/10 146/9 149/17 177/17 180/12 188/4 188/4 206/11
**differently [2]** 130/14 151/18
**differs [1]** 130/16
**dilate [1]** 189/25
**dilated [1]** 189/22
**dire [3]** 118/11 118/14 227/7
**direct [7]** 118/11 118/14 127/21 127/21 127/22 128/4 163/11
**direst [3]** 147/15 167/17 188/13
**disarmed [1]** 159/9
**discharge [1]** 146/14
**discuss [2]** 134/19 228/11
**discussed [2]** 135/6 135/8
**discussing [1]** 134/3
**discussion [5]** 118/3 119/9 148/13 188/12 229/6
**dislikes [1]** 124/3

**dispatch [3]** 154/8 154/9 181/19
**displayed [7]** 136/1 171/21 172/22 172/3 210/6 220/18 221/10
**dispute [1]** 152/3
**disregard [1]** 126/23 129/12
**distance [4]** 149/18 206/12 206/18 206/21
**distinction [1]** 128/3
**distract [1]** 131/15
**DISTRICT [3]** 116/1 116/2 119/6
**division [2]** 116/3 165/22
**DNA [1]** 146/11
**do [109]** 121/17 124/7 124/8 124/9 127/2 130/15 131/12 131/15 132/7 132/10 133/4 133/6 133/16 133/25 134/1 134/2 134/23 134/24 135/2 135/2 135/4 135/6 135/7 135/9 135/9 135/22 138/23 141/5 141/10 141/10 141/11 141/19 142/8 148/15 150/25 151/3 154/2 154/13 156/3 156/13 156/13 160/24 161/18 162/16 162/25 164/24 175/4 176/13 177/7 177/9 177/14 177/18 179/12 179/16 179/22 180/6 182/19 182/21 183/14 185/17 185/20 186/7 186/14 187/15 187/21 190/2 192/20 192/23 193/5 193/16 193/18 195/10 196/17 196/17 196/19 196/20 196/20 197/6 199/24 200/20 200/22 202/7 203/3 203/7 203/23 205/21 206/7 207/23 209/19 213/1 213/13 214/19 215/8 220/14 220/22 220/25 221/15 222/8 222/9 225/8 225/11 225/15 225/22 226/2 227/17 227/25 229/20 229/20 229/24
**doctor [2]** 160/11 205/19
**document [1]** 193/17
**does [6]** 131/1 136/15 151/16 159/15 181/16 212/24
**doesn't [9]** 142/14 160/22 188/15 196/23 198/9 202/11 221/24 222/6 230/8
**doing [6]** 155/3 156/3 160/17 174/1 184/8 185/23
**domain [5]** 188/6 188/15 188/17 188/20 188/22
**domains [2]** 188/1 188/10
**DOMINIC [2]** 116/6 124/19
**Dominic Archibald [1]** 124/19
**don't [55]** 119/19 121/16 142/8 146/7 151/23 153/21 156/3 156/3 156/13 156/13 158/14 159/17 160/19 161/18 165/25 168/14 170/3 171/23 172/17 176/22 179/7 180/11 184/7 184/14 186/25 189/10 189/12 191/22 194/13 194/17 195/11 195/19 199/17 200/21 203/22 205/25 206/5 206/6 208/12 208/22 208/25 209/10 209/13 211/19 211/20 211/22 212/10 218/1 224/1 224/6 227/20 227/20 227/21 228/13 229/21
**done [5]** 139/10 148/14 148/15 186/3 227/15
**down [16]** 140/24 143/3 143/3 148/18 153/3 153/6 160/22 160/22 180/6 201/16 207/6 221/5 222/10 225/9 228/9 228/16
**drive [3]** 149/21 166/10 206/12
**drives [1]** 153/6

**driveway [7]** 140/5 140/6 153/7 153/12 182/9 182/16 185/16
**driving [2]** 139/15 173/15
**drug [4]** 152/20 154/23 155/20 187/16
**drugs [3]** 141/25 161/4 197/10
**due [1]** 227/10
**during [25]** 127/16 128/8 131/6 133/23 135/8 140/18 143/13 144/14 144/22 154/25 155/8 155/11 157/6 157/15 159/25 191/19 192/3 193/9 196/16 200/2 205/9 209/2 216/16 227/7 227/13
**duties [2]** 161/9 164/21
**duty [5]** 123/11 123/24 126/17 133/23 173/5

**E**

**e-mail [1]** 134/4
**each [5]** 125/17 132/14 135/16 136/2 214/2
**earlier [2]** 119/17 227/16
**easier [1]** 183/2
**EDCV [1]** 116/10
**education [2]** 128/16 128/22
**effect [10]** 143/10 146/2 187/1 192/8 192/9 203/21 222/13 223/4 225/19 225/25
**effective [1]** 166/18
**either [7]** 128/4 131/25 155/16 166/9 184/13 206/11 219/2
**El [14]** 137/5 140/4 140/22 152/18 152/20 153/4 153/7 153/13 157/14 182/9 182/16 185/10 191/20 192/4
**El Rancho [3]** 140/4 140/22 185/10
**El Rancho Motel [11]** 137/5 152/18 152/20 153/4 153/7 153/13 157/14 182/9 182/16 191/20 192/4
**electronic [1]** 134/4
**else [3]** 130/9 134/1 134/11
**employer [2]** 134/12 134/15
**employment [1]** 127/12
**encounter [18]** 138/22 139/4 141/1 141/22 153/16 153/18 155/1 160/18 160/20 184/5 184/8 184/13 184/22 184/23 185/2 185/18 186/4 186/11
**encounters [3]** 154/16 185/23 186/7
**end [9]** 123/20 133/17 133/24 138/5 148/16 150/8 164/6 213/12 229/17
**ended [2]** 208/6 208/6
**enforcement [2]** 156/20 191/11
**engage [1]** 153/25
**enough [4]** 147/22 152/5 179/8 198/4
**ensues [1]** 143/12
**entered [2]** 122/21 145/5
**entire [2]** 136/10 205/10
**entitled [3]** 136/2 157/10 231/7
**error [1]** 132/6
**escalate [4]** 142/9 160/25 161/2 189/10
**escalated [1]** 161/2
**escalating [1]** 142/10
**essence [1]** 207/2
**essentially [3]** 169/16 206/24 222/12
**essentially I [1]** 222/12
**estimate [6]** 205/10 206/14 210/8 224/2 224/3 224/4
**et [2]** 116/11 149/11
**et cetera [1]** 149/11
**even [12]** 139/1 144/4 146/23 147/18

**E**

**even...** [8] 148/3 150/14 168/16 184/20 194/9 195/15 200/19 221/18
**evening** [4] 227/6 228/4 228/12 230/11
**evenings** [1] 132/16
**event** [9] 130/13 139/24 140/13 140/25 142/4 142/21 144/11 146/22 185/9
**ever** [18] 141/7 168/6 173/7 174/16 182/17 186/17 191/7 194/5 197/15 199/4 199/6 200/13 207/5 209/16 210/25 212/13 216/11 224/18
**every** [2] 197/6 227/16
**everyone** [5] 134/11 136/21 137/14 174/25 230/11
**everything** [1] 129/18
**evidence** [96] 118/19 123/3 123/14 123/25 124/6 124/10 124/14 125/2 125/13 125/16 125/20 125/23 126/4 126/5 126/9 126/11 126/12 126/17 126/19 126/23 126/25 127/2 127/3 127/6 127/7 127/16 127/18 127/21 127/22 127/25 128/2 128/4 128/5 128/9 128/13 128/14 128/23 128/24 128/25 129/1 129/3 129/11 129/13 129/14 130/3 130/6 131/1 131/9 131/12 131/20 132/5 132/5 132/15 132/17 132/19 132/21 132/23 133/9 133/20 134/21 135/17 137/8 138/23 139/5 142/2 142/12 142/16 142/20 143/15 143/22 144/4 144/21 145/4 145/18 146/4 146/5 146/22 146/25 148/5 148/21 150/18 150/20 151/9 151/14 151/17 151/18 154/25 156/8 162/12 169/7 169/8 169/9 169/10 220/3 220/11 220/12
**EWING** [11] 117/14 118/6 121/8 122/12 150/25 151/6 152/8 152/10 152/12 220/7 229/19
**ex** [1] 147/4
**ex-LAPD** [1] 147/4
**exactly** [6] 165/25 172/17 188/21 199/17 206/5 208/12
**EXAMINATION** [1] 163/11
**examine** [2] 132/20 132/22
**examiner** [6] 143/16 145/5 145/10 217/8 229/10 229/15
**example** [4] 128/6 149/9 189/21 209/13
**excessive** [9] 120/13 120/19 122/8 125/1 125/6 146/24 147/9 148/4 150/13
**exchange** [1] 155/11
**exclaim** [1] 158/24
**exclaims** [1] 158/11
**excluded** [1] 126/22
**exclusively** [1] 133/9
**excused** [1] 135/11
**exercise** [1] 164/24
**exhibit** [26] 118/19 129/1 129/5 129/6 168/22 169/7 169/8 169/9 169/10 170/1 171/17 171/22 172/3 179/2 179/3 179/4 179/19 183/1 210/5 210/6 219/25 220/11 220/12 220/18 221/9 221/10
**Exhibit 15** [1] 219/25
**Exhibit 15-1** [2] 168/22 210/5
**Exhibit 15-19** [1] 221/9
**exhibits** [6] 118/19 125/23 126/4 137/1 162/13 219/24
**exited** [3] 162/7 163/17 228/6

**expect** [3] 134/16 136/25 229/20
**expected** [1] 147/20
**expects** [1] 132/16
**experience** [6] 128/14 128/17 128/22 155/21 156/16 157/23
**expert** [4] 148/9 161/23 187/15 187/17
**experts** [5] 138/15 147/2 153/17 155/14 157/10
**explanation** [1] 128/10
**exposed** [3] 133/11 133/22 136/12
**express** [1] 227/17
**extent** [4] 148/12 149/3 185/14 229/20
**eyelids** [1] 154/21
**eyes** [1] 170/22

**F**

**face** [22] 143/14 143/16 143/19 143/24 144/5 144/13 149/10 156/8 160/14 168/2 169/13 169/16 170/15 171/1 171/3 201/21 210/4 210/9 210/15 211/9 223/22 223/25
**Facebook** [1] 134/6
**fact** [41] 127/22 128/1 128/7 128/12 131/1 137/18 137/20 142/5 148/3 160/21 166/14 167/15 171/11 176/11 177/20 177/25 178/4 182/8 183/22 184/17 184/20 185/13 187/18 188/1 188/8 189/5 189/9 190/19 192/19 194/3 194/9 195/8 196/23 197/5 197/17 199/22 202/13 203/20 206/10 207/11 214/19
**factors** [1] 130/7
**facts** [13] 123/24 123/25 125/21 125/24 126/1 126/6 126/13 127/8 127/9 127/10 128/1 129/15 175/22
**fair** [13] 136/2 136/5 152/5 164/13 165/2 174/14 178/15 181/9 185/22 193/10 195/4 205/24 208/3
**fairness** [1] 136/9
**fall** [9] 156/9 201/16 201/18 201/22 201/22 201/23 201/24 203/24 204/4
**fallen** [1] 207/7
**false** [6] 151/14 155/22 161/4 161/11 195/6 197/21
**family** [3] 134/12 134/14 163/23
**far** [3] 176/21 206/14 213/11
**fast** [2] 156/1 156/6
**fastly** [1] 176/1
**father** [1] 124/21
**fault** [1] 119/25
**fear** [1] 147/22
**federal** [1] 125/9
**feel** [3] 174/20 184/11 184/14
**feels** [1] 157/22
**feet** [4] 149/18 218/11 218/12 218/14
**fell** [5] 143/3 143/3 158/23 202/1 202/13
**fellow** [3] 133/17 134/9 146/1
**felt** [1] 159/13
**fence** [14] 140/8 140/11 142/15 142/17 153/3 153/13 183/13 183/17 183/20 193/14 193/22 194/2 194/10 194/19
**few** [14] 133/14 143/3 168/17 171/15 173/10 194/19 207/6 210/3 215/17 215/18 216/23 216/25 229/14 230/7
**fidgety** [1] 154/21
**field** [2] 164/8 164/14
**fight** [6] 147/19 157/15 159/13 159/20

159/25 201/13
**fighting** [4] 157/7 157/12 157/13 157/14
**filed** [2] 178/12 180/19
**final** [2] 123/21 123/22
**finally** [2] 150/16 227/18
**find** [7] 123/24 128/1 128/7 153/19 154/15 162/13 179/10
**finding** [1] 150/10
**fine** [1] 119/18
**fingerprints** [1] 146/11
**finish** [1] 229/7
**fire** [1] 204/20
**firearm** [1] 146/14
**fired** [17] 158/25 172/12 211/6 212/11 212/13 212/18 213/7 213/23 214/5 215/6 216/8 216/13 216/18 218/10 224/7 226/13 226/20
**firing** [2] 210/19 215/9
**first** [38] 116/22 116/22 132/14 133/15 138/10 138/14 148/8 148/19 151/16 159/3 160/3 162/17 169/1 172/13 173/12 173/19 175/11 178/20 186/3 187/3 187/4 187/6 204/21 210/19 211/6 211/25 212/14 212/18 215/16 215/25 216/8 216/21 217/11 217/14 217/21 218/10 222/19 229/10
**five** [39] 139/13 139/21 139/22 149/20 157/16 172/14 172/15 172/18 172/19 175/19 175/20 176/14 176/15 177/16 177/17 178/4 178/5 180/12 180/13 180/19 180/20 190/4 190/5 193/5 196/22 196/23 200/1 200/2 204/2 204/3 204/3 206/24 217/12 217/15 217/17 217/20 217/23 217/23 217/25
**five-or-ten-second** [1] 178/5
**five-second** [2] 149/20 206/24
**five-to-ten-second** [6] 139/22 175/20 176/15 177/17 180/13 180/20
**flew** [1] 201/21
**flight** [1] 156/4
**floor** [1] 201/25
**flying** [2] 156/5 156/6
**focused** [1] 120/1
**follow** [6] 124/1 124/11 124/14 136/6 136/7 137/2
**following** [7] 119/3 124/11 132/13 151/5 152/6 171/4 228/7
**follows** [2] 122/4 127/10
**foot** [4] 139/13 157/16 157/16 206/18
**force** [32] 120/1 120/1 120/14 120/14 120/21 120/25 122/9 122/9 125/2 125/2 125/6 143/24 147/7 147/9 147/12 148/4 148/4 149/7 150/12 161/24 167/7 167/9 167/10 167/16 168/2 169/12 170/16 188/6 188/12 210/8 210/15 211/9
**forcefully** [2] 143/19 144/5
**foregoing** [1] 231/5
**forehead** [1] 169/16
**forensic** [2] 150/18 150/20
**forget** [1] 130/12
**form** [2] 191/18 227/17
**format** [1] 231/7
**forms** [1] 134/7
**forth** [1] 154/17
**forward** [2] 222/11 225/10
**found** [3] 184/2 229/2 229/3
**four** [10] 161/15 164/15 165/19 180/6

## F

four... [6]  192/23 193/5 196/22 196/23
217/3 217/4
fourth [1]  161/10
fractured [3]  144/9 144/10 160/8
free [1]  197/1
front [15]  139/16 177/7 179/8 179/12
179/22 182/19 192/21 193/16 207/16
207/19 207/21 212/20 220/14 220/20
221/6
Fuck [2]  158/11 158/24
full [7]  143/24 168/2 169/12 170/16
210/8 210/15 211/9
full-force [6]  143/24 169/12 170/16
210/8 210/15 211/9
functions [2]  190/23 191/4
further [2]  125/4 155/12

## G

G's [1]  197/18
gain [2]  135/23 157/11
GALIPO [11]  117/3 117/3 118/5
119/12 136/20 137/11 150/24 151/15
162/16 163/8 229/22
garden [1]  128/9
gate [13]  140/8 140/10 140/11 140/12
142/17 183/22 184/2 194/20 194/21
194/24 195/2 195/6 195/7
gather [1]  154/25
gathering [1]  154/1
gave [18]  137/21 137/22 142/20
146/16 154/13 161/7 165/7 165/23
166/18 178/9 178/24 196/2 196/3 196/4
196/12 196/14 197/21 222/16
Gee [1]  142/11
general [2]  121/3 141/9
generally [4]  148/7 150/5 166/17
166/23
gentlemen [4]  122/24 123/10 158/1
227/5
get [20]  121/20 121/24 137/6 143/10
160/4 174/3 179/8 203/15 205/1 206/17
206/24 208/10 222/8 224/20 225/6
226/16 227/25 228/1 229/5 230/8
gets [3]  120/3 153/1 157/17
getting [2]  210/14 229/1
give [25]  121/16 122/25 123/21 124/1
124/1 124/14 128/5 128/20 130/10
134/10 142/19 148/18 160/3 163/1
165/4 165/7 165/18 194/21 195/24
196/1 196/10 204/21 224/2 224/4
229/16
given [4]  128/3 128/12 131/6 155/6
gives [6]  141/14 144/19 154/6 156/2
158/9 161/10
giving [5]  149/19 155/5 155/10 183/8
211/9
GLASMAN [1]  117/14
glasses [3]  167/23 167/25 168/6
Glock [1]  214/11
gmail.com [2]  116/24 117/12
go [17]  131/13 133/1 141/18 141/19
141/19 142/24 156/21 160/17 163/20
164/9 195/18 196/24 197/1 205/2 222/2
227/8 229/11
God [1]  163/2
goes [2]  141/8 159/6

going [83]  122/3 122/25 136/22
138/1 138/13 138/13 138/21 138/22
140/17 140/20 142/23 143/8 143/15
143/21 143/22 144/11 144/21 144/24
144/25 144/25 145/4 145/9 145/13
146/15 146/20 147/1 147/6 147/8
147/13 147/23 148/2 148/7 148/8 148/8
148/10 148/11 149/2 150/7 150/8
153/20 153/22 154/24 156/14 156/14
156/18 156/19 156/19 156/21 156/22
156/22 157/23 158/4 158/7 158/9
158/10 158/10 159/8 159/22 161/18
168/24 173/22 175/10 186/7 186/11
186/14 192/7 192/8 201/1 203/20
203/25 216/4 218/23 222/17 222/20
222/24 223/12 225/24 226/4 227/6
228/13 228/18 228/21 229/11
good [12]  121/3 122/24 136/21 152/11
163/13 163/14 222/2 224/15 227/3
228/4 230/4 230/11
got [7]  141/19 150/16 151/24 152/4
169/3 196/24 207/7
govern [1]  123/23
grab [20]  142/22 142/24 144/20
145/17 146/2 146/10 146/20 151/22
166/3 172/22 172/24 191/5 199/22
199/25 200/3 200/13 201/2 201/2 209/6
210/22
grabbed [7]  145/24 146/10 178/21
200/17 201/4 211/19 212/11
grabbing [3]  145/12 145/14 145/23
graduate [1]  163/25
grant [1]  132/9
granting [1]  132/10
grapple [1]  209/11
great [3]  122/25 214/6 230/2
greatest [1]  140/21
green [1]  153/5
ground [5]  156/7 156/9 157/13 204/7
207/7
group [1]  141/1
guess [4]  129/9 148/16 178/4 207/22
guide [1]  123/1
guilty [1]  162/14
gun [78]  144/21 144/23 145/10 145/12
145/14 145/16 145/17 145/23 145/24
146/2 146/10 146/20 147/24 151/22
158/8 159/10 159/15 160/3 166/3 172/8
172/12 172/20 172/22 173/8 178/21
191/5 210/16 210/19 210/22 210/23
210/25 211/2 211/5 211/10 211/14
211/18 211/19 211/23 212/2 212/4
212/9 212/11 212/12 212/13 212/17
213/8 213/17 214/5 214/10 215/15
215/19 215/24 215/25 216/2 216/5
216/9 216/14 216/18 217/6 218/11
219/2 219/9 222/8 222/20 222/24 223/2
223/13 223/16 223/20 224/14 224/22
224/24 225/3 225/6 225/13 225/17
226/7 226/12
gunshot [2]  127/15 146/11
guy [4]  152/25 153/10 160/16 174/7
guy's [1]  156/17
guys [1]  208/20

## H

had [58]  119/10 122/25 137/9 137/23
137/24 141/21 145/18 153/3 155/3

160/8 160/8 161/3 161/4 163/23 164/9
164/14 166/3 166/6 166/14 166/20
167/6 174/4 174/7 174/16 174/20
177/25 178/14 178/17 178/21 180/19
187/4 187/8 187/11 187/19 188/9
188/12 192/16 192/24 193/7 193/11
197/24 198/4 198/13 198/18 201/10
203/24 204/12 205/16 205/19 205/19
207/7 209/4 214/5 214/20 224/11 225/5
226/7 228/18
hadn't [1]  139/25
hand [28]  130/22 146/13 160/8 160/9
162/24 177/2 179/24 190/9 191/3
205/16 205/18 210/25 211/5 211/10
211/20 211/22 212/4 212/8 212/11
212/13 212/17 215/19 215/20 215/21
215/25 216/3 224/5 224/25
handcuff [2]  156/23 200/24
handcuffs [3]  157/2 159/5 162/1
handed [3]  205/13 205/14 211/12
hands [19]  146/12 149/11 154/18
154/18 154/19 154/21 156/21 156/22
159/2 181/3 190/17 191/1 200/19 201/6
201/7 210/15 211/17 211/19 212/1
hands-on [1]  156/21
HANG [1]  117/4
happen [3]  135/13 147/1 210/10
happened [9]  130/11 137/3 137/4
146/23 159/12 161/1 208/13 208/15
211/1
hard [3]  201/25 203/24 204/4
harm [1]  173/7
has [37]  123/3 123/6 125/11 127/18
128/12 130/18 132/23 135/17 135/25
138/25 139/2 139/6 139/8 139/9 139/15
143/7 148/1 149/8 149/10 149/25
154/20 154/20 159/18 175/9 179/9
182/23 184/17 184/21 185/2 189/6
195/15 202/10 203/9 203/11 203/13
221/24 222/6
hassled [1]  194/6
have [126]
haven't [3]  139/10 163/16 208/22
having [7]  127/10 131/25 137/18 161/2
204/4 228/25 229/6
he [278]
he'd [3]  141/7 186/22 229/18
he'll [2]  143/20 160/24
he's [25]  141/1 143/7 143/8 148/11
153/12 153/22 155/4 155/6 155/7 156/6
156/6 157/1 157/18 157/18 157/18
157/20 157/22 158/8 158/15 160/17
175/16 181/24 182/1 199/4 207/6
head [6]  143/25 143/25 160/15 169/19
171/7 171/8
hear [46]  127/5 129/22 131/8 135/13
137/8 137/14 138/13 138/15 138/21
140/17 142/19 143/9 143/15 144/21
144/23 145/1 145/4 145/9 145/13 147/1
147/6 147/21 148/2 149/6 149/14
149/17 150/2 150/7 155/8 155/14
156/25 158/2 158/24 159/14 159/17
160/5 160/11 160/15 161/22 161/23
162/3 162/11 181/7 217/21 217/7
223/6
heard [8]  127/23 160/2 182/12 186/6
199/11 205/15 216/11 218/2
hearing [2]  131/24 194/18

**hears [1]** 174/25
**heart [3]** 138/6 219/3 219/14
**held [4]** 119/3 151/5 228/7 231/6
**help [14]** 123/13 123/14 124/14 126/11
131/11 132/16 137/1 150/15 150/17
163/2 179/5 209/21 209/23 227/12
**helpful [1]** 183/5
**here [12]** 122/5 135/18 135/19 138/8
171/24 183/20 227/25 228/1 229/1
229/5 229/6 230/8
**here's [1]** 147/6
**hereby [1]** 231/3
**Hey [6]** 141/9 155/9 156/2 156/12
160/21 184/12
**high [3]** 152/19 175/21 175/23
**high-crime [2]** 175/21 175/23
**higher [2]** 162/7 162/10
**highest [2]** 147/11 167/10
**Hills [1]** 117/6
**him [183]**
**himself [7]** 152/25 153/17 157/21
157/25 158/6 158/16 159/1
**his [142]**
**hit [2]** 158/14 201/25
**hitting [1]** 169/20
**Hmm [3]** 154/22 155/4 160/16
**hold [3]** 121/17 187/15 199/18
**holds [1]** 209/14
**hollow [2]** 214/23 214/24
**holster [16]** 145/16 159/10 172/9
172/12 172/20 172/22 210/23 221/22
221/22 222/8 222/21 224/22 224/25
225/3 225/6 225/13
**home [1]** 123/18
**homicide [2]** 148/11 165/22
**Honor [16]** 119/13 121/10 136/17
151/2 152/9 168/21 176/23 183/4
212/24 218/18 218/24 219/22 220/8
222/1 227/4 230/1
**HONORABLE [1]** 116/4
**hood [4]** 222/6 222/10 225/6 225/9
**hop [8]** 140/8 140/11 142/14 183/13
183/16 183/20 193/14 193/22
**hope [1]** 122/24
**hopefully [1]** 137/1
**hopped [5]** 142/16 153/13 194/1
194/19 195/6
**hops [1]** 153/3
**hose [1]** 128/10
**Hospital [1]** 160/6
**hour [4]** 144/3 168/12 170/10 228/19
**house [2]** 141/19 192/8
**how [37]** 128/5 131/3 131/4 132/4
134/16 138/3 148/13 148/17 164/11
164/17 165/25 168/10 168/14 170/12
172/11 176/1 182/3 190/2 194/24 195/2
196/19 196/20 199/24 201/18 201/23
203/23 204/19 205/8 205/11 206/14
208/9 208/13 209/10 209/19 215/15
217/10 223/24
**however [3]** 128/9 130/18 161/1
**human [2]** 167/12 188/14
**hurt [1]** 202/5
**hyperventilating [1]** 159/21
**hypothetically [1]** 184/10

**I'd [1]** 169/22
**I'll [8]** 140/21 151/15 222/1 222/13
223/4 225/19 227/11 229/7
**I'm [58]** 120/5 120/15 121/1 121/19
122/3 122/4 123/7 136/22 138/14
144/24 144/25 144/25 148/8 148/8
148/9 150/8 152/12 154/24 156/14
156/14 156/17 156/18 156/19 156/19
156/20 156/22 156/22 157/23 158/4
158/7 158/9 158/10 158/10 161/18
168/24 169/1 170/12 174/23 175/2
177/13 178/10 181/11 183/3 186/19
188/21 192/6 192/8 198/13 203/6 206/3
207/22 211/4 211/8 215/23 218/23
225/24 229/4 229/5
**I've [2]** 121/11 151/7
**IDENTIFICATION [1]** 118/19
**identify [1]** 183/2
**if [96]** 121/4 121/14 122/5 126/13
128/6 129/4 129/5 130/1 130/2 130/18
130/22 131/8 131/11 131/12 133/3
133/11 134/17 135/13 135/22 136/3
136/12 139/25 141/7 142/7 142/14
146/23 147/18 149/6 149/9 151/17
153/21 155/4 162/20 169/22 170/3
172/17 173/22 176/25 177/21 177/25
179/4 179/7 179/9 184/10 184/11
184/22 184/23 185/1 185/3 185/9
186/12 186/17 187/19 189/5 189/12
192/13 192/19 192/24 193/6 193/12
193/22 194/3 194/9 194/19 195/10
195/10 195/15 195/18 197/12 199/15
200/21 202/1 202/4 202/4 203/13
206/18 207/8 209/11 209/14 210/4
210/25 214/4 215/23 215/25 216/17
218/21 219/8 220/14 220/25 222/1
224/11 224/13 229/4 229/5 229/17
229/18
**ignore [5]** 124/12 129/9 129/12 130/25
133/4
**II [9]** 116/7 120/23 122/10 124/17
124/20 124/21 125/3 127/14 137/5
**ill [4]** 142/5 142/7 191/8 191/12
**illness [9]** 137/9 187/24 188/18 188/25
189/6 192/17 203/5 203/9 203/11
**immediate [2]** 147/16 147/20
**immediately [5]** 133/12 136/13 160/12
200/16 208/16
**impact [1]** 167/3
**impartial [1]** 136/3
**important [5]** 124/13 130/20 131/3
136/7 149/24
**impression [2]** 191/18 205/1
**improper [2]** 126/18 135/23
**inaccurate [1]** 135/25
**incapacitation [1]** 207/3
**inches [11]** 162/7 162/7 215/17 215/18
216/1 216/6 216/22 216/23 216/25
217/4 218/14
**incident [29]** 137/3 137/22 138/3
138/5 140/19 144/3 145/25 146/1
146/23 160/25 164/14 165/8 165/24
166/2 166/15 166/21 167/25 168/8
168/10 170/8 170/11 170/12 178/15
178/24 205/9 205/10 210/10 220/15
220/23

**included [1]** 169/15
**includes [1]** 134/3
**including [9]** 120/14 120/21 120/24
122/9 125/2 134/6 134/11 135/10
143/14
**Inclusive [1]** 116/19
**incoherently [1]** 159/9
**incomplete [1]** 135/25
**incorrect [1]** 187/19
**incorrectly [1]** 141/15
**INDEX [2]** 118/9 118/13
**indicate [2]** 169/15 192/15
**indicated [5]** 169/19 170/5 177/15
217/7 227/6
**indication [1]** 132/11
**INDIVIDUALS [1]** 116/6
**indulgence [1]** 227/8
**Industry [1]** 117/16
**inference [1]** 143/1
**influence [9]** 141/24 154/23 155/19
161/3 161/11 187/13 189/21 197/9
198/20
**influenced [4]** 124/3 126/20 131/2
135/24
**information [20]** 132/4 133/12 133/22
135/1 135/23 135/25 136/4 136/13
137/21 137/23 154/1 154/25 155/5
155/6 155/22 161/4 161/12 175/12
194/21 197/21
**informing [1]** 181/18
**initial [3]** 173/11 178/8 180/15
**initially [2]** 140/7 202/13
**initiated [3]** 199/19 208/3 209/8
**injuries [6]** 143/16 146/12 148/12
156/8 160/7 181/5
**injury [6]** 147/14 160/12 160/13
205/16 205/18 214/6
**inside [1]** 214/25
**Instagram [1]** 134/7
**instance [2]** 139/7 155/18
**instruct [5]** 123/11 126/1 127/1 127/17
132/24
**instructed [1]** 126/23
**instruction [3]** 119/20 133/10 134/22
**instructions [22]** 118/3 118/4 119/9
119/11 121/11 121/16 122/16 123/1
123/5 123/7 123/9 123/12 123/12
123/17 123/18 123/20 123/22 123/22
124/8 124/11 125/18 133/21
**insufficient [1]** 147/22
**intend [1]** 229/13
**intended [1]** 126/11
**intending [1]** 225/2
**intentionally [2]** 214/1 226/9
**interact [1]** 153/22
**interest [2]** 116/7 129/25
**interesting [1]** 150/14
**interface [1]** 153/19
**Internet [3]** 134/5 135/3 135/7
**interpret [1]** 126/11
**intersection [3]** 152/23 153/11 173/22
**intramuscular [1]** 207/2
**investigating [1]** 155/19
**investigation [3]** 135/4 135/22 155/12
**involved [3]** 134/13 135/10 230/5
**involves [2]** 124/16 133/23
**is [214]**
**isn't [22]** 167/10 167/13 178/2 182/17

**I**

isn't... [18] 183/16 183/19 184/15
185/1 187/1 188/18 188/25 193/25
196/6 197/18 198/19 208/19 213/17
216/8 216/13 217/5 217/13 224/7
issue [6] 138/10 149/19 148/25 191/17
203/13 228/14
issues [8] 120/1 121/8 133/22 136/24
138/10 228/11 229/24 230/8
it [212]
it's [42] 120/16 138/18 145/23 147/11
147/13 147/13 147/20 147/22 150/14
151/12 151/13 151/14 151/14 151/17
151/20 152/19 153/15 153/25 157/9
170/10 170/14 174/13 175/22 179/3
179/15 183/1 184/13 184/22 184/23
184/24 184/25 185/2 186/5 186/25
189/5 190/5 202/25 203/10 207/20
222/1 222/2 226/25
itches [1] 217/2
item [1] 127/18
its [2] 152/19 184/6
itself [1] 150/13

**J**

jails [2] 164/2 164/5
jelly [1] 159/20
jeopardizes [1] 136/9
jittery [2] 189/18 190/17
job [2] 154/13 155/4
jolt [1] 149/20
JR [1] 116/4
JUDGE [1] 116/4
judged [1] 128/19
Judicial [1] 231/8
jumped [1] 194/9
juror [4] 133/11 134/15 136/8 136/12
jurors [8] 122/21 131/22 133/14
133/17 134/10 135/12 170/5 228/6
jurors' [1] 119/3
jury [30] 116/19 118/3 118/4 119/9
119/11 120/3 121/15 121/21 121/24
121/25 122/16 122/17 122/20 123/5
123/9 123/11 123/19 131/13 131/16
131/24 131/25 133/1 133/23 134/18
136/3 151/11 170/3 170/4 227/11 228/5
jury's [2] 152/6 228/7
just [42] 119/25 120/1 120/22 120/22
120/22 121/3 121/19 121/19 121/23
121/25 122/4 128/19 130/16 137/14
139/14 142/24 151/14 151/17 153/10
160/23 170/14 171/15 176/6 176/8
181/18 182/12 182/25 184/6 192/1
192/1 192/6 199/24 204/21 205/2 207/8
213/16 213/18 216/25 222/2 224/20
229/3 229/12
justice [1] 138/8

**K**

K-y-l-e [1] 163/7
keep [9] 123/16 131/12 132/4 132/7
133/15 149/12 160/24 164/21 189/10
keeps [2] 154/17 157/24
Kelsey [13] 139/16 144/14 144/15
144/16 145/13 145/24 152/16 152/22
153/2 159/25 173/18 194/25 209/17
Kennedy [1] 229/1
kept [1] 176/1

kick [2] 200/7 200/9
kidneys [1] 136/7
killed [4] 124/17 137/9 137/17 138/6
killing [2] 145/20 148/6
kind [8] 179/8 180/8 180/11 180/16
189/15 201/20 202/14 227/22
kinds [1] 128/2
kneeling [1] 208/7
knew [2] 214/8 215/3
knocked [4] 143/21 143/25 170/20
227/1
know [33] 129/22 131/9 136/23 140/16
146/8 151/23 152/4 154/9 159/17
168/14 170/3 174/18 177/12 179/7
187/18 192/8 192/14 195/11 205/25
206/5 206/6 208/12 214/4 214/19
220/14 220/22 220/25 222/19 224/11
226/23 229/13 229/16 229/17
knowledge [1] 174/6
known [3] 152/19 152/20 157/8
KYLE [85] 118/12 118/15 124/18
124/23 152/14 152/16 152/21 152/25
153/2 153/5 153/10 153/15 153/17
153/22 154/3 154/5 154/7 154/9 154/10
154/14 154/16 154/18 154/22 155/3
155/3 155/9 155/11 155/19 155/24
156/2 156/10 156/11 156/11 156/16
156/25 157/4 157/16 157/17 157/20
157/21 157/22 157/25 157/25 158/5
158/5 158/8 158/13 158/15 158/15
158/17 158/21 158/23 159/5 159/6
159/7 159/7 159/8 159/9 159/11 159/12
159/12 159/13 159/14 159/16 159/19
159/19 159/22 160/1 160/2 160/2 160/7
160/12 160/14 160/14 160/21 160/21
160/22 160/23 161/2 161/16 161/21
162/13 162/19 162/23 163/7
Kyle Woods [7] 124/18 124/23 152/14
160/21 162/13 162/19 163/7
Kyle's [2] 157/7 158/23

**L**

lacerations [2] 144/6 171/1
ladies [4] 122/24 123/10 158/1 227/5
land [2] 144/17 221/22
landed [2] 143/4 201/21
lands [1] 156/7
language [1] 122/4
LAPD [1] 147/4
larger [2] 214/14 214/18
laser [5] 143/7 202/10 202/16 202/25
203/14
last [8] 134/16 147/15 154/4 164/11
167/16 188/13 209/3 230/4
later [13] 120/2 146/17 165/12 165/14
165/16 165/19 168/11 168/12 168/14
184/2 195/3 197/17 220/24
law [21] 117/3 117/3 117/4 117/4
117/9 117/10 117/14 123/12 123/25
124/1 125/4 125/8 125/9 127/13 128/3
132/24 133/10 133/21 135/10 156/20
191/10
lawful [1] 139/10
lawsuit [2] 178/12 180/19
lawyer [3] 128/25 129/1 129/3
lawyers [8] 125/24 126/8 126/9 126/14
126/16 135/11 227/10 230/7
laying [1] 221/5

**LE [1]** 117/4
learn [5] 135/5 138/19 138/23 139/7
153/16
learning [7] 188/1 188/6 188/10
188/15 188/17 188/20 188/22
least [10] 144/1 166/17 178/20 183/1
183/19 185/14 187/18 206/17 206/18
229/23
leave [3] 123/19 131/16 199/16
left [8] 131/16 148/17 153/5 166/1
179/24 205/13 219/13 224/5
left-hand [1] 179/24
legal [2] 134/22 185/5
legs [1] 159/20
length [1] 132/8
less [5] 145/19 149/15 166/24 167/1
167/4
less-than-lethal [4] 149/15 166/24
167/1 167/4
let [14] 121/17 131/9 131/15 134/1
136/23 151/15 160/17 177/12 189/20
191/7 191/17 192/1 215/11 226/23
let's [6] 121/4 121/14 154/9 173/10
219/8 229/3
lethal [5] 145/20 149/15 166/24 167/1
167/4
level [2] 147/11 167/10
liable [1] 125/5
Libby [2] 180/1 180/4
life [7] 147/16 147/17 147/20 147/25
167/13 188/14 188/14
life-threatening [2] 147/17 188/14
lifts [1] 159/19
light [11] 128/14 130/6 152/21 153/5
201/22 202/10 202/17 203/1 203/4
203/8 203/14
like [17] 120/3 128/19 141/25 153/1
157/22 162/18 169/22 176/9 184/14
189/13 198/3 201/22 221/18 222/14
229/18 229/22 230/8
likely [3] 144/16 214/6 227/13
likes [1] 124/3
limited [6] 127/1 127/2 127/17 127/18
127/19 134/6
line [2] 151/22 229/18
lines [9] 120/5 177/14 180/6 183/8
192/23 193/5 193/21 213/2 218/18
lineup [1] 229/12
LinkedIn [1] 134/7
lip [2] 144/8 170/18
lips [1] 169/16
list [1] 126/6
listen [7] 123/14 133/5 134/23 143/22
146/15 196/13 223/9
listened [3] 194/14 217/18 223/10
listening [2] 149/12 194/18
literally [2] 156/5 216/19
little [11] 136/23 137/12 149/14 180/11
185/24 186/1 189/15 189/18 205/15
206/21 229/12
live [6] 137/7 140/9 154/2 193/22
195/11 195/19
lived [15] 139/14 140/5 142/13 142/17
191/19 191/23 191/24 192/4 192/11
192/12 192/13 193/12 194/3 194/7
195/8
lives [1] 198/3
living [1] 137/6

**L**

**locked [4]** 140/10 183/22 184/2 195/7
**locking [3]** 221/24 222/6 225/5
**long [14]** 121/2 134/16 141/8 164/11
168/10 168/14 170/12 182/3 186/25
190/2 195/14 199/24 204/23 222/3
**look [5]** 119/11 144/11 189/2 192/19
221/9
**looked [14]** 138/3 139/21 139/25
175/19 176/14 177/16 177/22 178/1
178/4 180/8 180/11 180/16 180/19
180/24
**looking [12]** 120/6 142/6 152/23 153/1
153/11 160/16 176/1 180/12 183/3
183/6 193/21 220/17
**looks [3]** 139/20 175/23 221/18
**Los [3]** 116/16 116/23 119/1
**losing [1]** 157/22
**lost [2]** 153/12 182/2
**lot [4]** 150/6 153/4 153/8 161/21
**low [1]** 160/25
**lower [1]** 162/9
**lunch [1]** 122/25
**lungs [1]** 138/6
**lying [3]** 155/10 215/5 215/8

**M**

**made [3]** 151/8 151/11 178/5
**mail [1]** 134/4
**main [7]** 152/18 153/3 159/24 161/20
173/14 180/23 182/1
**major [1]** 138/7
**make [21]** 121/4 121/20 130/12 132/14
132/17 132/25 135/4 136/15 136/22
140/23 150/25 153/15 158/18 170/14
174/24 174/25 176/22 212/16 216/25
224/20 229/21
**makes [6]** 119/19 128/3 140/3 142/11
153/6 155/11
**making [4]** 121/23 142/1 192/24 193/6
**male [1]** 181/17
**man [3]** 155/9 158/12 181/10
**manner [4]** 129/24 139/1 148/11
148/23
**many [7]** 165/25 177/22 196/19 196/21
205/8 205/11 223/24
**MARCEL [1]** 117/4
**March [4]** 116/17 119/1 213/6 231/10
**marked [10]** 138/2 139/13 139/19
173/20 173/24 174/10 174/14 175/24
181/25 183/4
**match [4]** 154/10 154/15 155/2 155/5
**materials [1]** 135/4
**matter [6]** 123/4 134/20 150/22 227/18
227/22 231/7
**maximum [1]** 214/25
**may [53]** 124/9 126/1 126/3 126/5
126/9 126/23 126/25 127/3 127/5
127/16 127/21 128/7 128/10 128/20
129/3 129/4 129/11 129/15 129/18
129/20 130/8 130/13 130/15 130/20
130/24 131/11 131/23 132/8 132/14
132/20 132/21 132/22 134/14 134/22
135/24 136/18 137/1 140/23 151/2
152/8 163/8 168/17 177/2 183/2 193/10
203/4 213/4 218/21 219/18 223/9 228/9
229/7 229/25

**maybe [9]** 140/9 142/12 142/19 152/3
155/1 192/18 194/5 210/4 224/13
**me [49]** 120/5 120/17 121/19 122/5
131/9 131/23 133/12 135/14 141/10
153/1 153/11 155/5 155/7 155/10 159/2
160/17 160/17 168/3 171/11 172/15
176/1 176/13 176/19 177/12 177/16
177/20 177/25 178/2 180/8 180/8
180/16 184/20 187/7 188/8 189/20
191/7 191/17 191/22 192/1 196/2 196/4
196/20 205/4 206/2 206/4 209/6 212/7
215/11 218/9
**mean [8]** 151/16 181/14 186/3 192/6
195/14 195/18 203/12 219/5
**means [6]** 124/5 125/13 129/13 134/4
149/21 175/7
**measures [1]** 167/20
**mechanism [3]** 221/24 222/6 225/5
**media [6]** 133/3 133/5 134/8 134/12
134/23 135/14
**medical [17]** 143/16 145/4 145/9
148/10 150/15 150/20 159/6 159/18
159/23 160/5 161/22 202/4 217/8
224/10 224/18 229/9 229/15
**medication [1]** 197/13
**medium [1]** 201/22
**members [2]** 134/12 153/19
**memory [4]** 126/14 129/23 131/20
131/21
**mental [10]** 137/9 187/24 188/18
188/25 189/6 192/16 203/5 203/9
203/11 203/13
**mentally [4]** 142/5 142/7 191/8 191/12
**mentioned [6]** 127/16 147/2 150/20
152/12 159/21 161/15
**merits [1]** 134/2
**messaging [1]** 134/5
**methamphetamine [6]** 141/25 142/2
187/8 187/13 189/22 198/21
**microphone [2]** 137/12 174/24
**middle [3]** 223/21 224/9 224/14
**might [13]** 129/10 142/7 147/24
154/23 184/10 184/25 187/23 189/3
191/8 191/11 205/21 218/4 222/2
**mil [1]** 214/18
**mind [6]** 133/15 149/12 157/25 191/10
197/1 224/13
**minimum [2]** 132/8 148/4
**minute [2]** 204/22 204/23
**minutes [8]** 159/3 190/4 190/5 200/1
200/2 204/22 204/23 230/7
**misleading [2]** 135/25 151/13
**missed [1]** 158/13
**misspelled [1]** 154/11
**Misstates [2]** 146/4 213/20
**mistakes [1]** 130/12
**mistrial [1]** 136/9
**mode [3]** 149/21 166/10 166/11
**moment [4]** 168/18 173/10 218/21
219/19
**monitors [1]** 170/4
**months [2]** 164/12 164/15
**more [10]** 125/14 127/25 150/6 192/24
193/6 208/20 210/3 211/9 219/8 229/14
**morning [5]** 128/6 223/9 228/23 229/8
229/10
**most [1]** 144/15
**motel [14]** 137/5 152/18 152/20 153/4

**153/7 153/8 153/13 157/14 182/9
182/16 189/11 191/20 194/4 195/18
**mother [2]** 124/19 137/6
**motor [2]** 190/23 191/4
**mounted [1]** 157/18
**move [2]** 151/12 209/8
**moved [1]** 226/16
**movements [1]** 142/1
**moves [2]** 159/4 162/9
**moving [2]** 156/6 230/3
**MR [4]** 118/5 118/6 136/20 152/10
**Mr. [51]** 112/19 119/14 121/8 122/12
137/9 137/11 137/24 138/2 138/5
139/12 139/16 139/18 139/19 139/25
140/4 140/4 140/7 140/11 144/20
144/20 145/21 145/24 146/9 149/2
149/13 150/16 150/24 150/25 151/6
151/15 152/8 162/16 163/8 166/3
172/13 172/21 173/11 173/19 174/3
178/21 194/25 209/17 215/12 215/16
215/24 220/7 222/13 228/21 229/1
229/19 229/22
**Mr. Conaway [1]** 119/14
**Mr. Ewing [7]** 121/8 122/12 150/25
151/6 152/8 220/7 229/19
**Mr. Galipo [7]** 119/12 137/11 150/24
151/15 162/16 163/8 229/22
**Mr. Kelsey [4]** 139/16 145/24 194/25
209/17
**Mr. Kennedy [1]** 229/1
**Mr. Pickett [28]** 137/9 137/24 138/2
138/5 139/12 139/18 139/19 139/25
140/4 140/4 140/7 140/11 144/20
144/20 145/21 146/9 149/2 149/13
150/16 166/3 172/13 172/21 173/11
173/19 174/3 178/21 215/24 222/13
**Mr. Pickett's [2]** 215/12 215/16
**Mr. Scott DeFoe [1]** 228/21
**much [12]** 128/5 128/21 131/4 148/17
150/23 172/11 180/25 203/23 204/19
210/18 217/10 230/3
**multiple [6]** 138/3 139/20 140/1
141/11 143/14 143/17
**mumbling [1]** 159/9
**must [22]** 123/18 124/1 124/2 124/5
124/11 125/13 126/23 127/2 127/9
127/19 128/13 129/9 129/9 129/14
133/4 133/5 133/8 133/19 133/21
134/19 153/13 158/13
**muzzle [7]** 145/10 216/11 216/14
216/15 217/7 218/10 219/9
**my [27]** 123/6 123/11 124/11 132/10
132/11 133/10 133/20 141/19 147/24
147/24 154/13 154/24 156/19 156/22
165/21 173/13 177/15 192/8 206/4
212/11 212/12 215/20 216/2 216/15
218/13 227/10 229/13

**N**

**name [26]** 141/13 141/15 142/19
142/20 154/1 154/3 154/4 154/5 154/11
154/13 154/15 155/6 155/10 163/6
180/3 195/22 195/24 196/1 196/2 196/3
196/4 196/6 196/7 196/12 197/15 198/3
**narrative [1]** 183/9
**Nate [114]** 141/15 141/16 141/18
141/23 142/5 142/12 142/16 142/20
143/14 143/19 143/20 143/21 144/17

**N**

**Nate...** [101]  145/6 145/14 145/16
146/19 152/22 153/1 153/2 153/8
153/15 153/23 153/23 153/23 154/3
154/5 154/6 154/11 154/12 154/12
154/16 154/17 154/17 155/2 155/12
155/24 155/24 156/2 156/4 156/5
156/12 157/2 157/5 157/6 157/7 157/16
157/23 157/24 158/4 158/8 158/11
158/14 158/20 158/21 159/2 159/4
159/5 159/6 159/19 160/2 160/20
160/21 160/22 161/3 161/7 161/16
161/17 161/18 161/20 161/20 161/21
176/14 182/17 183/16 185/10 185/13
186/19 187/3 189/15 189/25 190/9
191/8 191/19 192/3 195/5 195/22 196/4
197/15 199/15 199/20 199/25 200/3
203/21 204/12 204/20 205/2 205/6
205/11 205/22 206/15 207/6 207/25
208/10 208/19 209/1 209/7 210/21
211/8 218/2 223/19 224/18 225/17
226/17
**Nate Pickett** [1]  160/20
**Nate's** [14]  142/3 143/16 146/12
148/12 157/2 158/19 162/6 210/15
211/5 211/17 212/1 212/8 218/11 223/3
**NATHANAEL** [23]  116/6 116/7 120/23
120/25 122/10 124/17 124/20 124/20
124/21 125/3 127/14 137/5 140/15
141/1 141/9 142/22 142/25 143/8 143/9
143/11 144/24 148/6 196/7
**Nathanael Pickett** [5]  120/25 140/15
142/22 148/6 196/7
**Nathanael Pickett I** [1]  124/20
**Nathanael Pickett II** [8]  120/23 122/10
124/17 124/20 124/21 125/3 127/14
137/5
**Nathanael's** [1]  145/2
**nature** [2]  148/12 205/18
**necessarily** [1]  131/2
**necessary** [1]  131/23
**need** [9]  138/24 139/2 158/25 170/24
199/1 209/14 222/9 228/11 229/20
**needed** [1]  202/4
**negligence** [2]  119/24 125/6
**negligent** [5]  120/23 120/25 121/2
122/10 125/3
**neither** [1]  163/17
**never** [27]  140/1 142/4 142/16 144/16
145/14 145/24 149/2 154/12 158/20
161/19 166/2 182/5 182/18 183/16
189/24 190/1 190/2 190/6 191/10
193/13 199/13 204/13 204/15 204/17
210/22 211/23 222/23
**news** [4]  133/3 133/5 134/23 135/2
**next** [3]  146/17 165/10 177/20
**night** [5]  128/8 168/11 168/15 186/1
220/24
**nights** [1]  185/24
**nighttime** [1]  202/19
**nine** [2]  139/13 157/16
**no** [132]
**No.** [2]  121/12 182/24
**No. 2** [1]  121/12
**No. 21** [1]  182/24
**nobody** [1]  146/8
**none** [1]  129/19

**noon** [2]  229/17 229/23
**North** [1]  117/9
**nose** [6]  144/9 160/8 171/12 205/24
205/25 206/4
**not** [127]
**note** [2]  131/15 150/14
**note-taking** [1]  131/15
**noted** [1]  121/9
**notes** [8]  131/11 131/12 131/16
131/17 131/17 131/19 131/20 131/22
**nothing** [3]  144/8 163/2 184/14
**noticed** [2]  119/19 119/25
**notified** [1]  229/19
**notify** [3]  133/12 134/14 136/13
**notion** [1]  151/16
**November** [3]  137/3 152/15 164/14
**November 19, 2015** [1]  152/15
**November 19th, 2015** [1]  137/3
**now** [64]  120/2 120/22 123/8 123/10
133/13 135/16 140/16 143/13 144/14
144/21 144/22 146/16 148/7 153/12
157/12 157/18 158/13 159/18 161/12
163/1 163/20 165/4 166/6 167/23 170/2
172/8 175/18 176/3 176/6 176/13 178/8
179/14 179/24 181/2 181/21 182/19
183/8 184/5 185/22 187/3 187/7 187/18
187/21 188/17 195/22 196/16 197/15
199/19 204/19 205/6 206/7 207/5
207/25 208/19 210/3 210/8 211/25
213/15 215/5 219/2 221/21 222/12
223/19 224/20
**number** [11]  131/2 132/8 141/24
145/13 145/15 147/11 147/13 188/21
210/12 229/4 229/5
**numbering** [1]  193/3
**numbers** [2]  179/14 179/16
**nurse** [1]  160/11

**O**

**o'clock** [5]  137/4 202/21 227/24 228/1
230/7
**oath** [5]  124/6 135/19 136/6 176/6
212/7
**object** [2]  126/17 129/3
**objection** [15]  122/5 122/11 122/12
122/13 126/20 129/4 129/6 129/8 146/4
151/8 185/4 191/13 203/16 213/20
220/7
**objections** [3]  119/16 121/12 126/16
**objectively** [1]  148/1
**observations** [2]  172/22 174/9
**observe** [1]  137/24
**observed** [3]  140/7 155/20 201/18
**observes** [2]  152/22 154/16
**obviously** [5]  147/11 150/6 178/11
190/15 211/1
**occasions** [1]  166/14
**occurred** [1]  210/9
**off** [3]  156/1 160/2 221/1
**offenses** [1]  119/20
**offer** [3]  212/24 213/2 218/18
**offers** [1]  129/1
**officer** [48]  138/13 138/16 138/20
139/4 139/9 140/15 140/25 141/14
141/18 141/21 142/4 142/11 142/14
142/18 142/21 143/1 143/10 143/13
143/18 143/18 144/2 144/13 144/19
144/23 145/15 145/18 146/1 147/19

147/19 147/21 148/2 148/5 148/14
149/7 149/9 154/23 155/23 159/4 161/5
161/9 161/12 161/13 161/14 164/22
184/12 184/14 191/11 209/10
**Officer Woods** [2]  138/13 143/18
**officer's** [1]  145/14
**officers** [8]  138/18 138/19 142/6 146/9
150/16 161/25 165/21 188/23
**OFFICES** [2]  117/3 117/9
**Official** [2]  116/21 231/16
**often** [1]  130/12
**Oh** [6]  168/16 169/25 170/3 216/17
229/2 229/3
**okay** [49]  121/1 121/5 148/16 153/24
164/13 165/1 168/16 168/16 170/7
170/18 172/7 172/15 173/19 175/11
175/22 177/7 178/11 178/20 178/23
179/2 179/14 179/19 180/6 181/18
181/21 182/3 182/19 187/21 188/23
190/8 191/7 193/9 194/21 199/15 200/2
202/2 205/15 206/17 207/5 209/21
210/8 211/12 221/15 222/1 222/3
222/12 222/23 226/16 230/2
**old** [1]  139/13
**on** [188]
**once** [4]  119/6 141/8 144/5 157/23
**one** [41]  127/25 131/16 140/8 141/24
143/20 145/13 147/2 147/3 147/11
149/24 157/17 162/6 162/7 164/18
176/9 179/8 186/6 187/11 193/25 195/6
197/22 197/23 201/4 210/15 210/17
211/5 211/10 211/17 211/19 212/18
215/19 215/20 216/21 217/1 217/13
218/21 219/2 224/8 224/9 227/13 229/4
**only** [19]  119/18 126/3 126/25 127/2
127/17 127/19 131/20 133/20 135/17
147/15 147/16 147/16 164/14 167/16
167/20 188/14 216/15 217/13 229/14
**onto** [1]  158/23
**oOo** [2]  119/2 230/17
**open** [5]  133/15 142/17 152/6 183/25
214/25
**opening** [19]  118/5 118/6 119/11
126/10 132/14 132/15 132/18 136/14
136/15 136/20 136/22 150/25 151/8
151/16 152/10 182/12 186/6 199/11
205/15
**opinion** [5]  124/9 128/19 128/23
132/11 227/17
**opinions** [3]  124/3 128/17 128/18
**opportunity** [5]  119/11 129/21 144/11
178/17 229/17
**option** [3]  166/24 167/1 167/4
**options** [5]  145/20 149/15 150/1 150/4
167/20
**or** [166]
**order** [7]  129/11 138/23 139/2 155/13
168/24 198/25 222/8
**ordered** [1]  134/19
**organs** [2]  138/7 145/5
**originally** [1]  228/21
**other** [29]  119/6 121/8 126/11 127/3
127/20 128/9 128/20 128/23 129/1
130/3 130/7 130/17 130/22 131/22
133/22 134/7 135/4 135/5 135/7 138/7
145/19 149/25 150/4 150/20 154/25
167/20 171/15 179/16 193/17
**others** [2]  124/12 130/24

**O**

otherwise [2] 125/18 133/25
our [5] 119/23 119/25 136/14 148/9
227/6
out [66] 121/20 121/25 124/12 131/24
140/10 141/5 143/6 143/21 144/23
145/16 147/23 149/19 149/22 149/22
151/18 153/1 153/20 154/18 156/13
158/23 160/3 160/16 160/17 161/9
162/9 164/14 164/21 166/11 168/24
170/20 172/8 172/12 172/20 173/8
174/7 181/14 181/21 181/24 182/3
182/6 184/2 187/15 190/11 192/2 195/3
199/12 202/7 207/7 209/4 209/20
209/23 209/24 210/19 210/23 211/2
211/14 222/8 222/24 223/2 224/22
224/25 225/3 225/6 225/13 227/1 227/1
outcome [1] 129/25
outline [1] 132/16
outside [7] 119/3 133/11 135/22
136/12 202/23 202/25 228/7
over [11] 136/11 143/4 156/4 157/1
157/1 158/25 169/16 194/9 201/20
208/2 219/13
overly [1] 131/21
overpowers [1] 157/17
overreacted [1] 148/5
overreaction [1] 148/3
overrule [1] 129/4
Overruled [5] 146/6 185/6 191/14
203/17 213/21
own [3] 131/20 135/5 224/8

**P**

P-i-c-k-e-t-t [1] 154/5
P-i-g-g-e-t [2] 154/6 154/11
p.m [5] 116/17 119/1 152/15 227/8
230/14
P.O [1] 117/11
pace [1] 230/3
pacing [3] 142/1 154/17 189/15
packets [1] 121/24
page [24] 116/19 118/2 151/20 177/10
177/12 177/20 177/21 177/25 179/14
179/16 179/19 179/19 179/20 180/7
182/22 182/23 182/23 183/1 192/20
193/1 193/19 212/22 218/16 231/7
pain [2] 160/14 160/15
paraphrasing [1] 192/7
Pardon [1] 219/6
parents [1] 138/8
parked [2] 152/21 176/2
parking [3] 153/4 153/8 161/21
parks [1] 153/7
Parkway [1] 117/15
parlance [1] 156/20
parole [3] 141/3 186/12 186/20
part [19] 119/23 129/18 130/24 146/5
151/14 153/18 157/9 162/7 164/21
167/9 183/9 188/23 189/20 192/6 195/5
207/12 207/12 209/12 209/9 228/16
parties [7] 119/10 124/15 125/19
127/8 135/10 136/2 136/5
party [5] 125/11 125/16 125/17 132/16
132/17
party's [1] 135/16
passed [4] 172/11 203/23 204/19

217/10
passenger [1] 139/17
passing [1] 182/6
pat [5] 116/21 160/21 160/22 231/3
231/16
patcuneo1600 [1] 116/24
patrol [9] 139/16 144/15 152/16
152/22 159/22 173/13 173/18 194/25
209/17
Pause [10] 121/6 121/18 122/2 122/14
122/19 177/4 213/3 218/7 218/20
218/22
pay [1] 131/5
PD [1] 165/21
Peace [1] 138/18
penetrate [1] 156/18
penetrated [1] 158/18
penetrating [1] 138/6
pens [2] 221/15 221/18
people [11] 130/12 130/13 134/13
135/10 153/22 184/10 186/8 188/18
188/24 226/23 229/18
pepper [6] 145/19 149/15 150/2 162/1
167/1 172/24
performed [1] 162/3
perhaps [1] 190/19
period [8] 139/22 175/20 176/15
177/17 178/5 180/13 180/20 227/14
permanently [1] 195/19
permission [1] 195/15
permitted [3] 125/7 128/17 129/2
person [17] 134/3 139/6 139/8 142/9
149/10 149/10 149/19 149/23 154/23
155/4 155/13 184/13 184/17 184/21
184/24 185/2 206/24
personal [4] 124/3 157/9 157/11 162/2
personally [1] 127/23
persuaded [1] 125/13
photograph [11] 118/20 118/21
118/22 118/23 118/24 118/25 170/13
171/19 171/25 172/5 220/20
photographs [5] 144/2 160/10 168/8
168/17 171/15
photos [2] 219/23 220/14
phrase [1] 199/18
physical [4] 143/11 143/11 199/19
208/4
pick [2] 208/16 209/7
PICKETT [47] 116/6 116/7 117/8
120/23 120/25 122/10 124/17 124/20
124/20 124/21 125/3 127/14 137/5
137/9 137/24 138/2 138/5 139/12
139/18 139/19 139/25 140/4 140/4
140/7 140/11 140/15 142/22 144/20
144/20 145/21 146/9 148/6 149/2
149/13 150/16 152/22 160/20 166/3
172/13 172/21 173/11 173/19 174/3
174/13 174/16 197/6 215/24 222/13
Pickett's [2] 215/12 215/16
picking [1] 207/25
picture [2] 170/7 221/12
pictures [3] 144/12 171/5 171/6
Pigget [1] 196/5
pistol [1] 158/18
place [8] 135/6 135/8 137/6 155/16
155/17 192/12 217/20 221/18
plaintiff [8] 117/2 117/8 124/19 124/20
132/19 132/21 136/15 147/3

Plaintiff's [2] 179/3 179/9
plaintiffs [9] 116/8 120/9 122/6 124/24
125/4 125/7 136/23 147/4 150/9
PLAINTIFFS' [5] 118/7 118/10 118/18
162/22 162/23
please [24] 119/8 122/1 122/22 124/8
131/12 132/2 133/12 136/13 162/19
162/21 162/24 163/5 163/5 177/1 177/3
177/10 179/10 193/19 218/16 218/19
220/5 227/17 227/20 228/8
plus [1] 149/18
pocket [3] 154/18 190/9 221/16
pockets [2] 154/19 154/19
point [41] 120/2 141/14 141/21 142/21
144/16 144/22 145/24 149/1 155/9
157/15 157/21 158/8 165/4 172/8
181/14 181/22 185/14 190/8 191/18
193/9 196/23 197/1 197/25 198/1 198/2
198/16 198/17 198/22 201/1 202/7
203/4 203/8 204/7 204/12 205/6 207/5
207/11 207/25 208/6 210/17 222/12
pointed [8] 203/14 204/24 216/5 219/5
219/7 223/13 223/16 225/17
pointing [11] 143/7 202/16 202/17
203/13 203/25 204/4 204/20 206/15
222/21 222/22 223/3
points [2] 214/23 214/25
police [24] 138/15 138/20 138/20
139/4 145/19 147/2 147/18 147/19
148/9 150/3 153/18 155/22 156/20
161/5 161/12 161/23 163/20 163/25
164/22 167/16 173/3 184/11 209/10
226/19
portion [1] 123/1
portions [1] 140/19
pose [1] 229/25
position [4] 124/15 149/1 156/7
226/16
possible [4] 135/15 155/18 189/6
211/22
possibly [10] 188/25 191/8 191/12
191/19 191/24 192/4 192/11 192/16
195/5 203/9
POST [8] 138/17 138/18 147/6 157/9
167/15 188/9 188/15 188/17
potential [1] 187/23
potentially [1] 203/5
pounds [2] 139/13 157/16 157/17
practice [5] 138/15 147/2 148/9
185/23 186/10
practices [1] 161/23
prejudice [1] 130/2
prejudices [1] 124/4
preliminary [3] 118/4 123/9 123/12
premises [1] 195/6
preponderance [1] 125/12
presence [5] 119/4 128/10 152/6
155/16 228/7
present [7] 132/1 132/19 132/21
145/13 146/18 165/20 178/15
presented [5] 123/4 125/16 132/23
135/18 136/4
PRESIDING [1] 116/4
press [3] 134/12 166/11 214/1
pressed [10] 216/9 216/14 216/15
216/19 217/6 219/10 223/20 224/9
224/15 226/9
pretty [3] 201/23 201/24 201/25

**P**

**principles [2]** 123/13 147/8
**printed [1]** 121/20
**prior [2]** 163/22 200/13
**probable [14]** 139/3 149/4 150/11
161/8 161/10 161/15 197/24 198/4
198/9 198/14 198/18 198/22 198/25
199/1
**probably [2]** 125/14 179/15
**probation [3]** 141/3 186/12 186/20
**probe [1]** 166/10
**probes [2]** 149/19 206/21
**problem [2]** 131/10 175/3
**problems [1]** 228/25
**proceed [5]** 132/13 136/18 152/8
163/9 213/4
**proceedings [15]** 116/14 118/2 121/6
121/18 122/2 122/14 122/19 136/9
177/4 213/3 218/7 218/20 218/22
230/14 231/6
**process [6]** 135/21 136/1 136/10
153/19 164/8 227/7
**professionals [2]** 160/6 161/22
**programs [1]** 135/7
**promised [1]** 122/25
**proof [3]** 125/11 127/22 127/25
**properly [1]** 134/22
**property [1]** 140/4
**propose [1]** 122/3
**PROPOSED [1]** 119/9
**prospective [1]** 119/3
**protect [1]** 135/16
**proved [3]** 126/2 127/10 128/13
**provide [2]** 123/5 128/10
**provided [2]** 123/6 161/4
**providing [2]** 155/22 161/11
**proximity [2]** 145/10 146/13
**public [1]** 153/19
**pull [4]** 160/2 160/3 202/7 224/21
**pulled [7]** 145/16 173/8 210/23 211/1
211/14 224/25 225/2
**pulling [1]** 210/19
**pulls [3]** 140/6 143/6 156/13
**pulse [1]** 159/5
**punch [5]** 158/15 200/3 200/5 204/15
223/21
**punched [12]** 143/14 143/23 144/5
144/13 157/8 168/2 170/15 205/6 205/8
205/11 210/15 223/24
**punches [11]** 143/24 143/24 144/1
144/17 169/12 170/16 205/22 210/4
210/9 211/9 223/24
**punching [4]** 149/9 157/24 158/5
158/21
**pupils [4]** 189/22 189/25 190/1 190/6
**purpose [9]** 127/1 127/2 127/4 127/17
127/19 127/20 127/20 129/14 132/3
**purposes [1]** 181/18
**pursuant [1]** 231/4
**push [2]** 222/10 227/14
**pushed [3]** 158/18 225/9 226/12
**pushups [1]** 164/25
**put [17]** 121/15 121/21 142/25 149/10
149/23 156/19 156/23 157/2 159/10
181/14 200/19 201/6 201/7 208/16
209/7 210/4 224/13
**puts [1]** 154/19

**putting [3]** 154/17 190/9 208/1

**Q**

**quality [2]** 140/22 145/23
**question [16]** 126/18 128/25 129/4
129/6 129/8 129/9 181/11 186/19
191/17 194/17 196/21 213/7 213/10
213/13 218/13 228/19
**questions [5]** 126/16 131/9 141/2
173/11 210/3
**quick [1]** 158/1
**quicker [1]** 230/3
**quickly [1]** 158/3

**R**

**radio [3]** 224/20 226/19 226/22
**radios [3]** 154/7 158/25 159/5
**rained [1]** 128/8
**raise [1]** 162/24
**raised [1]** 119/17
**ran [4]** 161/20 161/20 161/21 203/24
**Rancho [7]** 137/5 140/4 140/22
152/18 152/20 153/4 153/7 153/13
157/14 182/9 182/16 185/10 191/20
192/4
**range [1]** 221/6
**rather [4]** 140/14 142/9 197/18 208/19
**rdconaway [1]** 117/12
**RE [2]** 118/3 119/9
**reaching [1]** 126/3
**reaction [1]** 218/4
**read [11]** 123/7 124/8 127/9 131/17
133/5 134/23 135/13 212/24 213/2
213/15 218/18
**reading [1]** 213/12
**reads [1]** 122/4
**realizes [1]** 156/17
**really [1]** 156/1
**reason [15]** 128/14 139/24 141/15
142/15 142/18 144/19 147/14 149/24
160/19 175/18 177/21 180/23 180/23
182/23 197/20
**reasonable [21]** 138/12 138/24 139/2
143/1 148/1 148/22 149/25 150/4
155/15 161/2 167/20 174/20 175/4
175/7 175/9 184/7 184/24 184/25 187/5
198/6 203/10
**reasonableness [2]** 130/5 161/24
**reasons [12]** 128/17 128/22 140/8
141/23 143/20 148/20 161/16 175/24
186/6 187/11 193/25 224/10
**recall [31]** 124/6 165/25 168/14 171/10
172/17 176/13 176/21 186/2 191/22
194/13 194/17 194/18 199/17 200/18
200/21 203/22 204/25 211/19 211/20
211/22 212/10 212/15 213/11 215/20
217/15 218/1 219/15 221/2 221/4 224/1
224/6
**receive [1]** 134/21
**received [14]** 124/6 126/25 127/7
128/25 129/5 129/7 133/9 133/20 169/7
169/8 169/9 169/10 220/11 220/12
**recently [6]** 176/3 178/9 178/25
194/14 217/18 223/10
**recess [2]** 130/1 227/6
**recites [1]** 134/5
**recognition [1]** 187/16
**recognize [1]** 181/12

**recognized [2]** 181/9 214/14
**recommended [2]** 206/17 207/20
**record [6]** 129/12 151/13 155/6 163/6
178/21 213/5
**recording [5]** 140/17 145/25 194/14
217/18 223/7
**recovered [1]** 145/8
**RECROSS [2]** 118/11 118/14
**red [1]** 152/21
**REDIRECT [2]** 118/11 118/14
**refer [1]** 123/17
**reference [5]** 135/4 138/17 178/23
204/21 220/1
**referencing [1]** 199/12
**refuse [2]** 195/24 196/10
**regarding [5]** 124/9 151/7 174/3 206/7
228/16
**regardless [1]** 125/16
**regulations [1]** 231/8
**reject [1]** 128/20
**relation [1]** 220/22
**relax [1]** 203/11
**release [1]** 225/5
**relevant [1]** 132/4
**rely [1]** 131/19
**remain [1]** 123/18
**remember [8]** 126/13 130/13 130/14
131/12 136/6 186/25 212/10 213/13
**reorient [1]** 121/24
**repeated [1]** 223/12
**rephrase [2]** 181/11 203/6
**report [4]** 134/20 135/14 163/15
179/16
**reported [1]** 231/6
**reporter [4]** 116/21 148/18 176/8
231/16
**REPORTER'S [1]** 116/14
**reports [1]** 135/2
**represent [1]** 152/12
**request [3]** 132/9 132/10 218/23
**require [1]** 136/10
**required [1]** 132/17
**research [4]** 135/2 135/9 135/22
227/22
**residue [1]** 146/12
**resist [3]** 156/3 157/3 157/5
**resisted [1]** 161/7
**resisting [10]** 157/4 157/4 161/9
161/12 199/7 199/9 199/9 199/10
199/12 199/14
**resists [1]** 155/24
**resort [3]** 147/15 167/16 188/13
**respect [9]** 145/12 147/7 159/11 167/6
175/4 184/5 187/23 205/24 209/13
**respond [3]** 134/19 151/15 153/21
**responding [1]** 159/3
**responds [2]** 146/3 154/3
**response [9]** 141/12 146/7 157/8
177/18 180/7 183/9 196/12 197/7
203/21
**rest [3]** 130/25 150/21 229/13
**restrictions [1]** 136/8
**result [4]** 127/14 136/10 156/9 156/9
**resume [2]** 228/10 230/10
**return [1]** 134/22
**reverence [2]** 167/12 188/13
**reviewed [6]** 121/11 163/15 176/3
178/8 178/25 188/9

**R**

**ride [3]** 152/16 153/2 160/1
**ride-along [3]** 152/16 153/2 160/1
**right [88]** 119/10 120/8 120/12 121/4
 121/7 121/14 122/12 122/15 122/23
 123/8 135/16 136/18 139/8 139/9
 142/19 144/17 149/8 149/10 150/24
 152/5 152/7 160/9 160/13 162/16
 162/20 162/24 163/8 168/23 169/22
 169/24 171/15 175/11 176/25 178/12
 178/21 179/8 179/14 179/17 181/14
 183/12 184/17 184/21 184/23 185/2
 185/17 185/19 187/6 187/12 187/18
 188/2 190/11 192/10 192/25 193/7
 193/11 197/17 197/18 198/18 199/11
 203/12 203/15 205/13 205/14 205/16
 205/18 206/16 206/25 207/13 211/12
 211/14 213/4 214/24 215/21 218/25
 219/24 220/2 220/6 220/9 224/5 227/5
 228/3 228/9 228/10 228/15 228/24
 230/2 230/6 230/10
**right-handed [3]** 205/13 205/14
 211/12
**ripped [1]** 220/25
**rise [4]** 119/5 122/20 228/5 230/12
**ROBERT [2]** 117/9 117/10
**roll [1]** 208/2
**rolled [1]** 202/14
**room [6]** 116/23 123/19 131/13 131/16
 133/1 227/11
**rotate [1]** 222/11
**rotated [1]** 225/10
**round [1]** 214/14
**Route [1]** 152/18
**rules [7]** 126/18 128/24 129/2 132/5
 135/16 136/7 136/7
**ruling [1]** 126/21
**run [7]** 139/9 141/16 153/14 184/21
 184/24 185/2 185/13
**running [11]** 140/14 142/25 164/25
 182/5 182/10 182/17 182/18 185/11
 201/8 201/10 201/14
**runs [4]** 153/2 153/3 153/3 155/25

**S**

**Safari [1]** 221/22
**said [27]** 130/9 130/21 140/16 141/7
 178/21 180/16 180/19 183/20 186/19
 186/22 186/24 186/25 190/8 190/19
 192/7 192/14 194/12 194/20 199/13
 199/14 199/17 205/19 216/4 218/4
 218/15 223/3 227/16
**sales [1]** 152/20
**same [3]** 120/16 130/13 191/3
**SAN [11]** 116/11 120/10 120/18 122/8
 124/18 124/22 125/1 125/5 150/10
 152/13 162/14
**San Bernardino [8]** 120/18 122/8
 124/18 124/22 125/1 125/5 150/10
 162/14
**save [1]** 150/21
**saw [26]** 127/23 144/16 145/14 153/10
 173/19 174/9 174/20 175/11 181/2
 182/5 182/8 182/16 182/18 183/13
 183/16 185/10 189/15 189/25 190/1
 190/2 190/6 193/14 201/16 211/5
 212/17 216/3

**say [46]** 120/3 120/15 120/17 120/24
 124/2 126/23 130/8 133/13 142/4
 143/20 144/9 147/23 164/13 167/16
 171/8 172/11 175/15 180/7 181/7 181/9
 182/15 183/12 184/14 185/22 191/3
 192/24 195/4 195/11 196/21 196/24
 197/9 200/16 200/19 201/22 204/19
 205/8 205/24 208/3 215/15 216/25
 217/10 217/25 218/2 221/5 227/16
 229/3
**saying [25]** 141/9 143/9 154/22 157/1
 157/20 168/2 183/12 191/4 194/17
 203/25 210/9 211/4 211/8 211/25
 212/10 212/17 215/14 216/3 216/17
 216/21 217/1 217/1 217/2 223/24
 229/22
**says [17]** 129/18 139/24 152/4 153/23
 154/12 156/2 156/12 156/14 157/4
 159/2 159/17 160/22 179/25 180/1
 184/12 193/2 193/2
**scared [1]** 203/15
**scenario [1]** 188/14
**scene [2]** 146/8 166/2
**schedule [2]** 227/10 229/25
**scheduling [1]** 229/9
**scooted [2]** 158/23 209/4
**scoots [1]** 159/1
**scope [3]** 127/12 139/1 148/23
**Scott [4]** 147/4 148/9 228/21 229/8
**Scott DeFoe [3]** 147/4 148/9 229/8
**screen [7]** 170/1 171/17 171/22 172/3
 210/6 220/18 221/10
**screens [1]** 169/25
**search [2]** 135/4 154/13
**searching [1]** 135/3
**seat [1]** 139/17
**seated [5]** 119/8 122/22 134/15 163/5
 228/8
**second [40]** 133/19 139/22 142/11
 144/19 145/2 148/25 149/20 158/4
 158/16 158/17 158/19 158/21 175/20
 176/15 177/17 178/5 179/19 179/20
 180/6 180/13 180/20 206/24 212/1
 212/4 212/8 213/7 213/17 216/13
 216/16 216/18 217/11 217/14 217/21
 218/10 219/10 222/16 223/13 223/20
 224/8 226/13
**seconds [21]** 172/14 172/16 172/18
 172/19 182/4 194/19 204/2 204/3 204/3
 209/3 211/5 211/10 212/18 217/12
 217/13 217/16 217/17 217/20 217/23
 217/24 217/25
**Section [1]** 231/4
**see [50]** 121/4 121/14 121/17 127/5
 128/7 129/22 130/13 131/8 137/1
 140/20 144/2 154/24 156/5 158/2
 160/10 160/18 171/7 171/23 173/12
 175/15 177/14 177/18 179/16 180/6
 180/9 182/17 183/14 183/20 185/11
 186/7 186/11 186/14 192/15 192/23
 192/25 193/4 193/5 193/13 201/24
 202/1 202/25 207/8 208/22 208/25
 215/11 219/8 223/24 224/5 227/24
 230/6
**seeing [1]** 145/24
**seek [1]** 138/8
**seeking [1]** 125/7
**seem [1]** 230/8

**seemed [2]** 189/18 201/20
**seen [2]** 145/22 174/16
**sees [2]** 140/4 153/7
**sense [1]** 128/15
**sensitive [1]** 188/24
**sentence [1]** 193/6
**separate [1]** 188/17
**separately [1]** 125/18
**serious [1]** 147/14
**service [2]** 134/18 174/3
**session [2]** 119/7 127/6
**set [2]** 123/21 123/22
**seven [2]** 149/18 206/18
**seven-foot [1]** 206/18
**several [3]** 152/23 153/11 154/11
**shall [2]** 162/25 163/1
**shape [2]** 164/22 165/1
**share [1]** 228/17
**shared [1]** 228/17
**she [1]** 130/9
**Sheriff [1]** 152/13
**sheriff's [5]** 120/10 120/18 122/7
 124/18 124/25
**shock [4]** 159/8 159/22 166/18 206/25
**shoot [23]** 144/24 144/25 144/25
 147/19 157/23 158/4 158/7 158/9
 158/10 158/10 161/18 166/10 216/4
 222/13 222/17 222/20 222/24 223/4
 223/13 225/2 225/20 225/24 226/4
**shooting [12]** 124/16 125/8 144/19
 145/20 148/6 150/12 150/13 150/15
 166/2 209/25 210/1 210/2
**shoots [2]** 158/11 158/16
**short [3]** 145/20 223/23 229/12
**shot [44]** 124/17 137/9 137/17 138/5
 143/20 158/17 158/19 158/21 160/4
 172/13 204/21 209/3 210/19 211/6
 212/1 212/5 212/8 212/14 212/18
 213/7 213/17 214/2 215/16 215/25
 216/8 216/13 216/16 216/18 216/21
 217/11 217/11 217/14 217/14 217/21
 217/22 218/5 218/10 219/10 221/5
 223/19 223/25 224/11 226/14
**shots [17]** 138/6 145/1 145/1 145/2
 145/7 145/11 158/25 163/17 212/11
 213/24 215/6 215/9 217/6 217/7 219/2
 224/7 226/19
**should [19]** 124/10 125/15 125/17
 126/20 128/2 128/19 131/16 131/19
 131/21 132/12 133/16 147/15 148/14
 148/15 188/23 189/6 203/4 203/8
 203/10
**show [8]** 132/17 144/4 151/9 159/2
 167/12 168/16 169/22 171/15
**showing [1]** 187/14
**shows [1]** 215/8
**side [13]** 129/2 132/14 143/4 179/24
 202/13 208/20 208/20 208/25 209/1
 209/4 209/4 211/15 229/25
**sides [1]** 155/14
**sidewalk [2]** 128/7 128/11
**sight [2]** 153/12 182/2
**sightline [1]** 153/2
**signs [4]** 142/6 155/20 187/14 189/2
**simply [2]** 132/15 161/17
**Since [1]** 221/5
**SINCICH [1]** 117/4
**single [1]** 124/12

**S**

**sir [45]** 162/20 165/23 168/6 180/15
182/5 182/15 183/16 184/25 187/15
192/16 195/4 195/10 196/6 197/20
198/13 198/22 201/13 205/1 205/21
205/25 207/18 208/12 208/19 208/22
209/16 211/4 211/22 212/7 212/13
213/16 214/4 214/24 215/5 215/8
215/24 216/3 216/8 216/13 217/5
217/13 218/9 220/14 220/25 224/7
225/2
**sitting [2]** 173/13 208/6
**situation [4]** 142/9 147/17 189/10
207/9
**situations [1]** 142/8
**situps [1]** 164/25
**six [4]** 157/16 164/12 164/15 164/18
**Six-one [1]** 164/18
**skips [1]** 215/10
**slammed [1]** 171/8
**slide [2]** 216/2 216/4
**slow [4]** 140/23 148/18 185/24 186/1
**slowed [1]** 228/16
**slowed-down [1]** 228/16
**slowly [1]** 153/10
**small [3]** 190/20 190/23 191/4
**Snapchat [1]** 134/7
**sneezed [1]** 190/21
**so [118]**
**social [1]** 134/8
**solely [3]** 124/5 127/7 133/8
**solemnly [1]** 162/25
**some [60]** 120/2 121/23 123/1 124/12
126/25 127/16 128/16 130/23 136/25
136/25 137/20 140/23 141/14 141/21
142/21 143/4 144/14 144/16 144/22
145/24 148/13 148/17 149/1 150/18
150/19 153/8 155/9 157/15 157/21
165/4 172/8 179/2 179/9 179/15 181/14
181/21 184/10 185/14 188/9 188/9
188/24 189/9 190/8 190/8 191/18
192/15 192/16 193/9 196/23 202/10
205/6 205/16 206/12 207/11 207/25
208/6 219/23 222/7 227/11 229/18
**somebody [1]** 186/4
**somehow [1]** 208/9
**someone [26]** 138/24 139/2 142/7
147/18 147/24 173/23 175/8 175/23
179/4 180/12 184/7 186/10 189/6
189/21 190/21 195/10 195/15 195/18
198/25 203/4 203/9 203/11 203/13
207/18 207/20 209/11
**someone's [3]** 166/12 214/5 224/14
**something [8]** 130/8 130/9 130/19
189/13 218/2 218/4 222/14 223/3
**sometime [2]** 164/2 168/11
**Sometimes [3]** 129/11 130/8 130/9
**somewhere [2]** 195/11 195/15
**son [2]** 125/8 138/9
**soon [1]** 135/15
**sorry [12]** 120/5 120/15 121/1 137/16
169/1 174/23 175/2 178/10 181/11
193/3 203/6 206/3
**sounds [1]** 229/22
**SP [1]** 116/10
**speak [1]** 140/13
**speaking [1]** 166/17

**specific [3]** 142/6 153/21 218/9
**specifically [7]** 117/14 149/2 199/6
206/1 206/2 206/4 219/25
**speculation [1]** 203/16
**speed [1]** 153/9
**spell [2]** 163/5 197/15
**spelled [2]** 197/17 197/17
**spelling [5]** 154/4 154/4 154/6 154/10
154/14
**spells [1]** 141/14
**spray [6]** 145/19 149/15 150/2 162/1
167/1 172/24
**spread [1]** 206/20
**sprints [1]** 155/25
**stairs [1]** 201/20
**stamp [1]** 216/11
**stamps [1]** 217/7
**stand [4]** 159/7 159/19 162/21 181/16
**standard [1]** 198/6
**standards [4]** 138/18 138/18 147/6
167/15
**standing [2]** 204/10 206/16
**start [4]** 136/11 157/7 193/6 227/25
**started [11]** 138/4 140/25 141/22
142/25 160/16 187/3 187/4 192/24
193/6 193/10 201/8
**starts [4]** 139/12 157/12 162/9 179/15
**state [4]** 125/4 125/9 128/17 163/5
**stated [2]** 125/18 126/14
**statement [41]** 118/5 118/6 132/14
132/15 132/18 136/15 136/16 136/20
137/21 146/16 151/1 151/8 151/10
151/13 152/10 165/4 165/7 165/18
165/20 165/23 178/8 178/10 178/14
178/18 178/23 178/24 179/20 180/4
180/7 180/15 182/12 182/19 182/23
183/10 183/14 183/19 186/6 192/20
199/11 205/15 222/16
**statements [4]** 126/8 126/10 136/22
151/17
**STATES [4]** 116/1 119/6 231/4 231/9
**stayed [1]** 212/1
**stenographically [1]** 231/6
**step [2]** 162/20 228/9
**stepping [1]** 207/6
**steps [5]** 143/3 143/4 156/4 207/6
207/8
**still [10]** 145/25 148/16 182/19 192/20
193/16 212/20 213/8 221/18 223/13
223/16
**stimulant [1]** 141/25
**stimulants [2]** 142/3 187/8
**stipulation [2]** 169/5 220/2
**stitches [2]** 144/7 170/24
**stomach [4]** 208/1 208/2 208/17 209/8
**stop [33]** 138/1 139/25 141/10 144/24
144/24 144/24 156/3 156/13 156/14
157/4 157/4 157/20 157/20 157/23
158/4 158/7 158/9 158/9 158/10 158/21
161/18 175/25 178/6 196/20 199/6
199/9 199/9 199/10 199/12 199/14
222/13 223/4 225/19
**stopped [7]** 137/18 140/2 140/15
158/20 158/22 178/1 180/24
**story [1]** 137/21
**straight [2]** 144/10 171/12
**straighten [1]** 192/2
**street [10]** 116/22 116/22 139/19

152/18 153/3 153/6 159/24 161/20
173/14 173/23
**stricken [3]** 126/22 129/11 129/14
**strike [6]** 149/19 176/14 197/5 215/14
219/17 224/16
**strong [2]** 201/23 201/24
**struck [6]** 143/17 143/19 151/13
205/25 206/2 206/4
**struggle [2]** 144/22 149/13
**stuff [1]** 198/3
**stun [3]** 149/21 166/10 206/12
**subject [2]** 157/11 227/22
**subjective [1]** 147/22
**subjects [1]** 188/4
**submit [4]** 139/10 144/3 146/22 149/4
**submitted [2]** 123/4 227/18
**SUCCESSOR [1]** 116/7
**such [3]** 127/22 128/9 135/2
**suggest [2]** 142/18 144/4
**Suite [2]** 117/5 117/15
**summary [1]** 124/15
**super [1]** 158/1
**support [4]** 146/25 148/5 148/21
158/25
**supposed [2]** 167/12 173/23
**supposedly [1]** 211/17
**sure [16]** 137/13 158/18 170/12 170/14
174/24 174/25 176/22 188/21 203/7
208/9 212/16 216/25 224/21 229/4
229/5 229/21
**surmised [1]** 153/10
**surmises [1]** 155/4
**suspicion [10]** 138/24 148/22 155/15
161/2 174/21 175/5 175/8 184/7 187/5
198/6
**sustain [2]** 129/5 129/8
**sustained [4]** 127/15 145/11 160/7
160/7
**swear [1]** 162/25
**swelling [2]** 160/9 205/19
**sworn [2]** 125/22 162/23
**sympathy [1]** 124/4
**symptoms [4]** 142/7 155/20 187/14
189/3
**system [4]** 141/16 142/3 155/7 187/9

**T**

**Tab [1]** 179/10
**tabs [1]** 179/9
**tactics [1]** 148/13
**take [28]** 129/20 131/11 131/12 131/19
135/19 147/24 149/22 149/22 154/18
155/16 166/11 171/6 172/8 173/15
174/13 175/11 179/24 181/2 181/21
186/3 190/11 202/17 202/25 204/10
207/8 210/25 227/6 227/13
**taken [17]** 123/18 136/6 144/2 145/6
168/8 168/10 170/7 170/13 171/19
171/25 172/5 178/11 178/14 189/6
213/6 220/15 220/22
**takes [3]** 144/23 155/25 217/20
**taking [3]** 131/15 155/16 197/12
**talk [20]** 131/24 138/15 139/5 139/8
140/15 147/5 148/10 153/23 153/23
160/6 160/18 160/20 160/23 161/24
180/24 184/12 185/14 186/8 227/20
227/21
**talked [2]** 146/9 206/10

T

**talking [11]**  179/25 179/25 184/14
187/3 187/4 187/6 189/16 189/25 190/3
191/1 205/2

**tall [1]**  164/17

**tase [10]**  143/8 156/14 156/15 203/20
203/25 204/5 207/11 207/15 207/18
207/20

**taser [32]**  143/6 143/6 143/7 145/19
149/16 149/17 150/2 156/14 156/19
162/1 166/6 166/9 166/14 166/20
166/23 173/1 202/7 202/10 202/16
203/4 203/8 203/13 203/25 204/4
204/20 204/24 206/7 206/8 206/10
206/15 206/23 207/7

**taught [2]**  167/15 189/9

**tears [1]**  221/3

**technically [2]**  184/21 185/1

**technicians [1]**  159/23

**teeth [1]**  170/20

**telephone [1]**  134/4

**tell [22]**  120/5 122/5 133/24 135/19
140/21 142/22 142/23 158/17 159/12
160/24 184/14 197/3 199/4 199/6
199/15 200/13 200/23 201/1 209/24
212/7 218/9 225/8

**telling [9]**  143/8 155/7 176/13 180/23
191/22 192/10 194/6 196/16 219/9

**tells [2]**  144/24 155/9

**ten [23]**  139/21 139/22 172/14 172/18
172/19 175/19 175/20 176/14 176/14
176/15 177/16 177/17 178/5 178/5
180/12 180/13 180/20 180/20 190/4
190/5 204/2 204/3 204/3

**tend [1]**  160/14

**term [1]**  216/11

**tested [2]**  135/20 136/1

**testified [3]**  129/22 130/19 130/23

**testify [8]**  131/2 136/25 144/16 157/10
159/8 159/16 159/25 162/4

**testifying [1]**  129/24

**testimony [41]**  125/22 126/4 126/22
127/22 128/19 128/20 129/16 129/16
129/19 130/4 130/5 130/16 130/17
131/4 131/6 131/7 131/9 135/20 150/21
153/17 157/7 162/25 170/10 170/14
175/18 185/9 190/5 190/6 210/14 211/6
212/16 213/20 215/5 216/17 222/23
223/2 223/19 226/13 226/25 228/3
230/10

**text [1]**  134/4

**than [12]**  119/16 125/14 140/14 142/9
149/15 166/24 167/1 167/4 180/12
197/18 208/19 214/18

**thank [21]**  121/10 136/19 137/15
150/21 150/23 150/24 152/5 152/9
162/15 163/4 163/10 169/6 172/7 175/1
177/5 183/3 183/4 220/8 221/21 228/4
230/1

**that [460]**

**that's [34]**  138/3 148/2 150/5 151/24
152/4 154/12 161/10 167/11 168/3
168/16 171/12 171/14 172/17 176/19
176/21 178/20 179/8 182/22 183/4
183/5 185/19 186/3 186/14 188/20
192/1 195/16 195/17 195/21 208/14
210/12 210/20 211/4 218/13 221/12

**their [10]**  125/8 126/10 126/17 131/4
195/20 198/3 198/4 203/8 203/14
207/19

**them [23]**  121/16 121/20 124/12 126/6
126/7 126/13 126/14 126/14 131/13
139/10 149/19 179/6 179/7 184/12
186/12 189/7 189/12 197/22 197/23
203/14 209/24 220/4 224/16

**themselves [1]**  149/8

**then [43]**  120/13 121/24 121/25
132/19 132/20 135/24 139/1 142/15
143/4 143/6 143/10 145/1 148/9 148/18
154/7 156/2 156/16 158/11 158/22
159/6 160/5 164/2 164/8 171/7 180/18
183/13 184/2 194/19 201/16 202/13
208/9 222/10 222/16 225/24 226/9
226/12 226/19 226/22 227/8 227/14
229/8 230/3 230/6

**there [60]**  121/3 122/5 128/24 133/3
135/1 137/6 137/7 138/17 140/9 140/19
141/22 142/2 142/13 142/15 142/17
144/6 144/6 144/7 144/18 148/22 149/4
149/25 150/3 150/6 150/16 150/18
159/12 164/8 171/5 171/7 176/2 176/8
177/13 179/2 179/3 179/3 179/4 179/14
183/12 188/17 188/18 191/23 191/24
192/11 192/13 192/25 193/7 193/11
193/12 193/22 194/4 195/9 195/19
210/18 210/18 217/13 220/14 221/6
228/10 230/8

**there'll [3]**  146/11 146/25 148/13

**there's [16]**  140/17 143/11 143/15
152/3 153/9 154/9 155/2 155/5 155/6
179/6 179/7 188/1 188/22 217/6 222/10
224/15

**therefore [2]**  127/9 128/12

**these [26]**  121/20 123/12 123/16
123/17 123/20 124/8 125/10 127/9
127/10 130/15 132/3 132/8 135/16
136/7 136/8 136/9 142/1 144/1 144/12
149/14 177/2 191/3 210/4 213/23 215/6
215/9

**they [28]**  124/12 126/9 126/18 130/13
139/3 139/9 141/16 145/5 145/5 145/6
149/1 149/2 149/3 152/17 153/25 157/7
162/7 168/10 184/23 185/3 188/24
195/10 195/11 195/18 195/20 199/1
203/14 220/3

**they'll [1]**  147/5

**they're [8]**  119/18 157/12 157/13
175/24 186/12 195/15 195/19 229/21

**they've [1]**  186/17

**thick [1]**  156/17

**thing [3]**  119/18 229/10 230/4

**things [9]**  126/5 129/22 130/12 130/23
148/14 148/15 153/20 189/9 229/4

**think [54]**  119/18 119/19 121/2 121/15
122/16 128/21 130/22 130/24 131/4
150/3 151/13 154/23 155/9 155/10
158/14 174/10 175/22 177/20 179/2
179/15 180/11 184/25 187/4 187/7
188/8 189/5 190/2 190/19 192/3 192/15
192/24 193/3 193/6 195/10 196/19
197/9 197/24 198/13 199/24 201/13
203/12 203/23 204/23 205/21 210/21
212/10 215/8 218/4 222/12 224/13
227/3 228/13 229/11 230/4

**thinking [3]**  152/25 158/13 193/10

**thinks [1]**  129/2

**third [7]**  142/18 158/7 182/22 197/20
222/16 223/16 226/4

**this [115]**  119/6 122/5 122/16 123/2
123/11 124/16 129/15 133/8 133/9
133/19 134/3 134/9 134/15 134/18
135/6 135/9 135/14 135/17 136/16
138/3 138/5 138/19 139/12 140/19
140/25 144/13 144/14 144/16 144/21
144/22 146/23 148/5 148/16 149/13
149/24 150/22 151/1 152/1 152/8
152/25 153/1 153/10 154/23 154/25
155/4 155/5 155/11 155/14 155/18
156/3 156/13 156/13 156/17 157/6
157/15 158/1 158/7 158/19 159/15
159/23 160/1 160/16 160/17 160/25
161/18 162/12 163/1 163/15 164/13
165/4 165/20 165/24 166/1 166/2
166/15 166/20 167/25 168/8 168/10
170/7 170/10 174/7 181/25 183/9
184/11 187/7 187/21 189/20 191/3
191/7 191/17 196/16 197/25 199/24
203/24 204/4 204/12 210/4 213/5
215/11 220/15 220/17 220/20 220/22
225/6 227/3 227/10 227/16 227/18
227/20 227/21 227/23 228/11 229/1
230/13

**thoracic [3]**  219/5 219/7 219/8

**those [16]**  121/12 123/25 128/18
131/22 142/7 145/7 145/11 161/15
161/15 169/15 175/22 175/24 192/9
192/15 219/24 220/2

**thought [14]**  140/9 141/24 142/12
143/21 147/23 147/24 166/17 183/22
191/10 191/24 192/10 194/1 194/1
207/12

**threaten [4]**  142/8 173/7 189/12
200/11

**threatened [2]**  203/20 204/17

**threatening [3]**  147/17 188/14 204/5

**three [15]**  141/23 146/9 158/9 158/20
164/12 165/12 165/19 179/6 179/7
183/8 218/11 218/12 218/14 218/14
224/2

**through [23]**  116/19 119/25 119/25
135/20 135/23 137/8 138/23 139/7
145/5 147/21 149/6 152/23 153/11
156/6 156/6 164/9 177/14 193/21
194/20 194/25 213/2 218/19 227/14

**throughout [4]**  123/17 133/15 210/10
227/12

**throws [1]**  155/25

**thumb [1]**  225/9

**Thursday [5]**  228/22 229/10 229/14
229/17 229/23

**Thus [1]**  133/24

**tide [1]**  227/12

**till [1]**  227/14

**time [82]**  122/17 131/8 131/23 131/23
136/16 139/14 141/8 145/6 145/16
146/19 148/17 148/17 150/22 151/1
152/8 152/21 158/16 158/19 164/4
164/13 164/19 166/6 166/20 167/25
171/11 172/11 172/11 172/21 173/7
174/22 176/19 180/18 182/6 182/10
182/15 183/9 185/10 186/3 189/24
190/8 196/16 197/6 198/20 199/4 199/6
200/2 200/22 203/23 203/24 204/12

**T**

**time... [32]** 204/19 204/19 204/20
204/21 208/4 209/3 209/16 209/22
210/18 212/4 212/8 213/13 213/17
214/8 215/3 215/16 215/24 216/15
217/10 217/21 218/9 219/10 222/2
222/19 223/13 223/16 223/20 223/23
226/4 227/3 227/14 227/17
**times [31]** 126/11 138/3 139/20 139/22
140/1 141/11 143/14 143/17 143/19
143/23 144/1 144/13 152/24 153/11
154/11 168/3 170/15 175/19 176/15
177/17 177/23 178/5 180/12 180/20
196/19 196/21 196/22 196/23 205/8
205/11 205/13
**timing [1]** 223/6
**Title [1]** 231/4
**today [3]** 167/23 176/9 210/21
**told [36]** 130/23 146/8 148/19 148/20
149/2 155/3 166/2 168/3 171/11 172/15
172/17 176/19 176/21 177/20 177/25
178/2 184/20 187/7 188/8 190/11
193/13 200/18 200/21 205/4 210/21
213/16 213/18 215/11 222/12 222/19
222/23 223/12 224/24 225/19 225/24
226/4
**Tommy [8]** 159/4 159/4 159/8 159/9
159/14 159/18 159/19 160/13
**Tommy Dickey [5]** 159/4 159/8 159/9
159/14 160/13
**tomorrow [5]** 223/9 227/7 227/24
228/10 228/22
**tone [1]** 160/24
**tongue [1]** 154/20
**too [3]** 156/17 156/17 207/12
**took [8]** 124/6 143/3 172/12 172/20
178/12 180/3 222/24 225/13
**tools [1]** 161/25
**tooth [1]** 144/8
**top [8]** 157/17 179/17 180/7 206/16
208/10 208/20 216/2 216/4
**total [2]** 210/12 212/17
**touch [1]** 224/24
**touched [2]** 210/25 211/23
**touching [6]** 135/13 211/10 211/17
213/8 213/17 215/24
**towards [3]** 201/11 202/17 203/8
**trained [7]** 147/13 154/22 160/24
166/23 189/2 207/18 207/22
**training [37]** 138/16 138/19 139/8
142/6 147/21 148/3 149/6 149/25
155/13 155/21 156/16 157/9 161/25
164/8 164/15 167/6 167/9 175/4 175/7
184/6 184/17 185/1 187/22 187/22
188/23 189/5 189/20 195/14 198/11
203/3 203/7 203/12 206/7 209/10
209/13 214/4 214/24
**trajectory [4]** 145/7 162/5 162/8 162/9
**transcript [8]** 116/14 131/7 151/20
151/21 151/25 152/1 231/5 231/7
**transpires [1]** 158/3
**transpiring [1]** 158/1
**treat [2]** 127/9 159/23
**treated [2]** 132/5 160/12
**treating [1]** 160/5
**treats [1]** 227/11
**tremors [1]** 154/21

**trespassed [1]** 161/3
**trespassing [14]** 142/12 142/13
142/16 155/22 161/11 191/17 192/12
193/23 194/1 195/5 195/12 195/14
195/16 195/19
**trial [21]** 116/19 122/18 123/17 123/20
127/7 127/16 131/5 131/7 131/18
133/15 134/13 134/16 135/8 135/21
136/1 136/2 136/5 136/10 140/18
151/18 230/4
**trials [2]** 123/14 132/13
**tried [16]** 144/20 146/10 146/19 160/1
160/2 160/24 161/7 161/16 166/3 201/2
204/13 204/15 208/2 208/16 209/6
210/22
**tries [2]** 154/3 154/10
**trigger [3]** 214/1 224/15 226/9
**tripped [1]** 201/20
**trips [1]** 156/4
**true [24]** 125/4 125/14 130/24 165/23
166/15 167/10 167/13 176/11 182/17
183/16 183/19 184/15 185/1 186/22
188/10 188/25 198/19 204/15 208/19
216/8 216/13 217/5 224/7 231/5
**truth [6]** 130/23 135/20 155/7 163/1
163/2 163/2
**truthful [1]** 176/17
**try [13]** 135/5 142/24 145/16 146/2
154/14 156/19 156/22 172/22 172/24
179/10 206/17 207/25 209/16
**trying [9]** 121/20 122/4 147/19 157/1
160/13 191/5 200/13 203/11 215/23
**Tuesday [2]** 116/17 119/1
**tug [1]** 159/13
**tugged [1]** 159/16
**tugging [1]** 159/11
**turn [17]** 135/14 140/3 153/6 156/23
157/1 157/1 157/2 177/10 177/21
179/19 182/22 193/19 200/18 200/19
200/23 212/22 218/16
**turned [2]** 128/9 143/4
**turned-on [1]** 128/9
**turns [3]** 140/10 153/5 153/5
**twice [3]** 138/6 223/20 223/25
**twitchy [1]** 142/1
**Twitter [1]** 134/7
**two [39]** 130/13 140/16 145/1 145/2
145/15 147/13 149/17 165/16 175/22
175/24 195/5 195/6 204/22 204/23
206/11 211/5 211/10 212/18 215/19
216/21 217/1 217/3 217/4 217/12
217/13 217/15 217/17 217/23 217/25
218/11 218/12 218/14 218/14 224/2
224/7 227/13 228/20 229/4 229/5
**type [6]** 164/24 192/16 202/10 214/10
214/19 214/22

**U**

**U-turn [2]** 140/3 153/6
**unarmed [1]** 137/18 137/18
**under [20]** 125/4 125/9 126/18 127/13
132/5 141/24 149/3 154/23 155/13
155/19 161/3 161/11 176/5 187/12
189/21 197/9 198/20 199/4 200/14
212/7
**underneath [2]** 158/24 209/5
**understand [12]** 123/13 123/14 132/2
132/16 170/14 185/9 187/7 212/16

215/23 216/17 217/1 224/21
**understanding [2]** 206/23 219/3
**understood [1]** 176/5
**uniform [9]** 150/19 150/19 219/23
220/15 220/20 221/1 221/3 221/7
221/12
**uniformed [1]** 184/11
**unit [1]** 173/13
**UNITED [4]** 116/1 119/6 231/4 231/9
**unless [3]** 125/18 133/24 147/20
**unlocked [4]** 140/12 194/22 194/24
195/2
**unreasonable [12]** 119/24 120/14
120/20 122/9 125/2 146/24 148/20
148/22 148/24 149/7 150/11 150/13
**unreasonably [5]** 120/3 120/11 120/19
122/8 125/1
**until [11]** 131/13 133/16 133/24
134/10 135/11 171/4 185/10 193/12
217/21 227/18 227/25
**untrue [1]** 130/16
**untruthfully [2]** 130/19 130/23
**up [39]** 128/6 142/24 142/25 149/11
149/23 155/25 156/11 156/12 158/18
159/1 159/7 159/19 159/19 164/4
173/10 179/2 179/4 183/8 183/24
184/12 185/9 201/6 201/7 204/10
204/12 207/25 208/6 208/6 208/6
208/16 209/7 210/5 214/25 215/24
217/20 217/21 217/23 229/7 229/18
**upper [3]** 219/5 219/7 219/8
**upward [2]** 162/8 162/8
**urge [1]** 131/5
**us [14]** 121/25 180/23 192/10 193/13
204/21 210/21 213/16 213/18 215/11
219/9 222/3 224/2 224/24 225/8
**use [18]** 125/6 135/7 147/9 147/12
149/15 149/16 149/17 149/18 149/21
150/12 152/20 156/19 156/22 157/8
157/10 161/24 167/6 188/6
**used [12]** 120/13 120/19 122/8 125/1
147/15 166/9 166/14 167/10 167/17
171/13 206/11 226/19
**uses [1]** 149/7
**using [4]** 135/3 148/3 167/3 209/14

**V**

**Valley [1]** 117/11
**verbally [3]** 173/7 200/11 204/17
**verdict [8]** 124/10 126/3 132/12 133/2
133/16 134/23 135/24 150/9
**versions [1]** 130/10
**versus [1]** 157/16
**very [5]** 136/7 150/23 151/12 158/3
177/20
**vewing [1]** 117/17
**via [1]** 134/4
**vicariously [1]** 125/5
**video [12]** 140/20 140/21 145/22 156/5
157/1 158/2 208/22 208/25 209/2 215/8
215/10 228/14
**videotaped [1]** 176/11
**view [6]** 135/6 135/8 181/21 181/24
182/3 182/6
**Vince [1]** 152/12
**VINCENT [1]** 117/14
**violates [1]** 136/8
**visible [1]** 171/3

**V**

visit [1] 135/6
visiting [1] 195/16
visually [1] 182/18
voir [3] 118/10 118/14 227/7
VOL [3] 118/11 118/14 118/19

**W**

W-o-o-d-s [1] 163/7
waist [1] 209/7
waiting [2] 132/2 141/17
wake [1] 128/6
walk [5] 139/9 184/18 184/21 184/24
  185/13
walked [3] 160/3 194/25 195/3
walking [11] 138/2 139/13 140/14
  152/23 153/10 173/20 174/9 175/16
  177/15 180/8 181/25
walks [2] 159/22 184/12
wall [2] 159/1 159/7
want [26] 121/16 136/23 141/19 142/8
  160/25 162/16 168/16 173/10 174/25
  178/6 178/23 184/12 185/3 187/21
  194/5 199/24 207/15 210/3 212/16
  216/25 219/25 222/19 224/20 228/17
  229/6 229/16
wanted [7] 158/17 180/24 200/22
  200/23 201/13 205/2 229/13
wants [3] 139/5 142/18 195/18
warned [1] 161/17
warning [3] 158/4 158/7 160/3
warnings [2] 158/9 158/20
warns [1] 157/22
warrants [1] 141/5
was [214]
wasn't [8] 142/13 144/4 184/2 197/7
  203/21 210/18 224/4 229/9
watch [2] 133/5 134/23
watched [1] 208/22
water [1] 128/11
way [14] 120/22 126/14 128/6 132/13
  133/25 134/1 134/17 135/5 145/18
  183/2 200/11 205/2 206/23 224/25
ways [2] 149/18 206/11
we [49] 119/19 119/23 119/25 120/22
  121/3 121/4 121/14 121/15 121/17
  121/23 122/16 122/17 122/25 132/2
  132/7 132/7 136/14 140/23 151/2
  151/10 168/21 169/22 171/16 176/9
  176/22 177/21 179/4 183/6 186/6
  187/18 188/12 192/19 205/15 209/4
  209/24 210/4 219/8 219/22 221/9 223/6
  223/9 227/8 227/13 227/14 227/17
  227/25 228/11 228/11 229/12
we'd [1] 120/3
we'll [10] 121/24 121/25 150/21
  196/13 227/24 228/2 228/3 228/10
  230/9 230/9
we're [8] 121/3 121/23 227/5 228/13
  228/25 229/6 229/11 230/3
we've [1] 206/10
weapon [5] 159/11 159/13 159/16
  167/3 189/12
weapons [4] 157/9 157/11 162/2
  210/22
wearing [2] 167/23 167/25
website [1] 134/5

week [2] 146/17 165/14
weeks [1] 230/4
weeks [2] 165/16 165/19
weighed [1] 164/19
weight [6] 128/3 128/5 128/21 131/1
  131/4 201/25
well [21] 140/20 148/17 166/1 171/5
  175/11 176/22 184/25 187/15 192/1
  196/6 198/2 198/6 203/23 207/22
  209/23 210/18 213/16 215/11 219/8
  224/2 224/5
went [9] 145/5 181/21 181/24 182/6
  183/24 194/19 194/20 199/22 199/25
were [53] 141/22 145/8 145/11 149/1
  149/3 150/4 152/17 161/16 166/9
  167/15 167/25 168/2 168/8 168/10
  170/15 176/5 189/16 189/24 190/2
  192/11 199/25 201/1 203/22 205/1
  205/25 206/15 207/18 207/22 208/20
  209/4 209/24 210/14 213/23 215/5
  215/9 215/12 216/4 219/17 220/14
  220/25 221/5 221/18 222/17 222/20
  222/24 225/2 225/11 225/15 225/22
  226/2 226/23 227/1 230/14
WESTERN [1] 116/3
wet [1] 128/7
what [97] 119/17 120/5 121/17 124/10
  125/20 126/6 126/9 127/23 128/24
  129/9 130/10 130/13 131/3 132/7
  132/12 132/16 133/16 136/24 136/24
  138/10 138/19 138/22 140/16 141/9
  143/9 144/9 145/5 147/6 148/1 148/2
  148/7 150/5 151/8 152/3 154/16 154/24
  156/3 157/8 159/12 159/14 160/16
  161/1 164/4 164/24 168/3 169/12
  172/17 175/7 175/7 176/19 176/21
  178/2 181/16 186/2 186/14 186/24
  188/21 192/1 194/13 194/24 196/16
  196/20 198/1 198/3 198/13 199/15
  200/18 200/22 201/20 202/7 203/21
  203/22 204/25 205/10 205/18 207/22
  209/2 211/4 211/8 213/18 214/10
  214/12 214/19 214/22 215/23 217/1
  217/2 217/15 218/15 219/15 219/24
  222/8 222/19 224/3 225/8 229/20
  229/22
what's [9] 138/17 153/20 154/1 154/1
  156/20 186/7 186/11 186/14 206/17
whatever [3] 141/15 182/23 223/6
when [90] 120/2 123/19 125/11 126/18
  127/1 127/5 127/17 128/25 129/13
  131/15 131/25 139/4 145/11 149/12
  149/15 149/16 150/2 153/1 153/5
  154/16 160/2 160/13 161/6 161/20
  161/20 163/20 163/25 165/18 166/10
  166/11 167/20 173/12 173/19 174/9
  174/20 175/11 177/12 178/11 178/14
  178/20 179/24 179/25 180/8 181/2
  181/24 182/2 182/8 183/13 184/8
  185/23 186/10 187/3 187/4 187/6
  188/12 189/15 192/13 194/3 194/18
  194/25 195/3 195/8 199/15 201/10
  201/13 202/25 203/20 205/1 205/25
  206/2 206/4 206/5 206/15 207/6 209/6
  211/14 213/7 213/23 215/6 215/9 216/8
  216/13 216/18 216/25 217/20 218/10
  220/22 221/5 223/3 223/12
Whenever [1] 129/8

where [28] 139/14 140/4 142/8 145/5
  149/19 151/24 152/4 153/9 154/2
  159/23 173/12 177/14 181/24 182/8
  192/7 192/23 194/6 198/2 206/14
  209/24 213/23 215/25 219/3 219/13
  219/14 222/20 226/23
whether [16] 120/2 124/2 130/3
  131/19 138/11 139/23 143/23 144/12
  146/20 147/9 148/19 150/3 159/15
  195/8 203/3 203/7
which [22] 125/16 125/24 128/1
  129/16 129/16 137/7 149/21 151/21
  151/25 152/18 160/9 160/9 178/10
  179/19 182/22 192/20 207/2 211/17
  211/19 211/20 211/22 230/4
while [11] 120/10 120/17 122/6 124/24
  129/24 132/2 175/23 176/1 210/15
  211/9 226/25
white [1] 154/20
who [14] 124/17 131/2 136/8 139/16
  145/13 159/19 160/6 160/11 162/3
  165/20 180/3 187/23 203/9 203/11
who's [2] 173/17 189/21
whole [1] 163/2
why [8] 139/25 141/23 152/25 160/17
  161/16 176/22 193/25 196/19
will [76] 123/4 123/7 123/20 123/21
  123/22 123/25 124/14 126/6 127/8
  130/10 131/6 131/17 131/17 132/7
  132/17 132/19 132/23 132/25 133/1
  133/9 133/13 134/21 135/1 136/4
  136/10 137/1 137/8 137/23 138/15
  138/17 139/7 142/2 142/4 142/12
  142/14 142/16 143/13 143/18 144/2
  144/4 144/9 144/15 145/15 145/18
  146/5 146/8 146/23 148/5 148/21 149/1
  149/14 150/6 150/18 151/9 157/7 157/8
  157/10 158/2 158/2 158/17 159/8
  159/12 159/16 159/25 160/6 161/24
  162/4 169/4 206/24 207/2 220/9 227/8
  227/13 227/16 228/2 230/6
wish [3] 131/11 136/15 150/25
withdraw [1] 218/23
within [5] 127/11 145/8 159/3 177/17
  204/3
without [3] 137/18 139/5 150/11
witness [25] 118/11 118/14 125/22
  127/23 127/23 129/18 129/20 129/21
  130/8 130/18 130/21 130/22 138/14
  162/17 162/23 176/24 177/11 179/11
  179/21 193/20 212/23 218/17 228/2
  228/19 230/9
witness's [7] 128/22 129/23 129/24
  129/25 130/2 130/4 130/5
witnesses [13] 118/9 118/13 126/9
  128/16 130/10 131/2 131/3 135/11
  135/19 136/25 229/14 229/21 229/24
wobbly [1] 159/20
Wonder [1] 160/17
wondering [1] 207/22
Woodland [1] 117/6
WOODS [44] 118/12 118/15 120/9
  122/6 124/18 124/23 124/24 127/11
  127/13 137/17 137/20 137/23 138/1
  138/13 139/15 139/18 139/21 139/24
  140/1 140/3 140/6 140/7 140/13 143/6
  143/18 144/17 146/1 146/3 146/8
  146/16 146/24 148/8 149/13 150/9

**W**

**WOODS... [10]**  150/15 152/14 160/21
162/13 162/19 162/23 163/7 179/25
229/8 230/9
**Woods' [2]**  125/6 146/7
**words [13]**  133/13 143/10 146/2
171/12 187/1 192/8 192/9 199/17
203/21 203/22 222/13 225/19 225/25
**work [3]**  122/4 164/2 164/21
**worked [2]**  163/22 164/4
**working [6]**  120/10 120/17 122/7
124/25 132/3 170/4
**workouts [1]**  164/24
**works [1]**  206/23
**would [72]**  120/15 120/17 120/22
120/24 122/17 139/10 140/2 144/3
145/6 146/12 146/22 146/24 148/2
149/4 151/12 162/18 162/18 162/20
164/13 164/21 164/24 165/1 166/1
166/4 172/11 174/13 175/11 175/15
178/1 179/7 180/15 180/21 181/9 182/5
182/15 182/22 184/5 184/8 185/22
189/22 189/24 190/15 193/10 193/21
193/22 195/4 196/21 199/13 199/19
201/18 201/22 201/23 204/12 204/17
204/19 205/8 205/10 205/24 206/14
208/3 208/12 208/15 209/6 211/1
215/15 215/25 217/10 219/3 219/13
220/4 224/3 224/16
**wounds [1]**  127/15
**wrestle [1]**  209/11
**wrestling [1]**  157/14
**writing [1]**  134/4
**wrong [8]**  141/10 141/11 141/11
141/20 155/10 196/17 196/20 197/7
**wrongly [1]**  228/18
**www.patcuneo.com [1]**  116/25

**Y**

**yahoo.com [1]**  117/7
**yards [2]**  153/8 153/12
**Yeah [2]**  169/3 193/2
**year [1]**  163/21
**years [1]**  139/12
**yelled [3]**  209/20 209/23 209/24
**yelling [1]**  199/12
**yes [307]**
**yet [2]**  155/2 171/23
**you [790]**
**you'll [27]**  123/16 124/6 138/14 139/22
140/16 142/19 143/9 144/23 147/21
149/6 149/17 153/16 155/8 155/14
156/5 156/25 158/24 159/14 159/17
160/5 160/10 160/11 160/15 161/23
162/3 162/13 227/14
**you're [67]**  120/5 138/10 138/13
138/21 138/22 140/17 140/20 143/15
143/22 144/11 144/21 145/4 145/9
145/12 146/15 146/20 147/1 147/6
147/8 148/2 149/12 150/6 155/10
155/10 156/3 157/10 167/12 167/23
168/2 173/15 173/22 177/12 179/24
180/23 183/8 183/12 184/8 185/22
187/11 189/2 191/1 191/4 193/25 197/9
198/2 202/16 203/11 203/13 203/20
203/25 204/4 204/10 204/20 207/15
208/9 210/9 211/4 211/12 212/17
215/14 215/23 216/17 216/21 217/1
219/3 225/12 226/4
**you've [7]**  177/23 186/3 193/13 207/7
208/22 210/21 229/19
**young [1]**  181/10
**your [281]**
**yours [1]**  119/25
**yourself [3]**  131/13 165/1 187/15
**YouTube [1]**  134/6

**Z**

**zoom [1]**  140/23