1              UNITED STATES DISTRICT COURT

2        CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3        HONORABLE ANDRÉ BIROTTE JR., U.S. DISTRICT JUDGE

4

5    DOMINIC ARCHIBALD AND              )
     NATHANAEL PICKETT,I, AS            )
6    INDIVIDUALS AND AS SUCCESSOR       )
     IN INTEREST TO NATHANAEL H.        )
7    PICKETT, II, DECEASED,             )
                                        )
8                   PLAINTIFFS,         )
                                        )
9          vs.                          ) No. CV 16-1128-AB
                                        )
10   COUNTY OF SAN BERNARDINO, ET       )
     AL.,                               )
11                                      )
                    DEFENDANTS.         )
12   _____)

13

14

15            REPORTER'S TRANSCRIPT OF PROCEEDINGS

16                TUESDAY, MARCH 13, 2018

17                     1:42 P.M.

18                LOS ANGELES, CALIFORNIA

19

20   Day 5 of Jury Trial, Page 941 through 1054, inclusive

21

22   _____

23           **CHIA MEI JUI, CSR 3287, CCRR, FCRR**
             FEDERAL OFFICIAL COURT REPORTER
24           350 WEST FIRST STREET, ROOM 4311
             LOS ANGELES, CALIFORNIA 90012
25               cmjui.csr@gmail.com

```
 1   APPEARANCES OF COUNSEL:

 2   FOR THE PLAINTIFF DOMINIC ARCHIBALD:

 3           LAW OFFICES OF DALE K. GALIPO
             BY:   DALE K. GALIPO, ATTORNEY AT LAW
 4                 HANG DIEU LE, ATTORNEY AT LAW
                   MARCEL SINCICH, ATTORNEY AT LAW
 5           21800 BURBANK BOULEVARD, SUITE 310
             WOODLAND HILLS, CALIFORNIA 91367
 6           (818) 347-3333

 7

     FOR THE PLAINTIFF NATHANAEL PICKETT, I:
 8
             LAW OFFICES OF ROBERT D. CONAWAY
 9           BY:  ROBERT D. CONAWAY, ATTORNEY AT LAW
             P.O. BOX 2655
10           APPLE VALLEY, CALIFORNIA 92307
             (760) 503-9010
11

12   FOR THE DEFENDANTS:

13           ALVAREZ-GLASMAN & COLVIN
             BY:  VINCENT C. EWING, ATTORNEY AT LAW
14           13181 CROSSROADS PARKWAY NORTH, SUITE 400
             CITY OF INDUSTRY, CALIFORNIA 91746
15           (562) 699-5500

16

17

18

19

20

21

22

23

24

25
```

I N D E X

MARCH 13th, 2018


PLAINTIFFS'
WITNESSES                                                  PAGE

NATHANIEL HARRIS PICKETT, II
     DIRECT EXAMINATION BY MR. CONAWAY                      987
     CROSS-EXAMINATION BY MR. EWING                        1007

DOMINIC ARCHIBALD
     DIRECT EXAMINATION BY MR. GALIPO                      1029

```
 1            LOS ANGELES, CALIFORNIA; TUESDAY, MARCH 13, 2018

 2                          1:42 P.M.

 3                            -  -  -

 4       (The following was heard in open court outside the

 5        presence of the jury:)

 6            THE COURT:  All right.  Hopefully everyone had a

 7   good lunch.

 8            In the meantime, we did receive a note from the

 9   jurors that I believe the parties have a copy of the note?

10            All right.  So, and I am going to have my

11   courtroom clerk pass you what I propose to be the response.

12   Please take a moment to look at it, and we'll discuss.

13            Have the parties had a chance to review the

14   proposed response?  Mr. Galipo.

15            MR. GALIPO:  Yes, I have, Your Honor.

16            THE COURT:  Mr. Ewing.

17            MR. EWING:  Yes, Your Honor.

18            THE COURT:  Mr. Conaway.

19            MR. CONAWAY:  Yes, Your Honor.

20            THE COURT:  All right.  So what thoughts, if any,

21   do you have -- before I do that, let me just explain to you,

22   at least, my thought process.  I mean there is a Jury

23   Instruction 2.5 that is used when transcripts are introduced

24   during a trial.  I don't believe that we read that

25   instruction at the time we played the transcript.
```

```
 1            But I think the instruction nevertheless is
 2   informative and consistent with the law.  I don't believe
 3   that the transcripts are entered into evidence.
 4            But that's my thought process.  So I basically
 5   paraphrased or took the -- took a big portion of 2.5 to
 6   respond to the jurors.
 7            So with that, Mr. Galipo.
 8            MR. GALIPO:  Well, my recollection is that, when
 9   the audio was played during the trial, we passed out a
10   transcript to each of them.  And I can't recall at that time
11   if the Court explained to them what's on the audio is the
12   evidence, not the transcript.  I think you did, but I can't
13   remember.
14            THE COURT:  And my memory is equally as fuzzy on
15   this.  And I can't remember.  Quite frankly, I was thinking
16   in the last trial we had, was there an issue with this?  In
17   my mind I thought I read something.
18            But I don't think I read into the record what the
19   note says.  We received the note at 1:01 P.M.  The note read
20   as follows, "The jury requests the following:"  And then it
21   reads, "Written transcript of Officer Woods's belt
22   recording."
23            So, Mr. Galipo, please continue.
24            MR. GALIPO:  Right.  So I would say that the two
25   possibilities that I am thinking of, one possibility is we
```

 1    give them a transcript but we explain that we're giving them
 2    a transcript only to aid them.  What's actual evidence is
 3    what they hear on the audio.  If what they hear on the audio
 4    is different from the transcript, it's that what controls.
 5            The other possibility is what you are proposing.
 6    I think either one is appropriate.  So those are my only
 7    comments.
 8            THE COURT:  Mr. Conaway.
 9            MR. CONAWAY:  I suppose the element of hearsay
10    comes into it also, who prepared the transcript.
11            THE COURT:  Right.
12            MR. CONAWAY:  I mean, in the -- that person hasn't
13    testified.  So I think the Court did hand them out to assist
14    them and a lot of them participated throughout testimony in
15    picking it up and reviewing it again.
16            So, I guess the bottom line is assist the trier of
17    fact.  And if there is not a specific objection to it being
18    different or misleading, then I don't see a problem with
19    them being able to look at it with that caveat that it is
20    not the admitted evidence.
21            THE COURT:  Okay.  Let me hear from Mr. Ewing.
22            MR. EWING:  Thank you, Your Honor.  My memory is
23    not clear on whether you read to the jury 2.5 and whether
24    you instructed them on the transcript.
25            My memory is very clear that I objected to the

```
 1    transcript, that I objected that it was misleading and was

 2    not accurate, an accurate characterization of the audio, and

 3    my position is that the audio is the best evidence.

 4         I agree with the Court's recommended approach on

 5    this matter although I am also not opposed to you reading to

 6    the jury in its entirety 2.5 jury instruction.

 7         THE COURT:  All right.  Well, let me, just for the

 8    record, I am going to read Jury Instruction 2.5.  That says

 9    (reading):

10              You watched a recording that was

11              received in evidence.  Each of you were given

12              a transcript of the recording to help you

13              identify speakers and as a guide to help you

14              listen to the recording.  However, the

15              recording is the evidence, not the transcript.

16         I'm sorry.  Let me pull up -- I was reading by

17    note instead of the actual instruction.  I want to pull the

18    actual instruction.

19         So the actual instruction reads along the lines of

20    (reading):

21              You are -- or you have heard a

22              recording that was received in evidence.  Each

23              of you was given a transcript of the recording

24              to help you identify speakers and as a guide

25              to help you listen to the recording.  However,
```

1           bear in mind that the recording is the

2           evidence, not the transcript.  If you heard

3           something different from what appeared in the

4           transcript, what you heard is controlling.

5           After the recording has been played, the

6           transcript will be taken from you.

7           Now, I don't know if reading 2.5 would be

8      appropriate in light of the circumstances now that the jury

9      is deliberating.  That's why I took the language from it to

10     come up with the proposed response.

11          I don't recall, Mr. Ewing, if you objected or not.

12     In some respects it doesn't matter, but I do know the

13     transcript is not evidence, and I think we all agree on

14     that; the recording is.

15          And so my inclination is -- and, again, I will

16     allow the parties to be heard again -- is to provide them --

17     there is one of two options:  Provide them with this

18     response or bring them out and basically tell them the same

19     thing.

20          I don't think one is necessarily better than the

21     other, but I just throw that out there.

22          So, Mr. Ewing, anything you wish to add?

23          MR. EWING:  The defense would ask that the Court

24     read the jury instruction in its entirety to the jury.

25          THE COURT:  2.5.

```
 1              MR. EWING:  Yes.

 2              THE COURT:  And how you would phrase that?  Would

 3   you modify the language that talks about after the recording

 4   has been played the transcript will be taken from you?

 5   Because they don't have the transcript now.  What I have

 6   given you is my modification of 2.5.

 7              MR. EWING:  Right.  The part of 2.5 that -- or how

 8   would I modify that?  Would be to include the last sentence

 9   of your modification.  "However, the recording is the

10   evidence, not the transcript.  Accordingly, a transcript

11   cannot be provided for you."

12              However, in the Court's modified response to the

13   jury, there is a portion of the jury instruction that the

14   defense feels is critical -- and, that is, what they heard

15   or misheard or what they thought someone, said that's

16   missing from the Court's response to the jury, and that's

17   why the defense has asked that the Court read the entire

18   jury instruction.

19              THE COURT:  And so then how would you propose me

20   to read that because the part of 2.5 that I think you are

21   focused on is, "if you heard or hear something different

22   than what appears or appeared in the transcript, what you

23   heard is controlling."  The challenge I see with that is

24   that they don't have the transcript and so reading this it

25   seems a little misplaced.
```

```
 1              MR. EWING:  Sure.  I would offer that a change in
 2    tense would correct the concern about that sentence being
 3    misplaced.
 4              THE COURT:  How so if I read it -- if I am going
 5    to change the tense, it would read as follows:  "If you
 6    heard something different from what appeared in the
 7    transcript, what you heard is controlling."  They don't have
 8    the transcript.
 9              MR. EWING:  But they did have the transcript.  So
10    that speaks to post facto, that speaks to what they were
11    experiencing with the transcript in their hand.
12              THE COURT:  Okay.  So you would add that language
13    before the last sentence.
14              MR. EWING:  Yes.
15              THE COURT:  I'm sorry.
16              MR. EWING:  Before the second-to-the-last
17    sentence.
18              THE COURT:  Actually, it would be before the last
19    sentence because at least according -- the way 2.5 reads, it
20    says, "However, bear in mind that the recording is the
21    evidence, not the transcript."  And then it follows, "If you
22    heard something different from the transcript, what you
23    heard is controlling."
24              MR. EWING:  Yes.
25              THE COURT:  Okay.  Mr. Galipo, any thoughts on
```

```
1    that proposal?  I am -- I mean, I will just be clear.  I'm
2    not going to give them the transcript.  It's not evidence.
3          MR. GALIPO:  I understand.  I am objecting to the
4    proposal because, at this point we are in deliberations.
5    They have a specific question.  The Court has given them a
6    specific answer.
7          They're not asking for another jury instruction.
8    This in-- we talked about the instructions.  Each side had a
9    chance to proffer whatever instructions they thought were
10   needed.
11         So, at least, in my mind I think it's
12   inappropriate to read a jury instruction to them at this
13   point.  I think, if the Court is of the mind frame that it's
14   not going to give them the transcript, I think the Court's
15   response is appropriate.
16         The only thing that I would suggest -- the initial
17   response.  You said, "You watched a recording --" I don't
18   know if it's more appropriate that they listened to it or
19   how you want to phrase that part.
20         And then maybe the last sentence will say,
21   "Accordingly, a transcript cannot be provided for you at
22   this time" or something because they might be thinking what
23   do you mean?  We got the transcript during the trial.
24         So I think what the Court is saying, since the
25   transcript was not evidence, it can't be provided for you at
```

```
1    this time because you only have to review the evidence.
2              THE COURT:  Right.  But I guess my worry is, if I
3    were to write specifically as it relates to the last
4    sentence, if I were to say, "provided for you at this time,"
5    I worry that the jurors might say maybe tomorrow or the --
6              MR. GALIPO:  Okay.  I am with you.
7              THE COURT:  If you could tell me why, what
8    prejudice or what concerns do you have if I added the
9    sentence that says, "If you heard something different than
10   what appeared in the transcript, what you heard is
11   controlling," particularly in light of the fact that all
12   they have is in the jury room what they heard?
13             MR. GALIPO:  I don't think it's particularly
14   prejudicial, and I think it's a correct statement of the
15   law.  The concern is I think it would be appropriate if they
16   had the transcript, to give them that.  They don't have the
17   transcript at this point.
18             THE COURT:  Right.  But I guess I come back to
19   what the law is, and it's clear that what they heard or hear
20   is what controls, not the transcript.
21             MR. GALIPO:  I agree.
22             THE COURT:  So if I say -- if -- if I instruct
23   them consistent with the law, "If you heard something
24   different than what appeared in the transcript, what you
25   heard is controlling."  I'm not sure I see -- I don't think
```

```
 1    it is unduly or unfairly prejudicial to the defense to read
 2    that which is contained in the instruction.
 3            MR. GALIPO:  I understand what you are saying, and
 4    I don't think it's a misstatement of the law.  It's just a
 5    little strange, I guess, the timing of this and then not
 6    having the transcript at this time.
 7            THE COURT:  I understand that.  I understand that
 8    point, but I think that's the right call.
 9            Mr. Conaway, do you wish to be heard?
10            MR. CONAWAY:  The only thing that keeps coming
11    back to my mind is, because I am closest to them, is every
12    time the transcript came up, the belt drive, they were -- at
13    least three to four of them were rifling through it and
14    looking at it.
15            THE COURT:  In fairness, that happens in all
16    trials when there is a transcript.  They're entitled during
17    the trial to use the transcript.  But when it goes into
18    evidence, the transcripts never go back whether it's a civil
19    or criminal case.
20            MR. CONAWAY:  I understand that.  And that's the
21    only thing that I am in my mind focusing on.  I am sure they
22    have notes regarding what they perceived to be what they
23    heard, but then that's what's controlling is what they
24    heard.
25            THE COURT:  What I am going to do is I am going to
```

```
 1   add the sentence consistent with 2.5.  I will make changes
 2   to this note and provide them to you one more time with the
 3   noted objections, and then we will give them to the jurors.
 4          So we'll work on that.  Why don't -- we'll work on
 5   that.  My court clerk will work on that while we deal with
 6   the other issues that we said we were going to discuss this
 7   afternoon which include the dueling Rule 50(a) motions.
 8          With that, Mr. Ewing, given the fact that you took
 9   the time to write a motion, I will allow you to be heard
10   first.
11          MR. EWING:  Thank you, Your Honor.  The plaintiffs
12   and the Court have received the defense's Rule 50(a) motion.
13   The defense is going to submit on the papers.  However, I
14   did want to bring to the Court's attention that the motion
15   is based on Rule 50(a), and also it contains a qualified
16   immunity motion as well, and, again, the defense submits on
17   its papers.
18          THE COURT:  Just to be clear, you have not raised
19   a qualified immunity issue up until this point, up until the
20   trial; correct?  I can't remember.  Was there summary
21   judgment motion filed in this case?
22          MR. EWING:  That's correct.  We raised it at that
23   stage.
24          THE COURT:  At that stage.  Thank you.
25          Mr. Galipo, do you wish to respond to the
```

```
 1   Rule 50(a) motion?
 2          MR. GALIPO:  Briefly.  I think the -- was it filed
 3   last night or this morning?
 4          THE COURT:  I think it was last night.
 5          MR. GALIPO:  Okay.  So in short, I do think what
 6   happened in this case, Your Honor, is there was motions for
 7   summary judgment brought by each side.  There were cross
 8   motions --
 9          THE COURT:  I remember this now.
10          MR. GALIPO:  -- on the different issues.
11          THE COURT:  Which is unique in these type of
12   cases.
13          MR. GALIPO:  Correct.  Yes.  And I think the
14   Court, after giving it careful consideration at that time,
15   decided to deny both motions.  We just want to preserve our
16   rights, as I know the defense is doing, under Rule 50(a)
17   that we think, based on the evidence as a matter of law that
18   there was an unreasonable detention, an arrest without
19   probable cause, excessive force, denial of medical care, a
20   violation of the Bane Act, and negligence and so -- for all
21   the reasons I said in my closing argument probably and all
22   the other reasons that the law that pertains to this case.
23          And I understand that the Court is of the mind
24   frame or was then and most likely is now that this is one of
25   those cases that the Court feels the jury is going to have
```

```
 1   to work through and decide.  But I just wanted to put that
 2   on the record to preserve my client's rights, and it's being
 3   brought on behalf of both plaintiffs.
 4             THE COURT:  Thank you.
 5             Mr. Conaway, anything you wish to add?
 6             MR. CONAWAY:  Nothing further.  Thank you.
 7             THE COURT:  All right.  Look.  I have reviewed the
 8   written motions, heard the oral motions.  Again, this is --
 9   I don't think much has changed between the summary judgment
10   and the trial.
11             I think -- forgive me when I -- forgive me,
12   Mr. Ewing, for asking whether qualified immunity was raised.
13   I -- if my memory is correct, you did not argue the summary
14   judgment motion.  So that's where my mind was playing tricks
15   on me.
16             MR. EWING:  That's correct.
17             THE COURT:  I made some comments about my thoughts
18   about the case at that time, and I think I made it clear --
19   look.  This case needs to be decided by a jury.  There are a
20   number of issues on both sides that I don't think would
21   mandate a ruling as a matter of law for either party.  And
22   so, respectfully, both of the motions are denied.
23             We'll await the jury's verdict.  We're working on
24   the note as we speak.  I may just stay on the bench to see
25   if we can get a printed copy to give to you all, and, if so,
```

1    we can provide the response to the jurors, and then you all

2    will just wait until we hear anything from the verdict.

3                Let me just check with our court clerk.

4         (The Court and clerk confer off the record.)

5                THE COURT:  Just a minute or so if you will

6    indulge us, please.

7                MR. GALIPO:  I think there is one small typo.

8                THE COURT:  All right.

9                MR. GALIPO:  I think the second last line, "If you

10   heard something different from what appeared," I think the

11   "T" should be an "R."

12               THE COURT:  Okay.  Our resident spell-checker.

13   Thank you.

14               I don't think I see any other issues.

15               Mr. Conaway, any other issues that you identified

16   in this response that we haven't already discussed?

17               MR. CONAWAY:  I believe this is inclusive.

18               THE COURT:  Mr. Ewing?

19               MR. EWING:  No.

20               THE COURT:  So I am going to change the typo.  I

21   will print out a final version, and then we will provide

22   that response to the jurors.  All right?

23               MR. GALIPO:  Yes.

24               THE COURT:  All right.  So I will step down from

25   the bench.  I will ask that the parties remain in the

1    building to see if we hear anything.

2          Just Mr. Galipo knows -- Mr. Ewing doesn't -- if

3    the jurors ask to stay later, I tend to allow them to do so.

4    I can't remember if it was the last trial or another trial

5    they've stayed as late as 7:00, 7:30, 8:00 o'clock.  If it

6    facilitates their deliberations, I tend to allow that.  So

7    just keep that in mind.  All right?

8          THE CLERK:  All rise.  This Court is in recess.

9       (Recess taken 2:04 P.M. to 2:50 P.M.)

10         THE COURT:  All right.  We've received a note at

11   2:21 P.M., indicating that the jury has reached a unanimous

12   verdict.  So at this time why don't we bring the jury in,

13   please.

14      (The following was heard in open court in the presence

15       of the jury:)

16         THE COURT:  All right.  Good afternoon, ladies and

17   gentlemen.

18         We've received a note from the jury indicating

19   that you reached a unanimous verdict; is that correct,

20   Mr. Miller?

21         JUROR:  That's correct.

22         THE COURT:  So if you would hand the verdict form

23   to our courtroom clerk, I will review it and then have her

24   read the verdict.  Thank you.

25         THE CLERK:  (Reading:)

```
 1              United States District Court,
 2         Central District of California.
 3              Dominic Archibald, et al.,
 4         plaintiffs, versus County of San Bernardino,
 5         et al., defendants.
 6              Case number CV16-01128-AB(SPx),
 7         special verdict form.
 8              We, the jury in the above-entitled
 9         action, unanimously find as follows on the
10         question submitted to us:
11              Question 1:  Did Deputy Woods
12         unreasonably detain or arrest
13         Nathanael Pickett, II?  Yes.
14              Question Number 2:  Was the
15         unreasonable detention or arrest a cause of
16         Nathanael Pickett, II's injury, damage, harm,
17         or death?  Yes.
18              Question Number 3:  Did Deputy Woods
19         use excessive or unreasonable force against
20         Nathanael Pickett, II?  Yes.
21              Question Number 4:  Was
22         Deputy Woods's use of excessive or
23         unreasonable force a cause of
24         Nathanael Pickett, II's injury, damage, harm,
25         or death?  Yes.
```

```
 1                    Question Number 5:  Did Deputy Woods

 2       unreasonably delay Nathanael Pickett, II from

 3       obtaining needed medical care?  Yes.

 4                    Question Number 6:  Was the

 5       unreasonable delay in obtaining needed medical

 6       care a cause of Nathanael Pickett, II's

 7       injury, loss, damages, harm, or death?  Yes.

 8                    Question Number 7:  Did Deputy Woods

 9       violently cause harm to Nathanael Pickett, II

10       to prevent him from exercising his right not

11       to be unreasonably detained or unreasonably

12       arrested?  Yes.

13                    Question 8:  Was Deputy Woods

14       negligent?  Yes.

15                    Question 9:  Was Deputy Woods's

16       negligence a cause of Nathanael Pickett, II's

17       death?  Yes.

18                    Question 10:  Was

19       Nathanael Pickett II negligent?  No.

20                    Question Number 13:  Was the conduct

21       of Deputy Woods malicious, oppressive, or in

22       reckless disregard of Nathanael Pickett, II's

23       rights?  Yes.

24                    Dated March 13th, 2018.  Signed by

25       the foreperson of the jury.
```

```
 1              Ladies and gentlemen of the jury, is this verdict
 2   as presented and read the verdict of each of you, so say you
 3   all?
 4              THE JURY:  Yes.
 5              THE COURT:  Does either side wish the jury to be
 6   polled?
 7              Mr. Galipo?
 8              MR. GALIPO:  No, Your Honor.
 9              THE COURT:  Mr. Ewing?
10              MR. EWING:  No.
11              THE COURT:  Ladies and gentlemen, we're going to
12   take a brief recess.  There are some matters I need to
13   discuss with the lawyers.  So we'll take a brief recess; so
14   you will return to the jury room, and then we'll bring you
15   back out.  All right?  Thank you.
16              THE CLERK:  All rise for the jury.
17         (The following was heard in open court outside the
18          presence of the jury:)
19              THE COURT:  All right, Counsel.  The jury has
20   reached a verdict and specifically answered the question
21   that would trigger Phase 2.
22              How do the parties wish to proceed?  This jury
23   does not know, obviously, that -- but my intention is to
24   move forward with Phase 2.  So unless you have some other
25   suggestions.
```

```
 1          Mr. Galipo.
 2          MR. GALIPO:  Well, first of all, they reached a
 3   verdict sooner than I thought, but you never know what the
 4   timing is going to be.  I am only wondering -- maybe I can
 5   confer for just a minute with my clients and Mr. Conaway.
 6          Part of me was wondering whether we should start
 7   it right now or in a little bit or start it first thing in
 8   the morning knowing that I don't think it's going to go more
 9   than the morning and then give them the closing after that.
10          I don't think we touched upon the jury
11   instructions or verdict form yet.  I think there is some
12   issue from the defense as to what damages we can or cannot
13   get, which could affect what evidence comes in or doesn't.
14          So I guess our two options would be to try to get
15   going, you know, in 15 minutes, a half hour, or whatever, or
16   maybe huddle up and consider the possibility of doing
17   whatever we have to do to get everything ready and then just
18   do it first thing in the morning and give them the case to
19   deliberate on damages.
20          THE COURT:  I guess the concern I have is that --
21   and look.  You have done this more than me.  This jury does
22   not know.  They think they're done and, obviously, that is
23   going to create some issues.
24          I am just going to throw out there how much time
25   do you anticipate your Phase 2 will be?  And I'm not trying
```

```
 1   to limit it.  I am just -- realistically, what are we
 2   talking about?
 3          MR. GALIPO:  It seems to me, knowing what I know,
 4   it's going to be about 45 minutes to an hour for each of the
 5   two plaintiffs.  Those are the two people that will be
 6   called, and I don't know how long the cross-examination is
 7   going to be.  So it does seem unlikely that we'd be able to
 8   finish today.
 9          THE COURT:  But at least we could -- are you
10   prepared to call -- I'm assuming it's family members.
11          MR. GALIPO:  That's true.  They would be the
12   actual plaintiffs.
13          THE COURT:  Right.
14          MR. GALIPO:  So can I have maybe just two minutes
15   to confer.
16          THE COURT:  You can have more than that.  I am
17   just trying to understand what that means.  My leaning is --
18   we'll take a recess.  Talk with your clients.  But my
19   leaning is to move forward with some testimony because the
20   thought of telling these jurors, thank you, there is now an
21   additional phase, we need you to come back tomorrow, I think
22   that's going to be a little unsettling to them as opposed to
23   we're going to start with this Phase 2 right now.
24          MR. GALIPO:  I understand what you are saying.  So
25   I will try my best to talk to everyone and accommodate the
```

```
 1   Court's concerns.

 2              THE COURT:  Mr. Conaway, anything you wish to add

 3   at this time?

 4              MR. CONAWAY:  No.  I believe he's adequately

 5   stated, and we do need to talk.

 6              THE COURT:  All right.

 7              Mr. Ewing, anything you wish to -- any input you

 8   wish to provide as it relates to this issue?

 9              MR. EWING:  Sure.  I am not opposed to starting

10   tomorrow.

11              THE COURT:  All right.  What about today?

12              MR. EWING:  I'm not opposed to starting today

13   either.

14              THE COURT:  All right.  Okay.  So let's take 15

15   minutes.  If you need longer, just let my courtroom clerk

16   know.  We'll give you more time.

17              You need to discuss it with the family members.

18   But my strong preference -- and I need to hear a very strong

19   reason to the contrary -- is to move forward.  In deference,

20   I am trying to balance the needs, the plaintiffs' needs,

21   defense needs, and this jurors' needs.  So we'll take a

22   recess.

23              THE CLERK:  All rise.  This Court is in recess.

24        (Recess taken 3:05 P.M. to 3:25 P.M.)

25              THE COURT:  All right, Mr. Galipo.  Where do we
```

```
 1   stand?
 2            MR. GALIPO:  Essentially, we're estimating that,
 3   for the presentation of the case on damages from the
 4   plaintiffs' perspective, it will be two to three hours.
 5            THE COURT:  Okay.
 6            MR. GALIPO:  To let you know that.
 7            THE COURT:  All right.
 8            MR. GALIPO:  If the Court, which the Court has
 9   expressed it wants us to proceed at this time, we're ready
10   to start.  I was just wondering whether or not the Court
11   would consider asking the jury what they wanted to do
12   because maybe, although they came up with a verdict in three
13   hours, maybe they're a little drained and maybe they would
14   rather start first thing in the morning if they know it's
15   going to be another two or three hours.  Or maybe they want
16   to start now.  Or maybe it doesn't matter what they want.
17   It's your call.  I am just throwing it out there.
18            THE COURT:  I appreciate it.
19            Mr. Conaway.
20            MR. CONAWAY:  I would join in that.  And the only
21   additional comment, I think, we had is if we start now, do
22   we have a short opening for the damage phase, three to five
23   minutes in my case?
24            THE COURT:  Okay.  The answer to that question is
25   absolutely you would have a time to present an opening if
```

```
 1    you so desire.
 2            Mr. Ewing, any thoughts or any further input you
 3    wish to provide at this time?
 4            MR. EWING:  The defense is ready to move forward
 5    now.  It's called "jury duty."
 6            THE COURT:  All right.  I can appreciate and
 7    respect everyone's opinions in this case.  I want to move
 8    forward with some testimony this morning.
 9            Now, as it relates to that, I think I need to go
10    back -- and I have gone back to look at the Court's order on
11    the motions in limine.  So I want to just get some
12    clarification and -- or give you all, at least, my
13    expectations of what -- or reminder, I should say, of the
14    Court's order with respect to motions in limine.
15            One of the issues in the motions in limine was
16    Mr. Pickett's drug and/or alcohol history.
17            I don't know what the evidence is, Mr. Ewing, as
18    it relates to that.  So can you educate me as it relates
19    to -- or give me a proffer of what evidence you were seeking
20    to elicit.
21            MR. EWING:  We're not bringing in evidence of
22    Mr. Pickett's drug or alcohol history.  We have the evidence
23    in the toxicological report.  There were trace amounts of
24    marijuana, trace amounts of alcohol.  That would be it.  We
25    don't have anything other than what is already in evidence.
```

```
 1    Or, actually, it wasn't in evidence.

 2            THE COURT:  That wasn't in evidence.  So are you

 3    seeking to admit that document into evidence or inquire of

 4    the witnesses as it relates to that?

 5            MR. EWING:  Yes.

 6            THE COURT:  All right.  What's the plaintiffs'

 7    position with respect to that evidence?

 8            MR. GALIPO:  Well, we would object to it on a

 9    couple of grounds.  First of all, I think, pursuant to our

10    pretrial discussions, there was no way of knowing whether

11    the marijuana was taken 30 days ago, two weeks ago, or what.

12            And I think the fact, even hypothetically, if he

13    did at occasion smoke marijuana, I see no relevance to

14    damages.  What's the argument?  That if he had smoked

15    marijuana, the loss is less to the parents of losing their

16    son?  I don't see the connection.

17            THE COURT:  All right.

18            Mr. Ewing, what's your response to that because

19    that's the concern I have.  I thought there was other

20    evidence to suggest he had been convicted, had -- of some

21    drug and/or alcohol offenses.

22            MR. EWING:  Right.  So the connection is the -- or

23    the nexus of the marijuana evidence is the evidence that the

24    defense anticipates with respect to his schizophrenia.  And

25    the defense expert, Dr. Cohen, will testify that persons who
```

```
 1    are smoking marijuana and using alcohol who are
 2    schizophrenic, which we anticipate coming in through the
 3    defense with respect to their damages phase --
 4           THE COURT:  The plaintiff you mean.
 5           MR. EWING:  The plaintiff -- is not a good idea
 6    and that the mixture of the psychotropic drugs and the
 7    marijuana can elicit certain behaviors in a subject, and
 8    those behaviors have led to the prior arrest that
 9    Mr. Pickett experienced.
10           He had, as I mentioned in arguing on another
11    motion in limine, he had five or six, essentially, identical
12    resisting arrests charges --
13           THE COURT:  Let's be clear now.  Was he charged
14    and/or arrested for 148?
15           MR. EWING:  148 of PC 69, charged and convicted.
16           THE COURT:  Are you intending to introduce that
17    evidence in the trial?
18           MR. EWING:  We're just talking about the marijuana
19    and alcohol, trying --
20           THE COURT:  Let's focus on that for a moment.
21    Tell me why what you just described with respect to drugs,
22    alcohol and its effect on someone who is schizophrenic.
23    What's the relevance of that as it relates to damages?
24           MR. EWING:  Because then the -- Dr. Cohen will
25    testify that a person or schizophrenic person such as
```

```
 1    Mr. Pickett who engages in that behavior has a shorter life
 2    expectancy.
 3              THE COURT:  A shorter --
 4              MR. EWING:  Your Honor --
 5              THE COURT:  Hold on.
 6              Please.  From the gallery, you have been
 7    respectful up to this point.  I just ask that you continue
 8    to do this.  We have another phase that we need to do.  So,
 9    please, I would just respectfully request to leave the
10    commentary outside the courtroom, please.
11              Has the doctor provided a report or some
12    documentation opining as it relates to life expectancy?
13              MR. EWING:  Yes.  In fact, in his Rule 26, he
14    specifically says persons who have been diagnosed with acute
15    schizophrenia -- schizophrenia is known as a life shortening
16    disease, that it can shorten life by approximately 25 years
17    based on his studies.  That's what his report says.
18              THE COURT:  Do you have the Rule 26 report?
19              MR. EWING:  I do.
20              THE COURT:  I'd like to take a look at it.
21              Mr. Galipo, what's your response, if any?
22              MR. GALIPO:  Well, first of all, I think there is
23    absolutely no connection between the marijuana and what
24    they're trying to proffer.
25              Second of all, totally lack foundation.  My
```

1    understanding of the Court's ruling -- the criminal history,

2    I thought --

3         THE COURT:  We're going to deal with the criminal

4    history in a moment.  I am talking more specifically

5    about -- Mr. Ewing is suggesting that the expert will say

6    something along the lines of someone who has suffered from

7    schizophrenia that engages in the use of drug and/or alcohol

8    has a shortened life expectancy.

9         MR. GALIPO:  As I read the report and his

10   deposition, that's not the proffered testimony.  My

11   understanding of his opinion, although I disagree with it,

12   is that people who suffer from schizophrenia could have a

13   shorter life expectancy, nothing to do with people with

14   schizophrenia who smoke marijuana have a shortened life

15   expectancy.

16        THE COURT:  Let me ask you, as it relates to your

17   point, if the doctor were to testify that people who suffer

18   from schizophrenia have a shortened life expectancy, and

19   that's it, do you object to that testimony?

20        MR. GALIPO:  I would suggest that the -- I don't

21   believe there is an adequate foundation, but if he comes in

22   here and lays an adequate foundation that Your Honor is

23   satisfied with, then I think that would be technically

24   relevant.  But I'm not so sure that the Court is going to be

25   satisfied.  We have to wait and see.

```
 1              THE COURT:  All right.
 2              Mr. Ewing, if you could, have you filed -- I don't
 3   know if you filed this Rule 26 report or if you have a hard
 4   copy that I can review.
 5              MR. EWING:  We have both, Your Honor, and we did
 6   file it.  It's -- I will speak to specifically the portion
 7   of his Rule 26.  The question posed is what is the life
 8   expectancy and risk mortality in people with schizophrenia?
 9              THE COURT:  Got it.  Okay.  I could see that
10   relevance.  Now, the added wrinkle, is the drug use combined
11   with it?
12              MR. EWING:  Right.  And he goes on to say
13   (reading):
14                   Risk factors for cardiovascular
15              disease that are common among individuals with
16              schizophrenia include smoking, obesity,
17              diabetes, elevated cholesterol, lack of
18              exercise, side effects of anti-psychotic
19              medication.  In addition to the cardiovascular
20              disease, respiratory and infectious diseases
21              such as HIV and hepatitis are more common
22              among people with schizophrenia.
23              That's a portion of his Rule 26 on that issue.
24              THE COURT:  Maybe I misheard it.  I didn't hear
25   anything about marijuana use.
```

```
 1              MR. EWING:  Smoking.

 2              THE COURT:  "Smoking" meaning -- are we to assume

 3    smoking means -- you are saying any smoking?  You are

 4    putting that generalization and not smoking marijuana?

 5              MR. EWING:  It's our view that that's broad enough

 6    to capture marijuana.  We have -- again, we have the

 7    cannabinoids in his system from the tox report, and smoking

 8    could include marijuana.  It could include methamphetamine.

 9    It could include a number of things.

10              THE COURT:  I have to tell you, if that is the

11    testimony, I am not going to allow it because we have no

12    documentation of a history.  A, I think when the doctor is

13    talking about smoking -- I could be wrong -- that he is

14    talking about cigarette smoking.  And he doesn't say

15    anything in that -- what you recited as it relates to

16    illegal narcotic usage; correct?

17              MR. EWING:  Correct.

18              THE COURT:  And so I am not going to allow that

19    testimony if that's the proffer.

20              MR. EWING:  With respect to the marijuana.

21              THE COURT:  Marijuana.  Go ahead.

22              MR. EWING:  But you will allow the doctor to

23    testify.

24              THE COURT:  The -- if the doctor can testify that

25    and lay the foundation, that people with schizophrenia have
```

1    a shortened life expectancy, that -- if he can lay the
2    foundation, that seems relevant to this case.  So --
3             MR. EWING:  Very well.
4             THE COURT:  -- let's focus next on the other
5    issue.  You are saying that Mr. Pickett has suffered
6    convictions and/or arrests for 148 PC 69, resisting,
7    obstructing arrest.  Tell me how is that relevant to
8    damages.
9             MR. EWING:  To say it plainly, a 29-year-old
10   African-American male with a history of getting into fights
11   and resisting arrests when he encounters law enforcement who
12   may be schizophrenic has a shorter life expectancy.
13            THE COURT:  And I am glad you may think that.  Who
14   is the witness that's going to opine as it relates to that?
15   Because what's the --
16            MR. EWING:  Again, this speaks to the medical
17   expert, Dr. Cohen, who is going to talk about the
18   schizophrenia.  He reviewed the records -- he reviewed the
19   records in this case.  He looked at the deposition testimony
20   of both the mother and the father, who will testify today or
21   tomorrow, and they talked about Nathanael's encounters with
22   law enforcement and resisting arrest and fighting and so
23   forth.
24            There was a very specific description in the
25   father's deposition testimony about Nate's resistance and

1    arrest when detectives told him several times to stop

2    putting his hands in his pocket and he kept doing it.

3           And the doctor will testify, based upon Nate's

4    behavior and his understanding of him being schizophrenic,

5    this is consistent with what he would expect to see when he

6    encounters law enforcement officers based upon the parents'

7    testimony.

8           The parents say, "Our son was schizophrenic.  Our

9    son had multiple encounters with law enforcement where he

10   fought them, he resisted."

11          The doctor will testify that schizophrenia can

12   contribute to some of the behaviors that led to Nate's

13   behaviors when he encountered law enforcement officers when

14   they tried to arrest him, when he resisted.  And it will be

15   the expert's opinion that these circumstances certainly

16   affected, if not shortened, the potential for his life

17   expectancy.

18          THE COURT:  That conclusion seems a bit of a

19   stretch, Counsel.  I have to tell you.  I understand that

20   it's one thing for a doctor to say the schizophrenia may be

21   a contributing factor to why he engaged in this type of

22   behavior with law enforcement.  But to say that that,

23   therefore, shortens his life expectancy -- that's what the

24   doctor is going to say?

25          Because I thought the doctor was originally going

```
 1   to say someone with schizophrenia has a shortened life

 2   expectancy.  That's one thing.  That's a medical diagnosis

 3   similar to someone who has dementia or something like that.

 4         But to stretch it to add the 148s to say that that

 5   in combination this doctor is going to say shortens his life

 6   expectancy seems a bit of a stretch to me.

 7         MR. EWING:  Noted, Your Honor.  So just to be

 8   clear, he will say that a person with schizophrenia has a

 9   shortened life expectancy.  That's his anticipated

10   testimony.  It's described in some of the studies that he

11   cites as a life shortening disease.  He will testify to

12   that.

13         THE COURT:  Let me switch to Mr. Galipo.

14         What's your response -- I mean, one could argue

15   there is some relevance to Mr. Pickett's behavior as it

16   relates to prior contacts with law enforcement.  The theory,

17   I suppose, would be that you are going to assess damages

18   with an individual who is 29 years old who has engaged in

19   physical altercations with law enforcement in the past.

20         What's your response?

21         MR. GALIPO:  Well, first of all, although there

22   may have been some reference to an understanding that the

23   parents had, any information they had was pure hearsay.

24   They didn't observe any of the altercation.  So that's

25   number one.
```

```
 1              Number two is I don't know how they would get the
 2    convictions into evidence because parents have no idea what
 3    the convictions were for.  I don't know if there are
 4    certified copies of these convictions.  So that's another
 5    issue.
 6              Thirdly, I thought that the Court had ruled on the
 7    motions in limine that the criminal history would not come
 8    in even on the damage phase because the Court didn't see the
 9    connection to the damages, but I could be wrong on that.
10    That was a note from Miss Le, and I haven't quite frankly
11    reviewed that portion of the rulings again.
12              Fourthly, I think it's a stretch to argue,
13    assuming they have -- I don't see how they get around the
14    hearsay.
15              And then I think it's a stretch to argue because
16    someone may have been arrested -- there is no evidence that
17    I am aware of a fighting -- that someone may have been
18    arrested for resisting and that there then is a connection
19    to say that, therefore, if that's true, then the parents'
20    loss is less, somehow their son being killed is less because
21    he was arrested, let's just say -- and I don't even know
22    what the numbers are -- once or twice in a ten-year period
23    for resisting.
24              THE COURT:  Let me stop you, if I could, in the
25    interest of time.
```

```
 1              Mr. Ewing, one or two more questions.  These

 2    convictions, are they misdemeanors?  Felonies?  And when did

 3    they take place?

 4              MR. EWING:  They are misdemeanors, and they took

 5    place within the last -- earliest one I saw was 2011; so in

 6    the span of approximately 10 years.  And, I believe, the

 7    most recent was 2013 and then --

 8              THE COURT:  As in conviction or an arrest?

 9              MR. EWING:  Conviction.  These are convictions.

10    Following that, there were some FTA's; so there were some

11    warrants and so forth.

12              THE COURT:  I think I have heard everything I need

13    to hear.  Mr. Ewing, I just don't see how those convictions

14    and the arrests go to life expectancy.

15              If a doctor is going to lay the foundation that

16    someone who is schizophrenic has a shortened life

17    expectancy, that can come in.  But the further step of the

18    148s and the PC 69s, I think is more prejudicial than

19    probative.  I don't think it's relevant to the issue of life

20    expectancy.

21              The next issue that I noted with respect to the

22    motion in limine, evidence regarding the plaintiffs'

23    relationship with Mr. Pickett, I'm focusing specifically on

24    at least what was referred to in the papers taking

25    Mr. Pickett to a motel, not wanting Mr. Pickett to live in
```

```
 1   any of the parents' or maybe one or more of the parents'

 2   residential or properties.  Do you intend to introduce

 3   evidence to that effect, Mr. Ewing?  Or inquire of the

 4   witnesses of that?

 5           MR. EWING:  I will -- I don't have any evidence.

 6   I certainly will inquire of the witnesses or intend to,

 7   subject to the Court's ruling, to inquire of the witnesses

 8   about the nature of their relationship with the decedent,

 9   Mr. Pickett.

10           THE COURT:  Maybe I misunderstood.  I thought it

11   was in the defense papers that there were allegations that

12   one or more of the parents did not want Mr. Pickett to live

13   at their residence and/or properties.  Do you have any

14   information to that effect or not?

15           MR. EWING:  We do.  We have the deposition

16   transcript of --

17           THE COURT:  Tell me what is that -- I want -- can

18   you flesh that out for me so I understand what the issue is.

19           MR. EWING:  We have the deposition transcripts of

20   the parents.

21           THE COURT:  That say what?

22           MR. EWING:  The parent, Dominic Archibald, says

23   just what you recited, essentially, that Mr. Pickett, the

24   father, has properties in Barstow, he did not want to have

25   anything to do with his son, he did not want his son living
```

CHIA MEI JUI, CSR 3287, CCRR, FCRR
UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1   in the properties, essentially, everything that had anything

 2   to do with Nathanael Pickett the son was handled by

 3   Dominic Archibald.  There was no financial contribution by

 4   the father to the son.  There was no involvement in his

 5   life.  Dominic Archibald testified very clearly to that in

 6   her deposition.

 7             THE COURT:  Let me stop you there.

 8             Mr. Conaway, this is your client.  Do you wish to

 9   address that?  It seems to me that is relevant as it relates

10   to damages, but I want you to have an opportunity to be

11   heard.

12             MR. CONAWAY:  It was my recollection -- thank you

13   for the opportunity -- my recollection that any sort of

14   marital strife issues were not per se going to be introduced

15   without some sort --

16             THE COURT:  I'm not talking about marital strife.

17             MR. CONAWAY:  This may touch upon that.  There

18   will be direct testimony I believe from Mr. Pickett about

19   the addresses that he shared with his son.

20             THE COURT:  But if he testifies as to addresses

21   that he shared with his son, then it's fair game for

22   Mr. Ewing to say, "Isn't it true, sir, that he didn't live

23   at any of these addresses, that you just provided the

24   addresses for purposes of mail, you didn't want him to live

25   there?"
```

```
 1          Again, I don't know the answers to those
 2   questions, but I think it's fair game.
 3          MR. CONAWAY:  I think we have to wait until we get
 4   there, I guess.  I am not sure how the context of it will
 5   come up, but I understand what the Court is saying.
 6          THE COURT:  There were some other allegations
 7   about some strife between Miss Archibald and Mr. Pickett.
 8   I'm not allowing that to come in.
 9          Mr. Ewing, I am going to caution you.  I don't
10   want to hear about their relationship.  That's none of our
11   business, none of the jury's business.
12          But as it relates to if the father or mother
13   didn't want them to live at the residence, it seems to me
14   that's relevant.
15          But, Mr. Galipo, do you wish to be heard on that
16   point?  I don't know how much of this applies to your
17   client.
18          MR. GALIPO:  Well, I think we're going to have to
19   see how the evidence comes out, but I do think that the
20   deposition testimony of my client was not characterized
21   appropriately.
22          I do believe there was evidence that Mr. Pickett
23   had some properties and for whatever reason there was a
24   decision to put him in the motel.  I think that's where he
25   wanted to be.
```

```
 1            But this going on and on that he wanted nothing to

 2   do with him and all that, I don't see that anywhere in the

 3   deposition, but we'll have to wait and see how the testimony

 4   comes out.

 5            THE COURT:  Let's bring in the jury, and I will

 6   give them the news.  And who is going to call the first

 7   witness?

 8            MR. GALIPO:  What we will do, Your Honor, is we

 9   are each going to give a short opening statement.  And then,

10   obviously, Mr. Ewing will give an opening statement,

11   presumably.  And then Mr. Conaway is going to call

12   Mr. Pickett, and I'll -- and following that, I will call

13   Miss Archibald.

14            THE COURT:  All right.  Okay.  So let's bring in

15   the jury, then.

16        (The following was heard in open court in the presence

17         of the jury:)

18            THE COURT:  All right.  Ladies and gentlemen of

19   the jury, there is some information that I need to share

20   with you at this time.

21            Based on your answers to the questions on the

22   verdict form, there are some additional argument that needs

23   to be presented to each and every one of you so that another

24   verdict form can be reached specifically as it relates to

25   what, if any, damages should be awarded to the plaintiffs in
```

```
 1   this case.
 2           So at this time I am going to begin -- this is
 3   what's known as our Phase 2 of this trial.  You will hear an
 4   opening statement from the plaintiffs' lawyers and an
 5   opening, if the defense wishes, and then we'll resume
 6   testimony as it relates to damages.
 7           I will anticipate that that phase would take
 8   anywhere from two to three hours.  And so we will go today
 9   until about 5:00 or 5:30 unless there is someone who has a
10   train or bus or something of that nature.  But it will
11   result in you all having to come back tomorrow morning to
12   hear the second phase of the testimony in this trial.
13           With that, Mr. Galipo, I will allow you -- I'm
14   sorry.  Will it be Mr. Galipo or Mr. Conaway with the
15   opening?
16           MR. GALIPO:  I will go.
17           THE COURT:  All right.  Mr. Galipo.
18           MR. GALIPO:  Good afternoon.  I know you may be a
19   little tired, and I apologize for that, but thank you for
20   all your hard work on this case.  I think we initially said
21   the case would be all over, hopefully, by Thursday, but I
22   think we're going to get it done by tomorrow.
23           So it just a -- and I hate to be the bearer of
24   disappointment, but it's just about two to three hours of
25   testimony and then just a few questions to ask on the
```

1   verdict form tomorrow regarding damages.

2        So from the plaintiffs' perspective, you are just

3   going to learn a little bit about Nate, about his life.  The

4   parents will both testify.  I believe that Mr. Pickett, the

5   father, is going to testify first, and then Miss Archibald

6   will testify.

7        In essence, you know, you will find out that

8   Miss Archibald and Mr. Pickett met each other in 1982.  They

9   are both involved in the military, and they met each other

10  through the military.  Nate was born on July 3rd of 1986, as

11  you already heard.

12       You are going to hear about him and see pictures

13  of him throughout his life.  What's interesting, as you'll

14  hear, he was a completely normal child until he went to

15  college.  He was very loving, sociable child.  He loved

16  music and basketball and traveling, and he traveled in fact

17  with his mother in 12 different countries.

18       And he went to college.  And it was after his

19  first year of college that the mother who -- at some point

20  you will hear Miss Archibald was a lieutenant promoted to a

21  colonel in the United States Army and worked at the

22  Pentagon.  And she worked there in part during a time so she

23  could spend as much time as she could with her son who was

24  her only child.  She only had one child, and that was Nate.

25       But she did notice some issues with him, which

```
 1    she'll describe, after he came from college, and eventually
 2    it was believed there was some type of mental impairment
 3    although it was a little bit unclear.  Different doctors
 4    thought different things.
 5            And you will hear about the nature of their
 6    relationship.  It was a very loving, close relationship.
 7    She helped make arrangements, as you heard, for him to stay
 8    where he was staying.  He was very happy there.  He was --
 9    actually, spent time in Barstow in an earlier part of his
10    life, and his father lived in Barstow.  And he was living at
11    the El Rancho at the time as previously discussed.
12            You are also going to hear how this has affected
13    them.  And they'll describe that to you in their own words.
14    However difficult it may be for them, they'll probably be
15    asked those questions.
16            And what you'll hear through the evidence, I
17    believe, is that this has been devastating to them --
18    Dominic lost her only son -- including the manner in which
19    he was lost.
20            So at the end of the case -- and it will be
21    tomorrow -- we're going to ask you based on the evidence and
22    the law for a full award of compensatory damages in this
23    case for the loss of Nate's life and for the loss to the
24    parents that they experienced from losing their son.
25            Thank you very much.
```

```
 1              THE COURT:  Mr. Conaway.
 2              MR. CONAWAY:  Good afternoon.  I have had an
 3    opportunity to sit and listen, as you have, and this is my
 4    opportunity to speak on behalf of the father, Nathanael.
 5              To give you a little bit of a road map, I am going
 6    to break it down, the testimony, to where Nathanael and the
 7    son, basically, were over the past five, six years, what
 8    they did, what they didn't do, kind of how they related to
 9    each other, and then I will go into some history citing back
10    in time and have an opportunity to have Mr. Picket, I, the
11    dad, express how this has impacted him as he is the father
12    with those unique issues that a father faces or has to deal
13    with.
14              That's pretty much it.  I think it will be
15    informative, and I intend to keep it short.
16              So thank you.
17              THE COURT:  Mr. Ewing, do you wish to make an
18    opening statement at this time?
19              MR. EWING:  Yes.  Thank you.
20              Good afternoon, ladies and gentlemen of the jury.
21    You have spoken.  The defense respects your position, and
22    now we're in a different phase of the trial where you are
23    going to consider damages.
24              As counsel explained to you, we'll hear from the
25    family, and they will describe to you the impact that this
```

1   incident had on their life.

2          What the defense will do in response to this, in

3   light of the defense's position, is that we will bring on

4   testimony from Dr. Marc Cohen who will talk about the --

5   Nate's schizophrenia and so forth.

6          The defense anticipates that, when you hear from

7   Miss Archibald, that the defense will examine her on her

8   relationship with her son.  And then, when Mr. Archibald

9   takes the stand, the defense will examine Mr. Archibald on

10  his relationship with his son.

11         What you will hear in the course of this

12  examination through my cross-examination is that

13  Mr. Archibald -- or Mr. Pickett, I should say, had a very

14  limited relationship with his son; and the person who had

15  the primary relationship with her son was Dominic Archibald,

16  and she was the person who played the major role in his life

17  and sought to find placements for him and so forth.

18         However, you will also hear that although

19  Miss Archibald played a significant role in her son's life,

20  she was on the other side of the country.  She was in

21  Florida.  And you will also hear that, although Mr. Pickett

22  played no role in his son's life, he lived in Barstow.

23         And after you hear the defense's examination of

24  these witnesses and the presentation of the defense's

25  evidence in this case, we ask that the jury take these, the

```
 1   evidence that's presented to you, into consideration when in

 2   the damages phase of this trial.

 3               Thank you.

 4               THE COURT:  Thank you, Mr. Ewing.

 5               Mr. Conaway, do you want to call your first

 6   witness, please.

 7               MR. CONAWAY:  Plaintiff calls Nathanael Pickett to

 8   the stand.

 9                    NATHANIEL HARRIS PICKETT, II,

10                     having been first duly sworn,

11                       testified as follows:

12               THE CLERK:  Do you solemnly swear that the

13   testimony you shall give in the cause now before this Court

14   shall be the truth, the whole truth, and nothing but the

15   truth, so help you God?

16               THE WITNESS:  I do.

17               THE CLERK:  Please state and spell your name for

18   the record.

19               THE WITNESS:  Nathanael Harris Pickett the

20   second -- I'm sorry, the first.  N-a-h-t-h-a-n-i-e-l [sic];

21   Harris, H-a-r-r-i-s; Pickett, P-i-c-k-e-t-t.

22               THE COURT:  You may proceed.

23                        DIRECT EXAMINATION

24   BY MR. CONAWAY:

25   Q    Good afternoon, Mr. Pickett.
```

```
 1    A    Good afternoon.

 2    Q    For the record, your name has been spelled -- first

 3    name has been spelled with an a-e-l as opposed to a i-e-l?

 4    A    That's correct.

 5    Q    For the purposes of the questions here, we are asking

 6    you the questions as the father of the deceased, your son.

 7    Is that fair enough?

 8    A    Yes, sir.

 9    Q    Let me start with some basic questions.  You have lived

10    in Barstow for some time; correct?

11    A    That is correct.

12    Q    And did you serve in the military in Barstow?

13    A    I served at Fort Irwin.

14    Q    Fort Irwin which was north of Barstow; correct?

15    A    True.

16    Q    Where was your son born?

17    A    Fort Irwin.

18    Q    In Barstow, north of Barstow.  That's actually about

19    40 miles out?

20    A    About 35.

21    Q    35.  I was close.  Seems like 40 when you are driving

22    it.

23         But -- and were you married to Dominic Archibald

24    in the Barstow area?

25    A    Yes.
```

```
 1   Q    And the dates that have been given are approximately
 2   correct, 1982?  Or when was that?
 3   A    1982.
 4   Q    1982.
 5        And Nathanael, the decedent in this case, he's the
 6   son of -- the only son you have had with Dominic; correct?
 7   A    That is correct.
 8   Q    In keeping with what I said to the jury, let me start
 9   with current events.
10        When was the last time you saw your son?
11   A    I saw my son on the day of his death approximately
12   8:35, 8:45 that morning.
13   Q    Where did you see him that day?
14   A    I saw him on the opposite side of the street on
15   Barstow Road off of the side of El Rancho.
16   Q    Across from the motel where he was renting --
17   A    Directly across, but maybe 50, 75 feet east of
18   El Rancho or 2nd Street.
19   Q    And how long did you live in Barstow with Dominic and
20   with your son, approximately?
21   A    We were there to February '86 to October '86.
22   Q    And going backward from that last time you saw your son
23   on the day of his death, when is the last -- how often did
24   you meet with him, I guess, is the question.
25   A    Quite frequently.  I will elaborate.
```

```
 1    Q    Okay, if you could.

 2    A    The day of -- Nate got back in Barstow -- the second

 3    day he was back, he called me and said, "Dad, I'm here.

 4    Let's do lunch."  So I picked him up.  I was at work at the

 5    time.  I picked him up.  We did lunch at Del Taco on

 6    1st Street, at the corner of 1st.

 7    Q    And this was some time in the month of November, if you

 8    recall, or October?

 9    A    October.

10    Q    At that particular point, he was already a resident of

11    the El Rancho Motel?

12    A    That is correct.

13    Q    How many times did you have lunch with him when he was

14    in Barstow?

15    A    I don't know.  I didn't keep track.  He would call.  I

16    will pick him up, and he come down to where I was staying at

17    the 731 West Main.  I pick him up.  I was working there.

18    Q    731 West Main was a business address --

19    A    No, it's my address.  I lived upstairs but also worked

20    there.

21    Q    Did he ever help you do any work on any of the

22    properties that you were working on?

23    A    Yes, several.

24    Q    What are those properties?

25    A    He helped me out at the Silver Lakes at a doctor's
```

1    office we renovated -- well, I renovated.

2    Q    That's between Barstow and Victorville?

3    A    That's correct, in Helendale.

4    Q    And --

5    A    He helped me at 21075 Ottawa Road.  That's the house

6    that Dominic and I moved into back in 1986.  He also helped

7    me at 1410 Sage Drive and also 500 South 6th Avenue and also

8    at 1361 Riverside Drive, not -- 1361 Riverside Drive and --

9    no.  It was 1361 Riverside Drive and also 1561

10   Riverside Drive.

11   Q    How far back in time was this work relationship with

12   your son go?

13   A    Nate was born in '86 -- well, I would go back to about

14   1988 Nate helped me, and I used to have -- we cut the grass

15   at 21075 Ottawa Road.  So he started helping me at a young

16   age.

17              And we got -- Dominic and I divorced in 1990, I

18   believe, and I usually drive back and forth from

19   Apple Valley to L.A., and I used to see my son.

20              He also helped me at 500 South 6th Avenue is where

21   I lived.  I think 2005 and 2006 he stayed with me, and I was

22   working at the Department of Transportation at the time.

23   I --

24              THE REPORTER:  Could you please repeat that last

25   portion.

CHIA MEI JUI, CSR 3287, CCRR, FCRR
UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1            THE COURT:  I think you said, "I evicted a young
 2   lady."  If you could, I am assuming this is your first time
 3   in the courtroom.  Just try to slow down a little bit
 4   because the court reporter is going to try to take -- is
 5   trying to take everything you say down.
 6            THE WITNESS:  I evicted Olivette Mitchell in 2006.
 7   And at that time Nate was with me.  We stayed at 500 South
 8   6th Avenue.
 9   BY MR. CONAWAY:
10   Q    Roughly how long was that?
11   A    I don't normally keep track of time.  He was with me in
12   2006 and 2007.
13   Q    And?
14   A    And after I evicted her, I moved into the house, 500
15   South 6th Avenue, the small house.  And we moved over
16   to -- I moved over there.
17   Q    What city is that in?
18   A    This is all in Barstow.
19   Q    Now, going back to 2006, he would have been roughly how
20   old?
21   A    Right at -- well, '86, like, 20.
22   Q    Now, when you worked together, did you chitchat about
23   different subjects that guys talk about, like, girlfriends
24   or school or anything like that?
25   A    Nate wanted to be an engineer.  He talked about being
```

1    an engineer and wanted to make a lot of money, and we just

2    talked about responsibility.  That's what we talked about.

3              Didn't talk too much about -- he told me he has

4    some girlfriend in D.C. where he was living at one time

5    while with his mom and the relationship he had there.  And

6    that was it about girlfriend.  Mainly was talking about

7    work.

8    Q     When you talked about work, you were talking about the

9    work you were doing or the work he wanted to do?  Or both?

10   A     Combination of both.  Mostly what the work I was doing.

11   In 2005, 2006, up until 2010, I worked at the

12   Department of Transportation.  And so I wrote documents,

13   environmental document, NEPA and CEQA documents, and studies

14   associated with those studies with the document.

15   Q     Did he show an interest in what you were doing then is

16   what you are saying?

17   A     Nate wanted to be an engineer.

18   Q     Just offhand, what was your initial job title with the

19   Caltrans?  Was it Caltrans or Department of Transportation?

20   A     California Department of Transportation.  I tried to

21   think what my job was.  2005, 2006, I was probably a project

22   manager during that time frame.

23   Q     These homes are properties or office -- well, start

24   with the homes.  Were they properties that you owned?

25   A     That is correct.

1    Q    So you were making improvements or repairs as a

2    landlord; correct?

3    A    That is correct.

4    Q    And the -- you mentioned an office.  Was that a

5    doctor's office?

6    A    The Silver Lakes was a doctor office.  And the 731 West

7    Main, it was also going to be a doctor's office, but we

8    converted that to the Medical Plaza.

9    Q    And during this time that you were talking with him,

10   did you talk about life decisions or anything like that,

11   that in terms of what he wanted to do in the future other

12   than what you have testified to?

13   A    Nothing other than what I have testified to.

14   Q    Did he ever talk about someday having a family and

15   children?

16   A    He did.

17   Q    What do you recall?

18   A    He talked about his relationship.  He just wanted a

19   family.  And I just told him I wanted a large family.

20   Q    You wanted him to have a large family?

21   A    I wanted him to be happy.

22   Q    Did he ever confide in you about any -- strike that.

23        Did he ever give you, as a son, any suggestions or

24   advice on a personal level?

25   A    Yes, he did.

```
1    Q    When was the first time?

2    A    The first time Nate was -- he was 3 1/2 years old, four

3    years, somewhere between three and four years of age.

4    Q    And what do you recall, if anything, he told you?

5    A    I was going through some changes and he said, "Dad, let

6    it go."

7    Q    Anything else you recall any other times?

8    A    When I moved over from 500 South 6th Avenue, I was

9    having problems with one of the tenants.  He said, "Let's

10   just evict her, get rid of her," which I did.

11   Q    And did you enjoy this -- the fact he was looking at

12   your life and giving you suggestions or advice?

13   A    Nate was probably the only one that I at the time --

14   straight time I confided in.

15   Q    Did you enjoy the fact that he was concerned about dad

16   and making suggestions?

17   A    I wasn't so much concerned about what he said.  I

18   was -- the fact that he wanted to go with me -- when I went

19   out to Silver Lakes, he wanted to go.  When I -- anywhere I

20   wanted -- I was going to work, he wanted to go, participate.

21   Q    And just offhand, the Silver Lakes job, give a sampling

22   of the type of work that you did there with him.

23   A    I tore down walls, rebuilt walls, built the office or

24   divided the exam rooms.  I laid tile.  I painted.  I hung

25   doors.  I decorated the entire building mainly.
```

```
 1   Q    And did he help you?
 2   A    Nate would -- he -- did he help?  Yes, he was there.
     He helped.  He didn't help me lay any tile, but he commented
     on the work I did.
 3
 4
 5   Q    Okay.  From the standpoint of relationships, again,
     we're talking about when you were still married to
     Ms. Archibald -- show you a picture.
 6
 7
 8              Tell me if you recall the situation that this
     picture depicts.  This is page 20 of 52 out of what's been
     marked as Plaintiffs' Exhibit 16.
 9
10
11   A    Do I recall it?
12   Q    Do you recall the situation?
13   A    No, I do not.
14   Q    You see your image in this picture?
15   A    Yes, I do.
16   Q    And do you have -- are you holding Nate?
17   A    It appears that I am holding -- yes, I am.
18   Q    Was this a baptism?
19   A    I'm pretty sure it was not.  I don't think so.  I'm
     pretty sure it's not.
20
21   Q    And in this picture, do you have anybody else that you
     recognize?
22
23   A    Of course, I recognize his mother, his grandfather.  I
     am trying to think who else is there.  And I'm pretty sure
     his grandmother was there also.
24
25
```

```
 1   Q     You mentioned grandparents.
 2               Where did the grandparents live in the time that
 3   he was in Barstow with you?
 4   A     They lived in Las Vegas.
 5   Q     Had they always lived in Las Vegas?
 6   A     They lived in L.A. also.  L.A. and Las Vegas.
 7   Q     When approximately did the grandparents live in
 8   Los Angeles?
 9   A     I don't recall.
10   Q     Fair enough.  Do you recall the -- Nate staying with
11   the grandparents at any time?
12   A     Yes.  He was staying with them prior to his mother
13   getting the house over off Gage Avenue.
14   Q     Why did you go to Los Angeles -- strike that.
15               Did you go to Los Angeles to visit with Nate?
16   A     Yes, I did.
17   Q     How often?
18   A     Probably twice a month, maybe two or three times a
19   month.
20   Q     How far was that drive?
21   A     It's about a hundred -- about two hours or something.
22   I drove over 90,000 miles going back and forth from
23   Apple Valley to L.A. the first year.
24   Q     What were you -- were you just going to see Nate or
25   was --
```

```
 1  A    I worked in Orange County at the time.  And so from
 2  Orange County from work I will go to L.A., and I would pick
 3  Nate up, and that Friday or Thursday I was off and I would
 4  take him with me, take him back to Apple Valley, and from
 5  there I would bring him back.
 6  Q    How long were you making this trip approximately?  Was
 7  it about a year you said?
 8  A    Repeat.
 9  Q    This trip to Los Angeles where you picked up Nate and
10  took him to Apple Valley, approximately how long were you
11  doing that?
12  A    From Apple Valley -- we took a cruise to -- Nate and my
13  daughter took a cruise to the Bahamas.  I believe that was
14  in '93, '93 prior to me being relocated to San Bernardino,
15  Caltrans office.  So between 1990, '93, that's when I moved
16  to Barstow.
17  Q    And do you recall this picture here?  It's been marked
18  as page 48 of 52 of Plaintiffs' Exhibit 16.
19  A    That's a long time ago.  That's me, of course, with
20  Nate.
21  Q    Nate is to your left?
22  A    Yes.
23  Q    Do you know where this is -- this picture is being
24  taken, from the window and --
25  A    No, I do not.
```

```
 1   Q    Do you recall events in time when certain things such
 2   as like the first haircut of Nate?
 3   A    I don't recall the first time.  I don't recall the
 4   first time.
 5   Q    Let me show next is Plaintiffs' 16, page 21 of 52.
 6   That's you in the picture, the adult; right?
 7   A    Yes, sir.
 8   Q    And is that Nate that you are -- you have scissors
 9   above his head on?
10   A    That is true.
11   Q    Were you giving a haircut, if you recall?
12   A    I wouldn't call it so much a haircut.  I was just
13   trimming.
14   Q    Is that something you did on a regular basis when Nate
15   was with you?
16   A    That's one of the things -- I wouldn't say a regular
17   basis because I didn't believe in cutting hair or keeping it
18   short, but right now I don't have a choice.
19   Q    Exhibit 16, page 17 of 52, that's you, again, the
20   adult?
21   A    That is correct.
22   Q    Is that Nate in shades?
23   A    For sure.
24   Q    Do you recall where you were at the time that this
25   picture was taken?
```

```
 1   A     You talking about -- no, I do not.  Twenty-seven years

 2   ago probably, about 27 years ago.  I do not recall.

 3   Q     Do you recall where you were from the structure, from

 4   the paneled walls and the door?

 5   A     I do not.

 6   Q     When he -- in a short time that he came back in 2015,

 7   other than taking him some food, did you -- on the day he

 8   called, was it Del Taco, I think you said?

 9   A     That is true.

10   Q     Did you have any other meetings with him in that window

11   of October 2015 to November of 2015?

12   A     Yes.  I used to bring Nate food.  He will call and say,

13   "Dad, I'm hungry," and I would bring him some food.

14         We talked a few times.  I have gone go to the El

15   Rancho and he was sleep, and there were a few times he would

16   just want -- I was heading out to Silver Lakes, he wanted to

17   go.  I think once, not a few times, just once.

18         MR. CONAWAY:  The El Rancho Motel, could I cue up

19   that one picture.

20   Q     Now, as he is looking for the picture, Barstow has,

21   basically, Main Street which is old Route 66; correct?

22   A     That is correct.

23   Q     And it runs east and west?

24   A     That is true.

25   Q     Is there any street like it in the Barstow area which
```

CHIA MEI JUI, CSR 3287, CCRR, FCRR
UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1   runs from the west end all the way to the east end?

2   A    You have Rim Rock running from the west to the ease.

3   Q    Does it go all the way through to the freeway?

4   A    No, it does not.

5   Q    The freeway being the I15 Freeway?

6   A    Understood.

7   Q    And the other side of Main Street goes to interstate

8   58; correct?

9   A    Yes, it does intersect 58, yes.

10  Q    So that's -- is that the only street that transects

11  that part of the Barstow basin?  That goes from east to west

12  from I58 to I15?

13  A    Repeat that question.

14  Q    Sure.  I am trying to get your testimony on is there

15  any other street other than Route 66 which is Main Street,

16  east and west Main Street, that goes from I58 to the west

17  all the way to the east which is I15?

18  A    You have what they call old I58 which runs from the

19  Interstate 15 to the old -- to the new 58.  That's our 58.

20  Q    And that's, what, some miles down, three, four miles

21  down, if you intersected 2nd Street and old Route 66?

22  A    Approximately two miles.

23  Q    How often on Route 66 do you travel on a daily workday?

24  A    It varies anywhere from 8 to 12 times.

25  Q    And you pass by the Barstow motel; correct?

```
 1    A     That is correct.
 2    Q     Now, for purposes of the Barstow motel, do you see the
 3    U shape with the red roofs?
 4    A     Yes.
 5    Q     And the Main Street passageway, basically, runs from --
 6    runs on the bottom diagonal.  You see that there is, like,
 7    five lanes?
 8    A     There is four lanes.  You got a turning lane.
 9    Q     Pocket lane, then.
10    A     Okay.
11    Q     Turning, we'll use your term.
12          You have to go by this hotel today as part of your
13    daily activities how many times?
14    A     Eight to twelve.
15          THE COURT:  Counsel, for the record, what exhibit
16    is this?
17          MR. GALIPO:  I am told, Your Honor, it was
18    previously admitted as 13-7.
19          THE COURT:  Thank you, Counsel.
20    BY MR. CONAWAY:
21    Q     How do you feel as you drive by the motel where Nate
22    spent his last moments in November 2015?
23    A     At times it hurts.
24    Q     And what's your feeling?  What is it that you think
25    about?
```

```
 1   A    I think about the time that I drove the -- the --
 2   sorry.  The day of his death, I drove by the night, and I
 3   saw the officers on that side of the street.  They were
 4   laughing, they were joking, and I pulled into the doughnut
 5   shop.  It hurts.
 6   Q    If it helps a little bit, is the doughnut shop that
 7   white building that's across the street on Main Street
 8   from -- the opposite Main Street from the Barstow motel?
 9   A    You can't see the doughnut shop.  It's -- if you look
10   at the crosswalk which is -- there is -- there is the
11   crosswalk right there.  Here is a doughnut shop in this
12   corner over here.
13   Q    Okay.  So you put two red dots on that --
14   A    The red is where the doughnut shop is, but I am just
15   showing you that area.
16   Q    And so you -- on the night -- you obviously didn't see
17   any shooting.  You didn't see the shooting yourself that
18   night, did you?
19   A    I did not.
20   Q    Did you see -- you said you saw some officers.
21        Was the area taped off at that time?
22   A    No, the area was not taped off.
23   Q    Where were you traveling, which heading were you on?
24   A    I was headed westbound.
25   Q    Which would put you going toward --
```

```
 1   A     Going towards 731 West Main where I reside.

 2   Q     And were you traveling without any stop?  Or did you

 3   come to a stop?

 4   A     When I was headed westbound, I saw the officers over

 5   there, police car, one CHP, County car, and Barstow PD.  I

 6   pulled into the doughnut shop and got out.

 7   Q     What did you do at that point?

 8   A     I walked over to this area right here.

 9   Q     Put an "X" where you walked to.

10   A     There is a signal.

11   Q     And what happened next?

12   A     An officer -- there was a gentleman walking by, and I

13   asked him what happened.  He said he didn't know.  Barstow

14   PD came up, drove down this way from east to west and made a

15   U-turn and parked over approximately right here.

16   Q     Where is -- can you put an "H" where the --

17   A     I put a dot there.

18   Q     Okay.

19   A     Barstow PD parked there.  It was a -- the officer was

20   Filipino or Hawaiian.  At that time, he pulled out the

21   yellow tape, caution tape, and he strung it from over here

22   to over here, approximately five feet from where I was

23   standing.

24   Q     At this point you didn't see Nate, did you?

25   A     That is correct.  I did not.
```

```
 1   Q    Did you see Officer Woods?

 2   A    No, I did not.

 3   Q    So at some point did you leave?

 4   A    No.  The ambulance pulled up.  And once I couldn't find

 5   anything out, I went back to my vehicle, and I text my ex

 6   and Dominic, and I said, "Something has happened at

 7   El Rancho Motel, and I hope it's not Nate."

 8   Q    Other than what you have testified to, how often do you

 9   think of Nate?  Obviously, we are here in a courtroom.  We

10   are here because of what happened to Nate, but how often

11   does it come to your mind about him and what the

12   relationship you used to have with him?

13   A    I don't think about relationship that I had with him in

14   the past.  I just think about he's gone.

15   Q    You will never see him again, obviously.

16        When Nate would want to go with you, did you enjoy

17   the fact that he wanted to go with you, keep company with

18   you?

19   A    I don't know what it was I enjoyed, but he went.  It's

20   not like we're adversaries.  He's my son.  We had a good

21   time.  We weren't fighting.  Not once has he ever been

22   disrespectful -- not once has he ever been disrespectful to

23   me.

24   Q    Did you find the time when you were with him rewarding

25   in any way?
```

1    A    Sure, it was.

2    Q    Would you explain how.

3    A    I normally work by myself.  And anytime I can have some

4    help, it helped.  It reduced my workload.  And it also give

5    him something to do.  At least he could pick up a trade.  He

6    helps.

7    Q    There was some training going on between father and

8    son; correct?

9    A    Training, bonding.

10   Q    Okay.  How has Nate's death affected you as a man, as

11   the father of a young man who was killed?

12   A    How does it affect me.  I'm sorry he's gone.  It hurts.

13   That's all I can say.  It hurts.

14   Q    In the years that Nate went back East, did you keep in

15   touch with him?

16   A    He would call me.

17   Q    How often?  Do you know?

18   A    I don't know.  I didn't keep records.  He just called.

19   Q    What did you talk about when he called from back East?

20   A    I called him on his birthday couple times.  I think

21   once or twice his mother -- just talked about how he's

22   doing.

23   Q    Did he ever write you, send you a card or anything?

24   A    Fathers' Day card.

25   Q    Did he write a personal note in the Fathers' Day card

```
 1   that you can recall?
 2   A    I'm sure it was something special he said.
 3            MR. CONAWAY:  I'm looking at my notes, Your Honor.
 4   I may be done shortly.
 5            THE COURT:  All right.
 6            MR. CONAWAY:  I don't have anything further,
 7   Your Honor.
 8            THE COURT:  Thank you.
 9            Mr. Ewing.
10            MR. EWING:  Thank you, Your Honor.
11                      CROSS-EXAMINATION
12   BY MR. EWING:
13   Q    Good afternoon, Mr. Pickett.
14   A    Good afternoon, sir.
15   Q    You live in Barstow?
16   A    That is correct.
17   Q    On November 19th, 2015, did you live in Barstow?
18   A    731 West Main.
19   Q    Why didn't Nate live with you?
20   A    I live in a motel.  It's a room.  Why didn't he live
21   with me?
22   Q    Why did your son, Nate, not live with you?
23   A    Once again, sir, I did not know Nate was in Barstow
24   until the second day his mother had secured him a room at
25   El Rancho.
```

```
 1   Q     Did you not talk with your former wife,

 2   Dominic Archibald, about securing housing at the

 3   El Rancho Motel prior to November 19th, 2015?

 4   A     I talked to her some time ago, probably several years

 5   ago.  Probably part of that time frame Nate was staying with

 6   me at 1361 Riverside Drive.

 7   Q     So why did he not continue to live with you there?

 8   A     Nate went back to live with his mother.  He went to

 9   Las Vegas to visit his grandparents.  From there he went to

10   stay with his mother.  He wanted to leave.

11   Q     So you live in Barstow.  Nate came back from Vegas.

12   Why did he not come back and live with you?

13   A     She put Nate in a home.  There was another -- not a

14   home, but admitted him to -- he was in a program in Norco, I

15   believe.  And from Norco, I believe he came down to Barstow.

16   She put him in El Rancho.

17   Q     At the time that this -- these transactions were

18   occurring that you just described, putting your son in a

19   home and so forth, who handled that?  Did you handle that?

20   A     No, I did not handle that.

21   Q     Who handled that?

22   A     His mother.

23   Q     And where was Miss Archibald living at the time?

24   A     I don't know where she was living at.

25   Q     And you were living in Barstow at the time.
```

```
 1   A     That is correct.
 2   Q     And is Barstow near Norco?
 3   A     Barstow from Norco is approximately 50 miles, I would
 4   say.  Maybe 60.
 5   Q     Why didn't you handle the living arrangements for your
 6   son in Barstow or Norco?
 7   A     I did not communicate with my wife -- or his mother.
 8   Q     Why not?
 9   A     We're divorced.
10   Q     You mentioned that you had talked or you had
11   communicated with your wife prior to November 19th, 2015,
12   regarding housing arrangements for your son?
13   A     Once again, my son stayed with me when I was living at
14   1361 Riverside Drive.  He also stayed with me at 1410 Sage.
15   He also stayed me at 500 South 6th Avenue.  2175 Ottawa
16   Road, Apple Valley, he stayed with me.
17   Q     Mr. Pickett, I appreciate your responses.  I had asked
18   you whether or not you had communicated with Miss Archibald
19   prior to November 19th, 2015, about the housing arrangements
20   for your son.  Had you done that?
21   A     Would you be more specific, sir.
22   Q     So prior to November 19th, 2015, had you had any
23   communications with Miss Archibald about the housing
24   arrangements for your son?
25   A     Once again, sir, yes.  He stayed with me at 1361
```

1    Riverside Drive, 500 South 6th Avenue, 1410 Sage and 21075

2    Ottawa Road.

3    Q    You testified a moment ago that you did not communicate

4    with Miss Archibald because you were divorced?

5    A    I did not communicate with Miss Archibald when she had

6    him in Norco, when she -- whenever she took him -- might

7    have been Norco or someplace down there.

8    Q    And speaking again about Norco and Barstow, Norco is

9    50 miles away, according to your testimony.  Why weren't you

10   handling the housing arrangements for your son?

11   A    I didn't even know she had took him there.  I found out

12   later.

13   Q    On the night of the incident, November 19th, 2015, you

14   testified that you texted Miss Archibald, did you not?

15   A    That is correct.

16   Q    And then just a moment ago you said that you didn't

17   communicate with Miss Archibald and you didn't know that she

18   had taken your son to Norco.

19   A    That is correct.

20   Q    So I am trying to find out do you communicate -- or did

21   you communicate with your wife around November 19th, 2015,

22   or not?

23   A    November the 19th I text.  She did not text me back.

24   She did not respond that morning.

25   Q    Do you have a copy of that text?

```
 1    A    No, I do not, sir.

 2    Q    Did you provide it to your attorney?

 3    A    No, I did not.  I don't have the phone carrier anymore.

 4    Q    Did you -- were you aware that your son lived other

 5    places than in California?

 6    A    I believed he lived in D.C., in the D.C. area.  He

 7    lived in Las Vegas.  He lived in Los Angeles.

 8    Q    Do you know whether your son lived in Maryland?

 9    A    I believe that's in the D.C. area, sir.

10    Q    Do you know his address?

11    A    No, I did not.  Do I know his address?  No, I do not.

12    Q    You don't know the Maryland address?

13    A    No, sir.

14    Q    Do you know if your son lived in Missouri?

15    A    I don't recall.

16    Q    Do you know if your son lived in Alabama?

17    A    Yes, he did.

18    Q    Do you have the address where he lived in Alabama?

19    A    Sir, I don't have any addresses.

20    Q    Do you know if your son lived in Virginia?

21    A    I believe that's in the same general area.

22    Q    Are you referring to the D.C., Virginia --

23    A    D.C., Virginia, Maryland.  His mother worked in that

24    area.

25    Q    And, again, you have no address for your son in
```

```
 1   St. Louis, Missouri; is that correct?
 2   A    No, I do not.  I do not even have the address in
 3   Las Vegas.
 4   Q    When your son -- I think you said earlier that he had
 5   written or sent you a Fathers' Day card a couple times.  Do
 6   you know from where he sent those?
 7   A    No, I do not.  I do not recall.
 8   Q    Do you know if your son lived in Tuscaloosa?
 9   A    That's Alabama, sir.
10   Q    You do know your son lived in Tuscaloosa, Alabama?
11   A    He lived in Alabama.
12   Q    Do you have an address as to where he lived?
13   A    No, sir.
14   Q    Do you know if your son lived in Fairfax, Virginia?
15   A    Sir, I do not know what city.  I will just tell you he
16   lived in that area, in the D.C., Virginia, St. Louis area.
17   Q    Would you describe your relationship with your son as
18   close?
19   A    I didn't have any problems with my son.  Yes, we were
20   close.
21   Q    You describe your relationship with your son as close
22   yet you don't know the addresses out of state where he
23   lived?
24   A    Sir, I couldn't even tell you the year.  I can give you
25   approximate based upon the evictions when I evicted people
```

1    where I live.  I don't keep track.  Never have and never

2    will.

3    Q    Do you know the address where Mr. Pickett was in a home

4    in Norco?

5    A    No, I do not.

6    Q    That's Norco, California; correct?

7    A    I am pretty sure it is Norco, that area, yes.

8    Q    You talked about Nate's desire to be an engineer.  And

9    I think you referenced that you worked for the California

10   Department of Transportation.  Do you remember that

11   testimony?

12   A    Yes, I do.

13   Q    And were you relating that -- were you relating your

14   work as a project manager to Nate's desire to be an

15   engineer?

16   A    No, I wasn't relating to anything.  I just gave you the

17   facts what he wanted to be.

18   Q    You said that you worked on CEQA documents?

19   A    I worked on many documents, CEQA and NEPA.

20   Q    What does CEQA stand for?

21   A    California Environment Quality Act.  And NEPA is the

22   National Environment Policy Act.

23   Q    What do those statutes do?

24   A    The statutes doesn't do anything.  What you mean?

25   Q    Do you know what an EIR is?

```
 1   A     Yes, sir, I've written several -- EIS, EIR.

 2   Q     What's an EIR?

 3   A     Environmental impact report.

 4   Q     Did you help prepare EIRs?

 5   A     I wouldn't say I helped prepare.  I wrote it.

 6   Q     You wrote EIR?

 7   A     I wrote it.

 8   Q     Are you an environmental engineer?

 9   A     I am an environmental planner, transportation planner,

10   project manager.

11   Q     You were relating your son's desire to be an engineer

12   to your work with CAL DOT?

13   A     No, I was not.  I just told you what he wanted to be,

14   not what I wanted him to be.

15   Q     Tell me about your cruise to the Bahamas with your son.

16   When did that happen?

17   A     I believe that was in 1993.

18   Q     Where did you go?

19   A     Bahamas.

20   Q     Which island?

21   A     Me and my daughter, we took -- sorry.  We flew out

22   of -- no, we cruised out of Miami.  We went to Bahamas.  We

23   went -- I don't know what island.  It was a Disney cruise we

24   took.

25             MR. EWING:  I would ask the Court to re-issue its
```

```
 1   admonishment to the audience.  There is talking going on
 2   behind me.
 3            THE COURT:  You do your job, and I will do mine.
 4            MR. EWING:  Thank you.
 5   Q    So did you go to Grand Bahamas?
 6   A    Who?
 7   Q    Grand Bahamas.
 8   A    Grand Bahamas.  Sir, in 1993, you are talking
 9   approximately 30 years ago, 27 years ago.  I am just letting
10   you know where I went, where I took my kids.
11   Q    Did you have fun on that trip?
12   A    Did we have fun?  It was a Disney cruise.  We had a
13   great time.  He was about -- I don't know, six or seven.  My
14   oldest daughter, she was a teenager.
15   Q    Did you financially participate in your son's life?
16   A    Financially participate.  Do you mean did I pay the
17   rent?  I paid the mortgage where we lived?  Yes.  Do you
18   mean that I bought him item?  Yes.  Do you mean I bought him
19   food?  Yes.
20   Q    How many children do you have?
21   A    I have 11.
22   Q    Did you financially participate in your son,
23   Nathanael Pickett, II's life for the year 2015?
24   A    I bought him food.
25   Q    Did you pay the rent --
```

CHIA MEI JUI, CSR 3287, CCRR, FCRR
UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1    A     No, I did not, sir.

 2    Q     -- at the El Rancho Motel?

 3    A     I did not.

 4    Q     Did you make arrangements for him to live at the

 5    El Rancho Motel?

 6    A     Once again, sir, my son contacted me on the second day

 7    he was there.  So, therefore, whatever communication

 8    arrangement was made, I was not party of.

 9    Q     Did you make arrangements for your son to live at a

10    home in Norco?

11    A     No, I did not, sir.

12    Q     Did you pay for that home in Norco?

13    A     I did not, sir.  I don't believe there it was a home.

14    Q     What was it?

15    A     I am pretty sure it was a facility.  It was some type

16    of a facility or medical environment -- I wouldn't call it a

17    home although that's where he lived.

18    Q     Was your son mentally disabled?

19    A     You asking me to be -- if you asking me for -- from a

20    medical perspective, I can't answer that.  What I can answer

21    is that the fact that me and my son had a very good

22    relationship.

23          And, yes, I will say this:  He told me he hear

24    voices.  Now, I am no expert in that area.  I don't even

25    take medicine personally.  I don't drink.  I don't smoke,
```

1  never taken any drugs.  So you are going to ask me something

2  about I don't know, what I don't know, I'm not familiar

3  with?

4  Q    When Nate told you that he hears voices, when did he

5  tell you that?

6  A    We were living in 1410 Sage in Barstow.

7  Q    And what year was that?

8  A    Probably 2012, 2013 -- 2010, 2011.  I don't know.  I

9  don't recall.  Somewhere in that time frame.

10  Q    What was your reaction to your son telling you that he

11  heard voices?

12  A    What's my reaction?  I listened to him.  "What did you

13  hear?"  We talked about.  I don't know.  I don't know what

14  you are driving at, sir.

15  Q    Did you have any sort of response when your son told

16  you, "Dad, I hear voices"?  Did you respond in any way?  Did

17  you react in any way?  Did you say, "That's great, son"?  Or

18  did you say, "I'm sorry, son.  Let's do something about

19  that."  Or "What voices are you talking about, son?"  Did

20  you have any sort of reaction?

21  A    I asked, "What did you hear?"  And if you are going to

22  ask me what did he say, I am just letting you know he said

23  he heard voices.

24  Q    Did he tell you what those voices were saying?

25  A    Once again, he said he heard voices.  He didn't tell me

```
 1   what the voices were saying.  He was on medication.
 2   Q    What medication was he --
 3   A    I don't know what medication.  If I knew the
 4   medication, I would tell you.  You would have to ask his
 5   mother.
 6   Q    So you testified that your relationship with your son
 7   was close, yet you are not aware of a mental disability or
 8   diagnosis?
 9   A    All I can do is tell you the communication I had with
10   his mother.  If you are going -- if you asking me did I
11   directly speak with the doctor, the answer is "No."
12   Q    What did Miss Archibald tell you about her son's
13   diagnosis?
14            MR. GALIPO:  Objection.  Calls for hearsay and
15   lacks foundation.
16            THE COURT:  Sustained.
17   BY MR. EWING:
18   Q    You don't know the names of the medications that your
19   son took?
20   A    No, sir, I do not.
21            MR. CONAWAY:  Asked and answered.
22            THE COURT:  Overruled.
23   BY MR. EWING:
24   Q    Was your son diagnosed as schizophrenic?
25            MR. GALIPO:  Objection.  Lacks foundation since he
```

```
 1    never talked to the doctors.
 2              THE COURT:  Sustained.
 3    BY MR. EWING:
 4    Q    Were you aware of any diagnosis of a disability for
 5    your son?
 6              MR. GALIPO:  I am going to object.  Calls for
 7    hearsay.
 8              THE COURT:  He may answer that question.
 9              Overruled.
10              THE WITNESS:  Repeat your question, sir.
11    BY MR. EWING:
12    Q    Are you aware of any diagnosis with respect to the
13    mental disability of your son?
14    A    I never received anything in writing from a doctor.
15    Q    Did you ever talk to doctors about your son hearing
16    voices?
17    A    No.  His -- that -- his treatment probably took place
18    when they were living in the D.C. area.
19    Q    Did you ever talk to a nurse or a therapist that may
20    not be a doctor about your son hearing voices?
21    A    I worked for some doctors.  That's who I work for.  And
22    I told her that he was on some type of medication and
23    everything was, "Hey.  Make sure he takes his medication."
24    Q    Did the person tell you how much your son was supposed
25    to take?
```

```
 1              MR. GALIPO:  Objection.  Calls for hearsay.

 2              THE COURT:  Sustained.

 3   BY MR. EWING:

 4   Q    Did you see your son take medication?

 5   A    Yes, I did, sir.

 6   Q    But you don't know the names of those medications?

 7   A    No, I do not, sir.

 8   Q    Would it surprise you to know that Ms. Archibald

 9   said --

10              MR. GALIPO:  I am going to object as calls for

11   hearsay as to what someone else said.

12              THE COURT:  I am going to allow the question.

13   Overruled.

14   BY MR. EWING:

15   Q    Would it surprise you to know that Ms. Archibald

16   testified in her sworn deposition that you played no

17   financial role in her son's life?

18              MR. GALIPO:  Objection.  Vague as to point in

19   time.

20              THE COURT:  Overruled.

21              THE WITNESS:  I'm not surprised of anything but

22   fact.  When my son went to college, I gave her -- I sent a

23   check to her.  If you want to say that's not participation,

24   then you are free to say that, sir.

25
```

```
 1   BY MR. EWING:
 2   Q    Would it surprise you to know that, in her sworn
 3   deposition, Ms. Archibald said that, when the subject of
 4   paying for the El Rancho came up, that you offered no money?
 5   A    I wasn't asked for any money.  Probably, sir, I didn't
 6   have any money at the time.
 7   Q    Did you visit your son at the El Rancho Motel?
 8   A    Yes, sir, I visit him many times.
 9   Q    At the El Rancho Motel?
10   A    Yes, sir.  That was your question.
11   Q    How many times did you visit your son at the
12   El Rancho Motel?
13   A    On the second day he was there, I went to the
14   El Rancho Motel.  I picked him up.  There were several times
15   after that.  We went to Del Taco to eat.  I also picked him
16   up once.  We went out to Silver Lakes.
17   Q    What date did your son move into the El Rancho Motel?
18             MR. GALIPO:  Objection.  Calls for speculation.
19             THE COURT:  If he knows, he may answer.
20             THE WITNESS:  All I could do is tell you, sir, the
21   second day he called me.  He called me that morning and
22   said, "Dad, I am here in town."
23   BY MR. EWING:
24   Q    What day was that?
25   A    Early October, sir.  I'm pretty sure it was early
```

```
 1   October.  I can't give you the exact date because I don't

 2   know.  I don't recall.  It was not important to me, not

 3   something I want to remember.

 4   Q     Early October 2015?

 5   A     Yes, sir.

 6   Q     You talked about being on Main Street and seeing police

 7   officers joking and laughing.  Do you recall that testimony?

 8   A     Yes, sir, I did.

 9   Q     What police officers are you referring to?  Are you

10   referring to Barstow PD, County Sheriff, Highway Patrol,

11   federal agents, military personnel?  Who are you referring

12   to?

13   A     Apparently, you weren't listening to me.  I said CHP,

14   Sheriff, and Barstow PD.

15   Q     Which county sheriff?

16   A     Sir, there is only one county that operates in

17   San Bernardino, one sheriff department that operates in

18   San Bernardino County, that would be San Bernardino.

19   Q     Did you hear any of the jokes that you referred to?

20   A     Once again, sir, I said they were joking and laughing.

21   I didn't hear any jokes.  I was driving through.  My ears

22   are not that good.

23   Q     What time did this occur?

24   A     I came through the first time about 8:35 to 8:45.  If

25   you put that video back up, the one that the counsel put up
```

1    there, I was at that signal at the doughnut shop.  I was

2    there.  8:35, 8:45, I was at the signal.  I drove -- a

3    sheriff vehicle pulled in front of me.

4            I went down.  I went over to 7th Street at the

5    other doctor's office where I was working at.  I picked up

6    the keys from there, from Lenny, Lenny De Lawsa [phonetic].

7    I picked up the keys from him.  He was there helping me

8    work.

9            At that time he got -- he's out in the parking

10   lot.  He said, "Nate, everything is locked up."  I took the

11   keys, I came back through.  So that had to have been about 5

12   or 10 minutes, maybe 15, 20 minutes, to 7th Street.  I came

13   back, and that's what I witnessed.

14   Q    So when you witnessed the officers you say were joking

15   and laughing, approximately 10 to 15 minutes had elapsed

16   from the time of 8:30 that you just testified about.  Is

17   that correct?

18   A    No, I didn't testify anything about 8:30, sir.  I said

19   8:35, 8:45.

20   Q    Let's go with 8:35.

21           So at 10 to 15 minutes, you add that to 8:45.

22   That puts you at 9:00 P.M.?

23   A    Put me about 15 or 20 minutes.  If you are trying to

24   say, sir, that things wasn't there, I am just telling you

25   what I saw, what I witnessed.

1  Q    What was the personal note that your son,

2  Nathanael Pickett, wrote to you on your Fathers' Day card

3  that you testified about?  What did it say?

4  A    I don't think I testified to the note.  I believe, if

5  you go back, I said, "I don't recall.  He wrote something."

6  Q    Mr. Pickett, you really didn't have a relationship with

7  your son, did you?

8  A    Sir, if I didn't have a relationship, he wouldn't have

9  lived in my house.  I wouldn't have picked him up.  He would

10 never call me and say, "Dad, hey, I'm here."  So you define

11 relationship.  You tell me what I didn't do, and I'll tell

12 you what I did do.

13 Q    Mr. Pickett, isn't it true really that the person who

14 had the relationship with your son is seated in the court

15 right here, Miss Archibald?  Isn't that the person who

16 primarily took care of your son?

17           MR. CONAWAY:  Objection.  Vague as to time.

18           THE COURT:  Overruled.

19           THE WITNESS:  Let me just give you some

20 information, sir.  Maybe this will help you.  I don't know

21 what you are trying to determine.

22           But I had a court order saying my son was not to

23 leave California, leave the state.  She moved out of state.

24 And if you -- she moved out of state.  You saying did I

25 fight?  No, I did not fight.  That does not mean I didn't

```
 1   have a relationship.

 2            I don't know if you have any kids or not, but I

 3   had a relationship with my son.  He came to Barstow.  He

 4   lived with me at 500 South 6th Avenue, 1410 Sage, 1361

 5   Riverside Drive, 21075 Apple Valley.  I'm sorry, Chiro Road

 6   [sic], Apple Valley.

 7            You want to say I didn't have a relationship?  I

 8   drove 90 miles in a 1990 vehicle that I had back and forth.

 9   Want to I say didn't have a relationship?

10            I drove to Las Vegas.  You want to say I didn't

11   have a relationship?  He was staying with his grandparents.

12   I didn't have a relationship?  You define what a

13   relationship is.

14   BY MR. EWING:

15   Q    Mr. Pickett, I am -- I am not saying that I -- I am

16   referring to sworn testimony of Dominic Archibald when she

17   talked about the financial participation and the role that

18   you played in your son's life.  I am asking you about that.

19            I am also asking you about the fact that you

20   didn't know any of the addresses that he lived in the south,

21   in Missouri, in Washington, D.C., in Virginia, and so forth.

22   That's what I'm asking you about.  That's what I'm saying

23   when -- isn't it true that the person who had the primary

24   relationship with your son is seated in the courtroom here,

25   not you, his mother, Miss Archibald?
```

```
 1              MR. GALIPO:  I am going to object to the question

 2   as vague, compound, and argumentative as phrased.

 3              THE COURT:  Sustained.

 4              MR. EWING:  I have nothing further.

 5              THE COURT:  Mr. Conaway.

 6              MR. CONAWAY:  I don't have anything further,

 7   Your Honor.

 8              THE COURT:  All right.  May this witness step

 9   down?

10              All right.  Do you want to call --

11              MR. GALIPO:  May we approach, Your Honor.

12              THE COURT:  Yes.

13         (The following proceedings were held at sidebar.)

14              MR. GALIPO:  Just trying to see where we're at

15   timingwise.  I'm not going to be able to finish her today.

16   I don't know how ambitious you are or the jury is, but I am

17   willing to do whatever you want.

18              THE COURT:  I told the jury we would go until

19   5:30.  That's my intention.  I said my plan is, unless they

20   have some objection, we will go to 5:30.  So I would like to

21   get as much testimony even if it needs to be broken up and

22   brought back tomorrow.

23              They all know they have to come back tomorrow.

24   Unless there is a vehement objection, I say let's call the

25   next witness and begin, get at least --
```

```
 1              MR. GALIPO:  Go to 5:30.

 2              THE COURT:  Yes.

 3              MR. CONAWAY:  So I am clear, he has been excused;

 4    right?

 5              MR. GALIPO:  Don't worry.  He is not being

 6    recalled.  We're good.

 7              THE COURT:  Thank you.

 8        (The following was heard in open court in the presence

 9         of the jury:)

10              THE COURT:  All right.  Please call your next

11    witness.

12              MR. GALIPO:  Thank you, Your Honor.  My

13    understanding the Court intends to go to 5:30 today.

14              THE COURT:  That is correct.

15              MR. GALIPO:  Thank you, Your Honor.

16              My next witness and only witness in this phase is

17    Dominic Archibald, but I am just getting an indication she

18    has to use the ladies' room very quickly.

19              THE COURT:  All right.  Ladies and gentlemen of

20    the jury, let's take a restroom break.

21              Please do not form or express an opinion about

22    this case until the matter is submitted to you.  Don't talk

23    to anyone about this case, don't allow anyone to talk to you

24    about the case, and don't conduct any research of any kind

25    on any subject matter to connect to the this case.
```

```
 1              Let's just take five minutes or so, and we'll come
 2   back and resume.
 3              THE CLERK:  All rise for the jury.
 4         (The following was heard in open court outside the
 5          presence of the jury:)
 6              THE CLERK:  Please be seated.
 7              THE COURT:  Counsel, let's take a break.  I am
 8   going to stay here because I want to move this along.  If
 9   the witness needs to use the restroom, we'll resume when she
10   comes back.
11              MR. GALIPO:  That's fine.  Thank you, Your Honor.
12              THE COURT:  Sure.
13         (Recess taken 4:59 P.M. to 5:06 P.M.)
14         (The following was heard in open court in the presence
15          of the jury:)
16              THE COURT:  All right.  Mr. Galipo, you may call
17   your witness.
18              MR. GALIPO:  Yes.  Thank you, Your Honor.  We'd
19   like to call Dominic Archibald, please.
20              THE COURT:  Just so the record is clear, we'll
21   have her resworn again.
22                      DOMINIC ARCHIBALD,
23                having been first duly sworn,
24                  testified as follows:
25              THE CLERK:  Do you solemnly swear that the
```

```
 1  testimony you shall give in the cause now before this Court
 2  shall be the truth, the whole truth, and nothing but the
 3  truth, so help you God?
 4              THE WITNESS:  I do.
 5              THE CLERK:  Thank you.  Please be seated.
 6              Please state and spell your name for the record.
 7              THE WITNESS:  My name is Dominic Archibald;
 8  D-o-m-i-n-i-c, last name A-r-c-h-i-b-a-l-d.
 9              THE COURT:  Mr. Galipo, you may proceed.
10                        DIRECT EXAMINATION
11  BY MR. GALIPO:
12  Q    You are coming across loud and clear so you might be
13  able to back off the mic a little bit.
14              First of all, a little bit about your background.
15  Where did you grow up?
16  A    I grew up here in Los Angeles.
17  Q    And where did you go to high school?
18  A    Went to Dorsey High School.
19  Q    At some point did you get interested in the military?
20  A    After I graduated from high school, I went away to
21  college.  I went to the college in the South where my
22  parents attended college.
23              While I was there, I had an opportunity to compete
24  for an ROTC scholarship.  I received a three-year ROTC
25  scholarship which required service in the military after
```

```
 1   graduation.
 2   Q    Did you do that, a service in the military at that
 3   time?
 4   A    I did.  I had about a five-year requirement.  And after
 5   I did my five years, I found out I was pregnant with Nate.
 6   So it was perfect timing.
 7           I stepped out of the military -- well, I stayed in
 8   the California Army National Guard because I really enjoyed
 9   serving.  I became a teacher in the Los Angeles Unified
10   School District because that schedule was perfect in my mind
11   for raising Nate.
12   Q    Where was -- what city was Nate born in?
13   A    He was born at Fort Irwin, California, Weed Army
14   Medical Center.
15   Q    I think we heard this before, but what date was he
16   born?
17   A    July 3rd, 1986.
18   Q    And you at some point met Nate's father,
19   Nathanael Pickett, I?
20   A    That is correct.
21   Q    What year approximately did you meet?
22   A    I want to guess it was maybe around 1982.
23   Q    Okay.  At some point were you married?
24   A    Yes.
25   Q    And then at some point you got pregnant with Nate?
```

```
 1   A    About three years after we were married.  It was kind
 2   of difficult for me to get pregnant.
 3   Q    Do you have any other children other than your son
 4   Nate?
 5   A    No.
 6   Q    Now, I want to show you a few pictures.  Showing you
 7   Exhibit 16-10.  Can you tell us who is in that photograph?
 8   A    That's Nate's father, Nathanael Harris Pickett, I, and,
 9   of course, that's me, and that's my baby, Nate.
10   Q    16-15, is that also a picture of you and Nate?
11   A    Yes.  I think that's his first birthday party.
12   Q    Are you guys looking at the birthday cake?
13   A    (No audible response.)
14   Q    Let me show you a few other pictures.
15            16-2, is that a picture of Nate?
16   A    That's a picture of my baby.
17   Q    16-36, is that also a picture of Nate?
18   A    That's him.
19   Q    16-37?
20   A    Yes.
21   Q    16-14?
22   A    Yes.
23   Q    Was he graduating from something?
24   A    Preschool.
25   Q    Okay.  Was he ever involved in the Boy Scouts or
```

```
 1   anything?

 2   A    He was.

 3   Q    16-45, who was in that picture?

 4   A    That's him on to the left, his cousin, Barrington, my

 5   sister's son.  And to the right was his best friend in

 6   elementary school, Donovan.

 7   Q    Did he like basketball?

 8   A    He really liked basketball.

 9   Q    16-29, who is that in that picture?

10   A    That's my baby.  That's Nate.

11   Q    Did he play football for a little bit?

12   A    I tried to keep Nate involved in a lot of things.

13   Football wasn't his favorite because he didn't like to get

14   dirty.

15   Q    16-9, was that a picture of him in his full outfit

16   maybe missing one tooth?

17   A    That's him.

18   Q    Now, when you say he didn't like to get dirty, what do

19   you mean by that, as it relates to football?

20   A    Well, as an example, when he played during that time,

21   if he ever ended up with the football and people came toward

22   him to tackle, he would drop the ball and run in the other

23   direction so he wouldn't have to fall on the ground.

24   Q    Okay.  Let me show you this.

25        16-5, can you tell us -- I recognize the person in
```

```
 1    the middle, but what was the timing of that photograph?  How
 2    old was Nate and where was that taken, if you recall?
 3    A    Nate looks like he is about five years old, four or
 4    five.  And that's when I was in the California Army National
 5    Guard.
 6         And so any time I had an opportunity to take him
 7    to work with me and especially during the holidays, I would
 8    take him.  And, obviously, that was a Christmas photo.
 9    Q    You mentioned that Nate was born in 1986.  Is that
10    right?
11    A    That is correct.
12    Q    Did you separate from Nate's father somewhere in about
13    1989 or so?
14    A    Yes, correct.
15    Q    And how would you describe -- we looked at a lot of
16    pictures of Nate when he was young.  How would you describe
17    your relationship with him at this point?
18    A    He was my child, my baby.  I mean, what does a mother
19    say about her child?  We were very close.  It was just he
20    and I, and we did everything together.
21         If I traveled, he traveled.  If I went to work, I
22    tried to take him with me.  I don't know what to tell you
23    other than it was just perfectly close relationship.
24    Q    Did you work for a while at the Pentagon?
25    A    I did.
```

1   Q    What time frame was that and why did you choose to work

2   at the Pentagon during that time frame?

3   A    I stayed off of active duty until Nate was about the

4   fifth or sixth grade because I just really wanted to focus

5   on his developmental years.

6         And when he went to about the fifth grade, then I

7   chose to go back on active duty service.  So my first

8   assignment was at the Pentagon in D.C.  And I was there a

9   second or third time.  I was there on 9/11 when it was hit.

10  So I went to the Pentagon quite a few times.

11  Q    Okay.  Let me show you this picture, 16-18.

12        What can you tell us about this photograph?

13  A    That was a picture at an event that was going on at

14  Nate's school.  He was participating probably in a science

15  fair or something.

16  Q    16-23.

17  A    Well, that was just a mother and son shot.  We just --

18  of course, we took pictures.  I wanted to document as he

19  grew up, you know, our family.  So that's he and I together.

20  Q    16-19.

21  A    That's a picture of us when I received my first

22  graduate degree at Cal State Dominguez Hills.  I have a

23  degree in multi-cultural education.  Because we traveled a

24  lot, we're very interested in culture and people.  So that's

25  my first graduate degree.

```
 1   Q    When you say you traveled a lot, do you have an

 2   estimate as to how many different countries you and your son

 3   Nate traveled together?

 4   A    We probably -- I know that it was at least 12 countries

 5   and, you know, half of the United States that we traveled

 6   to.

 7   Q    What were some of the countries you traveled to with

 8   your son, Nate?

 9   A    I remember going to Japan because, of course, Nate was

10   very interested in any video game that came out.  So it gave

11   us an opportunity to go to a place in Japan where they were

12   creating them.

13           We traveled through Europe.  I sent him on an

14   academic tour to South Africa.  We went, of course, to

15   Canada and Mexico, but it was -- there were many countries

16   that we traveled to.

17   Q    Looking at the Exhibit 16-6, do you know what was the

18   occasion for this exhibit?  I am going to try to zoom it in

19   just a little bit.

20   A    That's Nate to the right with his back to us.  And I

21   was being promoted to the rank of colonel.  And, of course,

22   I wanted my son to pin on my rank.

23   Q    And what was your rank before colonel?

24   A    Lieutenant colonel.

25   Q    Do you have an estimate as to what year you were
```

1 promoted to colonel?

2 A   Like I said, I was at the Pentagon -- I was assigned

3 three days before it was hit for 9/11.  And I think that I

4 was probably promoted the next year.

5 Q   Few more pictures I am going to show you now, and then

6 I am going to ask you some questions.

7         16-25, when was that photograph taken,

8 approximately?

9 A   Those were Nate's graduation from high school pictures.

10 Q   Okay.  And so he would have been about 18 years old?

11 A   Yes.

12 Q   Now, up to the time he graduated high school, up to

13 that time, did you, as his mother, notice any type of issues

14 that you thought he had in terms of a potential mental

15 impairment?

16 A   No, not at all.

17 Q   Did he have a girlfriend at some point in high school?

18 A   He had the same girlfriend for all of high school, yes.

19 Q   How did he generally do in school?

20 A   Nate was a good student.  But because I wanted him -- I

21 knew it was very difficult for him to be competitive for

22 college, I sent him to Fork Union Military Academy, which

23 was an all boys school in Virginia, just to keep his focus

24 on academics and also just to make sure he had the best

25 grades.

1  Q    Okay.  Showing you Exhibit 16-43, what does that

2  picture show?

3  A    That's one of the parades at Fork Union.  That's Nate

4  right there in the middle marching in formation.

5  Q    Okay.  How old was he when he went there?

6  A    He was, like, 10th, 11th grade because my agreement

7  with him was, if he kept a B-plus to A average, that for his

8  senior year I would allow him to go to the public school

9  with his friends.

10 Q    Okay.  How did that work out?

11 A    He ended up going to Woodrow Wilson High School in D.C.

12 for his senior year.  He did what he was supposed to do.

13 Q    He got the grades and --

14 A    He did.

15 Q    All right.  This picture, 16-27, little bit dark.  I am

16 trying to put -- but what's happening here in this picture?

17 A    We're on our way to his high school graduation.

18 Q    Was that a proud day for you?

19 A    It was a very proud day for any mother, you know,

20 just -- you just feel like you have raised your child and

21 they're getting ready to head on to life.

22 Q    And he seems happy in this photograph.

23       Was that a happy --

24 A    He was very happy.  Yes, he was very happy.

25 Q    What are some of the things Nate liked doing?  I know

```
 1   you mentioned basketball.  Was there other things that he
 2   enjoyed?
 3   A     Nate was very into music, and that was all kinds of
 4   music.  People were surprised to find that he liked
 5   Frank Sinatra.
 6   Q     Okay.
 7   A     He could go from rap to opera.  He just really liked
 8   music.  I wouldn't say he really loved art but he -- well,
 9   anything that he made that looked creative to me went into a
10   frame.
11         And I remember, as we moved some time with the
12   military, if I took too long putting up his art, you know,
13   he would play it off when he got in high school, but I know
14   he missed seeing all of his art all over the house.
15         He really enjoyed traveling and meeting people,
16   especially people who were different from himself, just
17   enjoyed so many things.  I tried to expose him into as much
18   as possible.
19   Q     Now, at some point did he go to college?
20   A     He did.  Immediately upon graduating from high school,
21   Nate was accepted to Hampton University.  And we were both
22   very proud about that because it was a year that they had so
23   many slots and five times as many people applied, but Nate
24   got in right away.
25   Q     At some point during his first year in college, did
```

```
 1   you -- did he either come home or did you start, as his
 2   mother, observing that something might be a little different
 3   with him?
 4   A    When Nate came home from his first break from college,
 5   one of the things that I noticed was -- he owned a car.  And
 6   he would do a lot of walking.  He would -- no matter how hot
 7   or how cold it was, he would get up, and he would walk out
 8   the door past his car and just walk and walk and walk.
 9            And I thought that was very odd, you know, to just
10   walk seemingly for miles when he owned a car.  So, yes, it
11   kind of gave me pause, and I started to question what's
12   going on here?  Why is he doing this?
13   Q    Okay.  Let me just show you the last two pictures so I
14   don't forget, and we'll continue on.  This is Exhibit 16-4.
15            When was that taken?
16   A    I don't remember the exact year, but I do remember that
17   it was a family cruise to Mexico.  That's my nephew in front
18   of me and Nate behind me.  My parents were there.  Quite a
19   bit of the family went on this cruise to Mexico.
20   Q    Okay.  And then this 16-42.
21   A    The young lady to the right is a neighbor.  Nate
22   escorted her to her debutante ball.
23   Q    Okay.  I take it that's you on the left of the picture?
24   A    The proud mother of seeing my son in a nice suit and
25   tie, yes.
```

1   Q     Okay.  So when you started noticing, comes home from

2   school, he starts walking a lot, what, if anything, did you

3   do?  Did you talk to him about it?  What did you do?

4   A     You know, I kind of observed him for a while.  If it

5   was nothing wrong, I didn't want to kind of -- I just wanted

6   him to be happy.  So I didn't start questioning him or

7   anything.  I just observed him for a while.

8         And after observing him, I took him in for first

9   the physical evaluation, and that included also a mental

10  health evaluation.

11  Q     Okay.  Without getting into specifically what different

12  doctors told you, would it be fair to say that different

13  doctors told you different things as far as what they

14  thought his mental impairment was?

15  A     Yes.  Some doctors thought that maybe college was

16  stressing him out.  Some doctors thought that he was just

17  going through a depression.  Different doctors did say

18  different things.

19  Q     I want to fast forward just a little bit because I know

20  we're getting close to the end of the day.  But were you

21  involved -- I think you have testified to some extent about

22  this.

23        Were you involved in going out to Barstow and

24  talking to the manager of El Rancho and helping Nate get a

25  place there?

```
 1   A    Yes.  When Nate moved into the El Rancho, he was 29.
 2   And I had tried to keep Nate with me as much as possible.
 3   Mainly, because as a mother -- I don't know -- I just always
 4   wanted to protect him.  I didn't want him to be judged.  I
 5   didn't want him to be alone in the world.
 6            But at a point I finally -- after trying to
 7   probably overmother him, I finally said to Nate, "What would
 8   you like to do, Nate?"
 9            He said, "Mom, I would like to be on my own."
10            And, again -- this is a true thought.  I
11   considered that one day I was not going to be here.  And
12   that, because he had the ability to -- you know, a lot of
13   times when people have mental impairment, they're very
14   intelligent people.  And because he had the ability to, I
15   said, you know, "What would you like to do?"  And I assisted
16   him in doing that.
17   Q    Okay.  Did he seem, as far as you could tell, happy
18   with getting a place at El Rancho and being able to be on
19   his own?
20   A    I think he was.  I wouldn't say "happy," but I think he
21   felt free from me probably trying to direct everything for
22   him.  I think he felt free.
23   Q    Did you get the impression from going to Barstow and
24   helping him with that transition as to whether or not he
25   felt comfortable there?
```

```
 1   A    I know he felt comfortable because I think he was in a
 2   place where he didn't feel like he was being judged.  And
 3   that was one thing that I raised him with.
 4             And as a soldier, we don't look down on people.
 5   We don't judge people, and we don't want to be judged.
 6   People are people.  There are some good and bad in everyone.
 7             So, yes, I think that his ability not to feel
 8   judged in the location he was in was important.
 9   Q    At some point did you learn that your son had been
10   killed?
11   A    I did.
12   Q    How did you learn that?
13   A    When I took Nate -- I'm still a mother.  So when I took
14   Nate to the El Rancho in Barstow, I tried to speak with
15   everyone in the area.  I spoke with the manager.  I spoke
16   with the neighbors.  I got their phone numbers.  I told them
17   about Nate.  I told them about myself.
18             And so the morning after he was killed, I received
19   a call from the manager of the El Rancho telling me what had
20   happened.
21   Q    And you were in Florida at the time?
22   A    I was in Florida.
23   Q    What was -- what kind of thoughts were going through
24   your mind when you had learned that your only child and son
25   had been killed?
```

CHIA MEI JUI, CSR 3287, CCRR, FCRR
UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1   A     The first thought was it just has to be a mistake
 2   because why would someone kill Nate?  I know he didn't
 3   bother people.  But my first thought was this was some kind
 4   of mistake.  That was my first thought.
 5              And I think -- I am going to be honest with you.
 6   The reason I can sit here and still articulate is because I
 7   am still waiting for my son to just call me.  I still really
 8   just can't believe it.  I just -- I am sitting here 2 1/2
 9   years later.  I can't believe this.
10   Q    Did you ever think that your son was going to die
11   before you?
12   A    No.  What mother thinks that?  I mean, I think we all
13   are building a -- I was building a legacy for he and any
14   grandchildren I would have, which now will never be
15   possible, to go forward when I am gone.
16   Q    And what did you do in response to getting this call?
17   A     I got on a plane and came to California.  I was on the
18   next thing heading this way because, again, I just wanted to
19   verify this mistake.  That's what I wanted to do.
20   Q    Hoping that it wasn't true?
21   A    Hoping that it wasn't true.
22   Q    And what happened when you got to California?  Did you
23   go to Barstow and to the El Rancho?
24   A    I went immediately to Barstow and the El Rancho.  And I
25   spoke to everyone once again that I could find.
```

```
 1    Unfortunately, Nate was killed on a Thursday.  And so, when
 2    I got here, things were closing; so I couldn't -- and they
 3    wouldn't let me see him anyway.
 4            I couldn't go to the coroner's office or anything.
 5    So I just had to -- I just spoke to everyone I could to get
 6    all the information that I could.
 7    Q    Did you find out, during the discussions you were
 8    having with anyone at the El Rancho, including the
 9    management there, that there may be a video showing portions
10    of the incident?
11    A    Right.  As I mentioned to you, I made immediate contact
12    with the manager when I dropped Nate off, kept the phone
13    number, kept in touch in speaking with the manager.  And she
14    did tell me that there was a video.  That was one of the
15    first things she told me when I saw her in person.
16    Q    Were you, as his mother, trying to figure out what had
17    happened leading up to him being shot?
18    A    Of course.  I mean, like, did he do something?  Who did
19    this -- all the questions that you ask trying to ascertain
20    information, of course.
21    Q    Did you arrange for -- at some point, did you ever get
22    a chance to see your son?  Was there a funeral, a burial?
23    What happened?
24    A    Nate's body was kept for a long time.  In fact, I left
25    California and had to come back before I was able to see
```

1   him.  When I was able to see him, apparently, the coroner's

2   office had just kind of left him sitting out rotting.  So I

3   wasn't able to see him even from the same room.  I had to

4   view his body from another room, and I made sure to take

5   pictures of the condition of his body.

6           I think I kind of went into military mode, you

7   know.  One of the things we learn in the military is that

8   emotions will get you killed because I am a two-time combat

9   vet, besides having been at the Pentagon on 9/11, and so it

10  may not sound very parental, but I immediately went into

11  military mode.

12          I ordered autopsies.  I requested video.  I did

13  this, I did that.  I did this.  I did that because I just

14  knew that I needed to be strong enough to do what I needed

15  to do.

16  Q   How do you think the loss of your son has affected you?

17  A   I mean, I told you that Nate is my only child.  It was

18  hard to conceive him in the first place.  We were very, very

19  tight.  If I went, he went.

20          That's what I tried to do is just try to make sure

21  that I had -- Nate would always say, "I need some brothers

22  and sisters, and why don't you have more kids?"

23          And I would always say, "Because, Nate, I have

24  you."

25          And so everything that I have now, everything that

1   I work for, everything that I did was about my child.

2   Everything.  To include serving in the military.

3          When I served everyone that is sitting in this

4   courtroom, I was still serving my child.  I knew that.  So I

5   don't even know what to tell you on that question.

6   Q    Well --

7   A    Did I love him?  With my whole heart.  And I used to

8   say to him -- and this is the irony.  I used to say to

9   him -- I said, "Nate," because there were school shootings

10  and things.  I said, "Nate, if someone started shooting, I

11  would injure more people trying to save you than a shooter

12  ever would."

13         I don't know why I would ever say that to him, but

14  that's what I wanted him to know, that my life, "My life I

15  will protect you, son, because you are it for me.  That's

16  how much I love you."

17         MR. GALIPO:  Is this a good time for a break,

18  Your Honor?

19         THE COURT:  Ladies and gentlemen, we are going to

20  recess for the evening.  I am going to ask that you come

21  back at 9:00 o'clock tomorrow.

22         Please do not form or express an opinion about

23  this matter until this matter is submitted to you.  Don't

24  talk to anyone about the case, don't allow anyone to talk to

25  you about the case and do not conduct any research of any

 1    kind on any subject matter connected with this case.

 2            We'll see you tomorrow at 9:00 A.M.  I will do my

 3    best to have scones for you in the morning.  All right?

 4            THE CLERK:  All rise for the jury.

 5        (The following was heard in open court outside the

 6         presence of the jury.)

 7            THE CLERK:  Please be seated.

 8            THE COURT:  All right.  So tomorrow we'll resume

 9    with Ms. Archibald.  And then any other witnesses for the

10    plaintiff?

11            MR. GALIPO:  No, Your Honor, no.  And then we

12    just, I guess, Dr. Cohen --

13            THE COURT:  Defense will call Dr. Cohen, and then

14    we need to discuss the instructions.  At least if I am

15    accurate, I think the parties only submitted two

16    instructions:  Damages and punitive damages, the amount; and

17    then I have a special verdict form.  Is there -- I guess

18    what I want to try to ascertain is -- am I incorrect as it

19    relates to the instructions?

20            MR. GALIPO:  I don't have them in front of me, but

21    I can tell you that the damage amounts in the second

22    phase -- now, I am going to meet and confer with counsel

23    regarding the punitive damages because maybe we could

24    stipulate to some amount.

25            I mean, I do have the option of calling

```
1    Deputy Woods and finding out what his finances are.  I am
2    sure other than his salary they're not that great.  And I
3    would rather not have to go there, quite frankly.
4          So I may have a discussion with counsel about that
5    to see if we can reach some type of an agreement.  If we
6    do -- and I have done this in other cases -- then, we don't
7    have the punitive damage amount question in the verdict
8    form, and we don't have that instruction.
9          Now, the other damages are clearly the wrongful
10   death damages for each parent and the survival damages.  I
11   understood from talking to Miss Le -- but it's a little bit
12   unclear and maybe Mr. Ewing could tell us or the Court can
13   inquire.
14         At one point, I was told that the defense was
15   objecting to our ability to collect survival damages under
16   the Fourth Amendment or under the law.  I think the law is
17   very clear on that.
18         If that is an issue, I think we need to address it
19   at some point, whether now or later.  If it's not in issue,
20   then I think it's going to be pretty smooth sailing on
21   working out the instructions and the verdict form.
22         The only question is what -- if we can reach a
23   stipulation as to an amount of punitives so that is not
24   entered, but I'll talk to Mr. Ewing about that, and I am
25   sure he is going to have to talk to his client about that as
```

```
 1    well given that it's punitives.  But I think we can work out

 2    something that might be workable.

 3              THE COURT:  Mr. Ewing, what's your response?  I

 4    guess let's first deal with the survival damages issue.

 5              MR. EWING:  Your Honor, if we could, if I may

 6    suggest that counsel and I confer once the Court's in recess

 7    about the punitive damages issue -- I can reach out to my

 8    client.  It is after hours.  It is a government entity.

 9    However, I do have some communication.  And then counsel and

10    I try to work out the issues on the survival issue that's

11    outstanding.

12              So we get here early, perhaps as early as 8:00

13    or 8:30, try to work out that issue.  If not, have it worked

14    out in the evening hours as well.

15              And so when we are ready at 9:00 A.M., we will

16    have resolved -- or at least I will have answers to

17    questions on, one, punitive damages; and, two, where the

18    defense stands on the survival issue.

19              THE COURT:  Let me ask you this:  What is your

20    position right now with respect to the survival damages?

21    You believe they are not appropriate in this case.  Tell me

22    what your basis is for that belief.

23              MR. EWING:  You would ask that.  Your Honor, we

24    made the objection.  I don't have it in front of me, and I

25    apologize.
```

```
 1              THE COURT:  I seem to recall it was something

 2    along the lines of there was no testimony or -- with respect

 3    to whether or not he survived after the first or second

 4    shot.  Am I incorrect in that?

 5              MR. EWING:  No, you are not incorrect.  There was

 6    some argument as to whether or not one of the shots, because

 7    we don't know the order, created instantaneous -- or caused

 8    instantaneous death.

 9              And then we have coroner's testimony that says,

10    essentially, that there would be the deposition testimony --

11    and I don't know if he went into it on direct -- that said

12    it would take -- it would take some time for the fatal shot

13    to fill the, essentially, the lung cavity or the body

14    cavity.

15              THE COURT:  I don't recall.  I remember there was

16    discussion about it, but I don't recall there was any

17    testimony in that regard.

18              MR. EWING:  That's correct.  So if the Court would

19    please allow the defense the opportunity to review our

20    objection and the points over the evening, then, if we feel

21    that we have a valid argument, we'll make it, and if we

22    don't, we won't.

23              THE COURT:  I am going to say this:  I would

24    strongly urge you, Mr. Ewing, to find out whoever you need

25    to find at the County and try to resolve this matter.  I
```

```
 1   don't know if you are looking at the body language of this
 2   jury, but, if I am reading it correctly, the County is not
 3   going to be happy with this Phase 2.
 4            I am just -- again, you have to deal with your
 5   client.  But you got a 2 1/2-hour verdict on this case.  I
 6   think you owe it to your client, this deputy right here, as
 7   well as the client, the County, to really discuss with them
 8   the possibility of resolving this at a minimum as it relates
 9   to the punitive damages phase, if not the entirety of the
10   matter.
11            Obviously, if your client says otherwise, that's
12   the call you have to make.  But based on what I have heard
13   in this trial and particularly what I have heard this
14   evening and at least my observations of these jurors, I
15   don't think that you want this -- I don't think you want
16   them to make that call.
17            MR. EWING:  I appreciate your comments.
18            THE COURT:  Mr. Galipo, is there anything further
19   that we need to address at this time?
20            MR. GALIPO:  I don't think so, but I am happy to
21   exchange my cell phone number with counsel so we can talk
22   tonight.  I am also willing, if the Court would like, for us
23   to get here at 8:30 so we can continue our discussions and
24   get whatever we need to get organized.
25            I do feel very confident that we're not only
```

```
 1   entitled to survival damages, but there was clearly evidence

 2   to support it.

 3         You may not recall this, but the medical examiner

 4   did say that it would take minutes or some time for him to

 5   die, and there is other evidence.

 6         But if we're all in agreement on it, which I think

 7   counsel probably will be once he looks at the case law, I

 8   don't think it's going to be an issue.  But we'll continue

 9   our discussions.

10         THE COURT:  Please do that.  I would ask everyone

11   to come back at 8:30.  I'm not able to get here prior to

12   that point.  If you are able to have further discussions, do

13   so, but I have children I have to drop at school; so I won't

14   be able to be here until 8:30 tomorrow.

15         Mr. Conaway, anything further?

16         MR. CONAWAY:  I just conferred with Mr. Galipo,

17   and we're fine.

18         MR. GALIPO:  What Mr. Conaway had suggested -- but

19   I don't think it's necessary -- is to have a claimsperson

20   here.  I'm assuming that Mr. -- the gentleman who was here I

21   think is -- has authority.

22         But I'm assuming that Mr. Ewing will be able

23   either tonight or in the morning to get in touch with

24   whoever he needs to get in touch with that does have

25   authority.
```

```
 1            THE COURT:  I would assume that as well.

 2            Again, Mr. Ewing, I have tried to just be the

 3   umpire here.  But I think in light of the verdict, at a

 4   minimum, I am looking at a gentleman who is now looking at

 5   punitive damages against him.  I think you owe it to him to

 6   convey what's happened.  You can convey the Court's

 7   sentiment and make the recommendation that you deem

 8   appropriate.

 9            All right.  If there is nothing further, I will

10   see you all tomorrow at 8:30 in the morning.  Have a good

11   night.

12            THE CLERK:  All rise.  This Court is adjourned.

13        (Proceedings concluded at 5:42 P.M.)

14                          --oOo--

15

16

17

18

19

20

21

22

23

24

25
```

```
1                         CERTIFICATE

2

3        I hereby certify that pursuant to Section 753,

4   Title 28, United States Code, the foregoing is a true and

5   correct transcript of the stenographically reported

6   proceedings held in the above-entitled matter and that the

7   transcript page format is in conformance with the

8   regulations of the Judicial Conference of the United States.

9

10  Date:  April 4th, 2018.

11

12

13

14                    ___/S/ CHIA MEI JUI _____

15                    Chia Mei Jui, CSR No. 3287

16

17

18

19

20

21

22

23

24

25
```

**JUROR: [1]** 958/20
**MR. CONAWAY: [22]**
944/18 946/8 946/11
953/9 953/19 956/5
957/16 964/3 965/19
979/11 979/16 980/2
985/1 987/6 1000/17
1007/2 1007/5
1018/20 1024/16
1026/5 1027/2
1052/15
**MR. EWING: [55]**
944/16 946/21 948/22
948/25 949/6 949/25
950/8 950/13 950/15
950/23 954/10 954/21
956/15 957/18 961/9
964/8 964/11 966/3
966/20 967/4 967/21
968/4 968/14 968/17
968/23 969/3 969/12
969/18 971/4 971/11
971/25 972/4 972/16
972/19 972/21 973/2
973/8 973/15 975/6
977/3 977/8 978/4
978/14 978/18 978/21
985/18 1007/9
1014/24 1015/3
1026/3 1049/4
1049/22 1050/4
1050/17 1051/16
**MR. GALIPO: [55]**
944/14 945/7 945/23
951/2 952/5 952/12
952/20 953/2 955/1
955/4 955/9 955/12
957/6 957/8 957/22
961/7 962/1 963/2
963/10 963/13 963/23
965/1 965/5 965/7
967/7 969/21 970/8
970/19 975/20 980/17
981/7 982/15 982/17
1002/16 1018/13
1018/24 1019/5
1019/25 1020/9
1020/17 1021/17
1025/25 1026/10
1026/13 1026/25
1027/4 1027/11
1027/14 1028/10
1028/17 1046/16
1047/10 1047/19
1051/19 1052/17
**THE CLERK: [13]**
958/7 958/24 961/15
964/22 987/11 987/16
1028/2 1028/5
1028/24 1029/4
1047/3 1047/6
1053/11
**THE COURT: [143]**
**THE JURY: [1]** 961/3
**THE REPORTER: [1]**
991/23
**THE WITNESS: [9]**

987/15 987/18 992/5
1019/9 1020/20
1021/19 1024/18
1029/3 1029/6

**'**
'86 [4] 989/21 989/21
991/13 992/21
'93 [3] 998/14 998/14
998/15

**-**
--oOo [1] 1053/14

**1**
10 [6] 960/18 977/6
1023/12 1023/15
1023/21 1031/7
1054 [1] 941/20
10th [1] 1037/6
11 [4] 1015/21 1034/9
1036/3 1045/9
11th grade [1] 1037/6
12 [3] 983/17 1001/24
1035/4
13 [3] 941/16 944/1
960/20
13-7 [1] 1002/18
13181 [1] 942/14
1361 [7] 991/8 991/8
991/9 1008/6 1009/14
1009/25 1025/4
13th [2] 943/2 960/24
14 [1] 1031/17
1410 [5] 991/7
1009/14 1010/1
1017/6 1025/4
148 [3] 968/14 968/15
973/6
148s [2] 975/4 977/18
15 [8] 962/15 964/14
1001/19 1023/12
1023/15 1023/21
1023/23 1031/10
1561 [1] 991/9
16 [4] 996/10 998/18
999/5 999/19
16-1128-AB [1] 941/9
16-14 [1] 1031/21
16-15 [1] 1031/10
16-18 [1] 1034/11
16-19 [1] 1034/20
16-2 [1] 1031/15
16-23 [1] 1034/16
16-25 [1] 1036/7
16-27 [1] 1037/15
16-29 [1] 1032/9
16-36 [1] 1031/17
16-37 [1] 1031/19
16-42 [1] 1039/20
16-45 [1] 1032/3
16-5 [1] 1032/25
16-9 [1] 1032/15
17 [1] 999/19
18 [2] 1034/11
1036/10
19 [1] 1034/20
1982 [5] 983/8 989/2

989/10 994 1030/22
1986 [4] 983/10 991/6
1030/17 1033/9
1988 [1] 991/14
1989 [1] 1033/13
1990 [3] 991/17
998/15 1025/8
1993 [2] 1014/17
1015/8
19th [6] 1008/3
1009/11 1009/22
1010/13 1010/21
1010/23
1:01 P.M [1] 945/19
1:42 [2] 941/17 944/2
1st [1] 990/6
1st Street [1] 990/6

**2**
2 1/2 [1] 1043/8
2 1/2-hour [1] 1051/5
2.5 [12] 944/23 945/5
946/23 947/6 947/8
948/7 948/25 949/6
949/7 949/20 950/19
954/1
20 [4] 992/21 996/9
1023/12 1023/23
2005 [3] 991/21
993/11 993/21
2006 [6] 991/21 992/6
992/12 992/19 993/11
993/21
2007 [1] 992/12
2010 [2] 993/11
1017/8
2011 [2] 977/5 1017/8
2012 [1] 1017/8
2013 [2] 977/7 1017/8
2015 [13] 1000/6
1000/11 1000/11
1002/22 1007/17
1008/3 1009/11
1009/19 1009/22
1010/13 1010/21
1015/23 1022/4
2018 [5] 941/16 943/2
944/1 960/24 1054/10
21 [1] 999/5
21075 [4] 991/5
991/15 1010/1 1025/5
2175 [1] 1009/15
21800 [1] 942/5
23 [1] 1034/16
25 [2] 969/16 1036/7
26 [5] 969/13 969/18
971/3 971/7 971/23
2655 [1] 942/9
27 [3] 1000/2 1015/9
1037/15
28 [1] 1054/4
29 [3] 975/18 1032/9
1041/1
29-year-old [1] 973/9
2:04 [1] 958/9
2:21 P.M [1] 958/11
2:50 [1] 958/9
2nd [2] 989/18

1001/21

**3**
3 1/2 [1] 995/2
30 [2] 967/11 1015/9
310 [1] 942/5
3287 [2] 941/23
1054/15
3333 [1] 942/6
347-3333 [1] 942/6
35 [2] 988/20 988/21
350 [1] 941/24
36 [1] 1031/17
37 [1] 1031/19
3:05 [1] 964/24
3:25 [1] 964/24
3rd [2] 983/10
1030/17

**4**
40 [1] 988/21
40 miles [1] 988/19
400 [1] 942/14
42 [1] 1039/20
43 [1] 1037/1
4311 [1] 941/24
45 [2] 963/4 1032/3
48 [1] 998/18
4:59 [1] 1028/13
4th [1] 1054/10

**5**
50 [6] 954/7 954/12
954/15 955/1 955/16
989/17
50 miles [2] 1009/3
1010/9
500 [8] 991/7 991/20
992/7 992/14 995/8
1009/15 1010/1
1025/4
503-9010 [1] 942/10
52 [4] 996/9 998/18
999/5 999/19
5500 [1] 942/15
542 [1] 942/15
58 [4] 1001/8 1001/9
1001/19 1001/19
5:00 or [1] 982/9
5:06 [1] 1028/13
5:30 [3] 1026/19
1026/20 1027/1
5:30 today [1]
1027/13
5:30 unless [1] 982/9
5:42 [1] 1053/13

**6**
60 [1] 1009/4
66 [4] 1000/21
1001/15 1001/21
1001/23
69 [2] 968/15 973/6
699-5500 [1] 942/15
69s [1] 977/18
6th [1] 1025/4
6th Avenue [7] 991/7
991/20 992/8 992/15
995/8 1009/15 1010/1

1001/21

**7**
731 [5] 990/17 990/18
994/6 1004/1 1007/18
75 feet [1] 989/17
753 [1] 1054/3
760 [1] 942/10
7:00 [1] 958/5
7:30 [1] 958/5
7th Street [2] 1023/4
1023/12

**8**
818 [1] 942/6
8:00 [1] 1049/12
8:00 o'clock [1] 958/5
8:30 [3] 1023/18
1049/13 1052/11
8:30 in [1] 1053/10
8:30 so [1] 1051/23
8:30 that [1] 1023/16
8:30 tomorrow [1]
1052/14
8:35 [4] 989/12 1023/2
1023/19 1023/20
8:35 to [1] 1022/24
8:45 [4] 1022/24
1023/2 1023/19
1023/21
8:45 that [1] 989/12

**9**
9/11 [3] 1034/9 1036/3
1045/9
90 miles [1] 1025/8
90,000 miles [1]
997/22
90012 [1] 941/24
9010 [1] 942/10
91367 [1] 942/5
91746 [1] 942/14
92307 [1] 942/10
941 [1] 941/20
9:00 A.M [2] 1047/2
1049/15
9:00 o'clock [1]
1046/21
9:00 P.M [1] 1023/22

**A**
a-e-l [1] 988/3
A-r-c-h-i-b-a-l-d [1]
1029/8
AB [2] 941/9 959/6
ability [4] 1041/12
1041/14 1042/7
1048/15
able [12] 946/19 963/7
1026/15 1029/13
1041/18 1044/25
1045/1 1045/3
1052/11 1052/12
1052/14 1052/22
absolutely [2] 965/25
969/23
academic [1] 1035/14
academics [1]
1036/24
Academy [1] 1036/22

**A**

accepted [1] 1038/21
accommodate [1] 963/25
according [2] 950/19 1010/9
accurate [3] 947/2 947/2 1047/15
across [4] 989/16 989/17 1003/7 1029/12
Act [3] 955/20 1013/21 1013/22
action [1] 959/9
active [2] 1034/3 1034/7
activities [1] 1002/13
actual [5] 946/2 947/17 947/18 947/19 963/12
acute [1] 969/14
add [7] 948/22 950/12 954/1 956/5 964/2 975/4 1023/21
added [2] 952/8 971/10
addition [1] 971/19
additional [3] 963/21 965/21 981/22
address [13] 979/9 990/18 990/19 1011/10 1011/11 1011/12 1011/18 1011/25 1012/2 1012/12 1013/3 1048/18 1051/19
addresses [7] 979/19 979/20 979/23 979/24 1011/19 1012/22 1025/20
adequate [2] 970/21 970/22
adequately [1] 964/4
adjourned [1] 1053/12
admit [1] 967/3
admitted [3] 946/20 1002/18 1008/14
admonishment [1] 1015/1
adult [2] 999/6 999/20
adversaries [1] 1005/20
advice [2] 994/24 995/12
affect [2] 962/13 1006/12
affected [4] 974/16 984/12 1006/10 1045/16
Africa [1] 1035/14
African [1] 973/10
African-American [1] 973/10
after [18] 948/5 949/3 955/14 962/9 983/18 984/1 986/23 992/14 1021/15 1029/20 1029/25 1030/4

1031/1 1040/8 1041/6 1042/18 1049/8 1050/3
afternoon [9] 954/7 958/16 982/18 985/2 985/20 987/25 988/1 1007/13 1007/14
again [26] 946/15 948/15 948/16 954/16 956/8 972/6 973/16 976/11 980/1 996/5 999/19 1005/15 1007/23 1009/13 1009/25 1010/8 1011/25 1016/6 1017/25 1022/20 1028/21 1041/10 1043/18 1043/25 1051/4 1053/2
against [2] 959/19 1053/5
age [2] 991/16 995/3
agents [1] 1022/11
ago [11] 967/11 967/11 998/19 1000/2 1000/2 1008/4 1008/5 1010/3 1010/16 1015/9 1015/9
agree [3] 947/4 948/13 952/21
agreement [3] 1037/6 1048/5 1052/6
ahead [1] 972/21
aid [1] 946/2
al [3] 941/10 959/3 959/5
Alabama [5] 1011/16 1011/18 1012/9 1012/10 1012/11
alcohol [8] 966/16 966/22 966/24 967/21 968/1 968/19 968/22 970/7
allegations [2] 978/11 980/6
allow [13] 948/16 954/9 958/3 958/6 972/11 972/18 972/22 982/13 1020/12 1027/23 1037/8 1046/24 1050/19
allowing [1] 980/8
alone [1] 1041/5
along [4] 947/19 970/6 1028/8 1050/22
already [4] 957/16 966/25 983/11 990/10
altercation [1] 975/24
altercations [1] 975/19
although [8] 947/5 965/12 970/11 975/21 984/3 986/18 986/21 1016/17
ALVAREZ [1] 942/13
ALVAREZ-GLASMAN [1] 942/13
always [4] 997/5

1044/10 1045/21 1045/23
ambitious [1] 1026/16
ambulance [1] 1005/4
Amendment [1] 1048/16
American [1] 973/10
among [2] 971/15 971/22
amount [4] 1047/16 1047/24 1048/7 1048/23
amounts [3] 966/23 966/24 1047/21
and/or [6] 966/16 967/21 968/14 970/7 973/6 978/13
ANDRÉ [1] 941/3
ANGELES [10] 941/18 941/24 944/1 997/8 997/14 997/15 998/9 1011/7 1029/16 1030/9
another [9] 951/7 958/4 965/15 968/10 969/8 976/4 981/23 1008/13 1045/4
answer [7] 951/6 965/24 1016/20 1016/20 1018/11 1019/8 1021/19
answered [2] 961/20 1018/21
answers [3] 980/1 981/21 1049/16
anti [1] 971/18
anti-psychotic [1] 971/18
anticipate [3] 962/25 968/2 982/7
anticipated [1] 975/9
anticipates [2] 967/24 986/6
anymore [1] 1011/3
anytime [1] 1006/3
anyway [1] 1044/3
apologize [2] 982/19 1049/25
apparently [2] 1022/13 1045/1
APPEARANCES [1] 942/1
appeared [6] 948/3 949/22 950/6 952/10 952/24 957/10
appears [2] 949/22 996/17
APPLE [9] 942/10 991/19 997/23 998/4 998/10 998/12 1009/16 1025/5 1025/6
Apple Valley [6] 991/19 997/23 998/10 1009/16 1025/5 1025/6
applied [1] 1038/23
applies [1] 980/16

appreciate [4] 965/18 966/6 1009/17 1051/17
approach [2] 947/4 1026/11
appropriate [7] 946/6 948/8 951/15 951/18 952/15 1049/21 1053/8
appropriately [1] 980/21
approximate [1] 1012/25
approximately [16] 969/16 977/6 989/1 989/11 989/20 997/7 998/6 998/10 1001/22 1004/15 1004/22 1009/3 1015/9 1023/15 1030/21 1036/8
April [1] 1054/10
ARCHIBALD [39] 941/5 942/2 959/3 978/22 979/3 979/5 980/7 981/13 983/5 983/8 983/20 986/7 986/8 986/9 986/13 986/15 986/19 988/23 996/7 1008/2 1008/23 1009/18 1009/23 1010/4 1010/5 1010/14 1010/17 1018/12 1020/8 1020/15 1021/3 1024/15 1025/16 1025/25 1027/17 1028/19 1028/22 1029/7 1047/9
area [16] 988/24 1000/25 1003/15 1003/21 1003/22 1004/8 1011/6 1011/9 1011/21 1011/24 1012/16 1012/16 1013/7 1016/24 1019/18 1042/15
argue [4] 956/13 975/14 976/12 976/15
arguing [1] 968/10
argument [5] 955/21 967/14 981/22 1050/6 1050/21
argumentive [1] 1026/2
Army [4] 983/21 1030/8 1030/13 1033/4
around [3] 976/13 1010/21 1030/22
arrange [1] 1044/21
arrangement [1] 1016/8
arrangements [8] 984/7 1009/5 1009/12 1009/19 1009/24 1010/10 1016/4 1016/9

arrest [9] 955/18 959/12 959/15 968/8 973/7 973/22 974/1 974/14 977/8
arrested [5] 960/12 968/14 976/16 976/18 976/21
arrests [4] 968/12 973/6 973/11 977/14
art [3] 1038/8 1038/12 1038/14
articulate [1] 1043/6
ascertain [2] 1044/19 1047/18
asked [7] 949/17 984/15 1004/13 1009/17 1017/21 1018/21 1021/5
asking [10] 951/7 956/12 965/11 988/5 1016/19 1016/19 1018/10 1025/18 1025/19 1025/22
assess [1] 975/17
assigned [1] 1036/2
assignment [1] 1034/8
assist [2] 946/13 946/16
assisted [1] 1041/15
associated [1] 993/14
assume [2] 972/2 1053/1
assuming [5] 963/10 976/13 992/2 1052/20 1052/22
attended [1] 1029/22
attention [1] 954/14
audible [1] 1031/13
audience [1] 1015/1
audio [6] 945/9 945/11 946/3 946/3 947/2 947/3
authority [2] 1052/21 1052/25
autopsies [1] 1045/12
Avenue [9] 991/7 991/20 992/8 992/15 995/8 997/13 1009/15 1010/1 1025/4
average [1] 1037/7
await [1] 956/23
award [1] 984/22
awarded [1] 981/25
aware [5] 976/17 1011/4 1018/7 1019/4 1019/12
away [3] 1010/9 1029/20 1038/24

**B**

B-plus [1] 1037/7
baby [4] 1031/9 1031/16 1032/10 1033/18
back [42] 952/18 953/11 953/18 961/15 963/21 966/10 966/10

**B**

**back... [35]** 982/11 985/9 990/2 990/3 991/6 991/11 991/13 991/18 992/19 997/22 998/4 998/5 1000/6 1005/5 1006/14 1006/19 1008/8 1008/11 1008/12 1010/23 1022/25 1023/11 1023/13 1024/5 1025/8 1026/22 1026/23 1028/2 1028/10 1029/13 1034/7 1035/20 1044/25 1046/21 1052/11

**background [1]** 1029/14

**backward [1]** 989/22

**bad [1]** 1042/6

**Bahamas [7]** 998/13 1014/15 1014/19 1014/22 1015/5 1015/7 1015/8

**balance [1]** 964/20

**ball [2]** 1032/22 1039/22

**Bane [1]** 955/20

**baptism [1]** 996/18

**Barrington [1]** 1032/4

**Barstow [46]** 978/24 984/9 984/10 986/22 988/10 988/12 988/14 988/18 988/18 988/24 989/15 989/19 990/2 990/14 991/2 992/18 997/3 998/16 1000/20 1000/25 1001/11 1001/25 1002/2 1003/8 1004/5 1004/13 1004/14 1007/13 1007/17 1007/23 1008/11 1008/15 1008/25 1009/2 1009/3 1009/6 1010/8 1017/6 1022/10 1022/14 1025/3 1040/23 1041/23 1042/14 1043/23 1043/24

**Barstow Road [1]** 989/15

**based [9]** 954/15 955/17 969/17 974/13 974/6 981/21 984/21 1012/25 1051/12

**basic [1]** 988/9

**basically [5]** 945/4 948/18 985/7 1000/21 1002/5

**basin [1]** 1001/11

**basis [3]** 999/14 999/17 1049/22

**basketball [4]** 983/16 1032/7 1032/8 1038/11

**bear [2]** 948/1 950/20

**bearer [1]** 982/23

**became [1]** 1030/9

**before [11]** 944/21 950/13 950/16 950/18 987/13 1029/1 1030/15 1035/23 1036/3 1043/11 1044/25

**begin [2]** 982/2 1026/25

**behalf [2]** 956/3 985/4

**behavior [4]** 969/1 974/4 974/22 975/15

**behaviors [4]** 968/7 968/8 974/12 974/13

**behind [1]** 1015/2 1039/18

**belief [1]** 1049/22

**believe [24]** 944/9 944/24 945/2 957/17 964/4 970/21 977/6 979/18 980/22 983/4 984/17 991/18 998/13 999/17 1008/15 1008/15 1011/9 1011/21 1014/17 1016/13 1024/4 1043/8 1043/9 1049/21

**believed [2]** 984/2 1011/6

**belt [2]** 945/21 953/12

**bench [2]** 956/24 957/25

**BERNARDINO [6]** 941/10 959/4 998/14 1022/17 1022/18 1022/18

**besides [1]** 1045/9

**best [5]** 947/3 963/25 1032/5 1036/24 1047/3

**better [1]** 948/20

**between [7]** 956/9 969/23 980/7 991/2 995/3 998/15 1006/7

**big [1]** 945/5

**BIROTTE [1]** 941/3

**birthday [3]** 1006/20 1031/11 1031/12

**bit [16]** 962/7 974/18 975/6 983/3 984/3 985/5 992/3 1003/6 1029/13 1029/14 1032/11 1035/19 1037/15 1039/19 1040/19 1048/11

**body [5]** 1044/24 1045/4 1045/5 1050/13 1051/1

**bonding [1]** 1006/9

**born [7]** 983/10 988/16 991/13 1030/12 1030/13 1030/16 1033/9

**both [11]** 955/15 956/3 956/20 956/22 971/5 973/20 983/4 983/9 993/9 993/10

**bother [1]** 1043/3

**bottom [2]** 946/16 1002/6

**bought [3]** 1015/18 1015/18 1015/24

**BOULEVARD [1]** 942/5

**BOX [1]** 942/9

**Boy [1]** 1031/25

**Boy Scouts [1]** 1031/25

**boys [1]** 1036/23

**break [5]** 985/6 1027/20 1028/7 1039/4 1046/17

**brief [2]** 961/12 961/13

**Briefly [1]** 955/2

**bring [10]** 948/18 954/14 958/12 961/14 981/5 981/14 986/3 998/5 1000/12 1000/13

**bringing [1]** 966/21

**broad [1]** 972/5

**broken [1]** 1026/21

**brothers [1]** 1045/21

**brought [3]** 955/7 956/3 1026/22

**building [5]** 958/1 995/25 1003/7 1043/13 1043/13

**built [1]** 995/22

**BURBANK [1]** 942/5

**burial [1]** 1044/22

**bus [1]** 982/10

**business [3]** 980/11 980/11 990/18

**C**

**cake [1]** 1031/12

**CAL [2]** 1014/12 1034/22

**Cal State [1]** 1034/22

**CALIFORNIA [20]** 941/2 941/18 941/24 942/5 942/10 942/14 944/1 959/2 993/20 1011/5 1013/6 1013/9 1013/21 1024/23 1030/8 1030/13 1033/4 1043/17 1043/22 1044/25

**call [25]** 953/8 963/10 965/17 981/6 981/11 981/12 987/5 990/15 999/12 1000/12 1001/18 1006/16 1016/16 1024/10 1026/10 1026/24 1027/10 1028/16 1028/19 1042/19 1043/7 1043/16 1047/13 1051/12 1051/16

**called [9]** 963/6 966/5 990/3 1000/8 1006/18

**1006/19 1006/20 1021/21 1021/21**

**calling [1]** 1047/25

**calls [6]** 987/7 1018/14 1019/6 1020/1 1020/10 1021/18

**Caltrans [3]** 993/19 993/19 998/15

**came [16]** 953/12 965/12 984/1 1000/6 1004/14 1008/11 1008/15 1021/4 1022/24 1023/11 1023/12 1025/3 1032/21 1035/10 1039/4 1043/17

**Canada [1]** 1035/15

**cannabinoids [1]** 972/7

**capture [1]** 972/6

**car [5]** 1004/5 1004/5 1039/5 1039/8 1039/10

**card [5]** 1006/23 1006/24 1006/25 1012/5 1024/2

**cardiovascular [2]** 971/14 971/19

**care [4]** 955/19 960/3 960/6 1024/16

**careful [1]** 955/14

**carrier [1]** 1011/3

**cases [3]** 955/12 955/25 1048/6

**cause [8]** 955/19 959/15 959/23 960/6 960/9 960/16 987/13 1029/1

**caused [1]** 1050/7

**caution [2]** 980/9 1004/21

**caveat [1]** 946/19

**cavity [2]** 1050/13 1050/14

**CCRR [1]** 941/23

**cell [1]** 1051/21

**Center [1]** 1030/14

**CENTRAL [2]** 941/2 959/2

**Central District [1]** 959/2

**CEQA [4]** 993/13 1013/18 1013/19 1013/20

**certain [2]** 968/7 999/1

**certainly [2]** 974/15 978/6

**CERTIFICATE [1]** 1054/1

**certified [1]** 976/4

**certify [1]** 1054/3

**challenge [1]** 949/23

**chance [3]** 944/13 951/9 1044/22

**change [3]** 950/1 950/5 957/20

**changed [1]** 956/9

**changes [2]** 954/1 995/5

**characterization [1]** 947/2

**characterized [1]** 980/20

**charged [2]** 968/13 968/15

**charges [1]** 968/12

**check [2]** 957/3 1020/23

**checker [1]** 957/12

**CHIA [3]** 941/23 1054/14 1054/15

**child [11]** 983/14 983/15 983/24 983/24 1033/18 1033/19 1037/20 1042/24 1045/17 1046/1 1046/4

**children [4]** 994/15 1015/20 1031/3 1052/13

**Chiro [1]** 1025/5

**chitchat [1]** 992/22

**choice [1]** 999/18

**cholesterol [1]** 971/17

**choose [1]** 1034/1

**chose [1]** 1034/7

**CHP [2]** 1004/5 1022/13

**Christmas [1]** 1033/8

**cigarette [1]** 972/14

**circumstances [2]** 948/8 974/15

**cites [1]** 975/11

**citing [1]** 985/9

**city [4]** 942/14 992/17 1012/15 1030/12

**civil [1]** 953/18

**claimsperson [1]** 1052/19

**clarification [1]** 966/12

**clear [12]** 946/23 946/25 951/1 952/19 954/18 956/18 968/13 975/8 1027/3 1028/20 1029/12 1048/17

**clearly [3]** 979/5 1048/9 1052/1

**clerk [6]** 944/11 954/5 957/3 957/4 958/23 964/15

**client [9]** 979/8 980/17 980/20 1048/25 1049/8 1051/5 1051/6 1051/7 1051/11

**client's [1]** 956/2

**clients [2]** 962/5 963/18

**close [9]** 984/6 988/21 1012/18 1012/20 1012/21 1018/7 1033/19 1033/23 1040/20

**1058**

**C**

**closest** [1] 953/11
**closing** [3] 955/21 962/9 1044/2
**cmjui.csr** [1] 941/25
**Code** [1] 1054/4
**Cohen** [6] 967/25 968/24 973/17 986/4 1047/12 1047/13
**cold** [1] 1039/7
**collect** [1] 1048/15
**college** [13] 983/15 983/18 983/19 984/1 1020/22 1029/21 1029/21 1029/22 1036/22 1038/19 1038/25 1039/4 1040/15
**colonel** [5] 983/21 1035/21 1035/23 1035/24 1036/1
**COLVIN** [1] 942/13
**combat** [1] 1045/8
**combination** [2] 975/5 993/10
**combined** [1] 971/10
**comes** [7] 946/10 962/13 970/21 980/19 981/4 1028/10 1040/1
**comfortable** [2] 1041/25 1042/1
**coming** [3] 953/10 968/2 1029/12
**comment** [1] 965/21
**commentary** [1] 969/10
**commented** [1] 996/3
**comments** [3] 946/7 956/17 1051/17
**common** [2] 971/15 971/21
**communicate** [6] 1009/7 1010/3 1010/5 1010/17 1010/20 1010/21
**communicated** [2] 1009/11 1009/18
**communication** [3] 1016/7 1018/9 1049/9
**communications** [1] 1009/23
**company** [1] 1005/17
**compensatory** [1] 984/22
**compete** [1] 1029/23
**competitive** [1] 1036/21
**completely** [1] 983/14
**compound** [1] 1026/2
**CONAWAY** [19] 942/8 942/9 943/6 944/18 946/8 953/9 956/5 957/15 962/5 964/2 965/19 979/8 981/11 982/14 985/1 987/5 1026/5 1052/15 1052/18
**conceive** [1] 1045/18

**concern** [4] 950/2 952/15 962/20 967/19
**concerned** [2] 995/15 995/17
**concerns** [2] 952/8 964/1
**concluded** [1] 1053/13
**conclusion** [1] 974/18
**condition** [1] 1045/5
**conduct** [3] 960/20 1027/24 1046/25
**confer** [5] 957/4 962/5 963/15 1047/22 1049/6
**Conference** [1] 1054/8
**conferred** [1] 1052/16
**confide** [1] 994/22
**confided** [1] 995/14
**confident** [1] 1051/25
**conformance** [1] 1054/7
**connect** [1] 1027/25
**connected** [1] 1047/1
**connection** [5] 967/16 967/22 969/23 976/9 976/18
**consider** [3] 962/16 965/11 985/23
**consideration** [2] 955/14 987/1
**considered** [1] 1041/11
**consistent** [4] 945/2 952/23 954/1 974/5
**contact** [1] 1044/11
**contacted** [1] 1016/6
**contacts** [1] 975/16
**contained** [1] 953/2
**contains** [1] 954/15
**context** [1] 980/4
**continue** [6] 945/23 969/7 1008/7 1039/14 1051/23 1052/8
**contrary** [1] 964/19
**contribute** [1] 974/12
**contributing** [1] 974/21
**contribution** [1] 979/3
**controlling** [7] 948/4 949/23 950/7 950/23 952/11 952/25 953/23
**controls** [2] 946/4 952/20
**converted** [1] 994/8
**convey** [2] 1053/6 1053/6
**convicted** [2] 967/20 968/15
**conviction** [2] 977/8 977/9
**convictions** [7] 973/6 976/2 976/3 976/4 977/2 977/9 977/13
**copies** [1] 976/4
**copy** [4] 944/9 956/25 971/4 1010/25

**corner** [2] 990/6 1003/12
**coroner's** [3] 1044/4 1045/11 1050/9
**correctly** [1] 1051/2
**counsel** [14] 942/1 961/19 974/19 985/24 1002/15 1002/19 1022/25 1028/7 1047/22 1048/4 1049/6 1049/9 1051/21 1052/7
**countries** [5] 983/17 1035/2 1035/4 1035/7 1035/15
**country** [1] 986/20
**county** [12] 941/10 959/4 998/1 998/2 1004/5 1022/10 1022/15 1022/16 1022/18 1050/25 1051/2 1051/7
**couple** [3] 967/9 1006/20 1012/5
**course** [10] 986/11 996/23 998/19 1031/9 1034/18 1035/9 1035/14 1035/21 1044/18 1044/20
**court reporter** [1] 992/4
**Court's** [12] 947/4 949/12 949/16 951/14 954/14 964/1 966/10 966/14 970/1 978/7 1049/6 1053/6
**cousin** [1] 1032/4
**create** [1] 962/23
**created** [1] 1050/7
**creating** [1] 1035/12
**creative** [1] 1038/9
**criminal** [4] 953/19 970/1 970/3 976/7
**critical** [1] 1047/11
**cross** [5] 943/7 955/7 963/6 986/12 1007/11
**cross-examination** [4] 943/7 963/6 986/12 1007/11
**CROSSROADS** [1] 942/14
**crosswalk** [2] 1003/10 1003/11
**cruise** [7] 998/12 998/13 1014/15 1014/23 1015/12 1039/17 1039/19
**cruised** [1] 1014/22
**CSR** [2] 941/23 1054/15
**cue** [1] 1000/18
**cultural** [1] 1034/23
**culture** [1] 1034/24
**current** [1] 989/9
**cut** [1] 991/14
**cutting** [1] 999/17
**CV** [1] 941/9
**CV16** [1] 959/6

**CV16-01128-AB** [1] 959/6

**D**

**D-o-m-i-n-i-c** [1] 1029/8
**D.C** [11] 993/4 1011/6 1011/6 1011/9 1011/22 1011/23 1012/16 1019/18 1025/21 1034/8 1037/11
**dad** [8] 985/11 990/3 995/5 995/15 1000/13 1017/16 1021/22 1024/10
**daily** [2] 1001/23 1002/13
**DALE** [2] 942/3 942/3
**damage** [6] 959/16 959/24 965/22 976/8 1047/21 1048/7
**damages** [31] 960/7 962/12 962/19 965/3 967/14 968/3 968/23 973/8 975/17 976/9 979/10 981/25 982/6 983/1 984/22 985/23 987/2 1047/16 1047/16 1047/23 1048/9 1048/10 1048/10 1048/15 1049/4 1049/7 1049/17 1049/20 1051/9 1052/1 1053/5
**dark** [1] 1037/15
**date** [4] 1021/17 1022/1 1030/15 1054/10
**Dated** [1] 960/24
**dates** [1] 989/1
**daughter** [3] 998/13 1014/21 1015/14
**day** [21] 941/20 989/11 989/13 989/23 990/2 990/3 1000/7 1003/2 1006/24 1006/25 1007/24 1012/5 1016/6 1021/13 1021/21 1021/24 1024/2 1037/18 1037/19 1040/20 1041/11
**days** [2] 967/11 1036/3
**De** [1] 1023/6
**deal** [5] 954/5 970/3 985/12 1049/4 1051/4
**death** [10] 959/17 959/25 960/7 960/17 989/11 989/23 1003/2 1006/10 1048/10 1050/8
**debutante** [1] 1039/22
**deceased** [2] 941/7 988/6
**decedent** [2] 978/8 989/5

**decide** [1] 956/1
**decided** [2] 955/15 956/19
**decision** [1] 980/24
**decisions** [1] 994/10
**decorated** [1] 995/25
**deem** [1] 1053/7
**defendants** [3] 941/11 942/12 959/5
**defense** [24] 948/23 949/14 949/17 953/1 954/13 954/16 955/16 962/12 964/21 966/4 967/24 967/25 968/3 978/11 982/5 985/21 986/2 986/6 986/7 986/9 1047/13 1048/14 1049/18 1050/19
**defense's** [4] 954/12 986/3 986/23 986/24
**deference** [1] 964/19
**define** [2] 1024/10 1025/12
**degree** [3] 1034/22 1034/23 1034/25
**Del** [3] 990/5 1000/8 1021/15
**Del Taco** [3] 990/5 1000/8 1021/15
**delay** [2] 960/2 960/5
**deliberate** [1] 962/19
**deliberating** [1] 948/9
**deliberations** [2] 951/4 958/6
**dementia** [1] 975/3
**denial** [1] 955/19
**denied** [1] 956/22
**deny** [1] 955/15
**department** [6] 991/22 993/12 993/19 993/20 1013/10 1022/17
**Department of Transportation** [5] 991/22 993/12 993/19 993/20 1013/10
**depicts** [1] 996/9
**deposition** [11] 970/10 973/19 973/25 978/15 978/19 979/6 980/20 981/3 1020/16 1021/3 1050/10
**depression** [1] 1040/17
**deputy** [10] 959/11 959/18 959/22 960/1 960/8 960/13 960/15 960/21 1048/1 1051/6
**Deputy Woods** [7] 959/11 959/18 960/1 960/8 960/13 960/21 1048/1
**Deputy Woods's** [2] 959/22 960/15
**describe** [7] 984/1 984/13 985/25 1012/17 1012/21

**D**

**describe... [2]**
1033/15 1033/16
**described [3]** 968/21
975/10 1008/18
**description [1]** 973/24
**desire [4]** 966/1
1013/8 1013/14
1014/11
**detain [1]** 959/12
**detained [1]** 960/11
**detectives [1]** 974/1
**detention [2]** 955/18
959/15
**determine [1]** 1024/21
**devastating [1]**
984/17
**developmental [1]**
1034/5
**diabetes [1]** 971/17
**diagnosed [2]** 969/14
1018/24
**diagnosis [5]** 975/2
1018/8 1018/13
1019/4 1019/14
**diagonal [1]** 1002/6
**die [2]** 1043/10 1052/5
**DIEU [1]** 942/4
**different [23]** 946/4
946/18 948/3 949/21
950/6 950/22 952/9
952/24 955/10 957/10
983/17 984/3 984/4
985/22 992/23 1035/22
1038/16 1039/2
1040/11 1040/12
1040/13 1040/17
1040/18
**difficult [3]** 984/14
1031/2 1036/21
**direct [7]** 943/6 943/8
979/18 987/23
1029/10 1041/21
1050/11
**direction [1]** 1032/23
**directly [2]** 989/17
1018/11
**dirty [2]** 1032/14
1032/18
**disability [3]** 1018/7
1019/4 1019/13
**disabled [1]** 1016/18
**disagree [1]** 970/11
**disappointment [1]**
982/24
**discuss [6]** 944/12
954/6 961/13 964/17
1047/14 1051/7
**discussed [2]** 957/16
984/11
**discussion [2]** 1048/4
1050/16
**discussions [5]**
967/10 1044/7
1051/23 1052/9
1052/12
**disease [4]** 969/16
971/15 971/20 975/11

**diseases [1]** 971/20
**Disney [2]** 1014/23
1015/12
**disregard [1]** 960/22
**disrespectful [2]**
1005/22 1005/22
**DISTRICT [6]** 941/1
941/2 941/3 959/1
959/2 1030/10
**divided [1]** 995/24
**DIVISION [1]** 941/2
**divorced [3]** 991/17
1009/9 1010/4
**doctor [16]** 969/11
970/17 972/12 972/22
972/24 974/3 974/11
974/20 974/24 974/25
975/5 977/15 994/6
1018/11 1019/14
1019/20
**doctor's [4]** 990/25
994/5 994/7 1023/5
**doctors [9]** 984/3
1019/1 1019/15
1019/21 1040/12
1040/13 1040/15
1040/16 1040/17
**document [4]** 967/3
993/13 993/14
1034/18
**documentation [2]**
969/12 972/12
**documents [4]** 993/12
993/13 1013/18
1013/19
**Dominguez [1]**
1034/22
**DOMINIC [20]** 941/5
942/2 959/3 978/22
979/3 979/5 984/18
986/15 988/23 989/6
989/19 991/6 991/17
1005/6 1008/2
1025/16 1027/17
1028/19 1028/22
1029/7
**Dominic Archibald
[11]** 959/3 978/22
979/3 979/5 986/15
988/23 1008/2
1025/16 1027/17
1028/19 1029/7
**Donovan [1]** 1032/6
**door [2]** 1000/4
1039/8
**doors [1]** 995/25
**Dorsey [1]** 1029/18
**dot [2]** 1004/17
1014/12
**dots [1]** 1003/13
**doughnut [7]** 1003/4
1003/6 1003/9
1003/11 1003/14
1004/6 1023/1
**down [14]** 957/24
985/6 990/16 992/3
992/5 995/23 1001/20
1001/21 1004/14

1008/10/7
1023/4 1026/9 1042/4

**Dr. [6]** 967/25 968/24
973/17 986/4 1047/12
1047/13
**Dr. Cohen [5]** 967/25
968/24 973/17
1047/12 1047/13
**Dr. Marc [1]** 986/4
**drained [1]** 965/13
**drink [1]** 1016/25
**drive [13]** 953/12
991/7 991/8 991/8
991/9 991/10 991/18
997/20 1002/21
1008/6 1009/14
1010/1 1025/5
**driving [3]** 988/21
1017/14 1022/21
**drop [2]** 1032/22
1052/13
**dropped [1]** 1044/12
**drove [7]** 997/22
1003/1 1003/2
1004/14 1023/2
1025/8 1025/10
**drug [5]** 966/16
966/22 967/21 970/7
971/10
**drugs [3]** 968/6
968/21 1017/1
**dueling [1]** 954/7
**duly [2]** 987/10
1028/23
**during [12]** 944/24
945/9 951/23 953/16
983/22 993/22 994/9
1032/20 1033/7
1034/2 1038/25
1044/7
**duty [3]** 966/5 1034/3
1034/7

**E**

**each [13]** 945/10
947/11 947/22 951/8
955/7 961/2 963/4
981/9 981/23 983/8
983/9 985/9 1048/10
**earlier [2]** 984/9
1012/4
**earliest [1]** 977/5
**early [5]** 1021/25
1021/25 1022/4
1049/12 1049/12
**ears [1]** 1022/21
**ease [1]** 1001/2
**east [9]** 989/17
1000/23 1001/1
1001/11 1001/16
1001/17 1004/14
1006/14 1006/19
**eat [1]** 1021/15
**educate [1]** 966/18
**education [1]** 1034/23
**effect [3]** 968/22
978/3 978/14
**effects [1]** 971/18

**Eight [1]** 1002/14
**EIR [4]** 1013/25
1014/1 1014/2 1014/6
**EIRs [1]** 1014/4
**EIS [1]** 1014/1
**either [6]** 946/6
956/21 961/5 964/13
1039/1 1052/23
**El [26]** 984/11 989/15
989/18 990/11
1000/14 1000/18
1005/7 1007/25
1008/3 1008/16
1016/2 1016/5 1021/4
1021/7 1021/9
1021/12 1021/14
1021/17 1040/24
1041/1 1041/18
1042/14 1042/19
1043/23 1043/24
1044/8
**El Rancho [13]**
989/15 989/18
1007/25 1008/16
1021/4 1040/24
1041/1 1041/18
1042/14 1042/19
1043/23 1043/24
1044/8
**El Rancho Motel [11]**
990/11 1000/18
1005/7 1008/3 1016/2
1016/5 1021/7 1021/9
1021/12 1021/14
1021/17
**elaborate [1]** 989/25
**elapsed [1]** 1023/15
**element [1]** 946/9
**elementary [1]** 1032/6
**elevated [1]** 971/17
**elicit [2]** 966/20 968/7
**emotions [1]** 1045/8
**encountered [1]**
974/13
**encounters [4]**
973/11 973/21 974/6
974/9
**end [4]** 984/20 1001/1
1001/1 1040/20
**ended [2]** 1032/21
1037/11
**enforcement [8]**
973/11 973/22 974/6
974/9 974/13 974/22
975/16 975/19
**engaged [2]** 974/21
975/18
**engages [2]** 969/1
970/7
**engineer [7]** 992/25
993/1 993/17 1013/8
1013/15 1014/8
1014/11
**enjoy [3]** 995/11
995/15 1005/16
**enjoyed [5]** 1005/19
1030/8 1038/2
1038/15 1038/17

**enough [4]** 972/5
988/7 997/10 1045/14
**entered [2]** 945/3
1048/24
**entire [2]** 949/17
995/25
**entirety [3]** 947/6
948/24 1051/9
**entitled [4]** 953/16
959/8 1052/1 1054/6
**entity [1]** 1049/8
**environment [3]**
1013/21 1013/22
1016/16
**environment -- I [1]**
1016/16
**environmental [4]**
993/13 1014/3 1014/8
1014/9
**equally [1]** 945/14
**escorted [1]** 1039/22
**especially [2]** 1033/7
1038/16
**essence [1]** 983/7
**essentially [6]** 965/2
968/11 978/23 979/1
1050/10 1050/13
**estimate [2]** 1035/2
1035/25
**estimating [1]** 965/2
**et al [2]** 959/3 959/5
**Europe [1]** 1035/13
**evaluation [2]** 1040/9
1040/10
**even [10]** 967/12
976/8 976/21 1010/11
1012/2 1012/24
1016/24 1026/21
1045/3 1046/5
**evening [4]** 1046/20
1049/14 1050/20
1051/14
**event [1]** 1034/13
**events [2]** 989/9 999/1
**eventually [1]** 984/1
**everyone's [1]** 966/7
**evict [1]** 995/10
**evicted [4]** 992/1
992/6 992/14 1012/25
**evictions [1]** 1012/25
**evidence [44]** 945/3
945/12 946/2 946/20
947/3 947/11 947/15
947/22 948/2 948/13
949/10 950/21 951/2
951/25 952/1 953/18
955/17 962/13 966/17
966/19 966/21 966/22
966/25 967/1 967/2
967/3 967/7 967/20
967/23 967/23 968/17
976/2 976/16 977/22
978/3 978/5 980/19
980/22 984/16 984/21
986/25 987/1 1052/1
1052/5
**EWING [32]** 942/13
943/7 944/16 946/21

**E**

**EWING... [28]** 948/11 948/22 954/8 956/12 957/18 958/2 961/9 964/7 966/2 966/17 967/18 970/5 971/2 977/1 977/13 978/3 979/22 980/9 981/10 985/17 987/4 1007/9 1048/12 1048/24 1049/3 1050/24 1052/22 1053/2
**ex [1]** 1005/5
**exact [2]** 1022/1 1039/16
**exam [1]** 995/24
**examination [10]** 943/6 943/7 943/8 963/6 986/12 986/12 986/23 987/23 1007/11 1029/10
**examine [2]** 986/7 986/9
**examiner [1]** 1052/3
**example [1]** 1032/20
**excessive [3]** 955/19 959/19 959/22
**exchange [1]** 1051/21
**excused [1]** 1027/3
**exercise [1]** 971/18
**exercising [1]** 960/10
**Exhibit 16 [2]** 998/18 999/19
**Exhibit 16-10 [1]** 1031/7
**Exhibit 16-4 [1]** 1039/14
**Exhibit 16-43 [1]** 1037/1
**Exhibit 16-6 [1]** 1035/17
**expect [1]** 974/5
**expectancy [17]** 969/2 969/12 970/8 970/13 970/15 970/18 971/8 973/1 973/12 974/17 974/23 975/2 975/6 975/9 977/14 977/17 977/20
**expectations [1]** 966/13
**experienced [2]** 968/9 984/24
**experiencing [1]** 950/11
**expert [4]** 967/25 970/5 973/17 1016/24
**expert's [1]** 974/15
**explain [3]** 944/21 946/1 1006/2
**explained [2]** 945/11 985/24
**expose [1]** 1038/17
**express [3]** 985/11 1027/21 1046/22
**expressed [1]** 965/9
**extent [1]** 1040/21

**F**

**faces [1]** 985/12
**facilitates [1]** 958/6
**facility [2]** 1016/15 1016/16
**fact [14]** 946/17 952/11 954/8 967/12 969/13 983/16 995/11 995/15 995/18 1005/17 1016/21 1020/22 1025/19 1044/24
**facto [1]** 950/10
**factor [1]** 974/21
**factors [1]** 971/14
**facts [1]** 1013/17
**fair [6]** 979/21 980/2 988/7 997/10 1034/15 1040/12
**Fairfax [1]** 1012/14
**fairness [1]** 953/15
**fall [1]** 1032/23
**familiar [1]** 1017/2
**family [10]** 963/10 964/17 985/25 994/14 994/19 994/19 994/20 1034/19 1039/17 1039/19
**far [4]** 991/11 997/20 1040/13 1041/17
**fast [1]** 1040/19
**fatal [1]** 1050/12
**father [15]** 973/20 978/24 979/4 980/12 983/5 984/10 985/4 985/11 985/12 988/6 1006/7 1006/11 1030/18 1031/8 1033/12
**father's [1]** 973/25
**Fathers' [4]** 1006/24 1006/25 1012/5 1024/2
**Fathers' Day [4]** 1006/24 1006/25 1012/5 1024/2
**favorite [1]** 1032/13
**FCRR [1]** 941/23
**February [1]** 989/21
**federal [2]** 941/23 1022/11
**feel [6]** 1002/21 1037/20 1042/2 1042/7 1050/20 1051/25
**feeling [1]** 1002/24
**feels [2]** 949/14 955/25
**feet [2]** 989/17 1004/22
**Felonies [1]** 977/2
**felt [4]** 1041/21 1041/22 1041/25 1042/1
**few [8]** 982/25 1000/14 1000/15 1000/17 1031/6 1031/14 1034/10

10628:81
**fifth [2]** 1034/4 1034/6
**fifth grade [1]** 1034/6
**fifth or [1]** 1034/4
**fight [2]** 1024/25 1024/25
**fighting [3]** 973/22 976/17 1005/21
**fights [1]** 973/10
**figure [1]** 1044/16
**filed [4]** 954/21 955/2 971/2 971/3
**Filipino [1]** 1004/20
**fill [1]** 1050/13
**final [1]** 957/21
**finally [2]** 1041/6 1041/7
**finances [1]** 1048/1
**financial [3]** 979/3 1020/17 1025/17
**financially [3]** 1015/15 1015/16 1015/22
**find [11]** 959/9 983/7 986/17 1005/4 1005/24 1010/20 1038/4 1043/25 1044/7 1050/24 1050/25
**finding [1]** 1048/1
**fine [2]** 1028/11 1052/17
**finish [2]** 963/8 1026/15
**first [40]** 941/24 954/10 962/2 962/7 962/18 965/14 967/9 969/22 975/21 981/6 983/5 983/19 987/5 987/10 987/20 988/2 992/2 995/1 995/2 997/23 999/2 999/3 999/4 1022/24 1028/23 1029/14 1031/11 1034/7 1034/21 1034/25 1038/25 1039/4 1040/8 1043/1 1043/3 1043/4 1044/15 1045/18 1049/4 1050/3
**five [11]** 965/22 968/11 985/7 1002/7 1004/22 1028/1 1030/4 1030/5 1033/3 1033/4 1038/23
**five feet [1]** 1004/22
**five-year [1]** 1030/4
**flesh [1]** 978/18
**flew [1]** 1014/21
**Florida [3]** 986/21 1042/21 1042/22
**focus [4]** 968/20 973/4 1034/4 1036/23
**focused [1]** 949/21
**focusing [2]** 953/21 977/23
**following [12]** 944/4

945/20 958/14 961/17 977/10 981/12 981/16 1026/13 1027/8 1028/4 1028/14 1047/5
**follows [6]** 945/20 950/5 950/21 959/9 987/11 1028/24
**food [5]** 1000/7 1000/12 1000/13 1015/19 1015/24
**football [4]** 1032/11 1032/13 1032/19 1032/21
**force [3]** 955/19 959/19 959/23
**foregoing [1]** 1054/4
**foreperson [1]** 960/25
**forget [1]** 1039/14
**forgive [2]** 956/11 956/11
**Fork [2]** 1036/22 1037/3
**Fork Union [1]** 1037/3
**form [11]** 958/22 959/7 962/11 981/22 981/24 983/1 1027/21 1046/22 1047/17 1048/8 1048/21
**format [1]** 1054/7
**formation [1]** 1037/4
**former [1]** 1008/1
**Fort [4]** 988/13 988/14 988/17 1030/13
**forth [9]** 973/23 977/11 986/5 986/17 991/18 997/22 1008/19 1025/8 1025/21
**forward [7]** 961/24 963/19 964/19 966/4 966/8 1040/19 1043/15
**fought [1]** 974/10
**found [2]** 1010/11 1030/5
**foundation [8]** 969/25 970/21 970/22 972/25 973/2 977/15 1018/15 1018/25
**four [6]** 953/13 995/2 995/3 1001/20 1002/8 1033/3
**four miles [1]** 1001/20
**Fourth [1]** 1048/16
**Fourth Amendment [1]** 1048/16
**Fourthly [1]** 976/12
**frame [8]** 951/13 955/24 993/22 1008/5 1017/9 1034/1 1034/2 1038/10
**Frank [1]** 1038/5
**Frank Sinatra [1]** 1038/5
**frankly [3]** 945/15 976/10 1048/3
**free [3]** 1020/24

1041/21 1041/22
**freeway [1]** 1001/3 1001/5 1001/5
**frequently [1]** 989/25
**Friday [1]** 998/3
**friend [1]** 1032/5
**friends [1]** 1037/9
**front [4]** 1023/3 1039/17 1047/20 1049/24
**FTA's [1]** 977/10
**full [2]** 984/22 1032/15
**fun [2]** 1015/11 1015/12
**funeral [1]** 1044/22
**further [10]** 956/6 966/2 977/17 1007/6 1026/4 1026/6 1051/18 1052/12 1052/15 1053/9
**future [1]** 994/11
**fuzzy [1]** 945/14

**G**

**Gage [1]** 997/13
**GALIPO [22]** 942/3 942/3 943/8 944/14 945/7 945/23 950/25 954/25 958/2 961/7 962/1 964/25 969/21 975/13 980/15 982/13 982/14 982/17 1028/16 1029/9 1051/18 1052/16
**gallery [1]** 969/6
**game [3]** 979/21 980/2 1035/10
**gave [2]** 1013/16 1020/22 1035/10 1039/11
**general [1]** 1011/21
**generalization [1]** 972/4
**generally [1]** 1036/19
**gentleman [3]** 1004/12 1052/20 1053/4
**gentlemen [7]** 958/17 961/1 961/11 981/18 985/20 1027/19 1046/19
**getting [8]** 973/10 997/13 1027/17 1037/21 1040/11 1040/20 1041/18 1043/16
**girlfriend [4]** 993/4 993/6 1036/17 1036/18
**girlfriends [1]** 992/23
**give [23]** 946/1 951/2 951/14 952/16 954/3 956/25 962/9 962/18 964/16 966/12 966/19 981/6 981/9 981/10 985/5 987/13 994/23 995/21 1006/4

**G**

**give... [4]** 1012/24
1022/1 1024/19
1029/1
**given [7]** 947/11
947/23 949/6 951/5
954/8 989/1 1049/1
**giving [4]** 946/1
955/14 995/12 999/11
**glad [1]** 973/13
**GLASMAN [1]** 942/13
**gmail.com [1]** 941/25
**God [2]** 987/15 1029/3
**goes [5]** 953/17
971/12 1001/7
1001/11 1001/16
**gone [5]** 966/10
1000/14 1005/14
1006/12 1043/15
**good [18]** 944/7
958/16 968/5 982/18
985/2 985/20 987/25
988/1 1005/20
1007/13 1007/14
1016/21 1022/22
1027/6 1036/20
1042/6 1046/17
1053/10
**government [1]**
1049/8
**grade [3]** 1034/4
1034/6 1037/6
**grades [2]** 1036/25
1037/13
**graduate [2]** 1034/22
1034/25
**graduated [2]**
1029/20 1036/12
**graduating [2]**
1031/23 1038/20
**graduation [3]** 1030/1
1036/9 1037/17
**Grand [3]** 1015/5
1015/7 1015/8
**grandchildren [1]**
1043/14
**grandfather [1]**
996/23
**grandmother [1]**
996/25
**grandparents [6]**
997/1 997/2 997/7
997/11 1008/9
1025/11
**grass [1]** 991/14
**great [3]** 1015/13
1017/17 1048/2
**grew [1]** 1029/16
1034/19
**ground [1]** 1032/23
**grounds [1]** 967/9
**grow [1]** 1029/15
**Guard [2]** 1030/8
1033/5
**guess [12]** 946/16
952/2 952/18 953/5
962/14 962/20 980/4
989/24 1030/22

1047/12 1047/17
1049/4
**guide [2]** 947/13
947/24
**guys [2]** 992/23
1031/12

**H**

**H-a-r-r-i-s [1]** 987/21
**hair [1]** 999/17
**haircut [1]** 999/2
**half [2]** 962/15 1035/5
**Hampton [1]** 1038/21
**Hampton University
[1]** 1038/21
**hand [3]** 946/13
950/11 958/22
**handle [3]** 1008/19
1008/20 1009/5
**handled [3]** 979/2
1008/19 1008/21
**handling [1]** 1010/10
**hands [1]** 974/2
**HANG [1]** 942/4
**happen [1]** 1014/16
**happened [10]** 955/6
1004/11 1004/13
1005/6 1005/10
1042/20 1043/22
1044/17 1044/23
1053/6
**happening [1]**
1037/16
**happens [1]** 953/15
**happy [11]** 984/8
994/21 1037/22
1037/23 1037/24
1037/24 1040/6
1041/17 1041/20
1051/3 1051/20
**hard [3]** 971/3 982/20
1045/18
**harm [4]** 959/16
959/24 960/7 960/9
**HARRIS [4]** 987/9
987/19 987/21 1031/8
**hate [1]** 982/23
**having [8]** 953/6
982/11 987/10 994/14
995/9 1028/23 1044/8
1045/9
**Hawaiian [1]** 1004/20
**he's [7]** 964/4 989/5
1005/14 1005/20
1006/12 1006/21
1023/9
**head [2]** 999/9
1037/21
**headed [2]** 1003/24
1004/4
**heading [3]** 1000/16
1003/23 1043/18
**health [1]** 1040/10
**hear [31]** 946/3 946/3
946/21 949/21 952/19
957/2 958/1 964/18
971/24 977/13 980/10

982/3 982/12 983/12
983/14 983/20 984/5
984/12 984/16 985/24
986/6 986/11 986/18
986/21 986/23
1016/23 1017/13
1017/16 1017/21
1022/19 1022/21
**heard [42]** 944/4
947/21 948/2 948/4
948/16 949/14 949/21
949/23 950/6 950/7
950/22 950/23 952/9
952/10 952/12 952/19
952/23 952/25 953/9
953/23 953/24 954/9
956/8 957/10 958/14
961/17 977/12 979/11
980/15 981/16 983/11
984/7 1017/11
1017/23 1017/25
1027/8 1028/4
1028/14 1030/15
1047/5 1051/12
1051/13
**hearing [2]** 1019/15
1019/20
**hears [1]** 1017/4
**hearsay [7]** 946/9
975/23 976/14
1018/14 1019/7
1020/1 1020/11
**heart [1]** 1046/7
**held [2]** 1026/13
1054/6
**Helendale [1]** 991/3
**help [13]** 947/12
947/13 947/24 947/25
987/15 990/21 996/1
996/2 996/3 1006/4
1014/4 1024/20
1029/3
**helped [9]** 984/7
990/25 991/5 991/6
991/14 991/20 996/3
1006/4 1014/5
**helping [4]** 991/15
1023/7 1040/24
1041/24
**helps [2]** 1003/6
1006/6
**hepatitis [1]** 971/21
**hereby [1]** 1054/3
**hey [2]** 1019/23
1024/10
**high [11]** 1029/17
1029/18 1029/20
1036/9 1036/12
1036/17 1036/18
1037/11 1037/17
1038/13 1038/20
**Highway [1]** 1022/10
**HILLS [2]** 942/5
1034/22
**himself [1]** 1038/16
**history [8]** 966/16
966/22 970/17 970/4
972/12 973/10 976/7

985/9
**hit [2]** 1034/9 1036/3
**HIV [1]** 971/21
**Hold [1]** 969/5
**holding [2]** 996/16
996/17
**holidays [1]** 1033/7
**home [11]** 1008/13
1008/14 1008/19
1013/3 1016/10
1016/12 1016/13
1016/17 1039/1
1039/4 1040/1
**homes [2]** 993/23
993/24
**honest [1]** 1043/5
**HONORABLE [1]**
941/3
**hope [1]** 1005/7
**hopefully [2]** 944/6
982/21
**Hoping [2]** 1043/20
1043/21
**hot [1]** 1039/6
**hotel [1]** 1002/12
**hour [3]** 962/15 963/4
1051/5
**hours [8]** 965/4
965/13 965/15 982/8
982/24 997/21 1049/8
1049/14
**house [6]** 991/5
992/14 992/15 997/13
1024/9 1038/14
**housing [5]** 1008/2
1009/12 1009/19
1009/23 1010/10
**However [9]** 947/14
947/25 949/9 949/12
950/20 954/13 984/14
986/18 1049/9
**huddle [1]** 962/16
**hundred [1]** 997/21
**hung [1]** 995/24
**hungry [1]** 1000/13
**hurts [4]** 1002/23
1003/5 1006/12
1006/13
**hypothetically [1]**
967/12

**I**

**I'd [1]** 969/20
**i-e-l [1]** 988/3
**I15 [3]** 1001/5 1001/12
1001/17
**I15 Freeway [1]**
1001/5
**I58 [3]** 1001/12
1001/16 1001/18
**idea [2]** 968/5 976/2
**identical [1]** 968/11
**identified [1]** 957/15
**identify [2]** 947/13
947/24

**II's [6]** 959/16 959/24
960/6 960/16 960/22
1015/23
**illegal [1]** 972/16
**image [1]** 996/14
**immediate [1]**
1044/11
**immediately [3]**
1038/20 1043/24
1045/10
**immunity [3]** 954/16
954/19 956/12
**impact [2]** 985/25
1014/3
**impacted [1]** 985/11
**impairment [4]** 984/2
1036/15 1040/14
1041/13
**important [2]** 1022/2
1042/8
**impression [1]**
1041/23
**improvements [1]**
994/1
**in 2015 [1]** 1000/6
**inappropriate [1]**
951/12
**incident [3]** 986/1
1010/13 1044/10
**inclination [1]** 948/15
**include [7]** 949/8
954/7 971/16 972/8
972/8 972/9 1046/2
**included [1]** 1040/9
**including [2]** 984/18
1044/8
**inclusive [2]** 941/20
957/17
**incorrect [3]** 1047/18
1050/4 1050/5
**indicating [2]** 958/11
958/18
**indication [1]** 1027/17
**individual [1]** 975/18
**individuals [2]** 941/6
971/15
**indulge [1]** 957/6
**INDUSTRY [1]** 942/14
**infectious [1]** 971/20
**information [6]**
975/23 978/14 981/19
1024/20 1044/6
1044/20
**informative [2]** 945/2
985/15
**initial [2]** 951/16
993/18
**initially [1]** 982/20
**injure [1]** 1046/11
**injury [3]** 959/16
959/24 960/7
**input [2]** 964/7 966/2
**inquire [5]** 967/3
978/3 978/6 978/7
1048/13
**instantaneous [2]**
1050/7 1050/8
**instead [1]** 947/17

# I

**instruct [1]** 952/22
**instructed [1]** 946/24
**instruction [15]**
944/23 944/25 945/1
947/6 947/8 947/17
947/18 947/19 948/24
949/13 949/18 951/7
951/12 953/2 1048/8
**Instruction 2.5 [1]**
947/8
**instructions [7]** 951/8
951/9 962/11 1047/14
1047/16 1047/19
1048/21
**intelligent [1]** 1041/14
**intend [3]** 978/2 978/6
985/15
**intending [1]** 968/16
**intends [1]** 1027/13
**intention [2]** 961/23
1026/19
**interest [3]** 941/6
976/25 993/15
**interested [3]** 1029/19
1034/24 1035/10
**interesting [1]** 983/13
**intersect [1]** 1001/9
**intersected [1]**
1001/21
**interstate [2]** 1001/7
1001/19
**Interstate 15 [1]**
1001/19
**introduce [2]** 968/16
978/2
**introduced [2]** 944/23
979/14
**involved [5]** 983/9
1031/25 1032/12
1040/21 1040/23
**involvement [1]** 979/4
**irony [1]** 1046/8
**Irwin [4]** 988/13
988/14 988/17
1030/13
**island [2]** 1014/20
1014/23
**issue [19]** 945/16
954/19 962/12 964/8
971/23 973/5 976/5
977/19 977/21 978/18
1014/25 1048/18
1048/19 1049/4
1049/7 1049/10
1049/13 1049/18
1052/8
**issues [12]** 954/6
955/10 956/20 957/14
957/15 962/23 966/15
979/14 983/25 985/12
1036/13 1049/10
**item [1]** 1015/18

# J

**Japan [2]** 1035/9
1035/11
**job [4]** 993/18 993/21

---

**join [1]** 965/20
**jokes [2]** 1022/19
1022/21
**joking [4]** 1003/4
1022/7 1022/20
1023/14
**JR [1]** 941/3
**judge [2]** 941/3
1042/5
**judged [4]** 1041/4
1042/2 1042/5 1042/8
**judgment [4]** 954/21
955/7 956/9 956/14
**Judicial [1]** 1054/8
**JUI [3]** 941/23
1054/14 1054/15
**July [2]** 983/10
1030/17
**July 3rd [2]** 983/10
1030/17
**jurors [9]** 944/9 945/6
952/5 954/3 957/1
957/22 958/3 963/20
1051/14
**jurors' [1]** 964/21
**jury's [2]** 956/23
980/11

# K

**keep [11]** 958/7
985/15 990/15 992/11
1005/17 1006/14
1006/18 1013/1
1032/12 1036/23
1041/2
**keeping [2]** 989/8
999/17
**keeps [1]** 953/10
**kept [5]** 974/2 1037/7
1044/12 1044/13
1044/24
**keys [3]** 1023/6
1023/7 1023/11
**kids [3]** 1015/10
1025/2 1045/22
**kill [1]** 1043/2
**killed [7]** 976/20
1006/11 1042/10
1042/18 1042/25
1044/1 1045/8
**kind [11]** 985/8
1027/24 1031/1
1039/11 1040/4
1040/5 1042/23
1043/3 1045/2 1045/6
1047/1
**kinds [1]** 1038/3
**knew [4]** 1018/3
1036/21 1045/14
1046/4
**knowing [3]** 962/8
963/3 967/10
**known [2]** 969/15
982/3
**knows [2]** 958/2
1021/19

---

# L #:3883

**L.A [5]** 991/19 997/6
997/6 997/23 998/2
**lack [2]** 969/25 971/17
**lacks [2]** 1018/15
1018/25
**ladies [7]** 958/16
961/1 961/11 981/18
985/20 1027/19
1046/19
**ladies' [1]** 1027/18
**ladies' room [1]**
1027/18
**lady [2]** 992/2 1039/21
**laid [1]** 995/24
**Lakes [5]** 990/25
994/6 995/19 995/21
1000/16 1021/16
**landlord [1]** 994/2
**lane [2]** 1002/8 1002/9
**lanes [2]** 1002/7
1002/8
**language [4]** 948/9
949/3 950/12 1051/1
**large [2]** 994/19
994/20
**Las [7]** 997/4 997/5
997/6 1008/9 1011/7
1012/3 1025/10
**Las Vegas [7]** 997/4
997/5 997/6 1008/9
1011/7 1012/3
1025/10
**last [19]** 945/16 949/8
950/13 950/16 950/18
951/20 952/3 955/3
955/4 957/9 958/4
977/5 989/10 989/22
989/23 991/24
1002/22 1029/8
1039/13
**late [1]** 958/5
**later [4]** 958/3
1010/12 1043/9
1048/19
**laughing [4]** 1003/4
1022/7 1022/20
1023/15
**law [27]** 942/3 942/3
942/4 942/4 942/8
942/9 942/13 945/2
952/15 952/19 952/23
953/4 955/17 955/22
956/21 973/11 973/22
974/6 974/9 974/13
974/22 975/16 975/19
984/22 1048/16
1048/16 1052/7
**Lawsa [1]** 1023/6
**lawyers [2]** 961/13
982/4
**lay [4]** 972/25 973/1
977/15 996/3
**lays [1]** 970/22
**LE [3]** 942/4 976/10
1048/11
**leading [1]** 1044/17
**leaning [2]** 963/17

---

963/19
**learn [4]** 983/3 1042/9
1042/12 1045/7
**learned [1]** 1042/24
**least [13]** 944/22
950/19 951/11 953/13
963/9 966/12 977/24
1006/5 1026/25
1035/4 1047/14
1049/16 1051/14
**leave [5]** 969/9 1005/3
1008/10 1024/23
1024/23
**led [2]** 968/8 974/12
**left [5]** 998/21 1032/4
1039/23 1044/24
1045/2
**legacy [1]** 1043/13
**Lenny [2]** 1023/6
1023/6
**less [3]** 967/15 976/20
976/20
**let [22]** 944/21 946/21
947/7 947/16 957/3
964/15 965/6 970/16
975/13 976/24 979/7
988/9 989/8 995/5
999/5 1024/19
1031/14 1032/24
1034/11 1039/13
1044/3 1049/19
**letting [2]** 1015/9
1017/22
**level [1]** 994/24
**lieutenant [2]** 983/20
1035/24
**life [38]** 969/1 969/12
969/15 969/16 970/8
970/13 970/14 970/18
971/7 973/1 973/12
974/16 974/23 975/1
975/5 975/9 975/11
977/14 977/16 977/19
979/5 983/3 983/13
984/10 984/23 986/1
986/16 986/19 986/22
994/10 995/12
1015/15 1015/23
1020/17 1025/18
1037/21 1046/14
1046/14
**light [4]** 948/8 952/11
986/3 1053/3
**like [26]** 969/20 975/3
988/21 992/21 992/23
992/24 994/10 999/2
1000/25 1002/6
1005/20 1026/20
1028/19 1032/7
1032/13 1032/18
1033/3 1036/2 1037/6
1037/20 1041/8
1041/9 1041/15
1042/2 1044/18
1051/22
**liked [4]** 1032/8
1037/25 1038/4
1038/7

---

**likely [1]** 955/24
**limine [6]** 966/11
966/14 966/15 968/11
976/7 977/22
**limit [1]** 963/1
**limited [1]** 986/14
**line [2]** 946/16 957/9
**lines [3]** 947/19 970/6
1050/2
**listen [3]** 947/14
947/25 985/3
**listened [2]** 951/18
1017/12
**listening [1]** 1022/13
**little [19]** 949/25
953/5 962/7 963/22
965/13 982/19 983/3
984/3 985/5 992/3
1003/6 1029/13
1029/14 1032/11
1035/19 1037/15
1039/2 1040/19
1048/11
**live [21]** 977/25
978/12 979/22 979/24
980/13 989/19 997/2
997/7 1007/15
1007/17 1007/19
1007/20 1007/20
1007/22 1008/7
1008/8 1008/11
1008/12 1013/1
1016/4 1016/9
**lived [29]** 984/10
986/22 988/9 990/19
991/21 997/4 997/5
997/6 1011/4 1011/6
1011/7 1011/7 1011/8
1011/14 1011/16
1011/18 1011/20
1012/8 1012/10
1012/11 1012/12
1012/14 1012/16
1012/23 1015/17
1016/17 1024/9
1025/4 1025/20
**living [10]** 978/25
984/10 993/4 1008/23
1008/24 1008/25
1009/5 1009/13
1017/6 1019/18
**location [1]** 1042/8
**locked [1]** 1023/10
**long [8]** 963/6 989/19
992/10 998/6 998/10
998/19 1038/12
1044/24
**longer [1]** 964/15
**look [9]** 944/12 946/19
956/7 956/19 962/21
966/10 969/20 1003/9
1042/4
**looked [3]** 973/19
1033/15 1038/9
**looking [9]** 953/14
995/11 1000/20
1007/3 1031/12
1035/17 1051/1

**L**

**looking... [2]** 1053/4 1053/4
**looks [2]** 1033/3 1052/7
**LOS [10]** 941/18 941/24 944/1 997/8 997/14 997/15 998/9 1011/7 1029/16 1030/9
**Los Angeles [7]** 997/8 997/14 997/15 998/9 1011/7 1029/16 1030/9
**losing [2]** 967/15 984/24
**loss [6]** 960/7 967/15 976/20 984/23 984/23 1045/16
**lost [2]** 984/18 984/19
**lot [10]** 946/14 993/1 1023/10 1032/12 1033/15 1034/24 1035/1 1039/6 1040/2 1041/12
**loud [1]** 1029/12
**Louis [2]** 1012/1 1012/16
**love [2]** 1046/7 1046/16
**loved [2]** 983/15 1038/8
**loving [2]** 983/15 984/6
**lunch [4]** 944/7 990/4 990/5 990/13
**lung [1]** 1050/13

**M**

**made [8]** 956/17 956/18 1004/14 1016/8 1038/9 1044/11 1045/4 1049/24
**mail [1]** 979/24
**Main [13]** 990/17 990/18 994/7 1000/21 1001/7 1001/15 1001/16 1002/5 1003/7 1003/8 1004/1 1007/18 1022/6
**mainly [3]** 993/6 995/25 1041/3
**major [1]** 986/16
**make [13]** 954/1 984/7 985/17 993/1 1016/4 1016/9 1019/23 1036/24 1045/20 1050/21 1051/12 1051/16 1053/7
**making [3]** 994/1 995/16 998/6
**male [1]** 973/10
**malicious [1]** 960/21
**man [2]** 1006/10 1006/11
**management [1]** 1044/9

**manager [8]** 993/22 1013/14 1014/10 1040/24 1042/15 1042/19 1044/12 1044/13
**mandate [1]** 956/21
**manner [1]** 984/18
**many [11]** 990/13 1002/13 1013/19 1015/20 1021/8 1021/11 1035/2 1035/15 1038/17 1038/23 1038/23
**map [1]** 985/5
**Marc [1]** 986/4
**MARCEL [1]** 942/4
**MARCH [4]** 941/16 943/2 944/1 960/24
**March 13th [1]** 960/24
**marching [1]** 1037/4
**marijuana [16]** 966/24 967/11 967/13 967/15 967/23 968/1 968/7 968/18 969/23 970/14 971/25 972/4 972/6 972/8 972/20 972/21
**marital [2]** 979/14 979/16
**marked [2]** 996/10 998/17
**married [4]** 988/23 996/6 1030/23 1031/1
**Maryland [3]** 1011/8 1011/12 1011/23
**matter [14]** 947/5 948/12 955/17 956/21 965/16 1027/22 1027/25 1039/6 1046/23 1046/23 1047/1 1050/25 1051/10 1054/6
**matters [1]** 961/12
**maybe [23]** 951/20 952/5 962/4 962/16 963/14 965/12 965/13 965/13 965/15 965/16 971/24 978/1 978/10 989/17 997/18 1009/4 1023/12 1024/20 1030/22 1032/16 1040/15 1047/23 1048/12
**mean [17]** 944/22 946/12 951/1 951/23 968/4 975/14 1013/24 1015/16 1015/18 1015/18 1024/25 1032/19 1033/18 1043/12 1044/18 1045/17 1047/25
**meaning [1]** 972/2
**means [2]** 963/17 972/3
**meantime [1]** 944/8
**medical [10]** 955/19 960/3 960/5 973/16 975/2 984/9 1016/16 1016/20 1030/14

**Medical Plaza [1]** 994/8
**medication [8]** 971/19 1018/1 1018/2 1018/3 1018/4 1019/22 1019/23 1020/4
**medications [2]** 1018/18 1020/6
**medicine [1]** 1016/25
**meet [3]** 989/24 1030/21 1047/22
**meeting [1]** 1038/15
**meetings [1]** 1000/10
**MEI [3]** 941/23 1054/14 1054/15
**members [2]** 963/10 964/17
**memory [4]** 945/14 946/22 946/25 956/13
**mental [7]** 984/2 1018/7 1019/13 1036/14 1040/9 1040/14 1041/13
**mentally [1]** 1016/18
**mentioned [7]** 968/10 994/4 997/1 1009/10 1033/9 1038/1 1044/11
**met [3]** 983/8 983/9 1030/18
**methamphetamine [1]** 972/8
**Mexico [3]** 1035/15 1039/17 1039/19
**Miami [1]** 1014/22
**mic [1]** 1029/13
**middle [2]** 1033/1 1037/4
**might [6]** 951/22 952/5 1010/6 1029/12 1039/2 1049/2
**miles [9]** 988/19 997/22 1001/20 1001/20 1001/22 1009/3 1010/9 1025/8 1039/10
**military [14]** 983/9 983/10 988/12 1022/11 1029/19 1029/25 1030/2 1030/7 1036/22 1038/12 1045/6 1045/7 1045/11 1046/2
**Miller [1]** 958/20
**mind [13]** 945/17 948/1 950/20 951/11 951/13 953/11 953/21 955/23 956/14 958/7 1005/11 1030/10 1042/24
**mine [1]** 1015/3
**minimum [2]** 1051/8 1053/4
**minute [2]** 957/5 962/5
**minutes [12]** 962/15

963/4 963/14 964/15 965/23 1023/12 1023/12 1023/15 1023/21 1023/23 1028/1 1052/4
**misdemeanors [2]** 977/2 977/4
**misheard [2]** 949/15 971/24
**misleading [2]** 946/18 947/1
**misplaced [2]** 949/25 950/3
**Miss [19]** 976/10 980/7 981/13 983/5 983/8 983/20 986/7 986/19 1008/23 1009/18 1009/23 1010/4 1010/5 1010/14 1010/17 1018/12 1024/15 1025/25 1048/11
**Miss Archibald [12]** 980/7 983/8 983/20 986/7 986/19 1008/23 1009/18 1009/23 1010/4 1010/5 1010/14 1010/17
**Miss Le [2]** 976/10 1048/11
**missed [1]** 1038/14
**missing [2]** 949/16 1032/16
**Missouri [3]** 1011/14 1012/1 1025/21
**misstatement [1]** 953/4
**mistake [3]** 1043/1 1043/4 1043/19
**misunderstood [1]** 978/10
**Mitchell [1]** 992/6
**mixture [1]** 968/6
**mode [2]** 1045/6 1045/11
**modification [2]** 949/6 949/9
**modified [1]** 949/12
**modify [2]** 949/3 949/8
**mom [2]** 993/5 1041/9
**moment [5]** 944/12 968/20 970/4 1010/3 1010/16
**moments [1]** 1002/22
**money [4]** 993/1 1021/4 1021/5 1021/6
**month [3]** 990/7 997/18 997/19
**more [16]** 951/18 954/2 962/8 962/21 963/16 964/16 970/4 971/21 977/1 977/18 978/1 978/12 1009/21 1036/5 1045/22 1046/11
**morning [14]** 955/3 962/8 962/9 962/18

963/4 963/14 964/15 965/14 966/8 982/11 989/12 1010/24 1021/21 1042/18 1047/3 1052/23 1053/10
**mortality [1]** 971/8
**mortgage [1]** 1015/17
**most [2]** 955/24 977/7
**Mostly [1]** 993/10
**motel [19]** 977/25 980/24 989/16 990/11 1000/18 1001/25 1002/2 1002/21 1003/8 1005/7 1007/20 1008/3 1016/2 1016/5 1021/7 1021/9 1021/12 1021/14 1021/17
**mother [26]** 973/20 980/12 983/17 983/19 996/23 997/12 1006/21 1007/24 1008/8 1008/10 1008/22 1009/7 1011/23 1018/15 1018/10 1025/25 1033/18 1034/17 1036/13 1037/19 1039/2 1039/24 1041/3 1042/13 1043/12 1044/16
**motion [9]** 954/9 954/12 954/14 954/16 954/21 955/1 956/14 968/11 977/22
**motions [11]** 954/7 955/6 955/8 955/15 956/8 956/8 956/22 966/11 966/14 966/15 976/7
**move [7]** 961/24 963/19 964/19 966/4 966/7 1021/17 1028/8
**moved [10]** 991/6 992/14 992/15 992/16 995/8 998/15 1024/23 1024/24 1038/11 1041/1
**Mr. Archibald [3]** 986/8 986/9 986/13
**Mr. Conaway [16]** 944/18 946/8 953/9 956/5 957/15 962/5 964/2 965/19 979/8 981/1 982/14 985/1 987/5 1026/5 1052/15 1052/18
**Mr. Ewing [30]** 944/16 946/21 948/11 948/22 954/8 956/12 957/18 958/2 961/9 964/7 966/2 966/17 967/18 970/5 971/2 977/1 977/13 978/3 979/22 980/9 981/10 985/17 987/4 1007/9 1048/12 1048/24 1049/3 1050/24 1052/22

## M

**Mr. Ewing... [1]**
1053/2
**Mr. Galipo [19]**
944/14 945/7 945/23
950/25 954/25 958/2
961/7 962/1 964/25
969/21 975/13 980/15
982/13 982/14 982/17
1028/16 1029/9
1051/18 1052/16
**Mr. Miller [1]** 958/20
**Mr. Picket [1]** 985/10
**Mr. Pickett [23]** 968/9
969/1 973/5 977/23
977/25 977/25 978/9
978/12 978/23 979/18
980/7 980/22 981/12
983/4 983/8 986/13
986/21 1007/13
1009/17 1013/3
1024/6 1024/13
1025/15
**Mr. Pickett's [3]**
966/16 966/22 975/15
**Ms. Archibald [4]**
996/7 1020/15 1021/3
1047/9
**much [14]** 956/9
962/24 980/16 983/23
984/25 985/14 993/3
995/17 999/12
1019/24 1026/21
1038/17 1041/2
1046/16
**multi [1]** 1034/23
**multi-cultural [1]**
1034/23
**multiple [1]** 974/9
**music [4]** 983/16
1038/3 1038/4 1038/8
**myself [2]** 1006/3
1042/17

## N

**N-a-h-t-h-a-n-i-e-l [1]**
987/20
**name [6]** 987/17
988/2 988/3 1029/6
1029/7 1029/8
**names [2]** 1018/18
1020/6
**narcotic [1]** 972/16
**Nate [87]** 983/3
983/10 983/24 990/2
991/13 991/14 992/7
992/25 993/17 995/2
995/13 996/2 996/16
997/10 997/15 997/24
998/3 998/9 998/12
998/20 998/21 999/2
999/8 999/14 999/22
1000/12 1002/21
1004/24 1005/7
1005/9 1005/10
1005/16 1006/14
1007/19 1007/22
1007/23 1008/5

1008/8 1008/11
1008/13 1017/4
1023/10 1030/5
1030/11 1030/12
1030/25 1031/4
1031/9 1031/10
1031/15 1031/17
1032/10 1032/12
1033/2 1033/3 1033/9
1033/16 1034/3
1035/3 1035/8 1035/9
1035/20 1036/20
1037/3 1037/25
1038/3 1038/21
1038/23 1039/4
1039/18 1039/21
1040/24 1041/1
1041/2 1041/7 1041/8
1042/13 1042/14
1042/17 1043/2
1044/1 1044/12
1045/17 1045/21
1045/23 1046/9
1046/10
**Nate's [14]** 973/25
974/3 974/12 984/23
986/5 1006/10 1013/8
1013/14 1030/18
1031/8 1033/12
1034/14 1036/9
1044/24
**NATHANAEL [23]**
941/5 941/6 942/7
959/13 959/16 959/20
959/24 960/2 960/6
960/9 960/16 960/19
960/22 979/2 985/4
985/6 987/7 987/19
989/5 1015/23 1024/2
1030/19 1031/8
**Nathanael Pickett [12]**
959/13 959/16 959/20
959/24 960/2 960/6
960/9 960/22 979/2
987/7 1015/23 1024/2
**Nathanael Pickett II
[1]** 960/19
**Nathanael Pickett, I
[1]** 1030/19
**Nathanael's [1]**
973/21
**NATHANIEL [1]** 987/9
**National [3]** 1013/22
1030/8 1033/4
**nature [3]** 978/8
982/10 984/5
**near [1]** 1009/2
**necessarily [1]**
948/20
**necessary [1]**
1052/19
**need [16]** 961/12
963/21 964/5 964/15
964/17 964/18 966/9
969/8 977/12 981/19
1045/21 1047/14
1048/18 1050/24
1051/19 1051/24

needs not [5] 951/10
960/3 960/5 1045/14
1045/14
**needs [9]** 956/19
964/20 964/20 964/21
964/21 981/22
1026/21 1028/9
1052/24
**negligence [2]** 955/20
960/16
**negligent [2]** 960/14
960/19
**neighbor [1]** 1039/21
**neighbors [1]** 1042/16
**NEPA [3]** 993/13
1013/19 1013/21
**nephew [1]** 1039/17
**never [10]** 953/18
962/3 1005/15 1013/1
1013/1 1017/1 1019/1
1019/14 1024/10
1043/14
**nevertheless [1]**
945/1
**new [1]** 1001/19
**news [1]** 981/6
**next [9]** 973/4 977/21
999/5 1004/11
1026/25 1027/10
1027/16 1036/4
1043/18
**nexus [1]** 967/23
**nice [1]** 1039/24
**night [7]** 955/3 955/4
1003/2 1003/16
1003/18 1010/13
1053/11
**none [2]** 980/10
980/11
**Norco [15]** 1008/14
1008/15 1009/2
1009/3 1009/6 1010/6
1010/7 1010/8 1010/8
1010/18 1013/4
1013/6 1013/7
1016/10 1016/12
**normal [1]** 983/14
**normally [2]** 992/11
1006/3
**north [3]** 942/14
988/14 988/18
**note [14]** 944/8 944/9
945/19 945/19 945/19
947/17 954/2 956/24
958/10 958/18 976/10
1006/25 1024/1
1024/4
**noted [3]** 954/3 975/7
977/21
**notes [2]** 953/22
1007/3
**nothing [9]** 956/6
970/13 981/1 987/14
994/13 1026/4 1029/2
1040/5 1053/9
**notice [2]** 983/25
1036/13
**noticed [1]** 1039/5

**noticing [1]** 1040/1
**November [11]** 990/7
1000/11 1002/22
1007/17 1008/3
1009/11 1009/19
1009/22 1010/13
1010/21 1010/23
**November 19th, 2015
[2]** 1007/17 1009/19
**November 2015 [1]**
1002/22
**number [14]** 956/20
959/6 959/14 959/18
959/21 960/1 960/4
960/8 960/20 972/9
975/25 976/1 1044/13
1051/21
**number one [1]**
975/25
**Number two [1]** 976/1
**numbers [2]** 976/22
1042/16
**nurse [1]** 1019/19

## O

**o'clock [2]** 958/5
1046/21
**obesity [1]** 971/16
**object [5]** 967/8
970/19 1019/6
1020/10 1026/1
**objected [3]** 946/25
947/1 948/11
**objecting [2]** 951/3
1048/15
**objection [11]** 946/17
1018/14 1018/25
1020/1 1020/18
1021/18 1024/17
1026/20 1026/24
1049/24 1050/20
**objections [1]** 954/3
**observations [1]**
1051/14
**observe [1]** 975/24
**observed [2]** 1040/4
1040/7
**observing [1]** 1039/2
1040/8
**obstructing [1]** 973/7
**obtaining [2]** 960/3
960/5
**obviously [8]** 961/23
962/22 981/10
1003/16 1005/9
1005/15 1033/8
1051/11
**occasion [2]** 967/13
1035/18
**occur [1]** 1022/23
**occurring [1]** 1008/18
**October [7]** 989/21
990/8 990/9 1000/11
1021/25 1022/1
1022/4
**October 2015 [2]**
1000/11 1022/4
**odd [1]** 1039/9

**off [10]** 957/4 989/15
997/13 998/3 1003/21
1003/22 1029/13
1034/3 1038/13
1044/12
**offenses [1]** 967/21
**offer [1]** 950/1
**offered [1]** 1021/4
**offhand [2]** 993/18
995/21
**office [11]** 991/1
993/23 994/4 994/5
994/6 994/7 995/23
998/15 1023/5 1044/4
1045/2
**officer [4]** 945/21
1004/12 1004/19
1005/1
**officers [8]** 974/6
974/13 1003/3
1003/20 1004/4
1022/7 1022/9
1023/14
**OFFICES [2]** 942/3
942/8
**OFFICIAL [1]** 941/23
**often [6]** 989/23
997/17 1001/23
1005/8 1005/10
1006/17
**old [12]** 973/9 975/18
992/20 995/2 1000/21
1001/18 1001/19
1001/21 1033/2
1033/3 1036/10
1037/5
**oldest [1]** 1015/14
**Olivette [1]** 992/6
**once [17]** 976/22
1000/17 1000/17
1005/4 1005/21
1005/22 1006/21
1007/23 1009/13
1009/25 1016/16
1017/25 1021/16
1022/20 1043/25
1049/6 1052/7
**one [37]** 945/25 946/6
948/17 948/20 954/2
955/24 957/7 966/15
974/20 975/2 975/14
975/25 977/1 977/5
978/1 978/12 981/23
983/24 993/4 995/9
995/13 999/16
1000/19 1004/5
1022/16 1022/17
1022/25 1032/16
1037/3 1039/5
1041/11 1042/3
1044/14 1045/7
1048/14 1049/17
1050/6
**only [21]** 946/2 946/6
951/16 952/1 953/10
953/21 962/4 965/20
983/24 983/24 984/18
989/6 995/13 1001/10

**O**

only... [7]  1022/16
1027/16 1042/24
1045/17 1047/15
1048/22 1051/25
oOo [1]  1053/14
open [8]  944/4 958/14
961/17 981/16 1027/8
1028/4 1028/14
1047/5
opening [8]  965/22
965/25 981/9 981/10
982/4 982/5 982/15
985/18
opera [1]  1038/7
operates [2]  1022/16
1022/17
opine [1]  973/14
opining [1]  969/12
opinion [4]  970/11
974/15 1027/21
1046/22
opinions [1]  966/7
opportunity [9]
979/10 979/13 985/3
985/4 985/10 1029/23
1033/6 1035/11
1050/19
opposed [5]  947/5
963/22 964/9 964/12
988/3
opposite [2]  989/14
1003/8
oppressive [1]  960/21
option [1]  1047/25
options [2]  948/17
962/14
or 8:30 [1]  1049/13
oral [1]  956/8
Orange [2]  998/1
998/2
Orange County [2]
998/1 998/2
order [4]  966/10
966/14 1024/22
1050/7
ordered [1]  1045/12
organized [1]  1051/24
originally [1]  974/25
otherwise [1]  1051/11
Ottawa [4]  991/5
991/15 1009/15
1010/2
out [47]  945/9 946/13
948/18 948/21 957/21
961/15 962/24 965/17
978/18 980/19 981/4
983/7 988/19 990/25
995/19 996/9 1000/16
1004/6 1004/20
1005/5 1010/11
1010/20 1012/22
1014/21 1014/22
1021/16 1023/9
1024/23 1024/24
1030/5 1030/7
1035/10 1037/10
1039/7 1040/16

**P**

1040/23 1044/7
1044/16 1045/2
1048/1 1048/21
1049/1 1049/7
1049/10 1049/13
1049/14 1050/24
outfit [1]  1032/15
outside [5]  944/4
961/17 969/10 1028/4
1047/5
outstanding [1]
1049/11
over [16]  982/21
985/7 992/15 992/16
995/8 997/13 997/22
1003/12 1004/4
1004/8 1004/15
1004/21 1004/22
1023/4 1038/14
1050/20
overmother [1]
1041/7
Overruled [5]  1018/22
1019/9 1020/13
1020/20 1024/18
owe [2]  1051/6 1053/5
own [3]  984/13 1041/9
1041/19
owned [3]  993/24
1039/5 1039/10

**P**

P-i-c-k-e-t-t [1]  987/21
P.O [1]  942/9
page [7]  941/20 943/5
996/9 998/18 999/5
999/19 1054/7
page 17 [1]  999/19
page 20 [1]  996/9
page 21 [1]  999/5
paid [1]  1015/17
painted [1]  995/24
paneled [1]  1000/4
papers [4]  954/13
954/17 977/24 978/11
parades [1]  1037/3
paraphrased [1]
945/5
parent [2]  978/22
1048/10
parental [1]  1045/10
parents [10]  967/15
974/8 975/23 976/2
978/12 978/20 983/4
984/24 1029/22
1039/18
parents' [4]  974/6
976/19 978/1 978/1
parked [2]  1004/15
1004/19
parking [1]  1023/9
PARKWAY [1]  942/14
part [9]  949/7 949/20
951/19 962/6 983/22
984/9 1001/11
1002/12 1008/5
participate [4]  995/20
1015/15 1015/16

participated [1]
946/14
participating [1]
1034/14
participation [2]
1020/23 1025/17
particular [1]  990/10
particularly [3]  952/11
952/13 1051/13
parties [6]  944/9
944/13 948/16 957/25
961/22 1047/15
party [3]  956/21
1016/8 1031/11
pass [2]  944/11
1001/25
passageway [1]
1002/5
passed [1]  945/9
past [4]  975/19 985/7
1005/14 1039/8
Patrol [1]  1022/10
pause [1]  1039/11
pay [3]  1015/16
1015/25 1016/12
paying [1]  1021/4
PC [3]  968/15 973/6
977/18
PD [5]  1004/5 1004/14
1004/19 1022/10
1022/14
Pentagon [7]  983/22
1033/24 1034/2
1034/8 1034/10
1036/2 1045/9
people [22]  963/5
970/12 970/13 970/17
971/8 971/22 972/25
1012/25 1032/21
1034/24 1038/4
1038/15 1038/16
1038/23 1041/13
1041/14 1042/4
1042/5 1042/6 1042/6
1043/3 1046/11
per [1]  979/14
perceived [1]  953/22
perfect [2]  1030/6
1030/10
perfectly [1]  1033/23
perhaps [1]  1049/12
period [1]  976/22
person [12]  946/12
968/25 968/25 975/8
986/14 986/16
1019/24 1024/13
1024/15 1025/23
1032/25 1044/15
personal [3]  994/24
1006/25 1024/1
personally [1]
1016/25
personnel [1]  1022/11
persons [2]  967/25
969/14
perspective [3]  965/4
983/2 1016/20

pertains [1]  955/22
phase [18]  961/24
961/24 962/25 963/21
963/23 965/22 968/3
969/8 976/8 982/3
982/7 982/12 985/22
987/2 1027/16
1047/22 1051/3
1051/9
Phase 2 [6]  961/21
961/24 962/25 963/23
982/3 1051/3
phone [4]  1011/3
1042/16 1044/12
1051/21
phonetic [1]  1023/6
photo [1]  1033/8
photograph [5]
1031/7 1033/1
1034/12 1036/7
1037/22
phrase [2]  949/2
951/19
phrased [1]  1026/2
physical [2]  975/19
1040/9
pick [4]  990/16 990/17
998/2 1006/5
picked [8]  990/4
990/5 998/9 1021/14
1021/15 1023/5
1023/7 1024/9
Picket [1]  985/10
PICKETT [44]  941/7
942/7 959/13 959/16
959/20 959/24 960/2
960/6 960/9 960/16
960/19 960/22 968/9
969/1 973/5 977/23
977/25 977/25 978/9
978/12 978/23 979/2
979/18 980/7 980/22
981/12 983/4 983/8
986/13 986/21 987/17
987/9 987/19 987/21
987/25 1007/13
1009/17 1013/3
1015/23 1024/2
1024/6 1024/13
1025/15 1031/8
Pickett's [3]  966/16
966/22 975/15
Pickett, I [1]  1030/19
PICKETT,I [1]  941/5
picking [1]  946/15
picture [24]  996/7
996/9 996/14 996/21
998/17 998/23 999/6
999/25 1000/19
1000/20 1031/10
1031/15 1031/16
1031/17 1032/3
1032/9 1032/15
1034/11 1034/13
1034/21 1037/2
1037/15 1037/16
1039/23
pictures [9]  983/12

1031/6 1031/14
1033/16 1034/18
1036/5 1036/9
1039/13 1045/5
pin [1]  1035/2
place [8]  977/3 977/5
1019/17 1035/11
1040/25 1041/18
1042/2 1045/18
placements [1]
986/17
places [1]  1011/5
plainly [1]  973/9
plaintiff [6]  942/2
942/7 968/4 968/5
987/7 1047/10
plaintiffs [7]  941/8
954/11 956/3 959/4
963/5 963/12 981/25
plaintiffs' [10]  943/4
964/20 965/4 967/6
977/22 982/4 983/2
996/10 998/18 999/5
Plaintiffs' 16 [1]  999/5
Plaintiffs' Exhibit 16
[1]  996/10
plan [1]  1026/19
plane [1]  1043/17
planner [2]  1014/9
1014/9
play [2]  1032/11
1038/13
played [10]  944/25
945/9 948/5 949/4
986/16 986/19 986/22
1020/16 1025/18
1032/20
playing [1]  956/14
Plaza [1]  994/8
please [20]  944/12
945/23 957/6 958/13
969/6 969/9 969/10
987/6 987/17 991/24
1027/10 1027/21
1028/6 1028/19
1029/5 1029/6
1046/22 1047/7
1050/19 1052/10
plus [1]  1037/7
pocket [2]  974/2
1002/9
point [28]  951/4
951/13 952/17 953/8
954/19 969/7 970/17
980/16 983/19 990/10
1004/7 1004/24
1005/3 1020/18
1029/19 1030/18
1030/23 1030/25
1033/17 1036/17
1038/19 1038/25
1041/6 1042/9
1044/21 1048/14
1048/19 1052/12
points [1]  1050/20
police [3]  1004/5
1022/6 1022/9
Policy [1]  1013/22

**P**

**polled** [1] 961/6
**portion** [6] 945/5
949/13 971/6 971/23
976/11 991/25
**portions** [1] 1044/9
**posed** [1] 971/7
**position** [5] 947/3
967/7 985/21 986/3
1049/20
**possibilities** [1]
945/25
**possibility** [4] 945/25
946/5 962/16 1051/8
**possible** [3] 1038/18
1041/2 1043/15
**post** [1] 950/10
**potential** [2] 974/16
1036/14
**preference** [1] 964/18
**pregnant** [3] 1030/5
1030/25 1031/2
**prejudice** [1] 952/8
**prejudicial** [3] 952/14
953/1 977/18
**prepare** [2] 1014/4
1014/5
**prepared** [2] 946/10
963/10
**Preschool** [1]
1031/24
**presence** [8] 944/5
958/14 961/18 981/16
1027/8 1028/5
1028/14 1047/6
**present** [1] 965/25
**presentation** [2]
965/3 986/24
**presented** [3] 961/2
981/23 987/1
**preserve** [2] 955/15
956/2
**presumably** [1]
981/11
**pretrial** [1] 967/10
**pretty** [8] 985/14
996/19 996/20 996/24
1013/7 1016/15
1021/25 1048/20
**prevent** [1] 960/10
**previously** [2] 984/11
1002/18
**primarily** [1] 1024/16
**primary** [2] 986/15
1025/23
**print** [1] 957/21
**printed** [1] 956/25
**prior** [9] 968/8 975/16
997/12 998/14 1008/3
1009/11 1009/19
1009/22 1052/11
**probable** [1] 955/19
**probably** [17] 955/21
984/14 993/21 995/13
997/18 1000/2 1008/4
1008/5 1017/8
1019/17 1021/5
1034/14 1035/4

**1036/4 1041/7**
1041/21 1052/7
**probative** [1] 977/19
**problem** [1] 946/18
**problems** [2] 995/9
1012/19
**proceed** [4] 961/22
965/9 987/22 1029/9
**proceedings** [4]
941/15 1026/13
1053/13 1054/6
**process** [2] 944/22
945/4
**proffer** [4] 951/9
966/19 969/24 972/19
**proffered** [1] 970/10
**program** [1] 1008/14
**project** [3] 993/21
1013/14 1014/10
**promoted** [4] 983/20
1035/21 1036/1
1036/4
**properties** [9] 978/2
978/13 978/24 979/1
980/23 990/22 990/24
993/23 993/24
**proposal** [2] 951/1
951/4
**propose** [2] 944/11
949/19
**proposed** [2] 944/14
948/10
**proposing** [1] 946/5
**protect** [2] 1041/4
1046/15
**proud** [4] 1037/18
1037/19 1038/22
1039/24
**provide** [8] 948/16
948/17 954/2 957/1
957/21 964/8 966/3
1011/2
**provided** [6] 949/11
951/21 951/25 952/4
969/11 979/23
**psychotic** [1] 971/18
**psychotropic** [1]
968/6
**public** [1] 1037/8
**pull** [2] 947/16 947/17
**pulled** [5] 1003/4
1004/6 1004/20
1005/4 1023/3
**punitive** [7] 1047/16
1047/23 1048/7
1049/7 1049/17
1051/9 1053/5
**punitives** [1] 1048/23
1049/1
**pure** [1] 975/23
**purposes** [3] 979/24
988/5 1002/2
**pursuant** [2] 967/9
1054/3
**puts** [1] 1023/22
**putting** [4] 972/4
974/2 1008/18
1038/12

**Q** **#:3887**

**qualified** [3] 954/15
954/19 956/12
**Quality** [1] 1013/21
**question** [27] 951/5
959/10 959/15 959/14
959/18 959/21 960/1
960/4 960/8 960/13
960/15 960/18 960/20
961/20 965/24 971/7
989/24 1001/13
1019/8 1019/10
1020/12 1021/10
1026/1 1039/11
1046/5 1048/7
1048/22
**Question 1** [1] 959/11
**Question 10** [1]
960/18
**Question 8** [1] 960/13
**Question 9** [1] 960/15
**Question Number 13**
[1] 960/20
**Question Number 2**
[1] 959/14
**Question Number 3**
[1] 959/18
**Question Number 4**
[1] 959/21
**Question Number 5**
[1] 960/1
**Question Number 6**
[1] 960/4
**Question Number 7**
[1] 960/8
**questioning** [1]
1040/6
**questions** [11] 977/1
980/2 981/21 982/25
984/15 988/5 988/6
988/9 1036/6 1044/19
1049/17
**quickly** [1] 1027/18
**quite** [6] 945/15
976/10 989/25
1034/10 1039/18
1048/3

**R**

**raised** [5] 954/18
954/22 956/12
1037/20 1042/3
**raising** [1] 1030/11
**Rancho** [26] 984/11
989/15 989/18 990/11
1000/15 1000/18
1005/7 1007/25
1008/3 1008/16
1016/2 1016/5 1021/4
1021/7 1021/9
1021/12 1021/14
1021/17 1040/24
1041/1 1041/18
1042/14 1042/19
1043/23 1043/24
1044/8
**rank** [3] 1035/21
1035/22 1035/23

**rap** [1] 1038/7
**rather** [2] 965/14
1048/3
**re** [1] 1014/25
**re-issue** [1] 1014/25
**reach** [3] 1048/5
1048/22 1049/7
**reached** [5] 958/11
958/19 961/20 962/2
981/24
**react** [1] 1017/17
**reaction** [3] 1017/10
1017/12 1017/20
**read** [16] 944/24
945/17 945/18 945/19
946/23 947/8 948/24
949/17 949/20 950/4
950/5 951/12 953/1
958/24 961/2 970/9
**reading** [9] 947/5
947/9 947/16 947/20
948/7 949/24 958/25
971/13 1051/2
**reads** [3] 945/21
947/19 950/19
**ready** [5] 962/17
965/9 966/4 1037/21
1049/15
**realistically** [1] 963/1
**really** [10] 1024/6
1024/13 1030/8
1032/8 1034/4 1038/7
1038/8 1038/15
1043/7 1051/7
**reason** [3] 964/19
980/23 1043/6
**reasons** [2] 955/21
955/22
**rebuilt** [1] 995/23
**recall** [31] 945/10
948/11 990/8 994/17
995/4 995/7 996/8
996/11 996/12 997/9
997/10 998/17 999/1
999/3 999/3 999/1
999/24 1000/2 1000/3
1007/1 1011/15
1012/7 1017/9 1022/2
1022/7 1024/5 1033/2
1050/1 1050/15
1050/16 1052/3
**recalled** [1] 1027/6
**receive** [1] 944/8
**received** [10] 945/19
947/11 947/22 954/12
958/10 958/18
1019/14 1029/24
1034/21 1042/18
**recent** [1] 977/7
**recess** [11] 958/8
958/9 961/12 961/13
963/18 964/22 964/23
964/24 1028/13
1046/20 1048/9
**recited** [2] 972/15
978/23
**reckless** [1] 960/22
**recognize** [3] 996/22

**996/23 1032/25**
**recollection** [3] 945/8
979/12 979/13
**recommendation** [1]
1053/7
**recommended** [1]
947/4
**record** [9] 945/18
947/8 956/2 957/4
987/18 988/2 1002/15
1028/20 1029/6
**recording** [15] 945/22
947/10 947/12 947/14
947/15 947/22 947/23
947/25 948/1 948/5
948/14 949/3 949/9
950/20 951/17
**records** [3] 973/18
973/19 1006/18
**red** [3] 1002/3
1003/13 1003/14
**reduced** [1] 1006/4
**reference** [1] 975/22
**referenced** [1] 1013/9
**referred** [2] 977/24
1022/19
**referring** [5] 1011/22
1022/9 1022/10
1022/11 1025/16
**regard** [1] 1050/17
**regarding** [5] 953/22
977/22 983/1 1009/12
1047/23
**regular** [2] 999/14
999/16
**regulations** [1] 1054/8
**related** [1] 985/8
**relates** [19] 952/3
964/8 966/9 966/18
966/18 967/4 968/23
969/12 970/16 972/15
973/14 975/16 979/9
980/12 981/24 982/6
1032/19 1047/19
1051/8
**relating** [4] 1013/13
1013/13 1013/16
1014/11
**relationship** [32]
977/23 978/8 980/10
984/6 984/6 986/8
986/10 986/14 986/15
991/11 993/5 994/18
1005/12 1005/13
1012/17 1012/21
1016/22 1018/6
1024/6 1024/8
1024/11 1024/14
1025/1 1025/3 1025/7
1025/9 1025/11
1025/12 1025/13
1025/24 1033/17
1033/23
**relationships** [1]
996/5
**relevance** [4] 967/13
968/23 971/10 975/15
**relevant** [6] 970/24

**R**

**relevant...** [5] 973/2
973/7 977/19 979/9
980/14
**relocated** [1] 998/14
**remain** [1] 957/25
**remember** [12]
945/13 945/15 954/20
955/9 958/4 1013/10
1022/3 1035/9
1038/11 1039/16
1039/16 1050/15
**reminder** [1] 966/13
**renovated** [2] 991/1
991/1
**rent** [2] 1015/17
1015/25
**renting** [1] 989/16
**repairs** [1] 994/1
**repeat** [4] 991/24
998/8 1001/13
1019/10
**reported** [1] 1054/5
**reporter** [2] 941/23
992/4
**REPORTER'S** [1]
941/15
**request** [1] 969/9
**requested** [1] 1045/12
**requests** [1] 945/20
**required** [1] 1029/25
**requirement** [1]
1030/4
**research** [2] 1027/24
1046/25
**reside** [1] 1004/1
**residence** [2] 978/13
980/13
**resident** [2] 957/12
990/10
**residential** [1] 978/2
**resistance** [1] 973/25
**resisted** [2] 974/10
974/14
**resisting** [6] 968/12
973/6 973/11 973/22
976/18 976/23
**resolve** [1] 1050/25
**resolved** [1] 1049/16
**resolving** [1] 1051/8
**respect** [11] 966/7
966/14 967/7 967/24
968/3 968/21 972/20
977/21 1019/12
1049/20 1050/2
**respectful** [1] 969/7
**respectfully** [2]
956/22 969/9
**respects** [2] 948/12
985/21
**respiratory** [1] 971/20
**respond** [4] 945/6
954/25 1010/24
1017/16
**response** [20] 944/11
944/14 948/10 948/18
949/12 949/16 951/15
951/17 957/1 957/16

957/22 967/18 969/21
975/14 975/20 986/2
1017/15 1031/13
1043/16 1049/3
**responses** [1]
1009/17
**responsibility** [1]
993/2
**restroom** [2] 1027/20
1028/9
**result** [1] 982/11
**resume** [4] 982/5
1028/2 1028/9 1047/8
**resworn** [1] 1028/21
**return** [1] 961/14
**review** [5] 944/13
952/1 958/23 971/4
1050/19
**reviewed** [4] 956/7
973/18 973/18 976/11
**reviewing** [1] 946/15
**rewarding** [1] 1005/24
**rid** [1] 995/10
**rifling** [1] 953/13
**right** [64] 944/6
944/10 944/20 945/24
946/11 947/7 949/7
952/2 952/18 953/8
956/7 957/8 957/22
957/24 958/7 958/10
958/16 960/10 961/15
961/19 962/7 963/13
963/23 964/6 964/11
964/14 964/25 965/7
966/6 967/6 967/17
967/22 971/1 971/12
981/14 981/18 982/17
992/21 999/6 999/18
1003/11 1004/8
1004/15 1007/5
1024/15 1026/8
1026/10 1027/4
1027/10 1027/19
1028/16 1032/5
1033/10 1035/20
1037/4 1037/15
1038/24 1039/21
1044/11 1047/3
1047/8 1049/20
1051/6 1053/9
**rights** [3] 955/16
956/2 960/23
**Rim** [1] 1001/2
**rise** [6] 958/8 961/16
964/23 1028/3 1047/4
1053/12
**risk** [2] 971/8 971/14
**Riverside** [8] 991/8
991/8 991/9 991/10
1008/6 1009/14
1010/1 1025/5
**Riverside Drive** [8]
991/8 991/8 991/9
991/10 1008/6
1009/14 1010/1
1025/5
**road** [7] 985/5 989/15
991/5 991/15 1009/16

1010/2 1025/5
**ROBERT** [2] 942/8
942/9
**Rock** [1] 1001/2
**role** [5] 986/16 986/19
986/22 1020/17
1025/17
**roofs** [1] 1002/3
**room** [8] 941/24
952/12 961/14
1007/20 1007/24
1027/18 1045/3
1045/4
**rooms** [1] 995/24
**ROTC** [2] 1029/24
1029/24
**rotting** [1] 1045/2
**roughly** [2] 992/10
992/19
**Route** [4] 1000/21
1001/15 1001/21
1001/23
**Route 66** [3] 1000/21
1001/15 1001/21
**Rule** [1] 954/7
954/12 954/15 955/1
955/15 969/13 969/18
971/3 971/7 971/23
**Rule 26** [5] 969/13
969/18 971/3 971/7
971/23
**Rule 50** [5] 954/7
954/12 954/15 955/1
955/16
**ruled** [1] 976/6
**ruling** [3] 956/21
970/1 978/7
**rulings** [1] 976/11
**run** [1] 1032/22
**running** [1] 1001/2
**runs** [5] 1000/23
1001/1 1001/18
1002/5 1002/6

**S**

**Sage** [5] 991/7
1009/14 1010/1
1017/6 1025/4
**sailing** [1] 1048/20
**salary** [1] 1048/2
**same** [4] 948/18
1011/21 1036/18
1045/3
**sampling** [1] 995/21
**SAN** [6] 941/10 959/4
998/14 1022/17
1022/18 1022/18
**San Bernardino** [5]
959/4 998/14 1022/17
1022/18 1022/18
**satisfied** [2] 970/23
970/25
**save** [1] 1046/11
**saying** [13] 951/24
953/3 963/24 972/3
973/5 980/5 993/16
1017/24 1018/1
1024/22 1024/24

1025/15 1025/22
**schedule** [1] 1030/10
**schizophrenia** [17]
967/24 969/15 969/15
970/7 970/12 970/14
970/18 971/8 971/16
971/22 972/25 973/18
974/11 974/20 975/1
975/8 986/5
**schizophrenic** [8]
968/2 968/22 968/25
973/12 974/4 974/8
977/16 1018/24
**scholarship** [2]
1029/24 1029/25
**school** [21] 992/24
1029/17 1029/18
1029/20 1030/10
1032/6 1034/14
1036/9 1036/12
1036/17 1036/18
1036/19 1036/23
1037/8 1037/11
1037/17 1038/13
1038/20 1040/2
1046/9 1052/13
**science** [1] 1034/14
**scissors** [1] 999/8
**sconces** [1] 1047/3
**Scouts** [1] 1031/25
**seated** [5] 1024/14
1025/24 1028/6
1029/5 1047/7
**second** [13] 950/16
957/9 969/25 982/12
987/20 990/2 1007/24
1016/6 1021/13
1021/21 1034/9
1047/21 1050/3
**second-to-the-last** [1]
950/16
**Section** [1] 1054/3
**secured** [1] 1007/24
**securing** [1] 1008/2
**see** [41] 946/18
949/23 952/25 956/24
957/14 958/1 967/13
967/16 970/25 971/9
974/5 976/8 976/13
977/13 980/19 981/2
981/3 983/12 989/13
991/19 996/14 997/24
1002/2 1002/6 1003/9
1003/16 1003/17
1003/20 1004/24
1005/1 1005/15
1020/4 1026/14
1044/3 1044/22
1044/25 1045/1
1045/3 1047/2 1048/5
1053/10
**seeing** [3] 1022/6
1038/14 1039/24
**seeking** [2] 966/19
967/3
**seem** [3] 963/7
1041/17 1050/1
**seemingly** [1]

1039/10
**seems** [9] 949/25
963/3 973/2 974/18
975/6 979/9 980/13
988/21 1037/22
**send** [1] 1006/23
**senior** [1] 1037/8
1037/12
**sent** [5] 1012/5
1012/6 1020/22
1035/13 1036/22
**sentence** [9] 949/8
950/2 950/13 950/17
950/19 951/20 952/4
952/9 954/1
**sentiment** [1] 1053/7
**separate** [1] 1033/12
**serve** [1] 988/12
**served** [2] 988/13
1046/3
**service** [3] 1029/25
1030/2 1034/7
**serving** [3] 1030/9
1046/3 1046/4
**seven** [2] 1000/1
1015/13
**several** [5] 974/1
990/23 1008/4 1014/1
1021/14
**shades** [1] 999/22
**shall** [4] 987/13
987/14 1029/1 1029/2
**shape** [1] 1002/3
**share** [1] 981/19
**shared** [2] 979/19
979/21
**sheriff** [5] 1022/10
1022/14 1022/15
1022/17 1023/3
**shooter** [1] 1046/11
**shooting** [3] 1003/17
1003/17 1046/10
**shootings** [1] 1046/9
**shop** [7] 1003/5
1003/6 1003/9
1003/11 1003/14
1004/6 1023/1
**short** [6] 955/5 965/22
981/9 985/15 999/18
1000/6
**shorten** [1] 969/16
**shortened** [8] 970/8
970/14 970/18 973/1
974/16 975/1 975/9
977/16
**shortening** [2] 969/15
975/11
**shortens** [2] 974/23
975/5
**shorter** [4] 969/1
969/3 970/13 973/12
**shortly** [1] 1007/4
**shot** [4] 1034/17
1044/17 1050/4
1050/12
**shots** [1] 1050/6
**show** [10] 993/15
996/7 999/5 1031/6

**S**

**show... [6]** 1031/14
1032/24 1034/11
1036/5 1037/2
1039/13
**showing [4]** 1003/15
1031/6 1037/1 1044/9
**sic [2]** 987/20 1025/6
**side [9]** 951/8 955/7
961/5 971/18 986/20
989/14 989/15 1001/7
1003/3
**sidebar [1]** 1026/13
**sides [1]** 956/20
**signal [3]** 1004/10
1023/1 1023/2
**Signed [1]** 960/24
**significant [1]** 986/19
**Silver [6]** 990/25
994/6 995/19 995/21
1000/16 1021/16
**similar [1]** 975/3
**Sinatra [1]** 1038/5
**since [2]** 951/24
1018/25
**SINCICH [1]** 942/4
**sir [40]** 979/22 988/8
999/7 1007/14
1007/23 1009/21
1009/25 1011/1
1011/9 1011/13
1011/19 1012/9
1012/13 1012/15
1012/24 1014/1
1015/8 1016/1 1016/6
1016/11 1016/13
1017/14 1018/20
1019/10 1020/5
1020/7 1020/24
1021/5 1021/8
1021/10 1021/20
1021/25 1022/5
1022/8 1022/16
1022/20 1023/18
1023/24 1024/8
1024/20
**sister's [1]** 1032/5
**sisters [1]** 1045/22
**sit [2]** 985/3 1043/6
**sitting [3]** 1043/8
1045/2 1046/3
**situation [2]** 996/8
996/12
**six [3]** 968/11 985/7
1015/13
**sixth [1]** 1034/4
**sixth grade [1]** 1034/4
**sleep [1]** 1000/15
**slots [1]** 1038/23
**slow [1]** 992/3
**small [2]** 957/7 992/15
**smoke [3]** 967/13
970/14 1016/25
**smoked [1]** 967/14
**smoking [10]** 968/1
971/16 972/1 972/2
972/3 972/3 972/4
972/7 972/13 972/14

**smooth [1]** 1048/20
**sociable [1]** 983/15
**soldier [1]** 1042/4
**solemnly [2]** 987/12
1028/25
**someday [1]** 994/14
**somehow [1]** 976/20
**someone [12]** 949/15
968/22 970/6 975/1
975/3 976/16 976/17
977/16 982/9 1020/11
1043/2 1046/10
**someplace [1]** 1010/7
**something [27]**
945/17 948/3 949/21
950/6 950/22 951/22
952/9 952/23 957/10
970/6 975/3 982/10
997/21 999/14 1005/6
1006/5 1007/2 1017/1
1017/18 1022/3
1024/5 1031/23
1034/15 1039/2
1044/18 1049/2
1050/1
**somewhere [3]** 995/3
1017/9 1033/12
**son [98]** 967/16 974/8
974/9 976/20 978/25
978/25 979/2 979/4
979/19 979/21 983/23
984/18 984/24 985/7
986/8 986/10 986/14
986/15 988/6 988/16
989/6 989/6 989/10
989/11 989/20 989/22
991/12 991/19 994/23
1005/20 1006/8
1007/22 1008/18
1009/6 1009/12
1009/13 1009/20
1009/24 1010/10
1010/18 1011/4
1011/16 1011/20
1011/25 1012/4
1012/8 1012/10
1012/14 1012/17
1012/19 1012/21
1014/15 1015/22
1016/6 1016/9
1016/18 1016/21
1017/10 1017/15
1017/17 1017/18
1017/19 1018/6
1018/19 1018/24
1019/5 1019/13
1019/15 1019/20
1019/24 1020/4
1020/22 1021/7
1021/11 1021/17
1024/1 1024/7
1024/14 1024/16
1024/22 1025/3
1025/24 1031/3
1032/5 1034/17
1035/2 1035/8
1035/22 1039/24

104/23809 1042/24
1043/7 1043/10
1044/22 1045/16
1046/15
**son -- l [1]** 1012/4
**son's [7]** 986/19
986/22 1014/11
1015/15 1018/12
1020/17 1025/18
**sooner [1]** 962/3
**sorry [9]** 947/16
950/15 982/14 987/20
1003/2 1006/12
1014/21 1017/18
1025/5
**sort [4]** 979/13 979/15
1017/15 1017/20
**sought [1]** 986/17
**sound [1]** 1045/10
**south [11]** 991/7
991/20 992/7 992/15
995/8 1009/15 1010/1
1025/4 1025/20
1029/21 1035/14
**South Africa [1]**
1035/14
**span [1]** 977/6
**speak [5]** 956/24
971/6 985/4 1018/11
1042/14
**speakers [2]** 947/13
947/24
**speaking [2]** 1010/8
1044/13
**speaks [3]** 950/10
950/10 973/16
**special [3]** 959/7
1007/2 1047/17
**specific [5]** 946/17
951/5 951/6 973/24
1009/21
**specifically [8]** 952/3
961/20 969/14 970/4
971/6 977/23 981/24
1040/11
**speculation [1]**
1021/18
**spell [3]** 957/12
987/17 1029/6
**spell-checker [1]**
957/12
**spelled [2]** 988/2
988/3
**spend [1]** 983/23
**spent [2]** 984/9
1002/22
**spoke [4]** 1042/15
1042/15 1043/25
1044/5
**spoken [1]** 985/21
**SPx [1]** 959/6
**St. Louis [2]** 1012/1
1012/16
**stage [2]** 954/23
954/24
**stand [4]** 965/1 986/9
987/8 1013/20
**standing [1]** 1004/23

**standpoint [1]** 996/5
**stands [1]** 1049/18
**start [12]** 962/6 962/7
963/23 965/10 965/14
965/16 965/21 988/9
989/8 993/23 1039/1
1040/6
**started [4]** 991/15
1039/11 1040/1
1046/10
**starting [2]** 964/9
964/12
**starts [1]** 1040/2
**state [7]** 987/17
1012/22 1024/23
1024/23 1024/24
1029/6 1034/22
**stated [1]** 964/5
**statement [5]** 952/14
981/9 981/10 982/4
985/18
**STATES [8]** 941/1
959/1 983/21 1035/5
1054/4 1054/8
**statutes [2]** 1013/23
1013/24
**stay [5]** 956/24 958/3
984/7 1008/10 1028/8
**stayed [10]** 958/5
991/21 992/7 1009/13
1009/14 1009/15
1009/16 1009/25
1030/7 1034/3
**staying [6]** 984/8
990/16 997/10 997/12
1008/5 1025/11
**stenographically [1]**
1054/5
**step [3]** 957/24
977/17 1026/8
**stepped [1]** 1030/7
**stipulate [1]** 1047/24
**stipulation [1]**
1048/23
**stop [5]** 974/1 976/24
979/7 1004/2 1004/3
**straight [1]** 995/14
**strange [1]** 953/5
**street [20]** 941/24
989/14 989/18 990/6
1000/21 1000/25
1001/7 1001/10
1001/15 1001/15
1001/16 1001/21
1002/5 1003/3 1003/7
1003/7 1003/8 1022/6
1023/4 1023/12
**stressing [1]** 1040/16
**stretch [5]** 974/19
975/4 975/6 976/12
976/15
**strife [3]** 979/14
979/16 980/7
**strike [2]** 994/22
997/14
**strong [3]** 964/18
964/18 1045/14
**strongly [1]** 1050/24

**structure [1]** 1000/3
**strung [1]** 1004/21
**student [1]** 1036/20
**studies [4]** 969/17
975/10 993/13 993/14
**subject [5]** 968/7
978/7 1021/3 1027/25
1047/1
**subjects [1]** 992/23
**submit [1]** 954/13
**submits [1]** 954/16
**submitted [4]** 959/10
1027/22 1046/23
1047/15
**SUCCESSOR [1]**
941/6
**such [3]** 968/25
971/21 999/1
**suffer [2]** 970/12
970/17
**suffered [2]** 970/6
973/5
**suggest [4]** 951/16
967/20 970/20 1049/6
**suggested [1]**
1052/18
**suggesting [1]** 970/5
**suggestions [4]**
961/25 994/23 995/12
995/16
**suit [1]** 1039/24
**SUITE [2]** 942/5
942/14
**summary [4]** 954/20
955/7 956/9 956/13
**support [1]** 1052/2
**suppose [2]** 946/9
975/17
**supposed [2]** 1019/24
1037/12
**sure [23]** 950/1
952/25 953/21 964/9
970/24 980/4 996/19
996/20 996/24 999/23
1001/14 1006/1
1007/2 1013/7
1016/15 1019/23
1021/25 1028/12
1036/24 1045/4
1045/20 1048/2
1048/25
**surprise [3]** 1020/8
1020/15 1021/2
**surprised [2]** 1020/21
1038/4
**survival [7]** 1048/10
1048/15 1049/4
1049/10 1049/18
1049/20 1052/1
**survived [1]** 1050/3
**Sustained [4]** 1018/16
1019/2 1020/2 1026/3
**swear [1]** 987/12
1028/25
**switch [1]** 975/13
**sworn [5]** 987/10
1020/16 1021/2
1025/16 1028/23

**S**

system [1] 972/7

**T**

tackle [1] 1032/22
Taco [3] 990/5 1000/8
1021/15
take [28] 944/12
961/12 961/13 963/18
964/14 964/21 969/20
977/3 982/7 986/25
992/4 992/5 998/4
998/4 1016/25
1019/25 1020/4
1027/20 1028/1
1028/7 1033/6 1033/8
1033/22 1039/23
1045/4 1050/12
1050/12 1052/4
taken [13] 948/6
949/4 958/9 964/24
967/11 998/24 999/25
1010/18 1017/1
1028/13 1033/2
1036/7 1039/15
takes [2] 986/9
1019/23
taking [3] 977/24
1000/7
talk [21] 963/18
963/25 964/5 973/17
986/4 992/23 993/3
994/10 994/14
1006/19 1008/1
1019/15 1019/19
1027/22 1027/23
1040/3 1046/24
1046/24 1048/24
1048/25 1051/21
talked [16] 951/8
973/21 992/25 993/2
993/2 993/8 994/18
1000/14 1006/21
1008/4 1009/10
1013/8 1017/13
1019/1 1022/6
1025/17
talking [16] 963/2
968/18 970/4 972/13
972/14 979/16 993/6
993/8 994/9 996/6
1000/1 1015/1 1015/8
1017/19 1040/24
1048/11
talks [1] 949/3
tape [2] 1004/21
1004/21
taped [2] 1003/21
1003/22
teacher [1] 1030/9
technically [1] 970/23
teenager [1] 1015/14
telling [4] 963/20
1017/10 1023/24
1042/19
ten [1] 976/22
ten-year [1] 976/22
tenants [1] 995/9

tend [2] 958/3 958/6
tense [2] 950/2 950/5
term [1] 1002/11
terms [2] 994/11
1036/14
testified [15] 946/13
979/5 987/11 994/12
994/13 1005/8 1010/3
1010/14 1018/6
1020/16 1023/16
1024/3 1024/4
1028/24 1040/21
testifies [1] 979/20
testify [13] 967/25
968/25 970/17 972/23
972/24 973/20 974/3
974/11 975/11 983/4
983/5 983/6 1023/18
testimony [31] 946/14
963/19 966/8 970/10
970/19 972/11 972/19
973/19 973/25 974/7
975/10 979/18 980/20
981/3 982/6 982/12
982/25 985/6 986/4
987/13 1001/14
1010/9 1013/11
1022/7 1025/16
1026/21 1029/1
1050/2 1050/9
1050/10 1050/17
text [4] 1005/5
1010/23 1010/23
1010/25
texted [1] 1010/14
thank [26] 946/22
954/11 954/24 956/4
956/6 957/13 958/24
961/15 963/20 979/12
982/19 984/25 985/16
985/19 987/3 987/4
1002/19 1007/8
1007/10 1015/4
1027/7 1027/12
1027/15 1028/11
1028/18 1029/5
that -- I [1] 978/17
them [41] 945/10
945/11 946/1 946/1
946/2 946/13 946/14
946/14 946/19 946/24
948/16 948/17 948/18
948/18 951/2 951/5
951/12 951/14 952/16
952/23 953/11 953/13
954/2 954/3 958/3
962/9 962/18 963/22
974/10 980/13 981/6
984/13 984/14 984/17
997/12 1035/12
1042/16 1042/17
1047/20 1051/7
1051/16
theory [1] 975/16
therapist [1] 1019/19
there -- I [1] 1047/17
therefore [3] 974/23
976/19 1016/7

thing [20] 948/19
951/16 953/10 953/21
962/7 962/18 965/14
974/20 975/2 1042/3
1043/18
things [16] 972/9
984/4 999/1 999/16
1023/24 1032/12
1037/25 1038/1
1038/17 1039/15
1040/13 1040/18
1044/2 1044/15
1045/7 1046/10
think [102] 945/1
945/12 945/18 946/6
946/13 948/13 948/20
949/20 951/11 951/13
951/14 952/14 952/13
952/14 952/15 952/25
953/4 953/8 955/2
955/4 955/5 955/13
955/17 956/9 956/11
956/18 956/20 957/7
957/9 957/10 957/14
960/2 960/12 960/21 961/1
962/22 963/21 965/21
966/9 967/9 967/12
969/22 970/23 972/12
973/13 976/12 976/15
977/12 977/18 977/19
980/2 980/3 980/18
980/19 980/24 982/20
982/22 985/14 991/21
992/1 993/21 996/19
996/24 1000/8
1000/17 1002/24
1003/1 1005/9
1005/13 1005/14
1006/20 1012/4
1013/9 1024/4
1030/15 1031/11
1036/3 1040/21
1041/20 1041/20
1041/22 1042/1
1042/7 1043/5
1043/10 1043/12
1045/6 1045/16
1047/15 1048/16
1048/18 1048/20
1049/1 1051/6
1051/11 1051/15
1051/20 1052/6
1052/8 1052/19
1052/21 1053/3
1053/5
thinking [3] 945/15
945/25 951/22
thinks [1] 1043/12
third [1] 1034/9
Thirdly [1] 976/6
thought [22] 944/22
945/4 945/17 949/15
951/9 962/3 963/20
967/19 970/2 974/25
976/6 978/10 984/4
1036/14 1039/9
1040/14 1040/15
1040/16 1041/10

1043/1 1043/3 1043/4
thoughts [5] 944/20
950/25 956/17 966/2
1042/23
three [13] 953/13
965/4 965/12 965/15
965/22 982/8 982/24
995/3 997/18 1001/20
1029/24 1031/1
1036/3
three-year [1]
1029/24
throughout [2] 946/14
983/13
throw [2] 948/21
962/24
throwing [1] 965/17
Thursday [3] 982/21
998/3 1044/1
tie [1] 1039/25
tight [1] 1045/19
tile [2] 995/24 996/3
timing [4] 953/5 962/4
1030/6 1033/1
timingwise [1]
1026/15
tired [1] 982/19
title [2] 993/18 1054/4
to -- I [1] 992/16
today [8] 963/8
964/11 964/12 973/20
982/8 1002/12
1026/15 1027/13
together [4] 992/22
1033/20 1034/19
1035/3
told [18] 974/1 993/3
994/19 995/4 1002/17
1014/13 1016/23
1017/4 1017/15
1019/22 1026/18
1040/12 1040/13
1042/16 1042/17
1044/15 1045/17
1048/14
tomorrow [15] 952/5
963/21 964/10 973/21
982/11 982/22 983/1
984/21 1026/22
1026/23 1046/21
1047/2 1047/8
1052/14 1053/10
tonight [2] 1051/22
1052/23
too [2] 993/3 1038/12
took [22] 945/5 945/5
948/9 954/8 977/4
998/10 998/12 998/13
1010/6 1010/11
1014/21 1014/24
1015/10 1018/19
1019/17 1023/10
1024/16 1034/18
1038/12 1040/8
1042/13 1042/13
tooth [1] 1032/16
tore [1] 995/23
totally [1] 969/25

touch [5] 979/17
1006/15 1044/13
1052/23 1052/24
touched [1] 962/10
tour [1] 1035/14
toward [2] 1003/25
1032/21
towards [1] 1004/1
town [1] 1021/22
tox [1] 972/7
toxicological [1]
966/23
trace [2] 966/23
966/24
track [3] 990/15
992/11 1013/1
trade [1] 1006/5
train [1] 982/10
training [2] 1006/7
1006/9
transactions [1]
1008/17
transcript [47] 941/15
944/25 945/10 945/12
945/21 946/1 946/2
946/4 946/10 946/24
947/1 947/12 947/15
947/23 948/2 948/4
948/6 948/13 949/4
949/5 949/10 949/10
949/22 949/24 950/7
950/8 950/9 950/11
950/21 950/22 951/2
951/14 951/21 951/23
951/25 952/16 952/16
952/17 952/20 952/24
953/6 953/12 953/16
953/17 978/16 1054/5
1054/7
transcripts [4] 944/23
945/3 953/18 978/19
transects [1] 1001/10
transition [1] 1041/24
transportation [6]
991/22 993/12 993/19
993/20 1013/10
1014/9
travel [1] 1001/23
traveled [10] 983/16
1033/21 1033/21
1034/23 1035/1
1035/3 1035/5 1035/7
1035/13 1035/16
traveling [4] 983/16
1003/23 1004/2
1038/15
treatment [1] 1019/17
trial [16] 941/20
944/24 945/9 945/16
951/23 953/17 954/20
956/10 958/4 958/4
968/17 982/3 982/12
985/22 987/2 1051/13
trials [1] 953/1
tricks [1] 956/14
tried [9] 974/14
993/20 1032/12
1033/22 1038/17

1070

**T**

**tried... [4]** 1041/2
1042/14 1045/20
1053/2
**trier [1]** 946/16
**trigger [1]** 961/21
**trimming [1]** 999/13
**trip [3]** 998/6 998/9
1015/11
**true [13]** 963/11
976/19 979/22 988/15
999/10 1000/9
1000/24 1024/13
1025/23 1041/10
1043/20 1043/21
1054/4
**truth [6]** 987/14
987/14 987/15 1029/2
1029/2 1029/3
**try [10]** 962/14 963/25
992/3 992/4 1035/18
1045/20 1047/18
1049/10 1049/13
1050/25
**trying [18]** 962/25
963/17 964/20 968/19
969/24 992/5 996/24
1001/14 1010/20
1023/23 1024/21
1026/14 1037/16
1041/6 1041/21
1044/16 1044/19
1046/11
**TUESDAY [2]** 941/16
944/1
**turn [1]** 1004/15
**turning [2]** 1002/8
1002/11
**Tuscaloosa [2]**
1012/8 1012/10
**twelve [1]** 1002/14
**Twenty [1]** 1000/1
**Twenty-seven [1]**
1000/1
**twice [3]** 976/22
997/18 1006/21
**two [21]** 945/24
948/17 962/14 963/5
963/5 963/14 965/4
965/15 967/11 976/1
977/1 982/8 982/24
997/18 997/21
1001/22 1003/13
1039/13 1045/8
1047/15 1049/17
**two miles [1]** 1001/22
**two-time [1]** 1045/8
**type [8]** 955/11 974/21
984/2 995/22 1016/15
1019/22 1036/13
1048/5
**typo [2]** 957/7 957/20

**U**

**U-turn [1]** 1004/15
**umpire [1]** 1053/3
**unanimous [2]** 958/11
958/19

**unanimously [1]**
959/9
**unclear [2]** 984/3
1048/12
**under [3]** 955/16
1048/15 1048/16
**understand [11]**
951/3 953/3 953/7
953/7 953/20 955/23
963/17 963/24 974/19
978/18 980/5
**understanding [5]**
970/1 970/11 974/4
975/22 1027/13
**understood [2]**
1001/6 1048/11
**unduly [1]** 953/1
**unfairly [1]** 953/1
**Unfortunately [1]**
1044/1
**Unified [1]** 1030/9
**Union [2]** 1036/22
1037/3
**unique [2]** 955/11
985/12
**UNITED [6]** 941/1
959/1 983/21 1035/5
1054/4 1054/8
**University [1]** 1038/21
**unless [1]** 961/24
982/9 1026/19
1026/24
**unlikely [1]** 963/7
**unreasonable [5]**
955/18 959/15 959/19
959/23 960/5
**unreasonably [4]**
959/12 960/2 960/11
960/11
**unsettling [1]** 963/22
**until [13]** 954/19
954/19 957/2 980/3
982/9 983/14 993/11
1007/24 1026/18
1027/22 1034/3
1046/23 1052/14
**up [41]** 946/15 947/16
948/10 953/12 954/19
954/19 962/16 965/12
969/7 980/5 990/4
990/5 990/16 990/17
993/11 998/3 998/9
1000/18 1004/14
1005/4 1006/5 1021/4
1021/14 1021/16
1022/25 1022/25
1023/5 1023/7
1023/10 1024/9
1026/21 1029/15
1029/16 1032/21
1034/19 1036/12
1036/12 1037/11
1038/12 1039/7
1044/17
**upon [6]** 962/10 974/3
974/6 979/17 1012/25
1038/20
**upstairs [1]** 990/19

**urge [1]** 1050/24
**us [11]** 957/6 959/10
965/9 1031/7 1032/25
1034/12 1034/21
1035/11 1035/20
1048/12 1051/22
**usage [1]** 972/16
**use [9]** 953/17 959/19
959/22 970/7 971/10
971/25 1002/11
1027/18 1028/9
**used [7]** 944/23
991/14 991/19
1000/12 1005/12
1046/7 1046/8
**using [1]** 968/1
**usually [1]** 991/18

**V**

**vague [3]** 1020/18
1024/17 1026/2
**valid [1]** 1050/21
**VALLEY [9]** 942/10
991/19 997/23 998/4
998/10 998/12
1009/16 1025/5
1025/6
**varies [1]** 1001/24
**Vegas [8]** 997/4 997/5
997/6 1008/9 1008/11
1011/7 1012/3
1025/10
**vehement [1]** 1026/24
**vehicle [3]** 1005/5
1023/3 1025/8
**verdict [21]** 956/23
957/2 958/12 958/19
958/22 958/24 959/7
961/1 961/2 961/20
962/3 962/11 965/12
981/22 981/24 983/1
1047/17 1048/7
1048/21 1051/5
1053/3
**verify [1]** 1043/19
**version [1]** 957/21
**versus [1]** 959/4
**vet [1]** 1045/9
**Victorville [1]** 991/2
**video [5]** 1022/25
1035/10 1044/9
1044/14 1045/12
**view [2]** 972/5 1045/4
**VINCENT [1]** 942/13
**violation [1]** 955/20
**violently [1]** 960/9
**Virginia [7]** 1011/20
1011/22 1011/23
1012/14 1012/16
1025/21 1036/23
**visit [5]** 997/15 1008/9
1021/7 1021/8
1021/11
**voices [1]** 1016/24
1017/4 1017/11
1017/16 1017/19
1017/23 1017/24
1017/25 1018/1

1019/16 1019/20

**W**

**wait [4]** 957/2 970/25
980/3 981/3
**waiting [1]** 1043/7
**walk [5]** 1039/7
1039/8 1039/8 1039/8
1039/10
**walked [2]** 1004/8
1004/9
**walking [3]** 1004/12
1039/6 1040/2
**walls [3]** 995/23
995/23 1000/4
**want -- I [1]** 1000/16
**wanted [32]** 956/1
965/11 980/25 981/1
992/25 993/1 993/9
993/17 994/11 994/18
994/19 994/20 994/21
995/18 995/19 995/20
995/20 1000/16
1005/17 1008/10
1013/17 1014/13
1014/14 1034/4
1034/18 1035/22
1036/20 1040/5
1041/4 1043/18
1043/19 1046/14
**wanting [1]** 977/25
**wants [1]** 965/9
**warrants [1]** 977/11
**Washington, [1]**
1025/21
**Washington, D.C [1]**
1025/21
**watched [2]** 947/10
951/17
**Weed [1]** 1030/13
**weeks [1]** 967/11
**went [34]** 983/14
983/18 995/18 1005/5
1005/19 1006/14
1008/8 1008/8 1008/9
1014/22 1014/23
1015/10 1020/22
1021/13 1021/15
1021/16 1023/4
1023/4 1029/18
1029/20 1029/21
1033/21 1034/6
1034/10 1035/14
1037/5 1038/9
1039/19 1043/24
1045/6 1045/10
1045/19 1045/19
1050/11
**west [13]** 941/24
990/17 990/18 994/6
1000/23 1001/1
1001/2 1001/11
1001/16 1001/16
1004/1 1004/14
1007/18
**westbound [2]**
1003/24 1004/4
**WESTERN [1]** 941/2

**white [1]** 1003/7
**whole [3]** 987/14
1029/2 1046/7
**why [21]** 948/9 949/17
952/7 954/4 958/12
968/21 974/21 997/14
1007/19 1007/20
1007/22 1008/7
1008/12 1009/5
1009/8 1010/9 1034/1
1039/12 1043/2
1045/22 1046/13
**wife [4]** 1008/1 1009/7
1009/11 1010/21
**willing [2]** 1026/17
1051/22
**Wilson [1]** 1037/11
**window [2]** 998/24
1000/10
**wish [13]** 948/22
953/9 954/25 956/5
961/5 961/22 964/2
964/7 964/8 966/3
979/8 980/15 985/17
**wishes [1]** 982/5
**without [4]** 955/18
979/15 1004/2
1040/11
**witness [10]** 973/14
981/7 987/6 1026/8
1026/25 1027/11
1027/16 1027/16
1028/9 1028/17
**witnessed [3]**
1023/13 1023/14
1023/25
**witnesses [7]** 943/5
967/4 978/4 978/6
978/7 986/24 1047/9
**wondering [3]** 962/4
962/6 965/10
**WOODLAND [1]**
942/5
**Woodrow [1]** 1037/11
**Woods [8]** 959/11
959/18 960/1 960/8
960/13 960/21 1005/1
1048/1
**Woods's [3]** 945/21
959/22 960/15
**words [1]** 984/13
**work [31]** 954/4 954/4
954/5 956/1 982/20
990/4 990/21 991/11
993/7 993/8 993/9
993/9 993/10 995/20
995/22 996/4 998/2
1006/3 1013/14
1014/12 1019/21
1023/8 1033/7
1033/21 1033/24
1034/1 1037/10
1046/1 1049/1
1049/10 1049/13
**workable [1]** 1049/2
**workday [1]** 1001/23
**worked [12]** 983/21
983/22 990/19 992/22

**W**

**worked... [8]** 993/11
998/1 1011/23 1013/9
1013/18 1013/19
1019/21 1049/13
**working [6]** 956/23
990/17 990/22 991/22
1023/5 1048/21
**workload [1]** 1006/4
**world [1]** 1041/5
**worry [3]** 952/2 952/5
1027/5
**wrinkle [1]** 971/10
**write [4]** 952/3 954/9
1006/23 1006/25
**writing [1]** 1019/14
**written [4]** 945/21
956/8 1012/5 1014/1
**wrong [3]** 972/13
976/9 1040/5
**wrongful [1]** 1048/9
**wrote [6]** 993/12
1014/5 1014/6 1014/7
1024/2 1024/5

**Y**

**year [18]** 973/9
976/22 983/19 997/23
998/7 1012/24
1015/23 1017/7
1029/24 1030/4
1030/21 1035/25
1036/4 1037/8
1037/12 1038/22
1038/25 1039/16
**years [19]** 969/16
975/18 977/6 985/7
995/2 995/3 995/3
1000/1 1000/2
1006/14 1008/4
1015/9 1015/9 1030/5
1031/1 1033/3 1034/5
1036/10 1043/9
**yellow [1]** 1004/21
**young [5]** 991/15
992/1 1006/11
1033/16 1039/21
**Your Honor [18]**
944/15 944/17 944/19
955/6 961/8 969/4
970/22 971/5 975/7
1007/3 1007/7 1026/7
1026/11 1028/11
1046/18 1047/11
1049/5 1049/23

**Z**

**zoom [1]** 1035/18