```
 1              UNITED STATES DISTRICT COURT

 2       CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

 3        HONORABLE ANDRÉ BIROTTE JR., U.S. DISTRICT JUDGE

 4

 5  DOMINIC ARCHIBALD AND          )
    NATHANAEL PICKETT,I, AS        )
 6  INDIVIDUALS AND AS SUCCESSOR   )
    IN INTEREST TO NATHANAEL H.    )
 7  PICKETT, II, DECEASED,         )
                                   )
 8                 PLAINTIFFS,     )
                                   )
 9            vs.                  ) No. CV 16-1128-AB
                                   )
10  COUNTY OF SAN BERNARDINO, ET   )
    AL.,                           )
11                                 )
                   DEFENDANTS.     )
12  _____)

13

14

15            REPORTER'S TRANSCRIPT OF PROCEEDINGS

16               WEDNESDAY, MARCH 14, 2018

17                      1:39 P.M.

18                LOS ANGELES, CALIFORNIA

19

20   Day 6 of Jury Trial, Page 1137 through 1149, inclusive

21

22  _____

23          CHIA MEI JUI, CSR 3287, CCRR, FCRR
              FEDERAL OFFICIAL COURT REPORTER
24            350 WEST FIRST STREET, ROOM 4311
               LOS ANGELES, CALIFORNIA 90012
25                  cmjui.csr@gmail.com
```

```
 1   APPEARANCES OF COUNSEL:

 2   FOR THE PLAINTIFF DOMINIC ARCHIBALD:

 3        LAW OFFICES OF DALE K. GALIPO
          BY:  DALE K. GALIPO, ATTORNEY AT LAW
 4             HANG DIEU LE, ATTORNEY AT LAW
               MARCEL SINCICH, ATTORNEY AT LAW
 5        21800 BURBANK BOULEVARD, SUITE 310
          WOODLAND HILLS, CALIFORNIA 91367
 6        (818) 347-3333

 7
     FOR THE PLAINTIFF NATHANAEL PICKETT, I:
 8
          LAW OFFICES OF ROBERT D. CONAWAY
 9        BY:  ROBERT D. CONAWAY, ATTORNEY AT LAW
          P.O. BOX 2655
10        APPLE VALLEY, CALIFORNIA 92307
          (760) 503-9010
11

12   FOR THE DEFENDANTS:

13        ALVAREZ-GLASMAN & COLVIN
          BY:  VINCENT C. EWING, ATTORNEY AT LAW
14        13181 CROSSROADS PARKWAY NORTH, SUITE 400
          CITY OF INDUSTRY, CALIFORNIA 91746
15        (562) 699-5500

16

17

18

19

20

21

22

23

24

25
```

```
 1            LOS ANGELES, CALIFORNIA; WEDNESDAY, MARCH 14, 2018
 2                              1:39 P.M.
 3                                - - -
 4         (The following was heard in open court outside the
 5          presence of the jury:)
 6             THE COURT:  All right.  Counsel, we have received
 7   a note that the jury has reached a verdict.  So at this time
 8   we'll bring the jury in.
 9         (The following was heard in open court in the presence
10          of the jury:)
11             THE COURT:  Good afternoon, ladies and gentlemen
12   of the jury.
13             I understand you have reached a verdict.  Is that
14   correct?
15             JUROR:  We have.
16             THE COURT:  Please hand it to the clerk, and I
17   will take a look at it before it is read.
18             Madam Clerk, I will have you read the verdict at
19   this time.  Thank you.
20             THE CLERK:  (Reading:)
21                     United States District Court,
22             Central District of California.
23                     Dominic Archibald versus County of
24             San Bernardino.
25                     Case number CV16-1128.  Special
```

```
 1          verdict form, damages.
 2                    We, the jury in the above-entitled
 3          action, unanimously find as follows on the
 4          questions submitted to us:
 5                    Question 1:  What are Nathanael
 6          Pickett's damages for his loss of enjoyment of
 7          life, and for his pre-death pain and
 8          suffering?  7 million.
 9                    Question 2:  What are Plaintiff
10          Dominic Archibald's damages for past and
11          future loss of Nathanael Pickett's love,
12          companionship, comfort, care, assistance,
13          protection, affection, society, and moral
14          support?  Past, 2.5 million.  Future,
15          4 million.  Total, 6.5 million.
16                    Question Number 3:  What are
17          Plaintiff Nathanael Pickett's damages for past
18          and future loss of Nathanael Pickett's, love,
19          companionship, comfort, care, assistance,
20          protection, affection, society, and moral
21          support?  Past, 1 million.  Future, 1 million.
22          Total, 2 million.
23                    Question 4:  What amount of punitive
24          damages, if any, do you award?
25          Dominic Archibald, 14 million.  Nathanael
```

1                Pickett, 4 million.

2                It's been signed today's date by the foreperson.

3                THE COURT:  Does either side wish the jury to be
4   polled?  Mr. Galipo.

5                MR. GALIPO:  No, Your Honor.

6                THE COURT:  Mr. Conaway.

7                MR. CONAWAY:  No, Your Honor.

8                THE COURT:  Mr. Ewing.

9                MR. EWING:  No, Your Honor.

10               THE COURT:  All right.  Ladies and gentlemen,
11  thank you for completing this form.  There is another phase
12  that we need to decide -- I am just kidding.  I just want to
13  make sure you are paying attention.

14               So actually, members of the jury, you now have
15  completed your service as jurors on this case.  On behalf of
16  the parties and this Court, I want to thank you for the time
17  and effort that you took in deliberating this very important
18  matter.

19               I think I told you all at the beginning of the
20  voir dire process I think the jury system is what separates
21  us from other countries throughout the world and it makes us
22  have the greatest justice system in the world.  And that
23  could only be because of good people like you that are
24  willing to take the time and effort, be away from your
25  families, your employers, et cetera, to come and deliberate

```
 1   on important cases like this.
 2           You are no longer under orders not to speak about
 3   this case to anyone.  You have the right to discuss the case
 4   with anyone or not to discuss the case with anyone.
 5           The only piece of advice that I would give in that
 6   regard is that we were told -- when I was a young
 7   prosecutor, we were told to live under the "L.A. Times"
 8   rule.  If you are going to talk about the case don't -- you
 9   should feel comfortable with whatever you say being on the
10   cover of the "L.A. Times" the next morning because,
11   obviously, you want to respect the process that you all took
12   in making your decisions, and so I just give that as a piece
13   of advice.
14           Attorneys often appreciate any comments that you
15   might have to assist them in the future.  They will likely
16   be waiting outside before you leave today.  You can speak
17   with them if you want, or, if you don't want to, you don't
18   have to.  That is entirely up to.
19           Again, I want to thank you for your time and
20   service.  The bailiff is going to bring you back.  I am
21   going to come back to the jury room just to shake your hands
22   and thank you personally for your service, and then you will
23   be done for the day.  All right?  Thank you very much.
24           THE CLERK:  All rise for the jury.
25       (Jury out at 1:46 P.M.)
```

```
 1              THE COURT:  What I am going to do is just briefly
 2   thank the jurors.  If you all want to wait in the hallway,
 3   you can wait for the jurors afterwards.  But after that, I
 4   would like to have all the parties come back into court for
 5   some final housekeeping matters that we need to deal with.
 6   All right.  Thank you.
 7              THE CLERK:  Please rise.
 8         (Recess taken 1:47 P.M. to 2:14 P.M.)
 9         (The following was heard in open court outside the
10          presence of the jury:)
11              THE COURT:  All right, Counsel.  We are now
12   finally at the end of this case.  Wrong or right, I often
13   provide some comments, and my comments are not meant --
14   Mr. Galipo knows this.  I don't say these things in order to
15   get something back, but I think it is worth at least
16   commenting.
17         Mr. Galipo, this is -- we spent the last month
18   together.  You did another outstanding job.  I personally
19   thought -- I think we've had three trials together.  This
20   was by far -- I thought your closing was outstanding, and,
21   obviously, your client was well represented.
22         Mr. Conaway, this is our first time meeting, and
23   although you had a smaller role during the first phase but
24   certainly you represented your client ably, and Mr. Pickett
25   is very lucky to have had you as his counsel during these
```

```
 1   proceedings.
 2           Mr. Ewing, we have some history.  I was going to
 3   comment that -- and I cannot recall.  I don't believe your
 4   parents were lawyers, but I know, obviously, your sister was
 5   an outstanding lawyer, and there are certainly something in
 6   the Ewing genes as it relates to effective oral advocacy.
 7           I remember when I was a young public defender
 8   watching in awe your sister and mentally taking notes on how
 9   to represent in such an effective manner, and it has
10   certainly passed on in the Ewing family.
11           And from what I understand -- I may be wrong on
12   this -- I think you have a niece that's also made the
13   mistake to go to law school or is graduating; is that
14   correct?
15           MR. EWING:  Yes, Your Honor.
16           THE COURT:  I trust or I hope that that gene has
17   passed on to her as well.
18           Deputy Woods, let's be clear.  This case was a
19   tragedy -- there is no mistaking -- for all involved.  And I
20   say that because I saw -- I watched the video tape leading
21   up to the trial.  I could tell the emotion on the video as
22   well as your testimony on the stand.
23           It certainly is something that I think is worthy
24   of -- noteworthy because I have -- you may or may not
25   know -- I have reviewed hundreds of shooting cases in my
```

```
 1   prior life when I worked at LAPD, hundreds.  I have probably
 2   been to 2- or 300 shooting scenes, reviewed transcripts,
 3   videos, et cetera.
 4            I have not seen a reaction from an officer on the
 5   stand as I did with you, and I thought that was noteworthy.
 6   It certainly is a time for self-reflection as it relates to
 7   the outcome of the incident and certainly this verdict.
 8            And, Mr. Ewing, please interject if it's
 9   inappropriate.
10            I am just curious, Deputy Woods.  What is your
11   current assignment now?
12            DEFENDANT WOODS:  I am currently assigned to the
13   academy as a firearms instructor.
14            THE COURT:  Obviously -- you are young.  You have
15   a long -- presumably long career ahead of you.  I hope you
16   will take this opportunity, again, as one of
17   self-reflection.
18            To Miss Archibald -- I don't believe she's here.
19            MR. GALIPO:  She isn't.  She had to leave because
20   she's giving a speech in another city tonight, but she's
21   going to be back tomorrow.  But I was so happy she was able
22   to be here and able to briefly give her thanks to the jurors
23   and vice versa.
24            THE COURT:  Well, I want to express my condolences
25   to both Miss Archibald and Mr. Pickett for the loss.  There
```

1   are no easy words at all as it relates to this.  This is --
2   one of my favorite plays, there is a line from it that says,
3   "This is a suffering that's too terrible to name."  And you
4   are going and living through, quite frankly, the
5   unimaginable.
6          So I don't think there are any words that I can
7   say that might comfort that pain, but I thought it was
8   appropriate to at least share this.
9          I had the rather unfortunate privilege of speaking
10  at a dear friend's memorial, and I spent a lot of time
11  trying to think of what would be the right thing to say.
12  And in thinking about that, I came across a passage that I
13  thought would be relevant or perhaps might resonate with you
14  today, and it talks about grief, and I will read an excerpt
15  of that passage.
16         Grief is really just love.  It's all the love that
17  you want to give but cannot.  All that unspent love gathers
18  up in the corners of your eyes, the lump in your throat, and
19  that hollow part of your chest.  Grief is really love with
20  no place to go.  There are no rules to grief.  We can only
21  succumb to it, surrender to it, let our hearts break open
22  for it.  It is an ebb and flow, and it is a dance of pain
23  and love.  And grief changes us.
24         And so in our grief, the author writes, the only
25  thing to do is to give our love a place to go.  Love with

```
 1   word, love with deed, and love with action.  Love so
 2   fiercely that our love is spent and that our chests are no
 3   longer hollow, that lump in our throat hurts a little less,
 4   and use that love to be the light in the darkness of your
 5   grief.
 6             And so my hope is for both you, Mr. Pickett and
 7   Miss Archibald, that you go on living the life of love and
 8   peace and continue doing the work that you have been doing
 9   throughout your lives up to this point.  I wish all of you
10   well.
11             I would ask I guess the plaintiffs to submit a
12   Proposed Judgment in this.  If you could do so in the next
13   two weeks, that would be appreciated.  And then I guess we
14   will see each other if there are any post trial motions, or,
15   if not, the next matter you will have before the Court.  All
16   right?
17             Best of luck to everyone.
18             MR. GALIPO:  Thank you, Your Honor.
19             THE CLERK:  All rise.
20             MR. GALIPO:  Your Honor, one attorney in the back
21   is from out of state.  He just wanted to briefly --
22             THE COURT:  Do we need this on the record?
23             MR. GALIPO:  I don't think it's necessary.
24             THE COURT:  All right.  We can go off the record.
25         (Discussion held off the record.)
```

| | |
|---|---|
| 1 | THE CLERK: All rise. This Court is adjourned. |
| 2 | (Proceedings concluded at 2:21 P.M.) |
| 3 | --oOo-- |

CERTIFICATE

I hereby certify that pursuant to Section 753, Title 28, United States Code, the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Date: April 5, 2018.


_/S/ CHIA MEI JUI_ _____

Chia Mei Jui, CSR No. 3287

DEFENDANT
WOODS: [1] 1145/11
JUROR: [1] 1139/14
MR. CONAWAY: [1] 1141/6
MR. EWING: [2] 1141/8 1144/14
MR. GALIPO: [5] 1141/4 1145/18 1147/17 1147/19 1147/22
THE CLERK: [5] 1139/19 1142/23 1143/6 1147/18 1147/25
THE COURT: [14]

-

--oOo [1] 1148/3

**1**
1 million [2] 1140/21 1140/21
1128 [1] 1139/25
1137 [1] 1137/20
1149 [1] 1137/20
13181 [1] 1138/14
14 [2] 1137/16 1139/1
14 million [1] 1140/25
16-1128-AB [1] 1137/9
1:39 [2] 1137/17 1139/2
1:46 [1] 1142/25
1:47 [1] 1143/8

**2**
2 million [1] 1140/22
2.5 million [1] 1140/14
2018 [3] 1137/16 1139/1 1149/10
21800 [1] 1138/5
2655 [1] 1138/9
28 [1] 1149/4
2:14 [1] 1143/8
2:21 [1] 1148/2

**3**
300 [1] 1145/2
310 [1] 1138/5
3287 [2] 1137/23 1149/15
3333 [1] 1138/6
347-3333 [1] 1138/6
350 [1] 1137/24

**4**
4 million [2] 1140/15 1141/1
400 [1] 1138/14
4311 [1] 1137/24

**5**
503-9010 [1] 1138/10
5500 [1] 1138/15
562 [1] 1138/15

**6**
6.5 million [1] 1140/15
699-5500 [1] 1138/15

**7**
7 million [1] 1140/8
753 [1] 1149/3
760 [1] 1138/10

**8**
818 [1] 1138/6

**9**
90012 [1] 1137/24
9010 [1] 1138/10
91367 [1] 1138/5
91746 [1] 1138/14
92307 [1] 1138/10

**A**
AB [1] 1137/9
able [2] 1145/21 1145/22
ably [1] 1143/24
academy [1] 1145/13
across [1] 1146/12
action [2] 1140/3 1147/1
adjourned [1] 1148/1
advice [2] 1142/5 1142/13
advocacy [1] 1144/6
affection [2] 1140/13 1140/20
after [1] 1143/3
afternoon [1] 1139/11
afterwards [1] 1143/3
again [2] 1142/19 1145/16
ahead [1] 1145/15
AL [1] 1137/10
although [1] 1143/23
ALVAREZ [1] 1138/13
ALVAREZ-GLASMAN [1] 1138/13
amount [1] 1140/23
ANDRÉ [1] 1137/3
ANGELES [3] 1137/18 1137/24 1139/1
another [3] 1141/11 1143/18 1145/20
APPEARANCES [1] 1138/1
APPLE [1] 1138/10
appreciate [1] 1142/14
appreciated [1] 1147/13
appropriate [1] 1146/8
April [1] 1149/10
ARCHIBALD [7] 1137/5 1138/2 1139/23 1140/25 1145/18 1145/25 1147/7

Archibald's [1] 1140/10
assigned [1] 1145/12
assignment [1] 1145/11
assist [1] 1142/15
assistance [2] 1140/12 1140/19
attention [1] 1141/13
author [1] 1146/24
award [1] 1140/24
away [1] 1141/24
awe [1] 1144/8

**B**
back [6] 1142/20 1142/21 1143/4 1143/15 1145/21 1147/20
bailiff [1] 1142/20
before [3] 1139/17 1142/16 1147/15
beginning [1] 1141/19
behalf [1] 1141/15
believe [2] 1144/3 1145/18
BERNARDINO [2] 1137/10 1139/24
Best [1] 1147/17
BIROTTE [1] 1137/3
both [2] 1145/25 1147/6
BOULEVARD [1] 1138/5
BOX [1] 1138/9
break [1] 1146/21
briefly [3] 1143/1 1145/22 1147/21
bring [2] 1139/8 1142/20
BURBANK [1] 1138/5

**C**
CALIFORNIA [8] 1137/2 1137/18 1137/24 1138/5 1138/10 1138/14 1139/1 1139/22
came [1] 1146/12
care [2] 1140/12 1140/19
career [1] 1145/15
cases [2] 1142/1 1144/25
CCRR [1] 1137/23
CENTRAL [2] 1137/2 1139/22
Central District [1] 1139/22
certainly [6] 1143/24 1144/5 1144/10 1144/23 1145/6 1145/7
CERTIFICATE [1] 1149/1
certify [1] 1149/3
cetera [2] 1141/25 1145/3

changes [1] 1146/23
chest [1] 1146/19
chests [1] 1147/2
CHIA [3] 1137/23 1149/14 1149/15
city [2] 1138/14 1145/20
clear [1] 1144/18
clerk [2] 1139/16 1139/18
client [2] 1143/21 1143/24
closing [1] 1143/20
cmjui.csr [1] 1137/25
Code [1] 1149/4
COLVIN [1] 1138/13
comfort [3] 1140/12 1140/19 1146/7
comfortable [1] 1142/9
comment [1] 1144/3
commenting [1] 1143/16
comments [3] 1142/14 1143/13 1143/13
companionship [2] 1140/12 1140/19
completed [1] 1141/15
completing [1] 1141/11
CONAWAY [4] 1138/8 1138/9 1141/6 1143/22
concluded [1] 1148/2
condolences [1] 1145/24
Conference [1] 1149/8
conformance [1] 1149/7
continue [1] 1147/8
corners [1] 1146/18
counsel [4] 1138/1 1139/6 1143/11 1143/25
countries [1] 1141/21
COUNTY [2] 1137/10 1139/23
cover [1] 1142/10
CROSSROADS [1] 1138/14
CSR [2] 1137/23 1149/15
curious [1] 1145/10
current [1] 1145/11
currently [1] 1145/12
CV [1] 1137/9
CV16 [1] 1139/25
CV16-1128 [1] 1139/25

**D**
DALE [2] 1138/3 1138/3
damages [5] 1140/1 1140/6 1140/10

1140/17 1140/24
dance [1] 1146/22
darkness [1] 1147/4
date [2] 1141/2 1149/10
day [2] 1137/20 1142/23
deal [1] 1143/5
dear [1] 1146/10
death [1] 1140/7
DECEASED [1] 1137/7
decide [1] 1141/12
decisions [1] 1142/12
deed [1] 1147/1
DEFENDANTS [2] 1137/11 1138/12
defender [1] 1144/7
deliberate [1] 1141/25
deliberating [1] 1141/17
Deputy [2] 1144/18 1145/10
Deputy Woods [2] 1144/18 1145/10
DIEU [1] 1138/4
dire [1] 1141/20
discuss [2] 1142/3 1142/4
Discussion [1] 1147/25
DISTRICT [5] 1137/1 1137/2 1137/3 1139/21 1139/22
DIVISION [1] 1137/2
DOMINIC [5] 1137/5 1138/2 1139/23 1140/10 1140/25
Dominic Archibald [2] 1139/23 1140/25
Dominic Archibald's [1] 1140/10
during [2] 1143/23 1143/25

**E**
each [1] 1147/14
easy [1] 1146/1
ebb [1] 1146/22
effective [2] 1144/6 1144/9
effort [2] 1141/17 1141/24
either [1] 1141/3
emotion [1] 1144/21
employers [1] 1141/25
end [1] 1143/12
enjoyment [1] 1140/6
entirely [1] 1142/18
entitled [2] 1140/2 1149/6
EWING [6] 1138/13 1141/8 1144/2 1144/6 1144/10 1145/8
excerpt [1] 1146/14
express [1] 1145/24
eyes [1] 1146/18

**F**

**families [1]** 1141/25
**family [1]** 1144/10
**far [1]** 1143/20
**favorite [1]** 1146/2
**FCRR [1]** 1137/23
**FEDERAL [1]** 1137/23
**feel [1]** 1142/9
**fiercely [1]** 1147/2
**final [1]** 1143/5
**finally [1]** 1143/12
**find [1]** 1140/3
**firearms [1]** 1145/13
**first [3]** 1137/24 1143/22 1143/23
**flow [1]** 1146/22
**following [3]** 1139/4 1139/9 1143/9
**follows [1]** 1140/3
**foregoing [1]** 1149/4
**foreperson [1]** 1141/2
**form [2]** 1140/1 1141/11
**format [1]** 1149/7
**frankly [1]** 1146/4
**friend's [1]** 1146/10
**future [5]** 1140/11 1140/14 1140/18 1140/21 1142/15

**G**

**GALIPO [5]** 1138/3 1138/3 1141/4 1143/14 1143/17
**gathers [1]** 1146/17
**gene [1]** 1144/16
**genes [1]** 1144/6
**gentlemen [2]** 1139/11 1141/10
**give [5]** 1142/5 1142/12 1145/22 1146/17 1146/25
**giving [1]** 1145/20
**GLASMAN [1]** 1138/13
**gmail.com [1]** 1137/25
**good [2]** 1139/11 1141/23
**graduating [1]** 1144/13
**greatest [1]** 1141/22
**grief [7]** 1146/14 1146/16 1146/19 1146/20 1146/23 1146/24 1147/5
**guess [2]** 1147/11 1147/13

**H**

**hallway [1]** 1143/2
**hand [1]** 1139/16
**hands [1]** 1142/21
**HANG [1]** 1138/4
**happy [1]** 1145/21
**heard [3]** 1139/4 1139/9 1143/9
**hearts [1]** 1146/21

**held [2]** 1147/25 1149/6
**hereby [1]** 1149/3
**HILLS [1]** 1138/5
**history [1]** 1144/2
**hollow [2]** 1146/19 1147/3
**HONORABLE [1]** 1137/3
**hope [3]** 1144/16 1145/15 1147/6
**housekeeping [1]** 1143/5
**hundreds [2]** 1144/25 1145/1
**hurts [1]** 1147/3

**I**

**II [1]** 1137/7
**important [2]** 1141/17 1142/1
**inappropriate [1]** 1145/9
**incident [1]** 1145/7
**inclusive [1]** 1137/20
**INDIVIDUALS [1]** 1137/6
**INDUSTRY [1]** 1138/14
**instructor [1]** 1145/13
**INTEREST [1]** 1137/6
**interject [1]** 1145/8
**involved [1]** 1144/19

**J**

**job [1]** 1143/18
**JR [1]** 1137/3
**JUDGE [1]** 1137/3
**Judgment [1]** 1147/12
**Judicial [1]** 1149/8
**JUI [3]** 1137/23 1149/14 1149/15
**jurors [4]** 1141/15 1143/2 1143/3 1145/22
**justice [1]** 1141/22

**K**

**kidding [1]** 1141/12
**knows [1]** 1143/14

**L**

**L.A. [2]** 1142/7 1142/10
**L.A. Times [2]** 1142/7 1142/10
**ladies [2]** 1139/11 1141/10
**LAPD [1]** 1145/1
**last [1]** 1143/17
**law [8]** 1138/3 1138/3 1138/4 1138/4 1138/8 1138/9 1138/13 1144/13
**lawyer [1]** 1144/5
**lawyers [1]** 1144/4
**LE [1]** 1138/4
**leading [1]** 1144/20
**least [2]** 1143/15

1146/8
**leave [2]** 1142/16 1145/19
**less [1]** 1147/3
**let [1]** 1146/21
**life [3]** 1140/7 1145/1 1147/7
**light [1]** 1147/4
**like [3]** 1141/23 1142/1 1143/4
**likely [1]** 1142/15
**line [1]** 1146/2
**little [1]** 1147/3
**live [1]** 1142/7
**lives [1]** 1147/9
**living [2]** 1146/4 1147/7
**long [2]** 1145/15 1145/15
**longer [2]** 1142/2 1147/3
**look [1]** 1139/17
**LOS [3]** 1137/18 1137/24 1139/1
**loss [4]** 1140/6 1140/11 1140/18 1145/25
**lot [1]** 1146/10
**love [15]**
**luck [1]** 1147/17
**lucky [1]** 1143/25
**lump [2]** 1146/18 1147/3

**M**

**Madam [1]** 1139/18
**Madam Clerk [1]** 1139/18
**made [1]** 1144/12
**make [1]** 1141/13
**makes [1]** 1141/21
**making [1]** 1142/12
**manner [1]** 1144/9
**MARCEL [1]** 1138/4
**MARCH [2]** 1137/16 1139/1
**matter [3]** 1141/18 1147/15 1149/6
**matters [1]** 1143/5
**meant [1]** 1143/13
**meeting [1]** 1143/22
**MEI [3]** 1137/23 1149/14 1149/15
**members [1]** 1141/14
**memorial [1]** 1146/10
**mentally [1]** 1144/8
**might [3]** 1142/15 1146/7 1146/13
**million [9]** 1140/8 1140/14 1140/15 1140/15 1140/21 1140/21 1140/22 1140/25 1141/1
**Miss [3]** 1145/18 1145/25 1147/7
**Miss Archibald [3]** 1145/18 1145/25 1147/7

**mistake [1]** 1144/13
**mistaking [1]** 1144/19
**month [1]** 1143/17
**moral [2]** 1140/13 1140/20
**morning [1]** 1142/10
**motions [1]** 1147/14
**Mr. Conaway [2]** 1141/6 1143/22
**Mr. Ewing [3]** 1141/8 1144/2 1145/8
**Mr. Galipo [3]** 1141/4 1143/14 1143/17
**Mr. Pickett [3]** 1143/24 1145/25 1147/6
**much [1]** 1142/23

**N**

**name [1]** 1146/3
**NATHANAEL [8]** 1137/5 1137/6 1138/7 1140/5 1140/11 1140/17 1140/18 1140/25
**Nathanael Pickett's [1]** 1140/18
**necessary [1]** 1147/23
**need [3]** 1141/12 1143/5 1147/22
**next [3]** 1142/10 1147/12 1147/15
**niece [1]** 1144/12
**NORTH [1]** 1138/14
**note [1]** 1139/7
**notes [1]** 1144/8
**noteworthy [2]** 1144/24 1145/5
**number [2]** 1139/25 1140/16

**O**

**obviously [4]** 1142/11 1143/21 1144/4 1145/14
**off [2]** 1147/24 1147/25
**officer [1]** 1145/4
**OFFICES [2]** 1138/3 1138/8
**OFFICIAL [1]** 1137/23
**often [2]** 1142/14 1143/12
**one [3]** 1145/16 1146/2 1147/20
**only [4]** 1141/23 1142/5 1146/20 1146/24
**oOo [1]** 1148/3
**open [4]** 1139/4 1139/9 1143/9 1146/21
**opportunity [1]** 1145/16
**oral [1]** 1144/6
**order [1]** 1143/14
**orders [1]** 1142/2

**out [2]** 1142/25 1147/21
**outcome [1]** 1145/7
**outside [3]** 1139/4 1142/16 1143/9
**outstanding [3]** 1143/18 1143/20 1144/5

**P**

**P.O [1]** 1138/9
**page [2]** 1137/20 1149/7
**pain [3]** 1140/7 1146/7 1146/22
**parents [1]** 1144/4
**PARKWAY [1]** 1138/14
**part [1]** 1146/19
**parties [2]** 1141/16 1143/4
**passage [2]** 1146/12 1146/15
**passed [2]** 1144/10 1144/17
**past [4]** 1140/10 1140/14 1140/17 1140/21
**paying [1]** 1141/13
**peace [1]** 1147/8
**people [1]** 1141/23
**perhaps [1]** 1146/13
**personally [2]** 1142/22 1143/18
**phase [2]** 1141/11 1143/23
**PICKETT [6]** 1137/7 1138/7 1141/1 1143/24 1145/25 1147/6
**Pickett's [4]** 1140/6 1140/11 1140/17 1140/18
**PICKETT,I [1]** 1137/5
**piece [2]** 1142/5 1142/12
**place [2]** 1146/20 1146/25
**PLAINTIFF [4]** 1138/2 1138/7 1140/9 1140/17
**plaintiffs [2]** 1137/8 1147/11
**plays [1]** 1146/2
**please [3]** 1139/16 1143/7 1145/8
**point [1]** 1147/9
**polled [1]** 1141/4
**post [1]** 1147/14
**pre [1]** 1140/7
**pre-death [1]** 1140/7
**presence [3]** 1139/5 1139/9 1143/10
**presumably [1]** 1145/15
**prior [1]** 1145/1
**privilege [1]** 1146/9
**probably [1]** 1145/1

**P**

**proceedings [4]** 1137/15 1144/1 1148/2 1149/6
**process [2]** 1141/20 1142/11
**Proposed [1]** 1147/12
**prosecutor [1]** 1142/7
**protection [2]** 1140/13 1140/20
**provide [1]** 1143/13
**public [1]** 1144/7
**punitive [1]** 1140/23
**pursuant [1]** 1149/3

**Q**

**Question [4]** 1140/5 1140/9 1140/16 1140/23
**Question 1 [1]** 1140/5
**Question 2 [1]** 1140/9
**Question 4 [1]** 1140/23
**Question Number 3 [1]** 1140/16
**questions [1]** 1140/4
**quite [1]** 1146/4

**R**

**rather [1]** 1146/9
**reached [2]** 1139/7 1139/13
**reaction [1]** 1145/4
**read [3]** 1139/17 1139/18 1146/14
**Reading [1]** 1139/20
**really [2]** 1146/16 1146/19
**recall [1]** 1144/3
**received [1]** 1139/6
**Recess [1]** 1143/8
**record [3]** 1147/22 1147/24 1147/25
**reflection [2]** 1145/6 1145/17
**regard [1]** 1142/6
**regulations [1]** 1149/8
**relates [3]** 1144/6 1145/6 1146/1
**relevant [1]** 1146/13
**remember [1]** 1144/7
**reported [1]** 1149/5
**REPORTER [1]** 1137/23
**REPORTER'S [1]** 1137/15
**represent [1]** 1144/9
**represented [2]** 1143/21 1143/24
**resonate [1]** 1146/13
**respect [1]** 1142/11
**reviewed [2]** 1144/25 1145/2
**right [10]** 1139/6 1141/10 1142/3 1142/23 1143/6 1143/11 1143/12 1146/11 1147/16
1147/24
**rise [4]** 1142/24 1143/7 1147/19 1148/1
**ROBERT [2]** 1138/8 1138/9
**role [1]** 1143/23
**room [2]** 1137/24 1142/21
**rule [1]** 1142/8
**rules [1]** 1146/20

**S**

**SAN [2]** 1137/10 1139/24
**San Bernardino [1]** 1139/24
**scenes [1]** 1145/2
**school [1]** 1144/13
**Section [1]** 1149/3
**see [1]** 1147/14
**seen [1]** 1145/4
**self [2]** 1145/6 1145/17
**self-reflection [2]** 1145/6 1145/17
**separates [1]** 1141/20
**service [3]** 1141/15 1142/20 1142/22
**shake [1]** 1142/21
**share [1]** 1146/8
**shooting [2]** 1144/25 1145/2
**side [1]** 1141/3
**signed [1]** 1141/2
**SINCICH [1]** 1138/4
**sister [2]** 1144/4 1144/8
**smaller [1]** 1143/23
**society [2]** 1140/13 1140/20
**something [3]** 1143/15 1144/5 1144/23
**speak [2]** 1142/2 1142/16
**speaking [1]** 1146/9
**Special [1]** 1139/25
**speech [1]** 1145/20
**spent [3]** 1143/17 1146/10 1147/2
**stand [2]** 1144/22 1145/5
**state [1]** 1147/21
**STATES [4]** 1137/1 1139/21 1149/4 1149/8
**stenographically [1]** 1149/5
**STREET [1]** 1137/24
**submit [1]** 1147/11
**submitted [1]** 1140/4
**SUCCESSOR [1]** 1137/6
**succumb [1]** 1146/21
**such [1]** 1144/9
**suffering [2]** 1140/8 1146/3

**SUITE [2]** 1138/5 1138/14
**support [2]** 1140/14 1140/21
**sure [1]** 1141/13
**surrender [1]** 1146/21
**system [2]** 1141/20 1141/22

**T**

**take [3]** 1139/17 1141/24 1145/16
**taken [1]** 1143/8
**taking [1]** 1144/8
**talk [1]** 1142/8
**talks [1]** 1146/14
**tape [1]** 1144/20
**terrible [1]** 1146/3
**testimony [1]** 1144/22
**thank [9]** 1139/19 1141/11 1141/16 1142/19 1142/22 1142/23 1143/2 1143/6 1147/18
**thanks [1]** 1145/22
**them [2]** 1142/15 1142/17
**thing [2]** 1146/11 1146/25
**things [1]** 1143/14
**think [9]** 1141/19 1141/20 1143/15 1143/19 1144/12 1144/23 1146/6 1146/11 1147/23
**thinking [1]** 1146/12
**thought [5]** 1143/19 1143/20 1145/5 1146/7 1146/13
**three [1]** 1143/19
**throat [2]** 1146/18 1147/3
**throughout [2]** 1141/21 1147/9
**Title [1]** 1149/4
**today [2]** 1142/16 1146/14
**today's [1]** 1141/2
**together [2]** 1143/18 1143/19
**told [3]** 1141/19 1142/6 1142/7
**tomorrow [1]** 1145/21
**tonight [1]** 1145/20
**too [1]** 1146/3
**took [2]** 1141/17 1142/11
**Total [2]** 1140/15 1140/22
**tragedy [1]** 1144/19
**transcript [3]** 1137/15 1149/5 1149/7
**transcripts [1]** 1145/2
**trial [3]** 1137/20 1144/21 1147/14
**trials [1]** 1143/19
**true [1]** 1149/4
**trust [1]** 1144/16

**trying [1]** 1146/11
**two [1]** 1147/13

**U**

**unanimously [1]** 1140/3
**under [2]** 1142/2 1142/7
**understand [2]** 1139/13 1144/11
**unfortunate [1]** 1146/9
**unimaginable [1]** 1146/5
**UNITED [4]** 1137/1 1139/21 1149/4 1149/8
**unspent [1]** 1146/17
**up [4]** 1142/18 1144/21 1146/18 1147/9
**us [4]** 1140/4 1141/21 1141/21 1146/23
**use [1]** 1147/4

**V**

**VALLEY [1]** 1138/10
**verdict [5]** 1139/7 1139/13 1139/18 1140/1 1145/7
**versa [1]** 1145/23
**versus [1]** 1139/23
**vice [1]** 1145/23
**vice versa [1]** 1145/23
**video [2]** 1144/20 1144/21
**videos [1]** 1145/3
**VINCENT [1]** 1138/13
**voir [1]** 1141/20
**voir dire [1]** 1141/20

**W**

**wait [2]** 1143/2 1143/3
**waiting [1]** 1142/16
**wanted [1]** 1147/21
**watched [1]** 1144/20
**watching [1]** 1144/8
**WEDNESDAY [2]** 1137/16 1139/1
**weeks [1]** 1147/13
**WEST [1]** 1137/24
**WESTERN [1]** 1137/2
**willing [1]** 1141/24
**wish [2]** 1141/3 1147/9
**WOODLAND [1]** 1138/5
**Woods [2]** 1144/18 1145/10
**word [1]** 1147/1
**words [2]** 1146/1 1146/6
**work [1]** 1147/8
**worked [1]** 1145/1
**world [2]** 1141/21 1141/22
**worth [1]** 1143/15
**worthy [1]** 1144/23

**writes [1]** 1146/24
**wrong [2]** 1143/12 1144/11

**Y**

**young [3]** 1142/6 1144/7 1145/14
**Your Honor [5]** 1141/5 1141/7 1141/9 1144/15 1147/20