# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DOMINIC ARCHIBALD, et al..** <br><br> PLAINTIFFS, <br><br> vs. <br><br> **COUNTY OF SAN BERNARDINO, et al..** <br><br> DEFENDANTS. | Case No. **5:16-cv-01128 –AB-SPx** <br><br> [*Honorable André Birotte Jr.*] <br><br> **[PROPOSED] JUDGMENT** |

# [PROPOSED] JUDGMENT

IT IS NOW ORDERED, ADJUDGED AND DECREED that final judgment in this action be entered as follows:

1. Judgment in the sum of $10,000,000 plus costs and interest is entered against Defendants Kyle Woods and the County of San Bernardino in favor of plaintiff Dominic Archibald.

2. Judgment in the sum of $5,500,000 plus costs and interest is entered against Defendants Kyle Woods and the County of San Bernardino in favor of plaintiff Nathanael Pickett, I (aka Nathaniel Pickett, I).

**IT IS SO ORDERED.**

DATED: May 10, 2018

_____
HONORABLE ANDRÉ BIROTTE JR.
U.S. DISTRICT COURT JUDGE