# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC ARCHIBALD, et al.. <br><br> PLAINTIFFS, <br><br> vs. <br><br> COUNTY OF SAN BERNARDINO, et al., <br><br> DEFENDANTS. | Case No. **5:16-cv-01128 –AB-SPx** <br><br> *Honorable André Birotte Jr.* <br><br> **AMENDED JUDGMENT** |

-1-

# AMENDED JUDGMENT

IT IS NOW ORDERED, ADJUDGED AND DECREED that final judgment in this action be entered as follows:

1. Judgment in the sum of $3,500,000 plus costs and interest is entered against Defendant Kyle Woods in favor of plaintiff Dominic Archibald.

2. Judgment in the sum of $6,500,000 plus costs and interest is entered against Defendants Kyle Woods and the County of San Bernardino in favor of plaintiff Dominic Archibald

3. Judgment in the sum of $3,500,000 plus costs and interest is entered against Defendant Kyle Woods in favor of plaintiff Nathanael Pickett, I (aka Nathaniel Pickett, I).

4. Judgment in the sum of $2,000,000 plus costs and interest is entered against Defendants Kyle Woods and the County of San Bernardino in favor of plaintiff Nathanael Pickett, I (aka Nathaniel Pickett, I).

**IT IS SO ORDERED.**

DATED: 10/2/2018

HONORABLE ANDRÉ BIROTTE JR.
U.S. DISTRICT COURT JUDGE