NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC ARCHIBALD AND NATHANAEL PICKET, I, AS INDIVIDUALS AND AS SUCCESSORS IN INTEREST TO NATHANAEL H. PICKETT II, DECEASED.<br><br>　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO, KYLE HAYDEN WOODS, and DOES 2-10, INCLUSIVE,<br>　　　　　　　　　Defendants. | Case No. 5:16-cv-01128 –AB-SPx<br><br>*Honorable André Birotte Jr.*<br><br>[~~PROPOSED~~] **ORDER CONTINUING HEARING DATE FOR MOTIONS FOR TAXATION OF COSTS AND ATTORNEY FEES** |

Having reviewed the parties' Joint Stipulation to Continue Hearing Date, the Court hereby **CONTINUES** the hearing for the Motion for Taxation of Costs and Attorney Fees by (Dkt. No. 225) is **CONTINUED** from January 18, 2019 to **February 22, 2019, at 10:00 am**. Dkt. Nos. 240 and 243 are **DENIED AS MOOT**.

It is not clear whether Plaintiff Pickett's Motion for Fees (Dkt. Nos. 223, 224) has been resolved, so out of an abundance of caution, the Court also continues it to **February 22, 2019**. The Court **ORDERS** Mr. Pickett's counsel Mr. Conaway to withdraw this Motion if the issue has been resolved.

**IT IS SO ORDERED**.

Dated: January 15, 2019

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. ANDRE BIROTTE JR.
　　　　　　　　　　　　　　　　　　United States District Court Judge