ROBERT D. CONAWAY Bar No. 119657
LAW OFFICE of ROBERT D. CONAWAY
Post Office Box 2655
Apple Valley CA 92307
Phone: (760) 503-9010
Fax: (760) 503-9011
email: rdconaway@gmail.com

Attorney for NATHANIEL PICKETT I

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT of CALIFORNIA

| | |
|---|---|
| DOMINIC ARCHIBALD, AN INDIVIDUAL AND AS SUCCESSOR IN INTEREST TO NATHANAEL H. PICKETT II, DECEASED | USDC Case No 5:16-cv-01128 AS (Spx) |
| | [Assigned to the Honorable District Court Judge Andre Birotte, Jr] |
| Plaintiff | **PLAINTIFF NATHANAEL PICKETT (aka NATHANIEL PICKETT) NOTICE OF WITHDRAWAL OF MOTION FOR ATTORNEY FEES PURSUANT TO 42 USC 1988** |
| v | |
| | Date: Jan 18, 2019 |
| COUNTY OF SAN BERNARDINO, KYLE WOODS and DOES 1-10, INCLUSIVE | Time: 10: 00 am |
| | Courtoom: 7B |
| Defendants | |

TO THIS HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS of RECORD:

PLEASE TAKE NOTICE AND NOTICE IS HEREBY GIVEN that Plaintiff

-1-

Nathanael Pickett (aka Nathaniel Pickett) hereby withdraws his Motion for Attorney Fees Pursuant to 42 USC 1988 and any related state law statutes, currently on calender for January 18, 2019 at 10 am, before the Honorable Andre Birotte Jr, in Courtroom 7B, located at the United States District Court of California, 350 West 1st Street, Suite 4311, Los Angeles, CA 90013-4565.

Dated; January 15, 2019                    LAW OFFICE OF ROBERT D. CONAWAY

By: _____
ROBERT D. CONAWAY, Attorney for
NATHANAEL PIICKETT (aka NATHANIEL
PICKETT)

-2-