# UNITED STATES DISTRICT COURT
## Central District of California

## APPLICATION TO THE CLERK TO TAX COSTS

Archibald, et al.,

v.                                              Case Number: 5:16-cv-01128

County of San Bernardino, et al.,

Judgment was entered in this action on __10/3/2018__ / __213__ against Defendants Kyle Woods and County of San Bernardino.
                                        Date      Docket No.

**NO HEARING ON THIS APPLICATION WILL BE HELD UNLESS THE CLERK NOTIFIES THE PARTIES OTHERWISE.**

| Item | Requested | Taxed |
|---|---|---|
| Filing fees: see L.R. 54-3.1 | | $400.00 |
| Fees for service of process: see L.R. 54-3.2 | | |
| United States Marshal's fees: see L.R. 54-3.3 | | |
| Reporter's transcripts: see L.R. 54-3.4 *Per Local Rule, reporter's transcripts are not recoverable unless requested by the Court or prepared pursuant to stipulation.* | $0 | ~~$2,767.80~~ |
| Depositions: see L.R. 54-3.5  -$551.10. Per Local Rule, expedited transcripts are not recoverable. | $9,385.62 | ~~$9,936.72~~ |
| Witness fees (itemize on page 2): see L.R. 54-3.6 | | $40.00 |
| Interpreter's and translator's fees: see L.R. 54-3.7 | | |
| Docket fees: see L.R. 54-3.8 | | |
| Masters, commissioners and receivers: see L.R. 54-3.9 | | |
| Certification, exemplification and reproduction of documents: see L.R. 54-3.10 *No documentation provided.* | $0 | ~~$317.00~~ |
| Premiums on bonds and undertakings: see L.R. 54-3.11 | | |
| Other Costs: see L.R. 54-3.12 (attach court order) | | |
| State Court costs: see L.R. 54-3.13 | | |
| Costs on appeal: see L.R. 54-4 | | $505.00 |
| Cost of a bankruptcy appeal to the District Court: see L.R. 54-5 | | |
| **TOTAL** | **$10,330.62** | ~~$13,966.52~~ |

**NOTE:** You must attach an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders, and stipulations. All receipts must be self-explanatory.

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this application has been served on all parties by:

[✓] The Court's CM/ECF System
[ ] Conventional service by first class mail
[ ] Other _____

_Signature_                                      Hang D. Le
                                                 Print Name

Attorney for: Plaintiff Dominic Archibald

Costs are taxed in the amount of ~~$13,966.52~~ $10,330.62

Kiry K. Gray                 By:   V. Munroe                          2/22/2019
Clerk of Court                     Deputy Clerk                       Date

CV-59 (12/14)                      BILL OF COSTS                      Page 1 of 2